1 | Martin L. Fineman, State Bar No. 104413
DAVIS WRIGHT TREMAINE LLP
2 | 505 Montgomery St., Suite 800
San Francisco, California 94111-6533
3 | Telephone: (415) 276-6500
Facsimile: (415) 276-6599
4 | E-mail: martinfineman@dwt.com

5 | William H. Frankel, *pro hac vice application pending*
Gustavo Siller, Jr., *pro hac vice application pending*
6 | Jasper W. Dockrey, *pro hac vice application pending*
Igor V. Dubinsky, *pro hac vice application pending*
7 | BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
8 | 455 N. Cityfront Plaza Drive
Chicago, Illinois 60611
9 | Telephone: (312) 321-4200
Facsimile: (312) 321-4299
10 | Emails: wfrankel@usebrinks.com; gsiller@usebrinks.com;
jdockrey@usebrinks.com; idubinsky@usebrinks.com; and
11 | federalcourtmails@usebrinks.com.

12 | Attorneys for Plaintiffs
Centre National de Recherche Scientifique and
13 | Commissariat à L'Energie Atomique

14 | ADR

E-FILING

ORIGINAL FILED

FEB 2 9 2008

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

C08  01217

| | |
|---|---|
| 18 CENTRE NATIONAL DE RECHERCHE<br>19 SCIENTIFIQUE, a French Public Entity,<br>and<br>20 COMMISSARIAT À L'ENERGIE<br>ATOMIQUE, a French Public Entity,<br>21<br>22 Plaintiffs,<br><br>23 v.<br><br>24 CYPRESS SEMICONDUCTOR<br>CORPORATION, a Delaware corporation,<br>25 and<br>SILICON MAGNETIC SYSTEMS, INC., a<br>26 Delaware corporation,<br>and<br>27 Kamel Ounadjela, an individual<br><br>28 Defendants. | No. _____<br><br>COMPLAINT<br><br>JCS |

1

2      Plaintiffs, Centre National de Recherche Scientifique ("CNRS") and Commissariat à L'Energie

3  Atomique ("CEA"), for their claims against Defendants, Cypress Semiconductor Corporation

4  ("Cypress"), Silicon Magnetic Systems, Inc. ("SMS"), and Kamel Ounadjela ("Ounadjela"), hereby

5  allege as follows:

6                              **JURISDICTION AND VENUE**

7      1.      This action arises, in part, under the Patent Laws of the United States and, more

8  particularly, under 35 U.S.C. § 256, and the Lanham Act, 15 U.S.C. §§1051-1127.  This Court has

9  jurisdiction over this action pursuant to 28 U.S.C. §§ 2201 and 2202; 28 U.S.C. §§ 1331 and 1338.

10  Supplemental jurisdiction of ancillary matters is conferred on this Court pursuant to 28 U.S.C. § 1367(a)

11  and the diversity provisions of 28 U.S.C. § 1332 in that the parties are of diverse citizenship and the

12  value of the matter in controversy exceeds the statutory minimum, exclusive of interest and costs,

13  exceeds $75,000.  The acts complained of took place in this judicial district.

14      2.      Venue in this judicial district is proper pursuant to 28 U.S.C. §§1391(c) and 1400(b).

15                                  **THE PARTIES**

16      3.      Plaintiff CNRS is a French state-owned public entity under the French Ministry of

17  Research, with headquarters at 3, rue Michel-Ange, Paris Cedex 6, France 75794.  CNRS is a world-

18  renowned government research agency with laboratories located throughout France.  CNRS employs a

19  large body of tenured researchers, engineers, and support staff, and conducts basic scientific research in

20  a number of different fields though its six Research Departments and two National Institutes.  The

21  CNRS Department of Information and Engineering Sciences and Technologies conducts research and

22  development in the area of semiconductor memory technology.  In its semiconductor research

23  operations, CNRS performs research at its own laboratories in France, and also conducts research and

24  technology development by partnering with universities in France and other countries, and with private

25  technology companies around the world.  The scientists employed by CNRS often work closely with

26  scientists from other French research agencies and with scientists employed by private technology

27  companies.

28

COMPLAINT
13668-3 - Centre National de Recherche v. Cypress Semiconductor

4.      Plaintiff CEA is a French state-owned public entity that carries out scientific, technical, and industrial research with headquarters at 25, rue Leblanc, Immeuble "Le Ponant D", 75015 Paris, France. CEA is a world-renowned government research agency with laboratories located in Grenoble, France, and elsewhere. CEA conducts fundamental research and development in the fields of physics, chemistry, biology, microelectronics and micro technology.

5.      Defendant Cypress is a Delaware corporation having a place of business at 198 Champion Court, San Jose, California, 95134.

6.      On information and belief, Defendant Cypress formed Defendant SMS to develop and manufacture MRAM devices.

7.      Defendant SMS is a Delaware corporation and a wholly-owned subsidiary of Defendant Cypress having a place of business at 198 Champion Court, San Jose, California, 95134.

8.      On information and belief, Defendant Kamel Ounadjela is a citizen of France and resides at 116 Clipper Drive, Belmont, California 94002.

## PATENTS AT ISSUE

9.      United States Patent No. 6,980,468, entitled "High Density MRAM Using Thermal Writing" ("the '468 patent") issued December 27, 2005. (A true and correct copy is attached hereto as Exhibit 1).

10.      Defendant Ounadjela signed the patent declaration alleging to be the sole inventor of the inventions disclosed and claimed in the application that matured into the '468 patent.

11.      Defendant Ounadjela assigned rights to the invention described and claimed in the application that matured into the '468 patent to Defendant SMS.

12.      Bernard Dieny and Olivier Redon, CEA scientists, are believed to be unnamed co-inventors of the inventions disclosed and claimed in the '468 patent.

13.      United States Patent No. 6,897,532, entitled "Magnetic Tunneling Junction Configuration And A Method For Making The Same" ("the '532 patent") issued May 24, 2005, 2005. (A true and correct copy is attached hereto as Exhibit 2).

14.      Defendant Ounadjela signed the patent declaration alleging to be a co-inventor of the inventions disclosed and claimed in the application that matured into the '532 patent.

COMPLAINT
13668-3 - Centre National de Recherche v. Cypress Semiconductor

15.   Defendant Ounadjela assigned rights to the invention described and claimed in the application that matured into the '532 patent to Defendant SMS.

16.   United States Patent No. 6,798,691, entitled "Asymmetric Dot Shape for Increasing Select-Unselect Margin in MRAM Devices" ("the '691 patent"), issued September 28, 2004. (A true and correct copy is attached hereto as Exhibit 3).

17.   Defendant Ounadjela signed the patent declaration alleging to be a co- inventor of the inventions disclosed and claimed in the application that matured into the '691 patent.

18.   Defendant Kamel Ounadjela assigned rights to the invention described and claimed in the application that matured into the '691 patent to Defendant SMS.

19.   United States Patent No. 6,683,815, entitled "Magnetic Memory Cell and Method for Assigning Tunable Writing Currents" ("the '815 patent"), issued January 27, 2004. (A true and correct copy is attached hereto as Exhibit 4).

20.   Defendant Ounadjela signed the patent declaration alleging to be a co-inventor of the inventions disclosed and claimed in the application that matured into the '815 patent.

21.   Defendant Ounadjela assigned rights to the invention described and claimed in the application that matured into the '815 patent to Defendant SMS.

22.   CNRS has ownership rights in the '468 patent, the '532 patent, the '691 patent, and the '815 patent (collectively "the Patents").

**FACTUAL BACKGOUND**

23.   CNRS hired Defendant Ounadjela as a civil servant in October of 1989 to perform engineering and research work in the field of magnetic nanostructures, including magnetic random access memory ("MRAM") devices. Defendant Ounadjela held the position of Research Director at CNRS and he was employed full-time as a civil servant under French law in that capacity by CNRS from October 1999 until January 2003.

24.   Civil servants working for CNRS and CEA are bound by French law to disclose their inventions to their employer. Pursuant to Article L.611-7 of the French Intellectual Property Code and R.611-12 of the corresponding regulations of the French Intellectual Property Code (A true and correct copy is attached hereto as Exhibit 5), the inventions of an official or civil servant in the performance

4

1  either of his duties including an inventive mission corresponding to his attributions, or studies or

2  research expressly assigned to him, belong to the public entity for which he or she conducted those

3  duties, studies or research.  Accordingly, by operation of French law, all of Defendant Ounadjela's

4  inventions that he made while he was employed by CNRS belong to CNRS.

5       25.    CNRS actively conducted research on MRAM devices prior to and throughout the

6  calendar year 2001.  During 2001, Defendant Ounadjela was assigned to the Institute of Physics and

7  Chemistry of Materials at Strasbourg.  A CNRS colleague, Dr. Jean-Pierre Nozieres, was also working

8  on MRAM technology development at the Louis Neel Institute in Grenoble, France.  Dr. Nozieres was

9  familiar with the MRAM development work of Defendant Ounadjela.

10      26.    Research in MRAM devices was concurrently being carried out by CEA.  CEA operates

11  an applied electronics laboratory in Grenoble, France known as Laboratoire d'Electronique, de

12  Technologies et d'Instrumentation ("LETI").  Dr. Bernard Dieny and Dr. Olivier Redon were both

13  employed by CEA and working on MRAM technology at LETI in 2001.

14      27.    During 2001 and thereafter, Defendant Ounadjela and Drs. Dieny and Redon regularly

15  communicated and collaborated with each other, and freely shared their research results regarding

16  MRAM technology.

17      28.    During 2001, Defendant Ounadjela actively sought to engage CNRS and LETI in joint

18  research and development projects with Defendant Cypress, with the objective of a soon to be opened

19  jointly-owned laboratory, "Spintec," which is an acronym for Spintronique et Technologies des

20  Composants.  While employed by CNRS, Defendant Ounadjela identified Defendants Cypress and SMS

21  as a potential U.S. technical collaboration partner to CNRS in the field of MRAM development.

22      29.    On information and belief, to initiate formal joint development work with Defendants

23  Cypress and SMS, Defendant Ounadjela and Dr. Nozieres conducted telephone calls and exchanged

24  email correspondence with engineers at Defendant Cypress.  At some time after these initial

25  communications between CNRS and Defendant Cypress, Defendant Ounadjela traveled to the United

26  States and met with representatives of Defendant Cypress.

27      30.    On information and belief, Defendant Cypress was receptive to these initial contacts from

28  CNRS and CEA, and sought to develop a relationship with CNRS and/or CEA.

5

COMPLAINT
13668-3 - Centre National de Recherche v. Cypress Semiconductor

31.    On information and belief, on or about October 15, 2001, and without resigning from his employment with CNRS, Defendant Ounadjela accepted concurrent employment by Defendant Cypress. Defendant Ounadjela's status as an employee of Defendant Cypress was completely unknown to CNRS. After Defendant Ounadjela's accepted employment with Defendant Cypress, scientists at CNRS and CEA continued to freely communicate confidential information of CNRS and CEA to Defendant Ounadjela.

32.    In the fall of 2001, the negotiations focused on a joint development project between CNRS and Defendant Cypress. The negotiations focused on a joint project to develop MRAM devices that include a magnetic tunnel junction ("MTJ"). On or about November 14, 2001, a non-disclosure agreement was signed on behalf of Defendant Cypress by Jeffrey Kaszubinski, on information and belief the then president of Defendant SMS. (A true and correct copy is attached hereto as Exhibit 6). After receiving the signed non-disclosure agreement, CNRS continued to communicate with Defendants Cypress and SMS. Being unaware that Defendant Ounadjela was an employee of Defendant Cypress, scientists at CNRS and CEA continued to freely communicate confidential information of CNRS and CEA to Defendant Ounadjela.

33.    Still acting in his capacity as a CNRS Research Director, and while employed by Defendant Cypress, Defendant Ounadjela gave to CNRS a research plan for an MRAM project for Defendant Cypress. On or about December 20, 2001, Defendant Ounadjela sent an email message to Elizabeth Giacobino, Director of the Department of Sciences, Physics, and Mathmatics at CNRS, in which Defendant Ounadjela acknowledged as his priority the creation of SPINTEC on January 1, 2002. An attachment to this email described thermally assisted switching as an internally patented technology to be investigated. In this attachment, the Defendant also identifies "SPINTEC" Patents, including a "TAS Temperature Assisted Switching" Patent. (A true and correct copy is attached hereto as Exhibit 7). On information and belief, at least some of the pending applications had not been published and contained CNRS and/or CEA proprietary information.

34.    In January of 2002, CNRS and CEA established the jointly-owned laboratory Spintec. CNRS and CEA formed Spintec for the purpose of conducting focused research in the areas of

6

1  nanomagnetics, spin transfer technology, and magnetic storage technology. Spintec was allocated office

2  and laboratory space at LETI's facilities in Grenoble, France.

3     35.    Defendant Ounadjela was among the group of CNRS scientists assigned to Spintec, and

4  Drs. Dieny and Redon were among the scientists from CEA/LETI assigned to Spintec. Dr. Nozieres

5  from CNRS was appointed Director of Spintec.

6     36.    On or about January 10, 2002, Drs. Nozieres and Redon met with engineers and

7  managers from Defendant Cypress to discuss the joint research and development of MRAM technology.

8  Drs. Nozieres and Redon made a presentation to Defendant Cypress personnel that described CNRS

9  research facilities and the nature of MRAM research on-going at CNRS.

10    37.    On information and belief, after Defendant Ounadjela accepted employment with

11 Defendant Cypress, Defendant Ounadjela submitted invention disclosures to Defendants Cypress and

12 SMS for each of the Patents listed above.

13    38.    On or about September 16, 2002, Mr. Sam Geha of Cypress signed a second mutual

14 nondisclosure agreement on behalf of Defendant Cypress in which Defendant Cypress agreed not to

15 disclose Spintec confidential information relating to MRAM devices. (A true and correct copy is

16 attached hereto as Exhibit 8). After receiving the second signed non-disclosure agreement from

17 Defendants Cypress and SMS, CNRS freely communicated with Sam Geha, Benjamin Schwarz, and

18 others at Defendants Cypress and SMS, and continued to freely communicate confidential information

19 of CNRS and CEA to Defendant Ounadjela.

20    39.    A Collaboration Agreement was signed between CNRS (on behalf of Spintec) and

21 Defendant Cypress on or about October 22, 2002. (A true and correct copy is attached hereto as Exhibit

22 9).

23    40.    Defendant SMS filed the application leading to the issuance of the '468 patent on

24 October 28, 2007, seven days after Defendant Cypress signed the Collaboration Agreement.

25    41.    The Patent resulted from inventions made prior to the date of the Collaboration

26 Agreement.

27    42.    At the time that Defendant Ounadjela met with Defendant Cypress to establish

28 collaboration between CNRS and Defendants Cypress and/or SMS, Defendants Cypress and SMS knew

7

COMPLAINT
13668-3 - Centre National de Recherche v. Cypress Semiconductor

1  that CNRS, CEA and Spintec had valuable proprietary MRAM design technology that Defendants

2  Cypress and SMS did not have.

3      43.    When Defendant Cypress hired Defendant Ounadjela, Defendants Cypress and SMS

4  knew that CNRS, CEA and Spintec sought industrial collaborations to further the development of their

5  proprietary MRAM technology.

6      44.    Defendants Cypress and SMS knew or should have known that Defendant Ounadjela was

7  employed as a Research Director at CNRS.

8      45.    On information and belief, Defendants Cypress and SMS, acting in concert, used

9  Defendant Ounadjela to gain access to CNRS, CEA and Spintec MRAM technology.

10      46.    On information and belief, Defendants Cypress and SMS used Defendant Ounadjela to

11  acquire technology and to appropriate inventions developed by CNRS, CEA and Spintec.

12      47.    Defendants Cypress and SMS obtained proprietary MRAM technology from CNRS and

13  CEA, and filed patent applications on this proprietary technology in their own names.

14      48.    Defendant Ounadjela did not inform Spintec or CNRS that he had submitted invention

15  disclosures to Defendant Cypress for inventions made while he was employed by CNRS.  Nor did he

16  inform anyone at CNRS that he had assisted Defendant Cypress in preparing patent applications, or that

17  he had executed assignments granting ownership rights to Defendants Cypress and SMS for inventions

18  he made while he was still employed by CNRS.  All of the applications for the Patents were filed with

19  the United States Patent and Trademark Office ("USPTO") by Defendants Cypress or SMS prior to

20  Defendant Ounadjela's leaving the employment of CNRS in January, 2003.

21      49.    Defendants Cypress and SMS sought and received economic advantage from the Patents

22  assigned to them by Defendant Ounadjela.

23      50.    On information and belief, NVE Corporation ("NVE") is a corporation having offices at

24  Eden Prairie, Minnesota, and active in the field of MRAM technology, entered into a Technology

25  Exchange Agreement with Defendant Cypress in or about April 2002.  On information and belief, the

26  Technology Exchange Agreement included a license of the Patents to NVE.

27      51.    On information and belief, Defendant Cypress closed the MRAM manufacturing facility

28  of Defendant SMS in or about the first calendar quarter of 2005.

8

52. Thereafter, on information and belief, Defendant Cypress commissioned the firm of Ocean Tomo to sell the Patents at auction. Ocean Tomo offered the Patents at its Spring, 2007 Intellectual Property auction held in Chicago, Illinois on or about April 18 and 19, 2007. On information and belief, the Patents were again offered at auction by Ocean Tomo at an auction held in London, England on or about June 1, 2007.

53. Upon learning of Ocean Tomo's offer to sell the Patents, CNRS informed Defendant Cypress that Defendant Ounadjela was an employee of CNRS at the time that he assigned his purported rights in the Patents to Cypress or SMS. CNRS also informed Defendant Cypress of its claim to ownership rights in the inventions and the Patents that Defendant Ounadjela had assigned to Defendant Cypress. CNRS requested that Defendant Cypress not offer for sale, license or otherwise encumber any of the Patents or inventions assigned by Mr. Ounadjela to Defendant Cypress or any of its subsidiaries until further discussions between the parties.

54. Accordingly, to preserve its rights, CNRS has filed liens against the Patents in the recording office of the USTPO. (A true and correct copy is attached hereto as Exhibit 10).

55. Further, due to the seriousness of this matter, CNRS has instituted an administrative inquiry in France into the conduct of Defendant Ounadjela, seeking to permanently terminate his employment with CNRS. A hearing was held in France on February 26, 2008, and the matter has now been referred for further disposition to the Director General of CNRS. CNRS now complains to this Court as alleged herein.

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF

### THE '468 PATENT

### DECLATORY JUDGMENT OF CORRECTION OF INVENTORSHIP OF THE '468 PATENT

### UNDER 35 U.S.C. §256

56. Plaintiffs reallege and incorporate herein the allegations set forth in Paragraphs 1- 55 above.

57. Dr. Bernard Dieny is currently an employee of CEA, and was an employee of CEA at all times during the events described above.

9

58.    Dr. Olivier Redon is currently an employee of CEA, and was an employee of CEA at all times during the events described above.

59.    Drs. Dieny and Redon were both working on MRAM technology at CEA/LETI throughout 2001.

60.    Drs. Dieny and Redon developed a new MRAM storage cell including a magnetic tunnel junction in which a magnetic storage layer was formed in contact with an antiferromagnetic layer.

61.    On or about November 16, 2001, CEA filed a patent application naming Drs. Dieny and Redon as inventors, in the Institute National de la Propriete Industrielle disclosing the MRAM storage cell described above. This application was given application serial number 01 14840 (the French '840 application) and was published as French patent publication number 2 832 542. (A true and correct copy is attached hereto as Exhibit 11). On information and belief this application is the same as the one identified by Defendant Ounadjela as the TAS Temperature Assisted Switching Patent in Exhibit 7.

62.    On or about November 14, 2002, CEA filed a patent application with the World Intellectual Property Office and claimed priority to the French '840 application. This application was given application serial number PCT/FR02/03896 and was published as PCT patent publication number WO03/043017 on May 22, 2003. (A true and correct copy is attached hereto as Exhibit 12).

63.    CEA nationalized PCT/FR02/03896 in the United States Patent and Trademark Office on May 13, 2004. This application was given application serial number 10/495,637 and issued as United States Patent No. 6,950,335 ("the corresponding U. S. '335 patent"). (A true and correct copy is attached hereto as Exhibit 13).

64.    In or about February 2002, Dr. Dieny disclosed to Defendant Ounadjela the MRAM storage cell technology that is described in the French '840 patent and the corresponding U.S. '335 patent. On information and belief, the pending patent referred to Defendant Ounajela's "MRAM Project For Cypress Semiconductors" (Exhibit 8) as "TAS Temperature assisted switching (Pending)" is the French '840 application filed by Drs. Dieny and Redon in November of 2001. Accordingly, Defendant Ounadjela already knew about the MRAM storage cell technology and had already shared this information with Defendant Cypress.

10

65.    At the time that Dr. Dieny disclosed to Defendant Ounadjela the MRAM storage cell technology, Dr. Dieny believed that Defendant Ounadjela was still an employee of CNRS and bound by an obligation of confidentiality to CNRS and to Spintec.

66.    At the time that Dr. Dieny disclosed to Defendant Ounadjela the MRAM storage cell technology, Dr. Dieny was unaware that Defendant Ounadjela was also an employee of Defendant Cypress.

67.    The '468 patent discloses and claims an MRAM storage cell having a magnetic storage layer formed in contact with an antiferromagnetic layer.

68.    The '468 patent also discloses and claims a method for writing a bit to a memory cell in which a storage layer is heated by flowing a tunnelling current through the storage layer while simultaneously applying a magnetic field to the storage layer.

69.    Defendant Ounadjela described the magnetic storage cell and writing method in a Declaration Under 37 C.F.R. 1.131 submitted to the USPTO in the application leading to the '468 patent.  (A true and correct copy is attached hereto as Exhibit 14).

70.    Because the '468 patent claims a magnetic cell junction having a storage portion that comprises an antiferromagnetic layer arranged in contact with an adjacent magnetic layer and a method for writing information in an MRAM memory cell in which a storage layer is heated by flowing a tunnelling current through the storage layer while simultaneously applying a magnetic field to the storage layer, the MRAM storage cell technology and writing method that were disclosed to Defendant Ounadjela by Dr. Dieny, the '468 patent should have named Drs. Dieny and Redon as co-inventors of the '468 patent.

71.    The inventorship of the '468 patent currently asserted to the United States Patent and Trademark Office is incorrect in that it fails to identify, as required by 37 CFR §1.41, §1.45, and §1.63, Drs. Dieny and Redon as co-inventors of the subject inventions of the '468 patent.

72.    Pursuant to 35 USC §101, Drs. Dieny and Redon are properly co-inventors of the '468 patent and the inventorship of the '468 patent should be corrected pursuant to 35 U.S.C. §256.

WHEREFORE, Plaintiffs pray for relief as set forth below.

11

## SECOND CLAIM FOR RELIEF

## DECLATORY JUDGMENT OF OWNERSHIP OF THE '468 PATENT

73.    Plaintiffs reallege and incorporate the allegations set forth herein in Paragraphs 1 - 72 above.

74.    There exists an actual and justiciable controversy regarding the ownership of the '468 patent.

75.    Article L.611-7 and R.611-12 of the French Intellectual Property Code provide that the inventions made by a French civil servant while engaged in performing work for a French Public entity, belong to the public entity.

76.    Defendant Ounadjela was a French Civil Servant at the time he made the invention leading to the '468 patent.

77.    On or about October 28, 2002, Defendant Ounadjela executed an assignment in which he assigned his rights to the invention described and claimed in the application leading to the '468 patent to defendant SMS.  (A true and correct copy is attached hereto as Exhibit 15).

78.    CNRS and CEA are entitled to ownership of the '468 patent by operation of the French Intellectual Property Code.

79.    By reason of Defendant Ounadjela's assignment to Defendant SMS, CNRS and CEA have been deprived their ownership rights to the invention described in the '468 patent.

80.    By reason of the foregoing acts and conduct of Defendants, CNRS and CEA have suffered and will continue to suffer great and irreparable harm and damage.

81.    CNRS is entitled to an injunction restraining Defendants Cypress and SMS, their officers, agent, employees, and persons acting in concert with them, from selling, offering to sell or otherwise disposing of or encumbering the '468 patent.

82.    CNRS is further entitled to an injunction compelling Defendants Cypress and SMS to reassign the '468 patent to CNRS and CEA.

83.    CNRS and CEA are further entitled to a declaration that Defendant Ounadjela's assignment of the '468 patent to Defendant SMS is null and void.

WHEREFORE, Plaintiffs pray for relief as set forth below.

12

# THIRD CLAIM FOR RELIEF

## CONVERSION

84.    Plaintiffs reallege and incorporate the allegations set forth herein in Paragraphs 1 - 83 above.

85.    This is a claim by Plaintiffs for conversion under the common law of California.

86.    By operation of the French Intellectual Property Code, CNRS and/or CEA own the rights to the '468 patent.

87.    Defendant Ounadjela committed a wrongful act in assigning rights in the '468 patent to Defendant SMS.

88.    The technology disclosed and claimed in the '468 patent was disclosed to Defendant Ounadjela by Dr. Dieny.  Drs. Dieny and Redon are co-inventors of the '468 patent.

89.    Defendant Ounadjela wrongfully allowed himself to be named as the sole inventor named in the patent application leading to the issuance of the '468 patent.

90.    In assigning invention rights to Defendant SMS, Defendant Ounadjela wrongfully exercised dominion and control over the invention disclosed in the '468 patent.

91.    By reason of Defendant Ounadjela's acts and conduct, CNRS and CEA have suffered and continue to suffer great and irreparable harm and damage.

92.    Defendant SMS wrongfully filed the patent application leading to the '468 patent and wrongly claimed ownership thereof because the patent application was based upon proprietary information and inventions owned by CNRS and/or CEA.

93.    CNRS and CEA are entitled to an injunction restraining Defendants Cypress and SMS, their officers, agent, employees, and persons acting in concert with them, from selling, offering to sell or otherwise disposing of or encumbering the '468 patent.

94.    CNRS and CEA are further entitled to injunctive relief and reassignment of the '468 patent from Defendant SMS to CNRS and CEA.

95.    CNRS and CEA are further entitled to a declaration that Defendant Ounadjela's assignment of the '468 patent to Defendant SMS is null and void.

COMPLAINT
13668-3 - Centre National de Recherche v. Cypress Semiconductor

1    96.    Defendants Cypress and SMS are constructive trustees of the '468 patent and all profits,

2  funds, and assets accrued as a result thereof properly inure to the benefit of CNRS and CEA.

3    97.    CNRS and CEA are entitled to recover from Defendants Cypress and SMS the gains,

4  profits, advantages, and unjust enrichment they have obtained as a result of their wrongful acts as

5  hereinabove alleged.

6    WHEREFORE, Plaintiffs pray for relief as set forth below.

7                            **FOURTH CLAIM FOR RELIEF**

8                              **UNJUST ENRICHMENT**

9    98.    Plaintiffs reallege and incorporate the allegations set forth herein in Paragraphs 1 - 97

10  above.

11    99.    This is a claim by Plaintiffs for unjust enrichment under the common law of California.

12    100.    Defendant Ounadjela wrongfully exercised dominion and control over the invention

13  disclosed and claimed in the '468 patent by wrongfully alleging to be the sole inventor thereof.

14    101.    Defendants Cypress and SMS exercised dominion and control over the invention

15  disclosed and claimed in the '468 patent.  Defendant Cypress benefited from its dominion and control at

16  least through the license with NVE.  On information and belief, Defendants Cypress and SMS gained

17  further economic advantages from the enjoyment and use of the '468 patent.

18    102.    CNRS and CEA have been denied the benefits of exploitation of the '468 patent and have

19  suffered damages as a result of the acts of Defendants Ounadjela, Cypress and SMS complained of

20  herein.

21    103.    Defendants wrongfully filed the patent application leading to the '468 patent, based upon

22  information and inventions owned by CNRS and/or CEA.

23    104.    CNRS and CEA are entitled to an injunction restraining Defendants Cypress and SMS,

24  their officers, agent, employees, and persons acting in concert with them, from selling, offering to sell or

25  otherwise disposing of or encumbering the '468 patent.

26    105.    Defendants Cypress and SMS are constructive trustees of the '468 patent, and all profits,

27  funds, and assets accrued as a result thereof properly inure to the benefit of CNRS and CEA.

28

14

COMPLAINT
13668-3 - Centre National de Recherche v. Cypress Semiconductor

106.    CNRS and CEA are entitled to injunctive relief and reassignment of the '468 patent from Defendant SMS to CNRS and CEA.

107.    CNRS and CEA are further entitled to a declaration that Defendant Ounadjela's assignment of the '468 patent to Defendant SMS is null and void.

108.    CNRS and CEA are further entitled to recover from Defendants Cypress and SMS the gains, profits, advantages, and unjust enrichment they have obtained as a result of their wrongful acts as hereinabove alleged.

WHEREFORE, Plaintiffs pray for relief as set forth below.

## FIFTH CLAIM FOR RELIEF

## BREACH OF FIDUCIARY DUTY

109.    Plaintiffs reallege and incorporate the allegations set forth herein in Paragraphs 1 - 108 above.

110.    This is a claim by Plaintiffs for breach of fiduciary duty by Defendant Ounadjela.

111.    Defendant Ounadjela held the position of Research Director at CNRS.  In this position, Defendant Ounadjela owed a duty to CNRS to carry out his responsibility in the best interests of CNRS.

112.    CNRS assigned Defendant Ounadjela with tasks in which Defendant Ounadjela would travel to private industrial companies for the purpose of seeking collaboration between the private industrial companies and CNRS to advance the interests of CNRS.  CNRS relied upon Defendant Ounadjela to establish collaboration between CNRS and Defendant Cypress and/or SMS.

113.    On or about October 2001, Defendant Ounadjela requested a leave of absence from CNRS.  Believing that Defendant Ounadjela's presence at Spintec was important to help start up the research operations at Spintec, CNRS denied Defendant Ounadjela's request for leave of absence.  Defendant Ounadjela acknowledged the decision of CNRS not to grant Defendant Ounadjela's request for a leave of absence; however, at the time of his acknowledgment, he did not inform CNRS that he had already become an employee of Defendant Cypress.

114.    Continuing to believe that Defendant Ounadjela was forthfully carrying out his duties as a Research Director at CNRS, CNRS formally sent Defendant Ounadjela to Defendant SMS on missions

15

1  to the SMS offices in California in or about May 2002, again in or about October 2002, and again in or

2  about December 2002.

3       115.   In assigning Defendant Ounadjela to carry out these missions, CNRS further relied on

4  Defendant Ounadjela to abide by the provisions of his employment with CNRS and with French law.

5       116.   By becoming an employee of Defendant Cypress and doing the other acts complained of

6  herein while still employed by CNRS, Defendant Ounadjela breached his duty to act in the best interests

7  of CNRS.

8       117.   On information and belief, Defendant Ounadjela's employment with Defendant Cypress

9  included an obligation requiring Defendant Ounadjela to assign any invention rights to Defendant

10  Cypress.

11       118.   Defendant Ounadjela's violation of his obligations and duties as a Research Director of

12  CNRS and in violation of his obligations under French law, included the fraudulent assignment of his

13  rights in the '468 patent to Defendant SMS.

14       119.   By reason of Defendant Ounadjela's assignment of patent rights that he did not possess to

15  Defendants Cypress and SMS, CNRS and CEA have suffered irreparable harm.

16       120.   CNRS and CEA are entitled to a declaration that Defendant Ounadjela's patent

17  assignment of invention rights in the '468 patent is null and void.

18       121.   CNRS and CEA are further entitled to injunctive relief and reassignment of the '468

19  patent from Defendant SMS to CNRS and CEA.

20       122.   CNRS and CEA are further entitled to recover from Defendants Cypress, SMS and

21  Ounadjela the gains, profits, advantages, and unjust enrichment they have obtained as a result of their

22  wrongful acts as hereinabove alleged.

23       WHEREFORE, Plaintiffs pray for relief as set forth below.

24  **SIXTH CLAIM FOR RELIEF**

25  **UNFAIR BUSINESS PRACTICES**

26       123.   Plaintiffs reallege and incorporate the allegations set forth herein in Paragraphs 1 - 122

27  above.

28

16

COMPLAINT
13668-3 - Centre National de Recherche v. Cypress Semiconductor

1    124.    This is a claim by Plaintiffs for unfair business practices under California Business and

2    Professional Code §§ 17200 *et seq.*

3    125.    Defendants Cypress and SMS obtained proprietary MRAM technology from CNRS,

4    CEA, and Spintec; and thereafter filed a patent application leading to the '468 patent on this proprietary

5    technology in their own names.

6    126.    Defendants Cypress and SMS have proximately caused and will continue to cause

7    substantial injury to CNRS and CEA by alleging to be owners of valuable MRAM technology owned by

8    CNRS and CEA.

9    127.    CNRS and CEA have suffered loss of patent rights and other injury as a result of the

10   business conduct of Defendants Cypress and SMS and have suffered and will continue to suffer great

11   and irreparable harm.

12   128.    Defendants Cypress and SMS wrongfully filed the patent application leading to the '468

13   patent on information and inventions owned by CNRS and CEA.

14   129.    Defendants are constructive trustee of the '468 patent and all funds and assets accrued as

15   a result thereof for the benefit of CNRS and CEA.

16   130.    CNRS and CEA are entitled to injunctive relief and reassignment of the '468 patent from

17   Defendant SMS to CNRS and CEA.

18   131.    CNRS and CEA are further entitled to restitution from Defendants Cypress and SMS of

19   all amounts justly belonging to CNRS and CEA.

20   132.    CNRS and CEA are further entitled to recover their reasonable attorney's fees and costs

21   in connection with this claim.

22   WHEREFORE, Plaintiffs pray for relief as set forth below.

23                                   **SEVENTH CLAIM FOR RELIEF**

24                                   **INTERFERENCE WITH CONTRACT**

25   133.    Plaintiffs reallege and incorporate the allegations set forth herein in Paragraphs 1 - 132

26   above.

27   134.    This is a claim by Plaintiffs for intentional interference with contract under California

28   common law.

COMPLAINT
13668-3 - Centre National de Recherche v. Cypress Semiconductor

1    135.    At the time that Defendant Ounadjela met with Defendants Cypress to establish

2    collaboration between CNRS and Defendants Cypress and/or SMS, Defendants Cypress and SMS knew

3    or should have known that Defendant Ounadjela had an employment relationship with CNRS that

4    included Defendant Ounadjela's automatic assignment of invention rights to CNRS.

5    136.    On information and belief, Defendants Cypress and SMS engaged in a course of

6    wrongful conduct and wrongful undertook acts with the intent and purpose of inducing Defendant

7    Ounadjela to breach his employment obligations to CNRS under French law that granted ownership

8    rights to inventions conceived by French civil servants.

9    137.    On information and belief Defendants Cypress and SMS hired Defendant Ounadjela for

10    the purpose of gaining access to inventions described and claimed in the '468 patent.

11    134.    CNRS suffered damage as a result of Defendants Cypress and SMS employing Defendant

12    Ounadjela and taking title to the '468 patent.

13    138.    CNRS and CEA are entitled to an injunction restraining Defendants Cypress and SMS,

14    their officers, agent, employees, and persons acting in concert with them from reaping any addition

15    commercial advantage from Defendants Cypress and SMS interference with Defendant Ounadjela's

16    employment obligations to CNRS.

17    139.    CNRS and CEA are entitled to injunctive relief and reassignment of the '468 patent from

18    Defendant SMS to CNRS and CEA.

19    140.    CNRS and CEA are further entitled to recover from Defendants Cypress and SMS the

20    gains, profits, advantages, and unjust enrichment they have obtained as a result of their wrongful acts as

21    hereinabove alleged.

22    WHEREFORE, Plaintiffs pray for relief as set forth below.

23    ### EIGHTH CLAIM FOR RELIEF

24    ### VIOLATION OF SECTION 43(a) OF THE LANHAM ACT (15 U.S.C. §§1051-1127)

25    141.    Plaintiffs reallege and incorporate the allegations set forth herein in Paragraphs 1 - 140

26    above.

27    142.    Defendants Cypress and SMS have represented in the market place in a false and

28    misleading way that it created and owns the '468 patent.

18

143.    On information and belief, potential bidders for the Patents at auctions presented by Ocean Tomo did not know the true owner of the '468 patent.

144.    By reason of the foregoing acts, CNRS and CEA have suffered damages and have been denied the opportunity to obtain licenses or otherwise exploit rights for the '468 patent as a result of Defendants deception.

145.    Defendant Cypress' actions have had a tendency to deceive or create confusion in a substantial portion of the intended audience.

146.    The misrepresentations affect or likely will affect commerce.

147.    There is injury or a likelihood of injury to CNRS and CEA in terms of their loss of clearly understood title to their own intellectual property and a resulting loss of the value thereof, including a loss of goodwill.

WHEREFORE, Plaintiffs pray for relief as set forth below.

### THE '532, '691 and '815 PATENTS

### NINTH CLAIM FOR RELIEF

### DECLATORY JUDGMENT OF OWNERSHIP OF THE '532 PATENT

148.    Plaintiffs reallege and incorporate herein Paragraphs 1-55 above.

149.    There exists an actual and justiciable controversy regarding the ownership of the '532 patent, the '691 patent, and the '815 patent (collectively herein after "the Joint Inventor Patents").

150.    On or about April 10, 2002, Defendant Ounadjela executed an assignment in which he assigned his rights to the invention described in the application leading to '532 patent to Defendant SMS. (A true and correct copy is attached hereto as Exhibit 16).

151.    On or about June 28, 2002, Defendant Ounadjela executed an assignment in which he assigned his rights to the invention described in the application leading to '691 patent to Defendant SMS. (A true and correct copy is attached hereto as Exhibit 17).

152.    On or about June 24, 2002, Defendant Ounadjela executed an assignment in which he assigned his rights to the invention described in the application leading to '815 patent to defendant SMS. (A true and correct copy is attached hereto as Exhibit 18).

19

1       153.    CNRS is entitled to ownership in the Joint Inventor Patents by operation of the French

2 Intellectual Property Code.

3       154.    By reason of Defendant Ounadjela's assignment to Defendant SMS, CNRS has been

4 deprived its ownership rights to the inventions described in the Joint Inventor Patents.

5       155.    By reason of the foregoing acts and conduct of Defendants Ounadjela and Cypress,

6 CNRS has suffered and will continue to suffer great and irreparable harm and damage.

7       156.    CNRS is further entitled to a declaration that Defendant Ounadjela's assignment to

8 Defendant Cypress is null and void.

9       WHEREFORE, Plaintiffs pray for relief as set forth below.

10       **TENTH CLAIM FOR RELIEF**

11       **CONVERSION**

12       157.    Plaintiffs reallege and incorporate herein Paragraphs 1-55 and 148-156 above.

13       158.    This is a claim by Plaintiffs for conversion under the common law of California.

14       159.    By operation of the French Intellectual Property Code, CNRS owns rights to the Joint

15 Inventor Patents.

16       160.    Defendant Ounadjela committed a wrongful act in purporting to assign rights in the Joint

17 Inventor Patents to Defendant SMS.

18       161.    In purporting to assign invention rights to Defendant SMS, Defendant Ounadjela

19 wrongfully exercised dominion and control over the invention disclosed in Joint Inventor Patents.

20       162.    By reason of Defendant Ounadjela's acts and conduct, CNRS will suffer great and

21 irreparable harm and damage.

22       163.    Defendant SMS wrongfully filed the patent application leading to Joint Inventor Patents

23 on information and inventions of Defendant Ounadjela that were owned by CNRS.

24       164.    CNRS is entitled to a declaration that Defendant Ounadjela's assignment of the Joint

25 Inventor Patents to Defendant SMS is null and void.

26       165.    Defendant Cypress is constructive trustee of Joint Inventor Patents and a portion of

27 profits, funds, and assets accrued as a result thereof for the benefit of CNRS.

28

COMPLAINT
13668-3 - Centre National de Recherche v. Cypress Semiconductor

166. CNRS is entitled to recover from Defendants Cypress and SMS a portion of the gains, profits, advantages, and unjust enrichment they have obtained as a result of their wrongful acts as hereinabove alleged.

WHEREFORE, Plaintiffs pray for relief as set forth below.

## ELEVENTH CLAIM FOR RELIEF

## UNJUST ENRICHMENT

167. Plaintiffs reallege and incorporate herein Paragraphs 1-55 and 148-166 above.

168. This is a claim by Plaintiffs for unjust enrichment under the common law of California.

169. Defendants Cypress and SMS exercised dominion and control over the inventions disclosed and claimed in the Joint Inventor Patents. On information and belief, Defendant Cypress benefited from its dominion and control at least through the license with NVE. Defendant Cypress gained further economic advantages from the sole enjoyment and use of the Joint Inventor Patents.

170. Plaintiffs have been denied the benefits of exploitation of the Joint Inventor Patents and have suffered damages as a result of the acts of Defendants Ounadjela and Cypress.

171. Defendant SMS wrongfully filed the patent applications leading to Joint Inventor Patents on information and inventions of Defendant Ounadjela that were owned by CNRS.

172. Defendant Cypress is a constructive trustee of Joint Inventor Patents and a portion of profits, funds, and assets accrued as a result thereof for the benefit of CNRS.

173. CNRS is entitled to a declaration that Defendant Ounadjela's assignment of the Joint Inventor Patents to Defendant SMS is null and void.

174. CNRS is entitled to recover from Defendants Cypress and SMS a portion of the gains, profits, advantages, and unjust enrichment they have obtained as a result of their wrongful acts as hereinabove alleged.

WHEREFORE, Plaintiffs pray for relief as set forth below.

## TWELFTH CLAIM FOR RELIEF

## BREACH OF FIDUCIARY DUTY

175. Plaintiffs reallege and incorporate herein Paragraphs 1-55 and 149-174 above.

176. This is a claim by Plaintiffs for breach of fiduciary duty.

21

177. Defendant Ounadjela's violation of his obligations and duties as a Research Director of CNRS and in violation of his obligations under French law, fraudulently assigned his rights in Joint Inventor Patents to Defendant SMS.

178. By reason of Defendant Ounadjela's assignment of patent rights to Defendant Cypress, CNRS has suffered harm.

179. Defendant Cypress is a constructive trustees of the Joint Inventor Patents and a portion of profits, funds, and assets accrued as a result thereof for the benefit of CNRS.

180. CNRS is entitled to a declaration that Defendant Ounadjela's patent assignment of invention rights in Joint Inventor Patents to Defendant SMS is null and void.

181. CNRS is further entitled to recover from Defendants Cypress and SMS the gains, profits, advantages, and unjust enrichment they have obtained as a result of their wrongful acts as hereinabove alleged.

WHEREFORE, Plaintiffs pray for relief as set forth below.

## THIRTEENTH CLAIM FOR RELIEF

## UNFAIR BUSINESS PRACTICES

182. Plaintiffs reallege and incorporate herein Paragraphs 1-55 and 148-181 above.

183. This is a claim by Plaintiffs for unfair business practices under the California Business and Professional Code §§ 17200, *et seq.*

184. Defendants Cypress has proximately caused and will continue to cause substantial injury to CNRS by alleging to be owners of valuable MRAM technology owned by CNRS.

185. CNRS has suffered loss of patent rights and other injury as a result of the business conduct of Defendant Cypress and has suffered and will continue to suffer great and irreparable harm.

186. Defendant SMS wrongfully filed the patent application leading to Joint Inventor Patents on information and inventions owned by CNRS.

187. Defendant SMS is constructive trustee of the Joint Inventor Patents and a portion of all funds and assets accrued as a result thereof for the benefit of CNRS.

188. CNRS is entitled to a declaration that Defendant Ounadjela's patent assignment of invention rights in Joint Inventor Patents to Defendant SMS are null and void.

1     189.    CNRS is further entitled to restitution from Defendants Cypress and SMS of all amounts

2    justly belonging to CNRS.

3     190.    CNRS is further entitled to recover their reasonable attorney's fee and costs in connection

4    with this claim.

5    WHEREFORE, Plaintiffs pray for relief as set forth below.

6               **FOURTEENTH CLAIM FOR RELIEF**

7               **INTERFERENCE WITH CONTRACT**

8     191.    Plaintiffs reallege and incorporate herein Paragraphs 1-55 and 148-190 above.

9     192.    This is a claim by Plaintiffs for intentional interference with contract under California

10    common law.

11     193.    On information and belief Defendant Cypress hired Defendant Ounadjela for the purpose

12    of gaining access to inventions described and claimed in the Joint Inventor Patents.

13     194.    CNRS suffered damage as a result of Defendant SMS' taking entire title to the Joint

14    Inventor Patents.

15     195.    Defendant SMS is constructive trustee of Joint Inventor Patents and a portion of all funds

16    and assets accrued as a result thereof for the benefit of CNRS.

17     196.    CNRS is entitled to a declaration that Defendant Ounadjela's patent assignment of

18    invention rights in Joint Inventor Patents to Defendant SMS is null and void.

19     197.    CNRS is further entitled to recover from Defendants Cypress and SMS a portion of the

20    gains, profits, advantages, and unjust enrichment they have obtained as a result of their wrongful acts as

21    hereinabove alleged.

22    WHEREFORE, Plaintiffs pray for relief as set forth below.

23               **FIFTEENTH CLAIM FOR RELIEF**

24   **VIOLATION OF SECTION 43(a) OF THE LANHAM ACT (15 U.S.C. §§1051-1127)**

25     198.    Plaintiffs reallege and incorporate herein Paragraphs 1-55 and 148-156 above.

26     199.    Defendants Cypress and SMS have represented in the market place in a false and

27    misleading way that they created and solely own the Joint Inventor Patents.

28

COMPLAINT
13668-3 - Centre National de Recherche v. Cypress Semiconductor

1    200.    On information and belief, companies that have sought to purchase the Patents at auctions

2    presented by Ocean Tomo did not know the true owners of the Joint Inventor Patents.

3    201.    By reason of the foregoing acts, CNRS has suffered damage and has been denied the

4    opportunity to obtain licenses or otherwise exploit rights for Joint Inventor Patents as a result of

5    Defendants Cypress and SMS' deception.

6    202.    Defendants Cypress and SMS' actions have had a tendency to deceive or create

7    confusion in a substantial portion of the intended audience.

8    203.    The misrepresentations affect or likely will affect commerce.

9    204.    There is injury or a likelihood of injury to CNRS in terms of its loss of clearly understood

10    title to their own intellectual property and a resulting loss of the value thereof, including a loss of

11    goodwill.

12    WHEREFORE, Plaintiffs pray for relief as set forth below.

13    **PRAYER FOR RELIEF**

14    WHEREFORE, Plaintiffs CNRS and CEA pray for judgment as follows:

15    A.    For a declaration that Bernard Dieny and Olivier Redon are co-inventors of the '468

16    patent;

17    B.    For an Order directing the Director of the United States Patent and Trademark Office to

18    issue a certificate correcting the inventorship of the '468 patent by adding Bernard Dieny and Olivier

19    Redon as named inventors;

20    C.    For a declaration of a constructive trust for the benefit of CNRS and CEA for the '468

21    patent;

22    D.    For an accounting of profits and benefits received by Defendants Cypress and SMS by

23    virtue of the wrongful acts complained of herein;

24    E.    For an Order declaring that Defendant Ounadjela's patent assignment of invention rights

25    in the Patents is null and void;

26    F.    For a temporary preliminary and permanent injunction restraining Defendants Cypress

27    and SMS, their officers, agent, employees, and persons acting in concert with them, from selling,

28    offering to sell or otherwise disposing of or encumbering the '468 patent, the '532 patent, the '691

COMPLAINT
13668-3 - Centre National de Recherche v. Cypress Semiconductor

1  patent, and the '815 patent until such time as an agreement can be reached between CNRS and

2  Defendants Cypress and SMS providing for disposition of the Patents;

3          G.      For restitution of all amounts justly belonging to Plaintiffs;

4          H.      For its costs including reasonable attorney's fees; and

5          I.      For such other and further relief as this Court deems just and equitable.

6

7  Dated: Feb. 28 , 2008.

8

9                          **BRINKS HOFER GILSON & LIONE**

10                         **DAVIS WRIGHT TREMAINE LLP**

11                         By:

12                              Martin L. Fineman
                              Attorneys for Plaintiffs

13                            Centre National de Recherche Scientifique and
                              Commissariat à L'Energie Atomique

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT
13668-3 - Centre National de Recherche v. Cypress Semiconductor

# EXHIBIT 1

US006980468B1

(12) **United States Patent**     (10) Patent No.: **US 6,980,468 B1**

Ounadjela     (45) Date of Patent: **Dec. 27, 2005**

(54) **HIGH DENSITY MRAM USING THERMAL WRITING**

(75) Inventor: **Kamel Ounadjela**, Belmont, CA (US)

(73) Assignee: **Silicon Magnetic Systems**, San Jose, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 261 days.

(21) Appl. No.: **10/281,603**

(22) Filed: **Oct. 28, 2002**

(51) Int. Cl.[7] ............................................. G11C 11/14
(52) U.S. Cl. ...................... 365/171; 365/158; 365/173
(58) Field of Search ................................ 365/171, 173, 365/158

(56)     **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,959,880 A * | 9/1999 | Shi et al. .................. | 365/158 |
| 6,269,018 B1 | 7/2001 | Monsma et al. ............ | 365/145 |
| 6,385,082 B1 | 5/2002 | Abraham et al. .......... | 365/171 |
| 6,683,815 B1 * | 1/2004 | Chen et al. .............. | 365/225.5 |

2004/0001360 A1 * 1/2004 Subramanian et al. ...... 365/188

* cited by examiner

*Primary Examiner*—Van Thu Nguyen
*Assistant Examiner*—Pho M. Luu
(74) *Attorney, Agent, or Firm*—Kevin L. Daffer; Mollie E. Lertang; Daffer McDaniel, LLP

(57)     **ABSTRACT**

A memory cell includes a magnetic cell junction having an antiferromagnetic layer within a portion of the cell junction that is adapted to characterize a logic state of a bit written to the junction. More specifically, a memory cell includes, an antiferromagnetic layer arranged in contact with an adjacent magnetic layer within a storing portion of a magnetic cell junction. Such a magnetic cell junction configuration and a method for programming a memory cell with such a cell junction configuration may be used to improve the write selectivity of a memory cell array and reduce the amount of current needed to write a bit to a memory cell. Moreover, a memory cell includes a magnetic cell junction having an aspect ratio less than 1.6. In addition, a memory cell includes at least two resistors.

**24 Claims, 6 Drawing Sheets**



## Fig. 1



## Fig. 2a

## Fig. 2b



**Fig. 3**

Decoupling an Antiferromagnetic Layer and an Adjacent Magnetic Layer Arranged within a Magnetic Stack of a Memory Cell — 70

Setting A Magnetic Direction of the Decoupled Adjacent Magnetic Layer — 72

Coupling the Antiferromagnetic Layer and the Adjacent Magnetic Layer in the Set Magnetic Direction — 74

**Fig. 4**

Heating an Antiferromagnetic Layer above a Blocking Temperature of the Antiferromagnetic Layer — 80

Inducing a Magnetic Field About a Magnetic Stack Comprising the Antiferromagnetic Layer — 82

Cooling the Antiferromagnetic Layer — 84

**FIG. 5a**



**FIG. 5b**



**FIG. 5c**



**Fig. 6**



100

21  23  24  22  24

Storing Portion 26

31  AF Layer 104
27  Free Magnetic Layer 106

Pinned Portion 28

110  108
114  112

32
24
34

30  24  36

**Fig. 7**



120

21  23  24  22  24

Storing Portion 26

31  Insulating Layer 122
AF Layer 104
27  Free Magnetic Layer 106

Pinned Portion 28

110  108
114  112

34

36  24

**Fig. 8**



**Fig. 9a**          **Fig. 9b**



**Fig. 10**



US 6,980,468 B1

1

# HIGH DENSITY MRAM USING THERMAL WRITING

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates to magnetic memory cells and, more particularly, to magnetic memory cell junction compositions and shapes. In addition, the invention relates to a method for programming a memory cell including such junctions.

### 2. Description of the Related Art

The following descriptions and examples are given as background information only.

Recently, advancements in the use of magnetoresistive materials have progressed the development of magnetic random access memory (MRAM) devices to function as viable non-volatile memory circuits. In general, MRAM circuits exploit the electromagnetic properties of magnetoresistive materials to set and maintain information stored within individual magnetic memory cell junctions of the circuit. In particular, MRAM circuits utilize magnetization direction to store information within a memory cell junction, and differential resistance measurements to read information from the memory cell junction. More specifically, information is stored within an MRAM cell junction as a bit, the state of which is indicated by the direction of magnetization within one magnetic layer of the memory cell relative to another magnetic layer of the memory cell. In addition, a differential resistance can be determined from differences in the magnetization directions between magnetic layers of the memory cell such that the state of the bit stored in the MRAM cell junction may be read. Such an adaptation of the MRAM cell junction may include a magnetic layer having a fixed magnetic direction. Consequently, the layer may be referred to as the "pinned magnetic layer." In addition, the layer may serve as a reference for another magnetic layer within the cell junction. The other magnetic layer, however, may be adapted to change its magnetic direction relative to the underlying pinned layer such that logic states of a bit may be stored within the magnetic cell junction. Consequently, the other magnetic layer may be referred to as the "storage layer" or "free magnetic layer."

In some cases, an MRAM cell junction may be configured to manipulate the magnetic direction of the free magnetic layer into a direction that is parallel or antiparallel to the magnetic direction of the pinned magnetic layer. Note that the term "antiparallel" is used herein to describe a magnetic direction that is oriented 180° from the reference magnetic direction of the pinned magnetic layer. In this manner, the magnetic directions of the storage and pinned layers may be aligned such that a greater differential in resistance measurements may be obtained between different logic states of a bit. For example, in some cases, a MRAM cell junction may be configured to have an elliptical shape with an elongated dimension and a relatively shortened dimension. In general, magnetic moments within layers may naturally align with the periphery of the cell junction when no external magnetic field is applied, causing the magnetic direction of the junction to be set by the shape of the layers. Consequently, a majority of magnetic moments and thus, the overall magnetic direction, of an elliptically shaped magnetic junction may be aligned along the elongated dimension of the junction. In such an embodiment, the ease or difficulty of switching the state of the magnetic cell junction may depend on the shape of the junction. As explained below, variations within cell junction sizes and shapes, however,

2

may cause the amount of current needed to switch memory cells to vary, reducing the reliability of the device. In addition, a cell junction configuration including elongated and shortened dimensions may undesirably occupy valuable surface area within the memory cell, preventing overall dimensions of the memory cell from being reduced.

Typically, an MRAM device includes a plurality of conductive lines with which to generate magnetic fields. The conductive lines may be spaced perpendicular to each other within a plane such that overlap points exist between the lines. The magnetic cell junctions, as described above, may be interposed between the conductive lines at such overlap points. In some cases, the conductive lines may be referred to as "bit" and "digit" lines. In general, "bit" lines may refer to conductive lines arranged in contact with magnetic cell junctions that are used for both write and read operations of the magnetic junctions. "Digit" lines, on the other hand, may refer to conductive lines spaced adjacent to the magnetic cell junctions that are used primarily during write operations of the magnetic cell junctions. An individual magnetic junction can be programmed by applying current simultaneously along a bit line and a digit line corresponding to the particular magnetic junction. Such an individual magnetic junction may herein be referred to as a selected magnetic junction, or the magnetic junction intentionally targeted for a writing procedure.

During the writing procedure, however, the multitude of memory cell junctions arranged along the bit line and the digit line corresponding to the selected cell junction will also sense current. Such memory cell junctions are herein referred to as half-selected cell junctions, or disturbed cell junctions since the magnetic field induced about them is generated from either a bit line or a digit line rather than both a bit line and a digit line. Even though less current is applied to these disturbed cells, variations within the cell junctions may allow a false bit to be unintentionally written to one or more of the disturbed cells. The variations present within an array may include variations in the shapes and sizes of magnetic cell junctions, as well as the presence of defects. Such variations of the cell junctions may cause the amount of current needed to switch memory cells in the array to vary, causing the write selectivity of the array to be reduced. Write selectivity, as used herein, may refer to the difference (i.e., current margin) between the amount of current responsible for switching the magnetization of a disturbed cell and the amount of current needed to switch the magnetization of a selected cell.

Therefore, it would be advantageous to develop a memory cell that increases the write selectivity of a magnetic memory array. In particular, it would be advantageous to develop a memory cell which negates the issue of write selectivity with a memory array. For example, it may be advantageous to fabricate a magnetic cell junction with layers having magnetic directions that do not depend on the shape of the junction. In addition, it would be beneficial to develop a memory cell which decreases the surface area consumed by the cell such that a denser memory circuit may be effectively fabricated. Moreover, it would be additionally or alternatively beneficial to fabricate a magnetic cell junction which allows an increased differential resistance to be determined between magnetic layers of the cell junction. Such a junction may allow the logic state of the bit stored in the MRAM cell junction to be more accurately read.

US 6,980,468 B1

3

4

## SUMMARY OF THE INVENTION

The problems outlined above may be in large part addressed by a memory cell that includes a magnetic cell junction having an antiferromagnetic layer within a portion of the cell junction that is adapted to characterize a logic state of a bit written to the junction. More specifically, the antiferromagnetic layer may be arranged in contact with an adjacent magnetic layer within a storing portion of the magnetic cell junction. Such a configuration may set a unidirectional anisotropy within the storing portion, thereby allowing the magnetic direction of the storing portion to be independent of the shape of the cell junction. A method for programming a memory cell with such a cell junction configuration is also provided herein. More specifically, a method is provided which includes decoupling the antiferromagnetic layer and magnetic layer of the storing portion and subsequently setting the magnetic direction of the decoupled magnetic layer to program the logic state of a bit written to the junction. In particular, the method may include heating the magnetic cell junction to decouple the antiferromagnetic layer and the magnetic layer of the storing portion.

A memory cell junction which includes at least two resistors is also provided herein. In such a cell, a magnetic cell junction may be referred to as the plurality of layers bound by a first electrode arranged in contact with a data line of the memory cell and a second electrode arranged in contact with a contact structure of the memory cell. In some embodiments, all of the resistors may be variable resistors. In yet another embodiments, at least one of the resistors may be a fixed resistor. In either case, the inclusion of multiple resistors within the junction may allow the voltage passing through the junction to be divided, thereby preventing the maximum threshold voltage of the junction from being violated. In general, the method and the magnetic cell junction may be adapted such that the size of the memory cell described herein is reduced, increasing device density within a circuit including the memory cell. Consequently, a memory cell that includes a magnetic cell junction with a reduced lateral surface area is provided. More specifically, a memory cell including a magnetic cell junction having an aspect ratio less than approximately 1.6 is provided. Consequently, the memory cell described herein may, in some embodiments, include a surface area less than approximately 1.0 $\mu m^2$, or more specifically, less than approximately 0.5 $\mu m^2$. In some embodiments, such a magnetic cell junction may have a circular shape.

As stated above, a memory cell is provided which includes a magnetic cell junction with a storing portion adapted to characterize a logic state of a bit written to the magnetic cell junction. In particular, the storing portion may include an antiferromagnetic layer arranged in contact with an adjacent magnetic layer. In general, the magnetic cell junction may further include a reference portion adapted to retain a fixed magnetic direction for the characterization of the logic state by the storing portion. Such a reference portion may also include an antiferromagnetic layer. In this manner, the magnetic cell junction may include a plurality of antiferromagnetic layers. In some cases, the reference portion may be arranged below the storing portion. In other cases, however, the reference portion may be arranged above the storing portion.

In either embodiment, the storing portion may be interposed between a plurality of insulating layers, in some cases. In some embodiments, one or more of the plurality of insulating layers may be adapted to concentrate heat in a vicinity of the storing portion, particularly about its antiferromagnetic layer. In addition or alternatively, the plurality of insulating layers may be arranged within the magnetic cell junction such that a plurality of resistors exists within the magnetic cell junction as described above. More specifically, the plurality of insulating layers may be arranged such that they are respectively arranged between conductive layers of the cell junction. In general, one of the plurality of insulating layers may be arranged between a storing portion and a reference portion of the cell junction. In this manner, the magnetic cell junction may include a resistor which serves as a tunneling junction of the cell junction. In some embodiments, the magnetic cell junction may include another resistor which is adapted to serve as a tunneling junction of the memory cell as well. In particular, the memory cell junction may include additional storing and reference portions with which to form an additional tunneling junction, and thus an additional resistor. In such an embodiment, the two resistors may share a joint antiferromagnetic layer within their respective storing portions. In addition or alternatively, the magnetic cell junction may include a resistor having an insulating layer arranged between the storing portion of another resistor and an electrode of the magnetic cell junction. In yet another embodiments, the storing layer may not be interposed between a plurality of insulating layers.

In any case, the memory cell may further include a conductive layer coupled to the magnetic cell junction. In such an embodiment, the conductive layer may be adapted to supply current through the magnetic cell junction to heat the antiferromagnetic layer. More specifically, the conductive line may be adapted to supply a high enough current to heat the magnetic cell junction above a blocking temperature of the antiferromagnetic layer. In some cases, the memory cell may further include a thermally conductive layer interposed between the antiferromagnetic layer and the conductive layer to enhance the conduction of heat. Alternatively, the memory cell may not include such a thermally conductive layer. In either case, the conductive layer may be additionally adapted to induce a magnetic field about the magnetic cell junction to set a magnetic direction of the storing portion. In some embodiments, the memory cell may include another conductive layer spaced adjacent to the magnetic cell junction. In some cases, such a conductive layer may be adapted to heat the antiferromagnetic layer of the storing portion by flowing current through the conductive line. In addition or alternatively, the additional conductive layer may be adapted to induce a magnetic field which is strong enough to assist in setting the magnetic direction of the storing portion of the cell junction. Alternatively, the memory cell may be substantially absent of another conductive layer adapted to assist in the setting of the magnetic direction of the storing portion.

In either case, the memory cell may be adapted to supply the current vertically through the magnetic cell junction. In particular, the memory cell may include a transistor coupled to the magnetic cell junction which is adapted to receive current from the conductive layer through the magnetic cell junction. In some embodiments, the transistor may be orientated such that the current flows through the transistor in a perpendicular manner with respect to an underlying substrate of the memory cell. Alternatively, the transistor may be oriented such that the current flows through the transistor in a parallel manner with respect to the underlying substrate.

A method for writing a bit to a memory cell is also contemplated herein. Such a method may include decoupling an antiferromagnetic layer and an adjacent magnetic

5

layer arranged within a magnetic junction of the memory cell and setting a magnetic direction of the decoupled adjacent magnetic layer. In some cases, the step of decoupling may include heating the antiferromagnetic layer above a blocking temperature of the antiferromagnetic layer and the step of setting a magnetic direction may include inducing a magnetic field about the magnetic junction. In particular, the step of heating the antiferromagnetic layer may include flowing current vertically through the magnetic junction. In addition or alternatively, the step of heating may include supplying complementary heat from a conductive line spaced adjacent to the magnetic junction. In some cases, the step of decoupling may include transforming the adjacent magnetic layer from a ferromagnetic state to a superparamagnetic state. In yet other embodiments, the step of decoupling may include maintaining the adjacent magnetic layer in a ferromagnetic state. In either embodiment, the method may further include cooling the magnetic junction of the memory cell, inducing a magnetic direction, and couple the antiferromagnetic layer and the adjacent magnetic layer in the set magnetic direction. In some cases, such a cooling step may be conducted substantially simultaneously with the step of setting the magnetic direction. In other embodiments, the cooling step may be initiated prior to or subsequent to the step of setting the magnetic direction.

There may be several advantages to fabricating the magnetic memory cell described herein. In particular, magnetic memory cell junctions may be formed with a reduced surface area, allowing higher density memory cell arrays to be fabricated. In addition, the write selectivity of magnetic memory arrays may be improved by the inclusion of an antiferromagnetic layer within the free magnetic portion of the junction. Consequently, the reliability of the device may be improved. Furthermore, the method described herein to write to a cell including an antiferromagnetic layer within the free magnetic portion of the junction allows the current requirements of the device to be decreased. In some embodiments, a memory cell may be fabricated without a digit line. As a result, the overall power requirements of a device may be lower than a device including a conventional magnetic memory cell. In addition or alternatively, a memory cell may be fabricated such that the voltage used to operate the memory cell may be divided within the magnetic junction of the memory cell. Such a configuration may advantageously prevent the memory cell from malfunctioning, thereby increasing the reliability of the device. In addition, such a configuration may allow the aggregate voltage induced through the junction to be increased, increasing the voltage range at which the memory cell may be operated.

BRIEF DESCRIPTION OF THE DRAWINGS

Other objects and advantages of the invention will become apparent upon reading the following detailed description and upon reference to the accompanying drawings in which:

FIG. 1 depicts a partial cross-sectional view of an exemplary magnetic memory cell array including memory cell junctions;

FIG. 2a depicts an exemplary top view of one of the memory cell junctions in FIG. 1.

FIG. 2b depicts a top view, in an alternative embodiment, of one of the memory cell junctions in FIG. 1;

FIG. 3 depicts a flowchart of an exemplary method for writing to a magnetic memory cell array;

6

FIG. 4 depicts a flowchart of exemplary manners in which the steps of the method in FIG. 3 may be conducted;

FIG. 5a depicts an exemplary temporal current graph for a writing operation of a magnetic memory cell array;

FIG. 5b depicts a temporal current graph, in an alternative embodiment, for a writing operation of a magnetic memory cell array;

FIG. 5c depicts a temporal current graph, in yet another alternative embodiment, for a writing operation of a magnetic memory cell array;

FIG. 6 depicts an exemplary partial cross-sectional view of the upper portion of the magnetic memory array of FIG. 1;

FIG. 7 depicts a partial cross-sectional view of the upper portion of the magnetic memory array of FIG. 1 in an alternative embodiment;

FIG. 8 depicts a partial cross-sectional view of the upper portion of the magnetic memory array of FIG. 1 in an alternative embodiment;

FIG. 9a depicts a partial cross-sectional view of one of the magnetic cell junctions of FIG. 8 in a low resistance state;

FIG. 9b depicts a partial cross-sectional view of one of the magnetic cell junctions of FIG. 8 in a high resistance state; and

FIG. 10 depicts an exemplary partial cross-sectional view of the upper portion of the magnetic memory array of FIG. 1 in yet another embodiment.

While the invention may include various modifications and alternative forms, specific embodiments thereof are shown by way of example in the drawings and will herein be described in detail. It should be understood, however, that the drawings and detailed description thereto are not intended to limit the invention to the particular form disclosed, but on the contrary, the intention is to cover all modifications, equivalents and alternatives falling within the spirit and scope of the present invention as defined by the appended claims.

DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Turning to the drawings, exemplary embodiments of memory cell array configurations are provided in FIGS. 1 and 6–9. In addition, methods for programming a memory cell having such configurations are described in reference to FIGS. 3–5. FIG. 1 depicts a partial cross-sectional view of memory array 20 which includes magnetic memory cell junctions 21 and 23 interposed between bit line 22 and digit lines 30. In this manner, memory array 20 may be part of a magnetic random access memory (MRAM) device. Magnetic memory cell junctions 21 and 23 may include storing portion 26, tunneling layer 27, and pinned portion 28, which are described in more detail below. Such memory cell junctions may alternatively be referred to as memory cells, MTJ cells, magnetic stacks, or dots and therefore, may be used interchangeably herein. Although FIG. 1 illustrates only two memory cell junctions underlying bit line 22, memory array 20 may include more than two memory cell junctions underlying bit line 22. In addition, bit line 22 may continue beyond the portion illustrated in FIG. 1, as indicated by the curved lateral edges of bit line 22. In addition, memory array 20 may include other memory cells arranged in alignment with digit lines 30 and other bit lines arranged parallel to bit line 22. Furthermore, each of the memory cells of memory array 20 may include substantially similar com-

US 6,980,468 B1

7

ponents. Therefore, the description of the memory cell components as described below may pertain to each of the memory cells of the array.

As shown in FIG. 1, memory array 20 further includes electrodes 31 and 32 respectively arranged as the upper and lower boundaries of memory cell junctions 21 and 23. Consequently, in some embodiments, electrodes 31 and/or 32 may be considered part of memory cell junctions 21 and 23. In yet other cases, memory cell junctions 21 and 23 may be referred to as the plurality of layers interposed between electrodes 31 and 32. In either case, electrodes 31 and 32 may be used to induce a conductive path between the memory cell junctions and overlying and underlying portions of memory array 20, respectively. In addition, electrodes 31 and 32 may further include seeding layers adapted to align the crystal structure of a layer in overlying pinned portion 28 of magnetic memory junctions 21 and 23. In yet other embodiments, the seeding layers may be considered a separate layer of memory cell junctions 21 and 23. As illustrated in FIG. 1, electrodes 31 and 32 may be spaced above dielectric layer 34 and respectively coupled to contact structures 36. In general, dielectric layer 34 may include a material and a thickness adapted to isolate electrodes 32 from underlying structures of memory array 20, such as digit lines 30 and contact structures 36. For example, dielectric layer 34 may include silicon dioxide, silicon nitride, or silicon oxynitride. Alternatively, dielectric layer 34 may include a dielectric material that is relatively thermally conductive. Such an embodiment is described in more detail below in reference to FIGS. 7 and 8.

In either case, electrodes 31 and 32 as well as contact structures 36, bit line 22, and digit lines 30 may include any conductive material such that electrical connection may be made to the structures. For example, electrodes 31 and 32, contact structures 36, bit line 22, and digit lines 30 may include doped polysilicon, aluminum, copper, platinum, titanium, tungsten, or any metal alloy thereof. In addition, the dimensions of electrodes 31 and 32, contact structures 36, bit line 22, and digit lines 30 may be in accordance with design specifications known in the MRAM fabrication industry. In some embodiments, bit line 22, digit lines 30, and contact structures 36 may further include conductive portions 24 as shown in FIG. 1. In general, conductive portions 24 may include a material that has relatively low thermal conductivity, such that heat diffusion from the structures may be reduced. For example, conductive portions 24 may include tungsten, in some cases. In this manner, the generation of heat within memory cell 20 may be minimized. Consequently, the heat generated within bit line 22 and digit lines 30 may be used to heat magnetic cell junctions 21 and 23 more efficiently for the writing operations of memory cell 20 as described in reference to FIG. 4 below. In any case embodiment, memory array 20 may further include vias 38, additional contact structures 40, interconnects 42, transistors 44, and ground line 46 formed above semiconductor substrate 48, as shown in FIG. 1. In addition, semiconductor substrate 48 may include isolation regions 50 and diffusion regions 52 self aligned to transistors 44.

In general, memory cell junctions 21 and 23 may be adapted to store a bit of information. In this manner, information may be written to and read from memory cell junctions 21 and 23. As noted above, memory cell junctions 21 and 23 may be interposed between bit line 22 and digit lines 30. In some embodiments, memory array 20 may be adapted to pass current from bit line 22 through memory cell junctions 21 and 23 such that information may be retrieved

8

or "read" from the memory cell junctions. In such an embodiment, the current may further pass through electrodes 31 and 32 and conductors 36, 38, 40, and 42 to transistors 44 residing below. In other cases, memory array 20 may be adapted to allow information to be programmed or "written" to memory cell junctions 21 and 23. Such a write operation of memory array 20 is described in more detail below with reference to FIGS. 3–5c.

During read operations of memory array 20, magnetic cell junctions 21 and 23 may employ tunnel magnetoresistance. As such, memory cell junctions 21 and 23 may include a tunneling barrier layer interposed between at least two magnetic layers. As stated above, the memory cell junctions of magnetic memory array 20 may include storing portion 26, tunneling layer 27, and pinned portion 28. In general, tunneling layer 27 may be used to pass electrons between the magnetic layers of pinned portion 28 and storing portion 26. In this manner, the configuration of storing portion 26, tunneling layer 27, and pinned portion 28 may be referred to as a tunneling junction. In particular, a "tunneling junction", as used herein, may refer to a region of the magnetic cell junction that exchanges electrons from one portion to another portion of the cell junction. In general, the resistance of the electron states may be measured to indicate the direction of the magnetic field vector pattern of storing portion 26 relative to pinned portion 28. More specifically, tunneling layer 27 may serve to provide quantum mechanical tunneling between pinned portion 28 and storing portion 26. Exemplary materials for tunneling layer 27 may include, for instance, aluminum oxide, aluminum nitride, tantalum oxide, titanium oxide, hafnium oxide, magnesium oxide, or zirconium oxide.

In some cases, it may be advantageous to minimize the resistance within magnetic cell junctions 21 and 23. In particular, in the memory cell described herein, it may be advantageous to reduce the resistance within the magnetic cell junctions such that the amount of current conducted through the cell junctions is maximized. Such a maximization of the current may allow the junction to be heated to a desired temperature, allowing the junction to be programmed using the method described in reference to FIGS. 3–5c below. An explanation of such a writing method, including the method for heating the junction is described in more detail below in reference to such figures. One manner in which to minimize the resistance within magnetic cell junctions 21 and 23 is to fabricate tunneling layer 27 with a relatively small thickness. For example, the thickness of tunneling layer 27 may be between approximately 5 angstroms and approximately 50 angstroms and, more specifically, between approximately 6 angstroms and approximately 25 angstroms. However, larger or smaller thicknesses of tunneling layer 27 may be appropriate depending on the design specifications of the device. For example in some embodiments, the resistance of magnetic cell junctions may be additionally or alternatively minimized by the use of a material for tunneling layer 27 which has a relatively low tunneling barrier height (i.e., a material which is considered to be relatively conductive such that the layer passes electrons more easily). In this manner, the thickness of the tunneling layer may not be restricted to the thickness ranges recited above. Exemplary materials exhibiting low tunneling barrier heights may include, but are not limited to tantalum oxide, titanium oxide, hafnium oxide, and zirconium oxide.

In general, pinned portion 28 and storing portion 26 may include a plurality of layers as described in more detail below. The plurality of layers of each portion, however, is not illustrated in FIG. 1 to simplify the illustration of the

US 6,980,468 B1

9                                                                                    10

drawing. Exemplary embodiments of the plurality of layers that may be included in pinned portion 28, storing 26, as well as other layers within magnetic cells junctions 21 and 23 are described in more detail below in reference to FIGS. 6–9. In general, pinned portion 28 may be adapted to have a fixed magnetic direction. More specifically, pinned portion 28 may be adapted such that its set magnetic direction is not altered by the presence of external magnetic fields. Such an adaptation of pinned portion 28 is described in more detail below in reference to FIGS. 6–9. Storing portion 26, on the other hand, may be adapted to switch its magnetic direction with the presence of external magnetic fields. In this manner, the logic state of the bit stored within magnetic cell junctions 21 and 23 may be characterized by storing portion 26 relative to pinned portion 28. More specifically, the differential resistance between the magnetic states of pinned portion 28 and storing portion 26 may be used to indicate the logic state of the bit stored within the memory cell junction. Consequently, pinned portion 28 may be used as a reference direction for the magnetic direction in storing portion 26. In such an embodiment, the magnetic directions of pinned portion 28 and storing portion 26 are preferably arranged either parallel or antiparallel to each other such that the maximum differential resistance may be measured.

In a preferred embodiment, however, the configuration of storing portion 26 may be adapted to limit its ability to change its magnetic direction by external magnetic fields. More specifically, storing portion 26 may include an antiferromagnetic layer which is adapted to stabilize the magnetic direction of an adjacent magnetic layer within storing portion 26. In this manner, external magnetic fields may not change the magnetic direction of storing portion 26 without decoupling the antiferromagnetic layer and the adjacent magnetic layer. Consequently, the antiferromagnetic layer may protect the magnetic direction of storing portion 26 from being inadvertently switched. For example, the antiferromagnetic layer may serve to prevent storing portion 26 in memory cell 21 from being switched while adjacent memory cell 23 is being programmed, or vice versa. In this manner, the antiferromagnetic layer of storing portion 26 may serve to increase the write selectivity of memory array 20. Write selectivity, as used herein, may refer to the relative difference (i.e., current margin) between the amount of current responsible for switching the magnetization of a disturbed cell and the amount of current needed to switch the magnetization of a selected cell. In addition, the current needed to write to the magnetic cell junction may be decreased with the inclusion of the antiferromagnetic layer as is described in more detail below with regard to the writing procedure outlined in FIGS. 3–5c. Configurations of storing portion 26 including such an antiferromagnetic layer is illustrated FIGS. 6–9 and described in more detail below.

Another benefit of including an antiferromagnetic layer within storing portion 26 is that the antiferromagnetic layer may allow unidirectional anisotropy of magnetic cell junctions 21 and 23 to exist rather than shape anisotropy. In other words, the antiferromagnetic layer may set the magnetic direction of storing portion 26 rather than the shape of the magnetic cell junction setting the magnetic direction of storing portion 26. In general, the "anisotropy" of a magnetic layer may refer to the preferential orientation of magnetic moments within the layer when no external magnetic field is applied. As described above, a conventional magnetic cell junction may be configured such that the anisotropy of the junction is dependent on the shape of the layer. For example, a conventional magnetic cell junction may be configured to have an elliptical shape. In general,

magnetic moments of a layer may align with the periphery of a layer when no external fields and/or layers are used to influence the direction of the vectors. As such, a magnetic junction which is configure to have its anisotropy depend on the shape of the layer may be referred to having "shape anisotropy."

In some cases, configuring a magnetic junction to have shape anisotropy may also induce uniaxial anisotropy. "Uniaxial anisotropy," as used herein, may refer to a configuration in which the orientation of magnetic moments within a junction may be oriented in either one direction or another when no external field is applied. For example, an elliptically shaped magnetic cell junction which does not include an antiferromagnetic layer within its storing portion may have an anisotropy that is directed along either direction of the elongated dimension of the shape. In such a case, a magnetic field may be applied to the junction to direct the orientation of the magnetic moments into the other of the two directions. Furthermore, the magnetic moments may remain in the changed direction upon the release of the applied magnetic field.

In contrast, the magnetic cell junction provided herein may have a "unidirectional anisotropy." In general, "unidirectional anisotropy," as used herein, may refer to a configuration in which the orientation of magnetic moments within a layer is set or fixed in one particular direction when no external magnetic field is applied. More specifically, unidirectional anisotropy may refer to an orientation of the magnetic moments which cannot be changed solely by the induction of a magnetic field. Rather, a junction having unidirectional anisotropy may need to change the crystalline structure of adjacent layer within the storing portion such that the orientation of the magnetic moments within the magnetic layer may be changed by an induction of a magnetic field. In this manner, unidirectional anisotropy may be independent of the shape of the layer.

As stated above, conventional magnetic cell junctions typically include shapes with elongated and shortened dimensions in order to orient the directions of vectors within the layers of the junctions when no external field is applied. In general, the aspect ratio of the elongated and shortened dimensions in such conventional junctions typically needs to be approximately 1.6 or greater in order to induce such shape anisotropy. "Aspect ratio," as used herein, may refer to the ratio between the length and width of a magnetic cell junction taken along a plan view of the junction. It is noted that, in some embodiments, the length of a magnetic junction may refer to the longer of two dimensions oriented perpendicular to each other and the width may refer to the smaller of the two dimensions. In yet other embodiments, the length and the width of the magnetic junctions described herein may be equal (i.e., the junction is circular). In particular, since the magnetic junction described herein exploits the use of unidirectional anisotropy rather than shape anisotropy, magnetic cell junctions of any shape may be used in the memory cell described herein. More specifically, magnetic cell junctions having aspect ratios less than approximately 1.6 may be used in the memory cells described herein as well as magnetic cell junctions having aspect ratios equal to or greater than approximately 1.6.

Exemplary shapes of magnetic cell junctions 21 and 23 including aspect ratios less than approximately 1.6 are shown in FIGS. 2a and 2b. In particular, FIG. 2a illustrates a top view of a magnetic cell junction including circular shape 60. Since length 62 and width 64 are equal in a circular shape, the magnetic cell junction, in such an embodiment, has an aspect ratio of 1.0. In another embodi-

US 6,980,468 B1

**11**

ment, magnetic cell junctions 21 and/or 23 may include shape 65 as shown in FIG. 2b. In such an embodiment, length 66 may be slightly larger than width 68. In particular, the dimensions of length 66 and width 68 may be sized relative to each other such that the aspect ratio of shape 65 is less than approximately 1.6. In other embodiments, the magnetic cell junctions may include a shape with an aspect ratio equal to or greater than approximately 1.6. In either case, the lengths and widths of shapes 60 and 65 may generally be between approximately 0.1 $\mu m$ and approximately 1.0 $\mu m$. However, larger or smaller dimensions may be used for lengths 62 and 66 and widths 64 and 68, depending on the design specifications of the device and the technology available for fabricating small dimensions.

In general, surface areas of magnetic cell junctions described herein may be between 100 nm$^2$ and 40,000 nm$^2$. However, magnetic cell junctions with larger or smaller surface areas may be fabricated, depending on the technology available for fabricating such junctions. In some cases, it may be advantageous for the magnetic cell junction described herein to be fabricated with a relatively small surface area. In particular, magnetic cell junctions with relative small surface areas may allow a larger current density to be induced within the junction, thereby increasing the amount of heat that may be used for the write operation of the memory cell as described in more detail in reference to FIGS. 3–5c. In addition, the ferromagnetic/superparamagnetic thickness threshold for magnetic layers with small surfaces areas may be lower. In this manner, the free magnetic layer within the storing portion of the magnetic cell junction may be more easily adapted to be transformed into a superparamagnetic state during the write operation of the memory cell. Such superparamagnetic state may allow the magnetic direction of the free layer to be set with lower magnetic field magnitude, reducing the overall power requirements of the device. In general, the "ferromagnetic/ superparamagnetic thickness threshold" may refer to the thickness of a magnetic layer at which the layer changes from a ferromagnetic state to a superparamagnetic state. A further explanation of such states and its affect on the writing operation of the memory cell described herein is further described in reference to FIGS. 3 and 4, below.

In general, both of the configurations depicted in FIGS. 2a and 2b may be advantageous for reducing the lateral surface area of a memory cell. More specifically, the shape and size of the magnetic cell junctions described above may allow a memory cell to be fabricated with a lateral surface area less than approximately 1.0 $\mu m^2$ and in some embodiments, less than approximately 0.5 $\mu m^2$. In this manner, a memory cell may occupy less space within an array and consequently, a denser memory array may be fabricated. In general, a memory cell may include one or more memory cell junctions and the circuitry used to read and write from the junctions. As such, the lateral surface area of a memory cell may include the size of the magnetic cell junctions, electrodes, underlying transistors, and any contact structures used to electrically connect the components. In addition, the lateral surface area of a memory cell may further include portions of the bit and digit lines used at the intersection of the magnetic cell junctions.

Returning to FIG. 1, current path 54 is illustrated originating in bit line 22 flowing through magnetic cell junction 21 to ground line 46. Such a current path may be indicative of a read operation of memory array 20, as described above. In other embodiments, however, current path 54 may be indicative of a writing procedure for memory array 20 as described in reference to FIGS. 3–5c. In particular, FIG. 3

**12**

illustrates a flow chart of a writing operation of a memory cell including a storing portion with an antiferromagnetic layer. FIG. 4, on the other hand, illustrates exemplary manners in which each of the steps of FIG. 3 may be conducted. It is noted that FIG. 4 merely illustrates examples in which the steps of FIG. 3 may be conducted. Other methods known in the magnetoresistance materials industry for conducting such steps may be used and therefore, the steps outlined in FIG. 3 may not be limited or restricted by the steps outlined in FIG. 4.

As shown in FIG. 3, the method for writing a bit to the memory cell described herein may include decoupling an antiferromagnetic layer and an adjacent magnetic layer arranged within a storing portion of the memory cell. Consequently, the stability of the magnetic direction within the storing portion may be lessened during such a step. In other words, the magnetic direction of the storing portion may be less likely to stay in a certain direction. In some embodiments, step 70 may be conducted, for example, by heating the antiferromagnetic layer above a blocking temperature of the antiferromagnetic layer as shown in step 80 of FIG. 4. In general, the blocking temperature of an antiferromagnetic layer, which may also or alternatively referred to as the "Neel temperature" is the temperature at which the local magnetic moments within the layer change from a stable state to an unstable state. More specifically, the blocking temperature of an antiferromagnetic layer is the temperature at which the layer transforms from an antiferromagnetic material to a paramagnetic material.

"Antiferromagnetic," as used herein, may refer to the state of a material having magnetic moments oriented in opposite directions relative to each other. In particular, an antiferromagnetic material may include magnetic moments arranged in fixed directions oriented antiparallel to each other such that they counterbalance each other, rendering an overall magnetic direction of the material nonexistent. On the other hand, "paramagnetic" may refer to a state in which the magnetic moments within a layer are arranged in a variety of directions such that the magnetic direction of the layer cannot be determined. Consequently, an antiferromagnetic layer relinquishes its own coupling property at its blocking temperature. As a result, the interfacial coupling between an antiferromagnetic layer and an adjacent ferromagnetic layer may no longer exist (i.e., the layers are decoupled) and the adjacent magnetic layer may be "free" to change magnetic directions.

In a preferred embodiment, the antiferromagnetic layer included in storing portion 26 has a relatively low blocking temperature such that the amount of heat needed to switch the magnetic direction of the free magnetic layer in storing portion 26 is low. For example, in some embodiments, the blocking temperature of an antiferromagnetic layer included in storing portion 26 may be between approximately 100° C. and approximately 250° C., or more specifically at approximately 200° C. As such, the step of heating the antiferromagnetic layer may include exposing the memory cell to such temperatures. In general, the exposure of the memory cell to such temperatures is preferably limited such that the atomic structure of the magnetic layers within the magnetic cell junction is not altered. More specifically, the exposure of the memory cell to such temperatures is preferably limited such that the layers of the magnetic cell junction do not interdiffuse with one another. As such, in some cases, it may be advantageous to minimize the time at which the heating step is conducted. For example, in some embodiments, the duration of the heating step may be approxi-

US 6,980,468 B1

13

mately 10 nanoseconds or less. In addition or alternatively, the heating step may include a series short pulses of heat.

In any case, the step of heating the antiferromagnetic layer may include routing current through the magnetic cell junction supplied from the bit line to an underlying transistor as shown by current path 54 in FIG. 1. Such a current path may be formed by turning "on" underlying transistor 44 such that current supplied from bit line 22 may pass vertically through magnetic cell junction 21 to the transistor. In general, such a heating step may include an application of current between approximately 200 $\mu$A and approximately 400 $\mu$A or, more specifically, at approximately 300 $\mu$A. Such a current level may be enough to heat the antiferromagnetic layer above its blocking temperature, but low enough such that the voltage induced through the magnetic cell junction is below the breakdown voltage of the magnetic cell junction. Such a heating step is distinct from the read operation of the memory cell in that a current level for a read operation is typically between approximately 20 $\mu$A and approximately 40 $\mu$A. In this manner, the current level used during the read operation may not undesirably decouple the storing portions of magnetic cell junctions arranged along bit line 22. In some embodiments, transistor 44 may be oriented such that current flows through the transistor in a perpendicular manner with respect to underlying substrate 48. Such a transistor is referred to as a vertical transistor and is illustrated in FIG. 1. In such a configuration, transistor 44 may be advantageously adapted to receive the current level used to heat the antiferromagnetic layer without increasing the lateral surface area of the memory device. In yet other embodiments, however, transistors 44 may be oriented such that current flows in a parallel manner with respect to underlying substrate 48.

In some cases, the antiferromagnetic layer of the storing portion may be additionally or alternatively heated by a digit line arranged within the memory cell such that the blocking temperature of the antiferromagnetic layer may be reached. Such an application of heat may be induced by current applied along the digit line to radiate to the selected memory cell. For example, the application of current may be between approximately 1 mA and approximately 4 mA. In some embodiments, such an application of current may advantageously allow the current applied to the bit line during the heating step to be reduced. Although such an application of current along the digit line may induce a magnetic field about the magnetic cell junctions arranged along the digit line, the strength of the magnetic field may not be large enough to switch the magnetic direction of the storing portions of such junctions since the induced magnetic field is applied along the hard axes of the junctions. In such embodiments, the blocking temperature of the antiferromagnetic layer may be reached without heat induced through such a digit line.

In any embodiment, once the temperature of the antiferromagnetic layer has been increased above its blocking temperature, the magnetic direction of the adjacent magnetic layer (i.e., the free magnetic layer) may not be fixed in one particular direction. As explained in more detail below, in some embodiments, decoupling the antiferromagnetic layer and adjacent magnetic layer may include changing the state of the adjacent magnetic layer from a ferromagnetic state to a superparamagnetic state. In yet other embodiments, decoupling the antiferromagnetic layer and adjacent magnetic layer may not affect the state of the adjacent magnetic layer. In such an embodiment, the adjacent magnetic layer may remain in a ferromagnetic state during the write operation of the cell junction. In general, "ferromagnetic" may refer to a

14

state in which the magnetic moments within a layer are arranged generally along the same direction. In other words, "ferromagnetic" may refer to a state in which a magnetic direction of the layer may be determined by the overall direction of the magnetic moments within the layer. In contrast, "superparamagnetic" may refer to a state in which the magnetic moments within a layer are arranged in fixed directions relative to each other, but move relative to the anistropic orientation of the layer. In other words, the directions of magnetic moments within a superparamagnetic material are unstable relative to the direction of the anisotropy orientation of the layer. Consequently, an overall magnetic direction cannot be determined for a material in such a state. In general, a superparamagnetic state may be induced by reducing the dimensions of the layer below a certain threshold such that the directions of the magnetic moments are not fixed relative to the anistropic orientation of the layer.

In either case, the writing procedure described herein may consequently include setting a magnetic direction of the decoupled adjacent magnetic layer as shown in step 72 of FIG. 3. Such a step may be conducted by inducing a magnetic field about the magnetic cell junction as shown in step 82 of FIG. 4. In some embodiments, such a magnetic field may be induced by the bit line and the digit line. For example, the application of current used to induce the magnetic field may include a bit line current between approximately 0.5 mA and approximately 5.0 mA and a digit line current between approximately 1.0 mA and approximately 4.0 mA in some embodiments. Larger or smaller currents, however, may be applied to the bit line and/or the digit line, depending on the design specifications of the device. In yet other embodiments, a magnetic field induced by both a bit line and a digit line may not be necessary in the writing procedure described herein. In other words, since an antiferromagnetic layer is used to stabilize the magnetic direction of the storing portion within a magnetic cell junction, corresponding bit and digit lines may not be needed to enhance the write selectivity of an array. As such, in some embodiments, the magnetic field induced during the step of 82 may be primarily induced by the bit line. In this manner, the digit line may be omitted from the memory cell configuration in some embodiments. Such a case may be advantageous for reducing the lateral surface area occupied by the memory cell, since underlying contact structures may be aligned directly below the magnetic cell junction. Embodiments including such a configuration are illustrated in FIGS. 7 and 8 and are further described below.

In either embodiment, the writing procedure may further include coupling the antiferromagnetic layer and the adjacent magnetic layer in the set magnetic direction as shown in step 74 in FIG. 3. Consequently, in some embodiments, step 74 may include changing the state of the adjacent magnetic layer from a superparamagnetic state to a ferromagnetic state. In yet other embodiments, the step of coupling the antiferromagnetic and the adjacent magnetic layer in a set magnetic direction may not affect the state of the adjacent magnetic layer. In particular, step 74 may induce the adjacent magnetic layer in a state other than a ferromagnetic state. In either embodiment, such a coupling process may include cooling the antiferromagnetic layer as shown in step 84 in FIG. 4. In particular, step 84 may include terminating the application of heat applied to the antiferromagnetic layer during step 80. More specifically, the vertical current applied through the magnetic cell junction may be discontinued by either turning "off" the underlying transistor and/or discontinuing the current applied to the bit line. As

US 6,980,468 B1

15

will be described in more detail below in reference to FIG. 5a, the current applied to the bit line may not be discontinued in some embodiments, but rather may be increased to induce the magnetic field by which the magnetic direction of the adjacent magnetic layer may be set. In such an embodiment, turning "off" the transistor prior to the increase in bit line current is advantageous such that the increased current is not exposed to the transistor. Such a surge of current may undesirably damage the transistor, causing the device to malfunction.

Consequently, the step of cooling the antiferromagnetic layer (step 84) may be initiated prior to the step of inducing a magnetic field about the magnetic junction (step 82) in some cases. In other embodiments, the step of cooling the antiferromagnetic layer may be initiated at substantially the same time or subsequent to the step of inducing a magnetic field about the magnetic junction. In any embodiment, however, the process of cooling the antiferromagnetic layer may be longer than the step of inducing the magnetic field since the process of cooling the antiferromagnetic layer may include reducing the temperature of the layer back to the temperature at which it was prior to heating step 80. In this manner, the magnetic direction of the adjacent magnetic layer may be set prior to the layer being coupled with the antiferromagnetic layer.

In some embodiments, the antiferromagnetic layer may continue to be heated during the step of setting the magnetic direction of the adjacent magnetic layer. In such an embodiment, the vertical current applied to the magnetic cell junction may be discontinued, but the current applied to a digit line may continue such that the storing portion may continue to be heated. In yet other embodiments, current may be initiated at the point at which the vertical current is discontinued. In either case, such a heating sequence may allow the storing portion to be unstable for a longer period of time to insure the magnetic direction may be set. As such, the starting point of the step of cooling of the antiferromagnetic layer, in such an embodiment, may be either at the point at which the vertical current through the magnetic cell junction is discontinued or at the point the current to the digit line is discontinued. As such, in some embodiments, the step of cooling the antiferromagnetic layer may be initiated subsequent to the step of inducing a magnetic field about the magnetic junction.

FIGS. 5a–5c illustrate exemplary temporal current applications for the write procedure described in reference to FIGS. 3 and 4. In particular, FIG. 5a depicts the current application to a bit line during a write procedure of a memory cell. Such an embodiment is substantially absent of current applied to the digit line and therefore, the digit line current versus time graph is not shown in FIG. 5a. In such an embodiment, current may applied to the bit line at low level 90 to heat the antiferromagnetic layer prior to being applied at high level 92 in which the current may induce a magnetic field large enough to set the magnetic direction of the decoupled adjacent magnetic layer. In general, the current applied at level 90 is preferably large enough to heat the antiferromagnetic layer above its blocking temperature. For example, level 90 may be between approximately 200 $\mu$A and approximately 400 $\mu$A, or more specifically approximately 300 $\mu$A. Larger or smaller current levels, however, may be used, depending on the design specifications of the device. In addition, current may be applied at level 90 for a time period between approximately 0.1 ns and approximately 10.0 ns. However, longer or shorter time periods for level 90 may be used, depending on the design specifications of the device.

16

As stated above, current applied at level 92 may be used to induce a magnetic field by which to set the magnetic direction of the decoupled adjacent magnetic layer. In this manner, level 92 may range from approximately 0.5 mA to approximately 5.0 mA. However, larger or smaller current levels may be appropriate, depending on the design specifications of the device. For example, in an embodiment in which the decoupled adjacent magnetic layer is in a super-paramagnetic state, a relatively small amount of current level may be used since lower levels of current are generally needed to orient the directions of vectors within a super-paramagnetic state as compared to vectors within a ferromagnetic state. Similar to the application of current at level 90, level 92 may be applied for a time period between approximately 0.1 ns and approximately 10.0 ns. Longer or shorter time periods for level 92 may be used, however, depending on the design specifications of the device. It is noted that the values depicted for the applications of current in FIG. 5a for level 90 as well as level 92 and the values depicted in FIGS. 5b and 5c are merely shown as exemplary embodiments and, therefore, should not limit the magnitude or time by which currents are applied in the method described herein. Subsequent to setting the magnetic direction of the decoupled adjacent magnetic layer, current to the bit line may be discontinued as indicated by level 94.

FIG. 5b illustrates yet other exemplary temporal graph of current applied during a write procedure of a memory cell. In particular, FIG. 5b illustrates the application of current along both a bit line and a digit line. Such an embodiment is shown to illustrate the digit line being used to additionally heat the antiferromagnetic layer. FIG. 5b illustrates the application of current applied to the bit line to be similar to that of FIG. 5a and, therefore, may include similar current levels and time durations to that of FIG. 5a. In addition, FIG. 5b illustrates an application of current at level 96 along a digit line during the decoupling step of the antiferromagnetic layer and the adjacent magnetic layer. Current at level 96 may include any level able to generate heat from the digit line to the antiferromagnetic layer. Such a range may between, for example, approximately 1 mA and approximately 4 mA. The duration of such an application of current may range between approximately 0.1 ns or 10.0 ns. Longer or shorter time durations and/or larger or smaller current levels, however, may be used for current applied to the digit line for level 96, depending on the design specifications of the device.

In other embodiments (not shown), the application of current along the digit line may continue through the entire writing procedure. Such an embodiment may be particularly advantageous in embodiments in which the application of heat from the digit line is desirable to maintain the decoupling of the antiferromagnetic layer and the adjacent magnetic layer for a longer period of time. Such an embodiment may be additionally or alternatively advantageous in embodiments in which the magnetic field induced by the digit line is needed to switch the magnetic direction of the decoupled adjacent magnetic layer. The continuation of current along the digit line, in such an embodiment, may include maintaining the current at level 96, increasing the current above level 96, or decreasing the current below level 96. In yet another embodiment (not shown), the step of decoupling of the antiferromagnetic layer and the adjacent magnetic layer may solely include the application of heat from the digit line and rather than from the bit line.

FIG. 5c illustrates yet another exemplary temporal graph of current applied during a write procedure of a memory cell. In particular, FIG. 5c illustrates an embodiment in

US 6,980,468 B1

17

18

which current is applied to the digit line during the step of setting the magnetic direction of the decoupled adjacent magnetic layer. In this manner, the current applied to the digit line as shown in FIG. 5c may be used to induce a field about the magnetic junction in addition to the magnetic field induced by the current applied to the bit line such that the magnetic direction may be set. In addition or alternatively, the current applied to the digit line may be used to heat the antiferromagnetic layer while the magnetic direction of the decoupled adjacent magnetic layer is being set by the magnetic field induced by the current applied to the bit line. Such an embodiment may first heat the antiferromagnetic layer by current level 90 applied to the bit line, but then continue to heat the layer with the initiation of current at level 98 along the digit line as shown in FIG. 5c. Current level 98 may be applied between approximately 1 mA and approximately 4 mA for a duration between approximately 0.1 ns and approximately 10.0 ns. Different current levels and time durations, however, may be used for the application of current to the digit line, depending on the design specifications of the device.

FIGS. 6–9 depict exemplary configurations of upper portions of memory cell arrays having magnetic cell junctions with an antiferromagnetic layer included in their storing portions. In particular, FIGS. 6–9 depict exemplary configurations of portion 56 of memory array 20 outlined by the dotted line in FIG. 1. As noted above, components of memory array 20 are not drawn to scale. As such, the portions of memory array 20 illustrated in FIGS. 6–9 are not drawn to scale. In particular, the memory cell junctions of FIGS. 6–9 are greatly exaggerated to emphasize the layers of memory cell junctions 21 and 23. In general, the thickness of memory cell junctions 21 and 23 may be on the order of hundreds of angstroms while the thickness of bit line 22 and digit lines 30 may be on the order of thousands of angstroms.

Memory array portion 100 is shown in FIG. 6 including layers 104–114 within memory cell junctions 21 and 23. More specifically, storing portion 26 and pinned portion 28 of memory cell junctions 21 and 23 are shown to include layers 104–114. In general, pinned portion 28 may include magnetic layer 112 and high temperature antiferromagnetic (AF) layer 114. High temperature AF layer 114 may be adapted to set and orient the magnetic direction of magnetic layer 112. More specifically, high temperature AF layer 114 may be adapted to set the magnetic direction of magnetic layer 112 such that the magnetic direction is not easily altered by the presence of external magnetic fields. In this manner, pinned portion 28 may be used as a reference direction for the magnetic direction in storing portion 26. Consequently, magnetic layer 112 may be referred to as a "pinned magnetic layer." In general, the fabrication of a memory cell junction having pinned portion 28 may include coupling the magnetic directions of high temperature AF layer 114 and magnetic layer 112 such that a stable magnetic direction may be obtained. Such a stable magnetic direction may be difficult to switch with low magnetic fields. For example, the stable magnetic direction may be difficult to switch with magnetic fields ranging between approximately 100 Oe and approximately 400 Oe. In fact, the coupled magnetic direction between high temperature AF layer 114 and magnetic layer 112 may be able to withstand magnetic fields a high as approximately 800 Oe or 1200 Oe without switching the magnetic direction of magnetic layer 112.

The process of coupling the magnetic directions of the two layers may include exposing the memory cell junction to a relatively high temperature and concurrently applying a magnetic field in the desired direction. For example, the process may include exposing the memory cell junction to a temperature between approximately 300° C. and approximately 400° C. Such an exposure, however, is distinct from the decoupling process of storing portion 26 during a write operation of the device as described in more detail below. In particular, the temperature of the decoupling process of storing portion 26 may be between approximately 100° C. and approximately 200° C., significantly lower than the relatively high temperatures used for the coupling process of pinned portion 28.

In general, materials which may be used for high temperature AF layer 114 may include magnetic materials which are adapted to orient and pin the magnetic direction of layers at such relatively high temperatures. For instance, high temperature AF layer 114 may include antiferromagnetic materials such as alloys of platinum-manganese (Pt—Mn), nickel-manganese (Ni—Mn), osmium-manganese (Os—Mn), platinum-palladium-manganese (Pt—Pd—Mn), and platinum-manganese-chromium (Pt—Mn—Cr), for example. Other antiferromagnetic materials, however, may be appropriate for high temperature AF layer 114 depending on the design specifications of the device. In general, the blocking temperature for an antiferromagnetic layer increases with the thickness of the layer. As such, it may be advantageous for high temperature AF layer 114 to have a relatively large thickness. For example, the thickness of high temperature AF layer 114 may be between approximately 100 angstroms and 400 angstroms, in some embodiments. Other thicknesses of high temperature AF layer 114 may be appropriate, however, depending on the design specifications of the device.

As stated above, "antiferromagnetic," as used herein, may refer to the state of a material having magnetic moments oriented in opposite directions relative to each other. In particular, an antiferromagnetic material may include magnetic moments arranged in fixed directions oriented antiparallel to each other such that they counterbalance each other, rendering an overall magnetic direction of the material nonexistent. In contrast, "ferromagnetic" may refer to a state in which the magnetic moments within a layer are fixed in generally the same direction or are, in other words, arranged parallel to each other. In this manner, "ferromagnetic" may refer to a state in which a magnetic direction of the layer may be determined by the overall direction of the magnetic moments within the layer.

On the other hand, "paramagnetic" may refer to a state in which the magnetic moments within a layer are arranged in a variety of directions such that the magnetic direction of the layer cannot be determined. In general, such a paramagnetic state may be induced within a ferromagnetic material or an antiferromagnetic material upon increasing the temperature of the material above a certain threshold. In general, the thresholds for ferromagnetic and antiferromagnetic materials are referred to as the "Curie" temperature and the "Neel" temperature, respectively. A "superparamagnetic" material, however, may refer to a state in which the magnetic moments within a layer are arranged in fixed directions relative to each other, but move relative to the anisotropy orientation of the layer. In other words, the directions of the magnetic moments within a superparamagnetic material are unstable relative to the direction of the anisotropy orientation of the layer. Consequently, an overall magnetic direction cannot be determined for a material in such a state. In general, a superparamagnetic state may be induced by reducing the dimensions of the layer below a certain thresh-

US 6,980,468 B1

19

old such that the directions of the magnetic moments are not arranged along a fixed direction relative to the anisotropy orientation of the layer.

Since the magnetic direction of magnetic layer 112 is preferably pinned or fixed in a particular direction, the material used for magnetic layer 112 may include any magnetic material, such as cobalt-iron, nickel-iron, nickel-iron-cobalt alloys, cobalt-zirconium-niobium, or cobalt-iron-boron, which are in a ferromagnetic state. Other magnetic materials that are used in the MRAM fabrication industry, however, may also or alternatively be used for magnetic layer 112, depending on the design specifications of the device. In general, the state of a magnetic material to be in a ferromagnetic state or a superparamagnetic state may be dependent on the thickness and the surface area occupied by the material. In particular, a layer with a certain surface area may be in a ferromagnetic state with a thickness greater than a particular threshold and may be in a superparamagnetic state with a thickness less than the particular threshold. For example, a nickel-iron layer having a surface area of approximately 10,000 $nm^2$ may have a ferromagnetic/superparamagnetic thickness threshold of approximately 20 angstroms. As such, the thickness of magnetic layer 112, in such an embodiment, may be greater approximately 20 angstroms. More specifically, the thickness of magnetic layer 112 may be between approximately 20 angstroms and approximately 100 angstroms or between approximately 20 angstroms and approximately 50 angstroms, in such an embodiment. Every material, however, may have their own specific threshold. Consequently, the thickness of magnetic layer 112 may depend on the material used for magnetic layer 112 as well as the surface area occupied by magnetic junctions 21 and 23.

In general, the magnetic field generated from one magnetic layer may affect the magnetic direction of adjacent layers. As such, in order to prevent the magnetic field of pinned portion 28 from influencing the magnetic direction of the free layer in storing portion 26, the overall magnetic moment within pinned portion 28 should be substantially zero. Such an overall magnetic moment may be achieved by counteracting the magnetic field generated from magnetic layer 112. More specifically, pinned portion 28 may be fabricated with an additional magnetic layer having a magnetic direction set in a substantially opposite direction than magnetic layer 112. As such, pinned portion 28 may further include setting layer 110 and magnetic layer 108 formed above magnetic layer 112. In particular, pinned portion 28 may also include setting layer 110 interposed between magnetic layer 108 and magnetic layer 112. In yet other embodiments, pinned portion 28 may be absent of an additional magnetic layer and a setting layer. As such, although the embodiments provided herein include setting layer 110 and magnetic layer 108, the embodiments are not restricted to the inclusion of such layers.

In general, setting layer 110 may be used to set the magnetic direction of magnetic layer 108 in a direction opposite (i.e., antiparallel) to the magnetic direction of magnetic layer 112. Consequently, magnetic layer 108 may be referred to as a "fixed magnetic layer." More specifically, setting layer 110 may include a material which has an inherent property to set the magnetic direction of an adjacent magnetic material in an opposite direction than another adjacent material. For example, setting layer 110 may include ruthenium or any other material comprising such a property. Advantageously, the inclusion of setting layer 110 and magnetic layer 108 may make pinned portion 28 even more difficult to switch with the application of external

20

magnetic fields. In other words, larger external magnetic fields may be needed to switch a reference magnetic direction in embodiments in which pinned portion 28 includes an additional magnetic layer and a setting layer as described herein. In general, the thickness of setting layer 110 may be between approximately 5 angstroms and approximately 15 angstroms. However, larger or smaller thicknesses of setting layer 110 may be used, depending on the design specifications of the device.

In general, the material used for magnetic layer 108 may be similar to that of magnetic layer 112. As such, magnetic layer 108 may include any magnetic material, such as cobalt-iron, nickel-iron, nickel-iron-cobalt alloys, cobalt-zirconium-niobium, or cobalt-iron-boron, which is in a ferromagnetic state. In this manner, the thickness of magnetic layer 108 may be between approximately 20 angstroms and approximately 100 angstroms, and more specifically between approximately 20 angstroms and approximately 50 angstroms. Materials and/or thicknesses that differ from magnetic layer 112, however, may be used for magnetic layer 108, depending on the design specifications of the device. In addition, different thicknesses and/or materials than the ones listed for magnetic layer 112 may be used for magnetic layer 108, depending on the design specifications of the device. In some embodiments, magnetic layer 108, as well as magnetic layer 112, may include a plurality of layers. For example, in some embodiments, magnetic layers 108 and 112 may include a plurality of magnetic materials in ferromagnetic states. In some cases, the plurality of magnetic layers may include the same material. In other embodiments, the plurality of ferromagnetic layers may include different materials.

As stated above, storing portion 26 may be adapted to allow the magnetic direction of magnetic layer 106 to be switched during writing operations of magnetic memory array 20. More particularly, storing portion 26 may be adapted such that the magnetic orientation of magnetic layer 106 is able to rotate relative to the magnetic direction of magnetic layer 112. Consequently, magnetic layer 106 may be referred to as a "free magnetic layer". As shown in FIG. 6, storing portion 26 may further include low temperature antiferromagnetic (AF) layer 104. In general, low temperature AF layer 104 may serve to orient and set the magnetic direction of magnetic layer 106 during write operations of memory array 20. The process of orientating the magnetic direction of magnetic layer 106 during such a write operation is described in more detail above in reference to FIGS. 3–5c. In addition, low temperature AF layer 104 may be used to strengthen the magnetic direction of magnetic layer 106, particularly during read operations or more particularly during write operations of unselected magnetic cell junctions. In this manner, low temperature AF layer 104 may serve to protect the magnetic direction of magnetic layer 106 from being inadvertently switched within disturbed cell junctions. More specifically, low temperature AF layer 104 may prevent an unselected memory cell junction from being switched while a selected magnetic cell junction is being programmed. For example, low temperature AF layer 104 may prevent magnetic layer 106 from being switched in magnetic cell junction 21 while magnetic cell junction 23 is being programmed, or vice versa.

Consequently, low temperature AF layer 104 may serve to increase the write selectivity of magnetic memory array 20. Write selectivity, as used herein, may refer to the relative difference (i.e., current margin) between the amount of current responsible for switching the magnetization of a disturbed cell and the amount of current needed to switch the

US 6,980,468 B1

21

magnetization of a selected cell. In addition, low temperature AF layer 104 may allow the unidirectional anisotropy of magnetic cell junctions 21 and 23 rather than shape anisotropy as used in conventional magnetic cell junctions. More specifically, low temperature AF layer 104 may set the magnetic direction of magnetic layer 106, rather than being set by the shape of magnetic cell junctions 21 and 23. In this manner, the shape of magnetic cell junctions 21 and 23 may include an aspect ratio less than approximately 1.6 and, in some embodiments, may be circular. Exemplary memory cell junctions with such aspect ratios are described above in reference to FIGS. 2a and 2b. In yet other embodiments, magnetic cell junctions 21 and 23 may include as an aspect ratio equal to or greater than approximately 1.6.

Materials which may be used for low temperature AF layer 104 may include materials adapted to orient and pin the magnetic direction of magnetic layer 106. For instance, low temperature AF layer 104 may include antiferromagnetic materials such as alloys of iridium-manganese (Ir—Mn), or more specifically an alloy including 20% iridium and 80% manganese, for example. Other antiferromagnetic materials, however, may be appropriate for low temperature AF layer 104 depending on the design specifications of the device. For example, low temperature AF layer 104 may alternatively include an alloy of iron-manganese, or more specifically an alloy including 50% iron and 50% manganese. In any case, an antiferromagnetic material may generally be more resistive than other conductive materials. Since resistance generally generates heat, the inclusion of an antiferromagnetic material within the storing portion of the magnetic cell junction may advantageously concentrate a relatively large amount of heat within the storing portion as compared to other regions within the magnetic cell junction. Such a conduction of heat may be particularly useful for reaching the blocking temperature of the antiferromagnetic layer.

As stated above, the blocking temperature for an antiferromagnetic layer increases with the thickness of the layer. As such, it may be advantageous for low temperature AF layer 104 to have a relatively small thickness. For example, the thickness of low temperature AF layer 104 may be between approximately 20 angstroms and 100 angstroms or more specifically, approximately 50 angstroms. Other thickness of low temperature AF layer 104 may be appropriate, however, depending on the design specifications of the device. Consequently, in a preferred embodiment, low temperature AF layer 104 may include a material with a relatively low blocking temperature such that the amount of heat needed to switch the magnetic direction of the free layer in storing portion 26 is low. For example, in some embodiments, low temperature AF layer 104 may include a material having a low blocking temperature between approximately 100° C. and approximately 250° C., or more specifically approximately 200° C. In this manner, the temperature used to heat low temperature AF layer 104 and, thus switch the magnetic direction of magnetic layer 106, may be between approximately 100° C. and approximately 250° C., or more specifically approximately 200° C. As noted above, the exposure of the memory cell to such temperatures is preferably limited such that the atomic structure of the magnetic layers within the magnetic cell junction is not altered. As such, in some cases, it may be advantageous to minimize the time low temperature AF layer 104 is heated. For example, in some embodiments, the duration of the heating step may be approximately 10 nanoseconds or less. In addition or alternatively, the heating step may include a series short pulses of heat.

22

In general, magnetic layer 106 may include any magnetic material, such as cobalt-iron, nickel-iron, nickel-iron-cobalt alloys, cobalt-zirconium-niobium, or cobalt-iron-boron, for example. Other magnetic materials used in the MRAM fabrication industry, however, may also or alternatively be used for magnetic layer 106, depending on the design specifications of the device. In general, magnetic layer 106 may be in a ferromagnetic state when it is coupled to low temperature AF layer 104. As such, in some embodiments, the material deposited for magnetic layer 106 may be in a ferromagnetic state. In yet other embodiments, however, the material deposited for magnetic layer 106 may be in a superparamagnetic state. In such an embodiment, the superparamagnetic state of magnetic layer 106 may change to a ferromagnetic state upon coupling with low temperature AF layer 104. In addition, the ferromagnetic state may change to the superparamagnetic state when magnetic layer 106 is decoupled from low temperature AF layer 104.

In some cases, depositing magnetic layer 106 in a superparamagnetic state may be desirable. In particular, the strength of a magnetic field needed to switch magnetic layer 106 may be lower when magnetic layer 106 is in a superparamagnetic state versus a ferromagnetic state. As such, the amount of current needed to write to magnetic cell junctions 21 and 23 may be lower in a case in which magnetic layer 106 is deposited in a superparamagnetic state, reducing the overall power requirements of the array. In some cases, the current need to write to magnetic cell junctions 21 and 23 may be at the edge of the superparamagnetic threshold, which corresponds to the lowest current able to switch the junctions. In addition, depositing magnetic layer 106 in a superparamagnetic state may allow the state of a selected cell to change during a write operation of an array while the state of the unselected cells will remain in a ferromagnetic state, further distinguishing the magnetization fields required to switch the selected cell versus the unselected cells. Consequently, the write selectivity of the device may be further enhanced in an embodiment in which magnetic layer 106 is deposited in a superparamagnetic state.

As stated above, the thickness and the surface area occupied by a material may determine whether the material is in a ferromagnetic or superparamagnetic state. As such, the state in which magnetic layer 106 is deposited may depend on the design specifications of the device. In some embodiments, it may be advantageous to deposit magnetic layer 106 in a ferromagnetic state. As such, in an embodiments in which magnetic layer 106 includes a ferromagnetic/superparamagnetic thickness threshold of approximately 20 angstroms, for example, magnetic layer 106 may include a thickness greater than approximately 20 angstroms. In some cases, magnetic layer 106, in such an embodiment, may be between approximately 20 angstroms and approximately 100 angstroms. In yet other embodiments, magnetic layer 106 may be deposited in a superparamagnetic state and, therefore, may include a thickness less than approximately 20 angstroms. For example, in some cases, the thickness of magnetic layer 106 may be between approximately 10 angstroms and approximately 20 angstroms, in such an embodiment.

As stated above, the ferromagnetic/superparamagnetic thickness threshold of a layer is generally dependent on the material used for the layer and the surface area occupied by the magnetic cell junction. Therefore, larger or smaller thicknesses of magnetic layer 106 may be used in the memory cell described herein, depending on the material used for the layer and the thickness and surface area of the layer. As such, magnetic layer 106 is not restricted to the

US 6,980,468 B1

23

aforementioned exemplary thicknesses. In any case, magnetic layer 106 may include a plurality of layers in some embodiments. Such a plurality of layers may be substantially the same or different. In particular, the plurality of layers may be deposited having superparamagnetic and/or ferromagnetic properties. In yet other embodiments, magnetic layer 106 may include a single layer of magnetic material.

As shown in FIG. 6, memory array 20 may include electrode 31 interposed between storing portion 26 and bit line 22. In general, electrode 31 may serve to electrically connect conductive structures or layers within memory array 20. As such, electrode 31, as well as electrode 32, may include doped polysilicon or any metal material, such as aluminum, cobalt, copper, iron, nickel, nickel-iron-chromium, platinum, tantalum, titanium, tungsten, or a metal alloy or silicide thereof. In some embodiments, electrode 31 may include a metal including high thermal conductivity properties such that the blocking temperature of low temperature AF layer 104 may be reached. For example, electrode 31 may preferably include tungsten in some cases. Such a layer of high thermal conductivity may advantageously draw heat toward low temperature AF layer 104 within storing portion 26. In other embodiments, however, the blocking temperature of low temperature AF layer 104 may be reached without electrode 31 including a metal with such high thermal conductivity properties. In any case, the thickness of electrode 31 may be between approximately 20 angstroms and approximately 500 angstroms, and more specifically between approximately 100 angstroms and approximately 200 angstroms. However, larger or smaller thicknesses of electrode 31 may be appropriate depending on the design specifications of the device.

FIG. 7 illustrates portion 56 of memory array 20 in a different embodiment. In particular, FIG. 7 illustrates memory array portion 120 including bit line 22, storing portion 26, and pinned portion 28. In general, bit line 22, storing portion 26, and pinned portion 28 of FIG. 7 may be similar to the respective layers of memory array portion 100 in FIG. 6. As such bit line 22, storing portion 26, and pinned portion 28 of FIG. 7 may include similar materials and thicknesses as those described in FIG. 6. FIG. 7, however, differs from FIG. 6 in that digit lines are excluded from the memory cell configurations. In this manner, memory array portion 120 may be substantially absent of another conductive line which to induce a magnetic field about magnetic cell junctions 21 and 23. Alternatively stated, memory array portion 120 may be substantially absent of another conductive line which is adapted to set the magnetic direction of the magnetic cell junctions during a write operations of the memory cell.

Consequently, the current supplied to memory cell junctions 21 and 23 to heat low temperature AF layer 104, in such an embodiment, may be primarily conducted from bit line 22. In addition, bit line 22 may be the only conductive line adapted to set the magnetic direction of magnetic layer 106. As a result, the write selectivity of such a device may be negated, since the only memory cell junction with a decoupled storing layer is the cell junction in which current has flowed from bit line 22 to an underlying transistor. As shown in FIG. 7, the placement of contact structures 36 may be rearranged to reside directly beneath magnetic cell junctions 21 and 23. In this manner, the conductive path to underlying transistors 44 may be reduced, improving the speed of the read operation of the array. In addition, the length of electrodes 32 may reflect the width of magnetic cell junctions 21 and 23. In yet other embodiments, the

24

placement of contact structures 36 and the length of electrodes 32 may be the same as in FIG. 6 when digit lines are excluded from memory array 20.

Another difference between memory array portion 120 of FIG. 7 and memory array portion 100 of FIG. 6 is memory cell junctions 21 and 23 of memory array portion 120 may include an additional insulating layer. More specifically, memory cell junctions 21 and 23 of memory array portion 120 may include insulating layer 122 interposed between electrode 31 and low temperature AF layer 104. In this manner, low temperature AF layer 104 may be interposed between two insulating layers (i.e., insulating layer 122 and tunneling layer 30). Such a configuration may be adapted concentrate heat applied to the magnetic cell junction in a vicinity of low temperature AF layer 104. In this manner, a lower current may be supplied from bit line 22 to decouple low temperature AF layer 104 and magnetic layer 106 than in a configuration that does not include an additional insulating layer, such as the embodiment shown in FIG. 6.

In general, insulating layer 122 may include any dielectric material. For example, in the embodiment of FIG. 7, insulating layer 122 may include a material which may adequately insulate low temperature AF layer 104. As such, insulating layer may include silicon dioxide or silicon nitride, in some cases. In addition, the thickness of insulating layer 122 may be between approximately 10 angstroms and approximately 50 angstroms such that low temperature AF layer 104 is sufficiently insulated. Larger or smaller thicknesses and/or other insulating materials, however, may be used for insulating layer 122, depending on the design specifications of the device. For example, in some embodiments, as described in more detail below in reference to FIG. 8, insulating layer 122 may be used for a tunneling junction of the magnetic cell junctions and thus, may be adapted to pass electrons between overlying and underlying materials. Exemplary materials for insulating layer 122, in such an embodiment, may include, for instance, aluminum oxide, aluminum nitride, tantalum oxide, titanium oxide, hafnium oxide, magnesium oxide, or zirconium oxide. In addition, the thickness of insulating layer 122, in such an embodiment, may be similar to the thickness of tunneling layer 107. For example, the thickness of insulating layer 122 may be between approximately 5 angstroms and approximately 50 angstroms and, more specifically, between approximately 6 angstroms and approximately 25 angstroms.

In any case, the plurality of insulating layers within magnetic cell junctions 21 and 23 may advantageously incorporate a plurality of resistors within the magnetic cell junctions. In particular, the inclusion of insulating layer 122 interposed between electrode 31 and low temperature AF layer 104 may produce a fixed resistor within magnetic cell junctions 21 and 23. In addition, magnetic cell junctions 21 and 23 may further include the variable resistor of tunneling layer 27 arranged between storing portion 26 and pinned portion 28. In this manner, the resistors may be arranged in series within the magnetic cell junctions. Consequently, the voltage passing through the junctions may be divided, allowing a higher current to be used for the operation of the memory cell. More specifically, the memory cell may be operated with a wider range of current without exceeding the threshold voltage of the cell junctions. In some conventional memory cell junctions, a voltage greater than 1.5 volts may cause a magnetic junction to breakdown. The inclusion of multiple resistors within the magnetic cell junctions described herein, however, may allow an aggregate voltage greater than 1.5 volts to pass through the cell junctions. In some embodiments, more than two insulating layers may be

US 6,980,468 B1

25

arranged within the memory cell junction to further divide the voltage passing through the junction.

In some embodiments, however, the inclusion of a fixed resistor within the magnetic cell junctions may undesirably reduce the tunnel magnetoresistance (TMR) of the junction. In general, TMR is the value used to measure the distinction between low resistance and high resistance states of a memory cell. More specifically, TMR is the difference in resistance between different logic states of the memory cell divided by the resistance of the memory cell in a low resistance state. Since a fixed resistor contributes the same amount of resistance in the magnetic junction in the low and high resistance states, the inclusion of such a fixed resistor may undesirably decrease the difference between the low and high resistance states of the magnetic cell junction. Consequently, the TMR value of a device including a fixed resistor within a magnetic cell junction may be lower than a device which does not include a fixed resistor. Consequently, the logic state of a device with a fixed resistor may be more difficult to determine. As such, FIG. 8 illustrates an exemplary configuration of an upper portion of memory array 20 including a plurality of variable resistors within magnetic cell junctions 21 and 23. More specifically, FIG. 8 illustrates memory array portion 128 with two variable resistors arranged within each of magnetic cell junctions 21 and 23, as described in more detail below.

It is noted that the inclusion of an additional insulating layer and the exclusion of digit lines in the embodiment illustrated in FIG. 7 are not mutually exclusive for the device described herein. In other words, other embodiments of upper portions of memory array 20 may include an additional insulating layer while still including digit lines. Likewise, other embodiments of upper portions of memory array 20 may not include digit lines as well as additional insulating layers.

As shown in FIG. 8, memory array portion 128 may include a similar layer configuration as memory array portion 120 in FIG. 7. In particular, memory array portion 128 may include bit line 22 arranged in contact with magnetic junctions 21 and 23. In addition, memory array portion 128 may be absent of digit lines. In other embodiments, however, memory array portion 128 may include digit lines spaced adjacent to magnetic junctions 21 and 23. In either case, magnetic junctions 21 and 23 of memory array portion 128 may each include pinned portion 28, storing portion 26, and additional insulating layer 122. In general, bit line 22, storing portion 26, and pinned portion 28 of FIG. 8 may be similar to the respective layers of memory array portion 120 in FIG. 7. As such bit line 22, storing portion 26, and pinned portion 28 of FIG. 8 may include similar materials and thicknesses as those described in FIG. 7. Memory array portion 128 of FIG. 8 differs from memory array portion 120 of FIG. 7, however, by the inclusion of additional pinned portion 138 arranged upon additional insulating layer 122. In addition, memory array portion 128 includes additional magnetic layer 121 interposed between additional insulating layer 122 and low temperature AF layer 104 and as a result, includes additional storing portion 126.

In general, additional pinned portion 138 may include a similar composition of layers as pinned portion 28. More specifically, additional pinned portion 138 may include high temperature AF layer 126, which is adapted to set the magnetic direction of magnetic direction of magnetic layer 125, such that magnetic layer 125 may be a "pinned magnetic layer." Furthermore, additional pinned portion 138 may include setting layer 124 with which to set the magnetic direction of magnetic layer 123 in a substantially opposite

26

direction from magnetic layer 125 such that the overall magnetic field induced by additional pinned portion 138 may be substantially zero. In this manner, magnetic layer 125 may be referred to as a "fixed magnetic layer." In general, the layers of additional pinned portion 138 may include a similar materials and thicknesses as those listed for the respective layers included in pinned portion 28. As such, high temperature AF layer 126 may include similar materials and thicknesses as those listed for high temperature AF layer 114. In addition, magnetic layer 125 and 123 may include similar materials and thicknesses as those listed for magnetic layers 112 and 108, respectively. Moreover, setting layer 124 may include a similar material and thickness as those listed for setting layer 110.

Furthermore, additional storing portion 136 may include a similar composition of layers as storing portion 26. In particular, the composition of additional magnetic layer 121 may be similar to magnetic layer 106 in storing portion 26. As such, additional magnetic layer 121 may be deposited in either a ferromagnetic or superparamagnetic state, depending on the thickness of the layer, material used for the layer, and the surface area occupied by the layer. In addition, additional magnetic layer 121 may couple with low temperature AF layer 104, and, therefore, may have its magnetic direction stabilized by low temperature AF layer 104. Moreover, upon decoupling with low temperature AF layer 104, additional magnetic layer 121 may be "free" to switch its magnetic direction. Consequently, additional magnetic layer 121 may be referred to as a "free magnetic layer." In this manner, low temperature AF layer 104 may serve as a joint antiferromagnetic layer for storing portion 26 and storing portion 136.

Consequently, insulating layer 122 may be adapted to pass electrons between magnetic layers 123 and 125. Likewise, tunneling layer 27 may be adapted to pass electrons between magnetic layers 106 and 108. In this manner, memory array portion 128 may include two tunneling junctions. Alternatively stated, memory array portion 128 may have a double junction configuration within magnetic cell junctions 21 and 23. As a result, memory array portion 128 may include two variable resistors in series within magnetic cell junctions 21 and 23. More specifically, magnetic cell junctions 21 and 23 may include a variable resistor with tunneling layer 30 interposed between storing portion 26 and pinned portion 28 and another variable resistor with additional insulating layer 122 serving as a tunneling layer between additional storing portion 136 and additional pinned portion 138.

In a preferred embodiment, additional magnetic layer 121 and magnetic layer 106 may be adapted to have the same magnetic direction. More specifically, additional magnetic layer 121 and magnetic layer 106 may be adapted to change their magnetic directions upon the induction of the same magnetic field. Alternatively stated, it may be advantageous for the switching mechanisms of additional magnetic layer 121 and magnetic layer 106 to be substantially similar such that different magnetic field magnitudes are not needed to change the magnetic directions of the layers. In this manner, the relative difference in resistance within each of the tunneling junctions (i.e., the resistors) of the magnetic cell junctions may be the same. Consequently, the minimum resistance of the junction may be produced when the magnetic directions of the storing portions are parallel to the magnetic directions of the pinned portions and the maximum resistance may be produced when the magnetic directions of the storing portions are antiparallel to the magnetic directions of the pinned portions.

US 6,980,468 B1

27

28

Exemplary embodiments illustrating such low and high resistance states within magnetic cell junctions having two variable resistors are illustrated in FIGS. 9a and 9b, respectively. In particular, FIG. 9a illustrates magnetic cell junction 21 of memory array portion 128 in a low resistance state. In contrast, FIG. 9b illustrates magnetic cell junction 21 of memory array portion 128 in a high resistance state. It is noted that the layer configurations of magnetic cell junction 21 in FIGS. 9a and 9b include the same configuration as illustrated in FIG. 8. In particular, tunneling layer 122 is interposed between additional pinned portion 138 and additional storing portion 136. Furthermore, tunneling layer 27 is interposed between pinned portion 28 and storing portion 26. However, the layer configurations of pinned portion 28 and additional pinned portion 138 have been condensed into a single layer as shown in FIGS. 9a and 9b to simplify the illustration of the drawings. Therefore, the illustrations of FIGS. 9a and 9b do not restrict the layer configurations of pinned portion 28 and additional pinned portion 138 to have only one layer.

As depicted in FIGS. 9a and 9b, the magnetic direction of the storing and pinned portions within magnetic cell junction 21 may be illustrated by bold arrows included within the respective portions of the junction. For example, the magnetic directions of pinned portion 28 and additional pinned portion 138 may be arranged in a direction pointed to the right as illustrated in FIGS. 9a and 9b. In other embodiments, the magnetic directions of pinned portion 28 and additional pinned portion 138 may be alternatively arranged in a direction pointed to the left. In either case, the magnetic directions of the pinned portions are preferably oriented in the same direction such that a maximum tunnel magnetoresistance measurement may be obtained for the junction. In particular, the magnetic directions of the pinned portions are preferably oriented such that parallel or antiparallel directions may be set in both tunneling junctions at the same time. Furthermore, the pinned portion 28 and additional pinned portion 138 are specifically adapted to maintain their magnetic directions in a fixed direction such that they may serve as reference layers for storing portion 26 and additional storing portion 138, respectively. Consequently, the magnetic directions of pinned portion 28 and additional pinned portion 138 may be maintained between FIGS. 9a and 9b.

As shown in FIG. 9a, storing portion 26 and additional storing portion 136 may be arranged parallel to the magnetic directions of pinned portion 28 and additional pinned portion 138, respectively, to define a "low resistance state" of the cell junction. In particular, the magnetic directions of storing portion 26 and additional storing portion 136 may be directed toward the right in the embodiment depicted in FIG. 9a. Alternatively, the magnetic directions of storing portion 26 and additional storing portion 136 may be directed toward the left in an embodiment in which the magnetic directions of the pinned portions are directed toward the left. In either case, the magnetic directions of the storing portions are preferably arranged in the same direction such that a low resistance state within each of the tunneling junctions may be obtained within magnetic cell junction, thereby allowing the lowest overall resistance state within the junction to be obtained.

A "high resistance state" of magnetic cell junction 21, as shown in FIG. 9b, may alternatively have the magnetic directions of storing portion 26 and additional storing portion 136 arranged antiparallel to the magnetic directions of pinned portion 28 and additional pinned portion 138, respectively. In particular, FIG. 9b illustrates the magnetic directions of storing portion 26 and additional storing portion 136

directed in opposite directions relative to the magnetic directions of pinned portion 28 and additional pinned portion 138, respectively. As stated above, the magnetic directions of the storing portions are preferably oriented in the same direction. As a result, a high resistance state within each of the tunneling junctions may be obtained within magnetic cell junction, thereby allowing the highest overall resistance state within the junction to be obtained.

Consequently, the differential resistance between the resistance states of FIGS. 9a and 9b may offer the highest TMR measurement for a junction which includes two variable resistors. In particular, the tunnel magnetoresistive resistance (TMR) measurement of a junction including such a series of tunneling junctions may be larger than a TMR measurement taken during the operation of a memory cell comprising the configuration depicted in FIG. 7. Consequently, a device including a magnetic cell junction with two variable resistors may be more advantageous than a device having a fixed resistor arranged in series with a variable resistor. Furthermore, the addition of another variable resistor within magnetic junctions 21 and 23 may advantageously allow the voltage applied to the junctions to be divided. Consequently, a larger current may be used to heat the junction during a write operation of the device.

As noted between FIGS. 9a and 9b, each of the resistance states may include resistance R1 and R2 indicating the distinction of the variable resistors within the junction. In general, the values of R1 and R2 may vary depending on the design specifications of the device, the current applied through the junctions, and whether the junction is in a high or low resistance state. However, the inclusion of two variable resistors within the magnetic junctions described herein may generally allow a voltage greater than approximately 1.5 volts at the node of the double tunnel barrier junction. In addition, the inclusion of two variable resistors (i.e, two tunneling junctions) may advantageously allow magnetic cell junctions 21 and 23 to store two bits. In yet other embodiments, a plurality of additional storing portions, additional pinned portions, and additional tunneling layers may be included in magnetic cell junctions 21 and 23 such that more than two bits may be stored within the junctions. Such a configuration may include more than two resistors within magnetic cell junctions 21 and 23 and, therefore, may be used to further distribute a voltage used to operate the array comprising the junctions.

It is noted that although FIG. 8 illustrates the formation of additional storing portion 136 and additional pinned portion 138 above storing portion 26 to form an additional resistor within magnetic cell junctions 21 and 23, other configurations may be used to form a resistor within the cell junctions. For example, storing portion 136 and additional pinned portion 138 may be formed below pinned portion 28, in some embodiments. More specifically, additional pinned portion 138 may be formed below pinned portion 28 and additional storing portion 136 may be formed below additional pinned portion 138. In such an embodiment, storing portion 136 may include a low temperature AF layer that is distinct from low temperature AF layer 104. In addition, such an embodiment may include an insulating layer interposed between the two pinned portions to create a fixed resistor within magnetic cell junctions 21 and 23 as well as two variable transistors at each of the tunneling junctions. In yet other embodiments, magnetic cell junctions 21 and 23 may not include additional pinned portion 138, but may rather have additional storing portion 136 arranged directly beneath pinned portion 26. In such an embodiment, pinned portion 28 may serve as a reference portion for both storing

US 6,980,468 B1

29

portion 26 and additional storing portion 136. Consequently, such an embodiment may include two variable resistors without the inclusion of a fixed resistor.

FIG. 10 illustrates an upper portion configuration of memory array 20 in yet another embodiment. In particular, FIG. 10 illustrates memory array portion 130 including memory cell junctions 21 and 23 interposed between bit line 22 and digit lines 30. As in FIGS. 6–8, memory cell junctions 21 and 23 of magnetic memory array 130 may include storing portion 26 and pinned portion 28. In general, bit line 22, digit lines 30, storing portion 26, and pinned portion 28 may be similar to the respective layers of memory array portion 100 in FIG. 6. As such bit line 22, digits lines 30, storing portion 26, and pinned portion 28 may include similar materials and thicknesses as those described in FIG. 6 for the respective layers and portions. Memory array portion 130, however, includes storing portion 26 and pinned portion 28 arranged a different configuration than as in FIG. 6. More specifically, memory array portion 130 includes pinned portion 28 arranged above storing portion 26. In this manner, low temperature AF layer 104 may be closer to digit lines 30 than it is to bit line 22. Such a configuration may be particularly advantageous in applications in which digits lines 30 are used to heat low temperature AF layer 104 as explained above in reference to FIGS. 3–5c. More specifically, the configuration illustrated in FIG. 10 may allow a greater amount of heat generated from digit lines 30 to contribute to the heating of low temperature AF layer 104.

In some embodiments, the configuration of FIG. 10 may further include a high thermal conducting dielectric layer interposed between the digit lines 30 and electrodes 32. For example, memory array portion 130 may include dielectric layer 132. A dielectric layer including relatively high thermal conducting properties may advantageously allow heat to diffuse from digit lines 30 to the memory cell junctions of memory array portion 130. In this manner, low temperature AF layer 104 may be heated in an efficient manner, allowing the writing operation to be faster and/or allow smaller currents to be used. Exemplary materials for dielectric layer 132 may include aluminum oxide, aluminum nitride, or zirconium oxide. The thickness of dielectric layer 132 between electrodes 32 and digit lines 30 may be between approximately 50 angstroms and approximately 200 angstroms. However, larger or smaller thicknesses of dielectric layer 132 in such a region may be used, depending on the design specifications of the device.

It is noted that the inclusion of a different dielectric layer to isolate magnetic cell junctions 21 and 23 from digit lines 30 and the rearrangement of storing portion 26 and pinned portion 28 illustrated in FIG. 10 are not mutually exclusive for the device described herein. In other words, other embodiments of upper portions of memory array 20 may include an alternative dielectric material between digit lines 30 and magnetic cell junctions 21 and 23 while storing portion 26 is arranged above pinned portion 28. Likewise, other embodiments of upper portions of memory array 20 may include pinned portion 28 arranged above storing portion 26 without the inclusion of an alternative dielectric layer between digit lines 30 and magnetic cell junctions 21 and 23.

Furthermore, it is noted that the differences highlighted in reference to FIGS. 6–8 and 10 relative to each other are not mutually exclusive. As such, a plurality of insulating layers may be arranged within memory array portion 100 as well as memory array portion 130. Moreover, in some embodiments, an additional pinned portion and/or an additional

30

storing portion may be arranged within memory array portions 100, 120, and 130. In yet another embodiment, the configuration shown in FIG. 7 may alternatively be absent of an insulating layer arranged upon storing portion 26. Likewise, memory array portions 100 and 130 may not include digit lines 30, in some embodiments. On the contrary, digit lines may be included in memory array portions 120 and 128. Furthermore, pinned portion 28 may be arranged above storing portion 26 within memory array portions 100, 120 and 128. In addition, memory array portion 130 may alternatively include pinned portion 28 arranged below storing portion 26. Moreover, dielectric layer 132 may be included between digit lines 30 and magnetic junctions 21 and 23 of memory array portion 120, while memory array portion 130 may be substantially absent of such a thermally conductive dielectric layer.

It will be appreciated to those skilled in the art having the benefit of this disclosure that this invention is believed to provide a magnetic memory cell configuration and a method for writing to an array of memory cells including such a configuration. Further modifications and alternative embodiments of various aspects of the invention will be apparent to those skilled in the art in view of this description. For example, the dimensions of the magnetic cell junction described herein are not limited by the method of writing or the configuration provided herein. As such, as new patterning technologies are developed for dimensions smaller than 0.1 μm, the method and configuration described herein may be applied to cell junctions with such dimensions. It is intended that the following claims be interpreted to embrace all such modifications and changes and, accordingly, the specification and drawings are to be regarded in an illustrative rather than a restrictive sense.

What is claimed is:

1. A memory cell comprising a magnetic cell junction, wherein the magnetic cell junction comprises a storing portion adapted to characterize a logic state of a bit written to the magnetic cell junction, and wherein the storing portion comprises an antiferromagnetic layer arranged in contact with an adjacent magnetic layer.

2. The memory cell of claim 1, comprising a conductive layer coupled to the magnetic cell junction, wherein the conductive layer is adapted to:

supply current through the magnetic cell junction to heat the antiferromagnetic layer; and

induce a magnetic field about the magnetic cell junction to set a magnetic direction of the storing portion.

3. The memory cell of claim 2, substantially absent of another conductive layer adapted to induce a magnetic field about the magnetic cell junction.

4. The memory cell of claim 2, further comprising a transistor coupled to the magnetic cell junction, wherein the transistor is adapted to receive the current from the conductive layer and is orientated such that the current flows through the transistor in a perpendicular manner with respect to an underlying substrate of the memory cell.

5. The memory cell of claim 1, comprising a conductive layer spaced below the magnetic cell junction, wherein the conductive layer is adapted to supply current adjacent to the magnetic cell junction to heat the antiferromagnetic layer.

6. The memory cell of claim 1, wherein the storing portion is interposed between a plurality of insulating layers.

7. The memory cell of claim 6, wherein one of the plurality of insulating layers is arranged between the storing portion and the reference portion, and wherein another of the plurality of insulating layers is arranged between two additional magnetic layers of the magnetic cell junction.

US 6,980,468 B1

31

**8**. The memory cell of claim **1**, wherein the magnetic cell junction further comprises a reference portion arranged above the storing portion, wherein the reference portion is adapted to retain a fixed magnetic direction for the characterization of the logic state by the storing portion.

**9**. A method for writing a bit to a memory cell, comprising:

decoupling an antiferromagnetic layer and an adjacent magnetic layer arranged within a magnetic junction of the memory cell; and

setting a magnetic direction of the decoupled adjacent magnetic layer.

**10**. The method of claim **9**, wherein the step of decoupling comprises transforming the adjacent magnetic layer from a ferromagnetic state to a superparamagnetic state.

**11**. The method of claim **9**, wherein the step of decoupling comprises heating the antiferromagnetic layer above a blocking temperature of the antiferromagnetic layer, and wherein the step of setting a magnetic direction comprises inducing a magnetic field about the magnetic junction.

**12**. The method of claim **11**, wherein the step of heating comprises flowing current vertically through the magnetic junction.

**13**. The method of claim **12**, wherein the step of heating further comprises supplying complementary heat from a conductive line spaced adjacent to the magnetic junction.

**14**. The method of claim **9**, further comprising cooling the antiferromagnetic layer to couple the antiferromagnetic layer and the adjacent magnetic layer in the set magnetic direction.

32

**15**. A memory cell with a magnetic cell junction comprising an aspect ratio less than approximately 1.6.

**16**. The memory cell of claim **15**, wherein the magnetic cell junction comprises a substantially circular shape.

**17**. The memory cell of claim **15**, comprising a surface area less than approximately $1.0 \mu m^2$.

**18**. The memory cell of claim **15**, wherein the magnetic cell junction comprises a plurality of antiferromagnetic layers.

**19**. A memory cell comprising a magnetic cell junction with at least two resistors, wherein the magnetic cell junction is bound by a first electrode arranged in contact with a data line of the memory cell and a second electrode arranged in contact with a contact structure of the memory cell.

**20**. The memory cell of claim **19**, wherein all of the resistors are variable resistors.

**21**. The memory cell of claim **19**, wherein at least one of the resistors is a fixed resistor.

**22**. The memory cell of claim **19**, wherein two of the resistors respectively comprise a tunneling junction.

**23**. The memory cell of claim **22**, wherein the two resistors comprise a joint antiferromagnetic layer.

**24**. The memory cell of claim **19**, wherein one of the resistors comprises a tunneling junction, and wherein another of the resistors comprises an insulating layer arranged between a storing portion of the tunneling junction and one of the first and second electrodes.

\* \* \* \* \*

# EXHIBIT 2



US006897532B1

(12) **United States Patent**
Schwarz et al.

(10) Patent No.: **US 6,897,532 B1**
(45) Date of Patent: **May 24, 2005**

(54) **MAGNETIC TUNNELING JUNCTION CONFIGURATION AND A METHOD FOR MAKING THE SAME**

(75) Inventors: **Benjamin C. E. Schwarz**, Sunnyvale, CA (US); **Kamel Ounadjela**, Belmont, CA (US)

(73) Assignee: **Cypress Semiconductor Corp.**, San Jose, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/122,733**

(22) Filed: **Apr. 15, 2002**

(51) Int. Cl.$^7$ ............................................ H01L 29/788
(52) U.S. Cl. ................................... 257/367; 360/324.2
(58) Field of Search ........................ 257/367; 360/324.2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,659,499 A | * | 8/1997 | Chen et al. ................. | 365/158 |
| 5,804,458 A | * | 9/1998 | Tehrani et al. .............. | 438/3 |
| 5,841,692 A | | 11/1998 | Gallagher et al. | |
| 5,904,459 A | * | 5/1999 | Prathap et al. ............... | 411/6 |
| 5,907,459 A | * | 5/1999 | Shouji et al. ............... | 360/322 |
| 6,110,751 A | * | 8/2000 | Sato et al. ................. | 438/3 |
| 6,219,274 B1 | * | 4/2001 | Shimazawa et al. ........ | 365/158 |
| 6,358,756 B1 | * | 3/2002 | Sandhu et al. ............ | 438/3 |
| 6,365,419 B1 | * | 4/2002 | Durlam et al. ............ | 438/3 |
| 6,485,989 B1 | * | 11/2002 | Signorini ................. | 438/3 |
| 6,518,071 B1 | * | 2/2003 | Durlam et al. ............ | 438/3 |
| 6,555,858 B1 | * | 4/2003 | Jones et al. .............. | 257/295 |
| 6,562,634 B2 | * | 5/2003 | Bronner et al. ........... | 438/3 |
| 6,587,371 B1 | * | 7/2003 | Hidaka ................... | 365/173 |
| 6,617,658 B2 | * | 9/2003 | Kajiyama ................. | 257/421 |
| 6,656,371 B2 | * | 12/2003 | Drewes .................. | 216/22 |
| 2002/0034094 A1 | * | 3/2002 | Saito et al. .............. | 365/158 |
| 2002/0036315 A1 | * | 3/2002 | Adachi et al. ............ | 257/310 |

| | | | | |
|---|---|---|---|---|
| 2002/0055016 A1 | * | 5/2002 | Hiramoto et al. .......... | 428/692 |
| 2002/0122338 A1 | * | 9/2002 | Park et al. ............... | 365/200 |
| 2002/0132464 A1 | * | 9/2002 | Lee ...................... | 438/618 |
| 2002/0135950 A1 | * | 9/2002 | Zhang et al. .......... | 360/324.2 |
| 2002/0145835 A1 | * | 10/2002 | Suzuki et al. ......... | 360/324.2 |
| 2002/0186514 A1 | * | 12/2002 | Childress et al. ...... | 360/324.2 |
| 2003/0059958 A1 | * | 3/2003 | Drewes ................. | 438/3 |
| 2003/0090844 A1 | * | 5/2003 | Shimizu et al. ....... | 360/324.12 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 57-42147 | * | 3/1982 |
| JP | 4-3305 | * | 1/1992 |
| JP | 11-134620 | * | 5/1999 |
| JP | 2001-84526 | * | 3/2001 |
| JP | 2001-267524 | * | 9/2001 |
| WO | WO 02/41367 | * | 5/2002 |

* cited by examiner

*Primary Examiner*—Nathan J. Flynn
*Assistant Examiner*—Ahmed N. Sefer
(74) *Attorney, Agent, or Firm*—Kevin L. Duffer; Mollie E. Lettang; Daffer McDaniel, LLP

(57) **ABSTRACT**

A method for forming a magnetic tunneling junction (MJT) is provided. In some embodiments, the method may include patterning one or more magnetic layers to form an upper portion of a MTJ. The method may further include patterning one or more additional layers to form a lower portion of the MTJ. In some cases, the lower portion may include a tunneling layer of the MTJ having a width greater than the upper portion. In addition, in some embodiments the method may further include patterning an electrode below the lower portion. In some cases, the electrode may include a lower-most layer with a thickness equal to or less than approximately 100 angstroms. In addition or alternatively, the electrode may have a width greater than the width of the tunneling layer. In yet other embodiments, the method may include forming spacers along the sidewalls of the upper and/or lower portions.

**12 Claims, 7 Drawing Sheets**





## Fig. 1



## Fig. 2



## Fig. 3



**Fig. 4**



**Fig. 5**



**Fig. 6a**



**Fig. 6b**



**Fig. 6c**



**Fig. 7a**



**Fig. 7b**



**Fig. 8**



**Fig. 9**



**Fig. 10**



**Fig. 11**



**Fig. 12a**



**Fig.12b**



**Fig.12c**



**Fig. 13**



**Fig. 14**



**Fig. 15**



US 6,897,532 B1

**1**

## MAGNETIC TUNNELING JUNCTION CONFIGURATION AND A METHOD FOR MAKING THE SAME

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to semiconductor device manufacturing, and more particularly, to an alternative magnetic tunneling junction configuration and a method for making such a structure.

2. Description of the Related Art

The following descriptions and examples are not admitted to be prior art by virtue of their inclusion within this section.

At various stages in the fabrication of semiconductor devices, it may be necessary to pattern one or more layers to form a semiconductor feature. Such a semiconductor feature may include, for example, a gate structure, an interconnect line, or a magnetic tunneling junction (MTJ) stack. The process parameters used for such a patterning process may affect the operation of the device comprising the semiconductor feature. For example, plasma etch techniques, which are typically used for metal etch processes, generally require temperatures greater than approximately 200° C. However, large temperature variations during a fabrication process of a semiconductor device may cause stress within the structures of the device. Consequently, temperature variations resulting from metal etch processes may degrade the performance and functionality of devices in some embodiments. In addition, high temperature etch processes may generally not be used with photolithographic resist masks since resist materials tend to degrade at temperatures greater than approximately 200° C. As such, a hardmask may be necessary during high temperature etch processes. In general, a hardmask layer may be formed by patterning the hardmask material using a resist mask and subsequently removing the resist mask. As such, using a hardmask may undesirably require more processing steps, increasing and complicating the fabrication process of the device.

In some embodiments, the use of a resist mask or a hardmask may additionally or alternatively depend on the etch chemistry used during the etch process of the semiconductor feature. For example, the use of a hardmask may be particularly advantageous in embodiments in which an etch chemistry that is not selective to the one or more layers of the semiconductor topography is used. For instance, an etch chemistry including an oxygen plasma is generally not more selective to layers of a semiconductor topography than to a resist mask. As such, an etch chemistry including an oxygen plasma may etch the resist mask at a similar or faster rate than adjacent layers. Consequently, a resist material may not adequately serve as a mask to pattern the semiconductor feature and thus, the use of a hardmask in such an embodiment may be needed. However, as stated above, the use of a hardmask undesirably requires additional fabrication time, increasing and complicating the fabrication process of the device.

Regardless of whether a resist mask or a hardmask is used to pattern a semiconductor feature, some etch processes used during the patterning process may alter or degrade the properties of layers or structures within the device. For example, an etch process including an oxygen plasma may degrade the magnetic properties of magnetic materials. As such, using an etch process including an oxygen plasma to pattern magnetic layers of a memory device including a MTJ, for example, may undesirably degrade the perfor-

**2**

mance and/or functionality of the device. Moreover, some etch processes may cause material to be redeposited upon sidewalls of the semiconductor feature, varying the dimension of the semiconductor feature from its critical dimension specification. In some cases, such a redeposition of material may alter the functionality of the device or render the device inoperable. In addition or alternatively, sidewalls of semiconductor features may be exposed during some etch processes. In some cases, exposure of metal semiconductor feature surfaces, in particular, may allow shorts to occur across a metal feature, thereby degrading the functionality of the device. For example, a tunneling layer of a MJT may be susceptible to shorts occurring across the layer.

Therefore, it would be desirable to develop a method for etching metal layers within a semiconductor topography which overcomes one or more of the issues mentioned above. In particular, it would be advantageous to develop an etch process which allows the use of a resist mask and/or relatively low process temperatures. In addition, it may be desirable to develop an etch process which does not affect the properties of layers within a semiconductor topography, such that a device fabricated therefrom is not degraded or rendered inoperable. Moreover, it may be advantageous to fabricate a semiconductor device from such an etch process that is not susceptible to shorts occurring across its metal features.

### SUMMARY OF THE INVENTION

The problems outlined above may be in large part addressed by a method for processing a semiconductor topography that includes patterning one or more metal layers arranged above a metal insulating layer and terminating the patterning process upon exposure of the metal insulating layer. In particular, the method may be adapted to be more selective to the metal insulating layer than the one or more metal layers of the semiconductor topography such that the patterning process may be stopped upon exposure of the metal insulating layer. In some embodiments, the method may be adapted to produce an etch selectivity between the one or more metal layers and the metal insulating layer which may be greater than approximately 1:1 or more specifically greater than approximately 10:1. In some embodiments, the etch selectivity may be between approximately 1:1 and approximately 20:1 or more specifically, approximately 15:1. For example, in some embodiments, the method may include etching the one or more metal layers at an etch rate of approximately 75 angstroms per minute, while the metal insulating layer may be etched at an etch rate equal to or less than approximately 5 angstroms per minute.

In some embodiments, the method may be further adapted to pattern the one or more metal layers with a resist mask rather than a hardmask. In addition or alternatively, the method may be adapted to pattern a semiconductor feature at a relatively low temperature. In particular, the method may be conducted at a temperature between approximately 20° C. and approximately 120° C. In some embodiments, the method may be conducted at a temperature between approximately 40° C. and approximately 90° C. or more specifically, at approximately 80° C. Moreover, the method may be adapted to prevent a deposition of etching particulates along sidewalls of the etched semiconductor feature.

In general, the adaptations of the method may include exposing the semiconductor topography to an etch chemistry comprising hydrogen bromide (HBr). In some cases, the etch chemistry may further include a fluorinated hydrocarbon, such as carbon tetrafluoride ($CF_4$), for

US 6,897,532 B1

3

4

example. In such an embodiment, the etch chemistry may include, for example, a HBr:CF₄ ratio between approximately 2:1 and approximately 4:1. Larger or smaller ratios, however, may be appropriate depending on the design specifications of the device and/or the process parameters of the patterning process. Moreover, in some embodiments the method may be a reactive ion etch process. As such, in some cases, the method may include supplying a source power between approximately 500 watts and approximately 1500 watts and more specifically at approximately 700 watts. In addition, the method may include applying a bias power between approximately 10 watts and approximately 150 watts. Furthermore, the method may be substantially absent of an oxygen plasma. In this manner, the method may, in some embodiments, include patterning one or more metal layers arranged above a metal insulating layer using a reactive ion etch process substantially absent of an oxygen plasma.

In either case, the metal insulating layer may include any metal insulating material, such as aluminum oxide, aluminum nitride, or zirconium oxide, for example. The one or more metal layers, on the other hand, may include any metallic material. In some cases, the one or more metal layers may include magnetic materials, such as nickel-iron, cobalt-iron, or nickel-iron-cobalt, for example. As such, in some embodiments the method described herein may be used to form a semiconductor feature including magnetic materials. For example, the method may include forming an upper portion of a magnetic tunneling junction (MTJ) by patterning one or more magnetic layers. In some cases, the method may further include patterning one or more additional layers to form a lower portion of the MTJ. In some embodiments, the lower portion may include a tunneling layer of the MTJ. More specifically, the upper most layer of the lower portion may include a tunneling layer of the MTJ.

In some cases, the lower portion may be patterned having a greater width than the upper portion in some cases. As such, a MTJ with a tunneling layer having a greater width than a width of an overlying magnetic layer may be fabricated. Alternatively stated, the MTJ may include a magnetic layer arranged above the tunneling layer having a smaller width than the tunneling layer. In some cases, the width of the tunneling layer may be approximately 10 angstroms to approximately 200 angstroms greater than the width of the overlying magnetic layer. However, larger or smaller widths of the tunneling layer with respect to the overlying magnetic layer may be used. In such an embodiment, the tunneling layer may be adapted to serve as an etch stop layer during a subsequent via etch process. As such, the method, in some embodiments, may further include depositing an interlevel dielectric above the tunneling layer and etching a via within the interlevel dielectric to expose a portion of the tunneling layer. In other embodiments, the lower portion of the MJT may include substantially the same width as the overlying magnetic layer or more specifically, substantially the same width as the upper portion of the MTJ.

In some embodiments, the lower portion of the MTJ may serve as an electrode such that electrical connection may be made to the lower portion by other conductive layers or structures. Alternatively, the method, in some embodiments, may further include patterning an electrode underneath the lower portion of the MTJ. In some cases, the electrode may have a width substantially similar to the lower portion of the MTJ. In this manner, a MTJ with a tunneling layer patterned in alignment with an underlying electrode may be fabricated. In other embodiments, the MTJ may include an electrode arranged below the tunneling layer having a width greater than the width of the tunneling layer. In either embodiment, the MTJ may further include one or more additional layers interposed between the tunneling layer and the electrode. In some cases, at least one of the one or more additional layers may have a width substantially similar to the width of the tunneling layer. In addition or alternatively, at least one of the one or more additional layers may have a width substantially similar to the width of the electrode. In this manner, the electrode may include a plurality of layers in some embodiments. For example, the electrode may include a seed layer in some cases. Such a seed layer may be arranged above the lowermost layer of the electrode or may serve as the lowermost layer of the electrode. In addition or alternatively, the electrode may include a pinning layer arranged above the lowermost layer of the electrode. Alternatively, the electrode may, in some embodiments, include a single layer. In either case, a lowermost layer of the electrode may include a thickness equal to or less than approximately 100 angstroms.

In some embodiments, the method may further include forming spacers along the sidewalls of the magnetic layer overlying the tunneling layer. More specifically, the method may include forming spacers along the sidewalls of the upper portion of the MTJ. Consequently, the MTJ may include spacers along the sidewalls of the overlying magnetic layer and adjacent portions of the tunneling layer in some embodiments. In some cases, the spacers may be formed prior to forming the lower portion of the MTJ. In such an embodiment, patterning the lower portion of the MTJ, in some cases, may include patterning one or more layers of the lower portion in alignment with the spacers arranged along the upper portion of the MTJ. Alternatively, the spacers may be formed subsequent to forming the lower portion of the MTJ. In either embodiment, a lateral boundary of the spacers may be in alignment with a sidewall of the tunneling layer. More specifically, a lateral boundary of the spacers may be in alignment with a sidewall of the lower portion of the MTJ.

In some cases, the method may further include forming spacers along the sidewalls of the lower portion of the MTJ. Such a formation of spacers along the sidewalls of the lower portion may be conducted subsequent to forming the lower portion. In some cases, the formation of the spacers along the sidewalls of the lower portion may be conducted at the same time as the formation of the spacers along the sidewalls of the upper portion. In other embodiments, the formation of the spacers along the sidewalls of the lower portion may be conducted at a different time than the formation of the spacers along the sidewalls of the upper portion. In either embodiment, the method may further include patterning an electrode arranged below the lower portion in some embodiments. In some cases, the method may include patterning the electrode in alignment with the spacers formed along the sidewalls of the lower portion. In this manner, the MTJ may include spacers formed along the sidewalls of the tunneling layer and adjacent portions of the electrode. In other embodiments, the method may include patterning the electrode prior to forming the spacers along the sidewalls of the lower portion. In either embodiment, a lateral boundary of the spacers arranged along the sidewalls of the lower portion may be in alignment with a sidewall of the electrode.

There may be several advantages for processing a semiconductor topography using the method described herein. For example, a semiconductor feature having one or more metal layers may be patterned over a metal insulating layer without removing a substantial portion of the metal insulating layer. Consequently, shorts occurring across the metal

US 6,897,532 B1

5

insulating layer may be prevented since sidewall surfaces of the metal insulating layer are not exposed. In addition, semiconductor features with magnetic layers may be patterned without having the magnetic properties of the layers altered. In particular, semiconductor features with magnetic layers may be formed without the use of an oxygen plasma. Moreover, semiconductor features may be patterned at relatively low temperatures such that exposure to relatively large temperature variations during the fabrication of the device may be decreased, thereby reducing the amount of stress contained within the device. Consequently, semiconductor devices with low thermal budgets may be fabricated using the method described herein. Another advantage of the method described herein is that a resist mask may be used for patterning the semiconductor features. In particular, a resist mask may be used while etching one or more metal layers above an underlying metal insulating layer. Consequently, a hardmask layer may not be needed, thereby reducing fabrication costs and processing time.

BRIEF DESCRIPTION OF THE DRAWINGS

Other objects and advantages of the invention will become apparent upon reading the following detailed description and upon reference to the accompanying drawings in which:

FIG. 1 depicts a partial cross-sectional view of a semiconductor topography including a plurality of layers;

FIG. 2 depicts a partial cross-sectional view of the semiconductor topography of FIG. 1 in which a resist layer is formed above the plurality of layers;

FIG. 3 depicts a partial cross-sectional view of the semiconductor topography in which a resist layer is patterned subsequent to the deposition of the resist layer in FIG. 2;

FIG. 4 depicts a partial cross-sectional view of the semiconductor topography in which exposed portions of the semiconductor topography are etched subsequent to the patterning of the resist layer in FIG. 3;

FIG. 5 depicts a partial cross-sectional view of the semiconductor topography in which spacers are formed along the sidewall surfaces of the etched portions subsequent to etching the exposed portions in FIG. 4;

FIG. 6a depicts a partial cross-sectional view of the semiconductor topography in which a plurality of lower layers are patterned subsequent to the spacer formations in FIG. 5;

FIG. 6b depicts a partial cross-sectional view of the semiconductor topography, in an alternative embodiment, in which a plurality of lower layers are patterned subsequent to the spacer formations in FIG. 5;

FIG. 6c depicts a partial cross-sectional view of the semiconductor topography, in yet another embodiment, in which a plurality of lower layers are patterned subsequent to the spacer formations in FIG. 5;

FIG. 7a depicts a partial cross-sectional view of the semiconductor topography in which the patterned resist layer is removed subsequent to etching the plurality of lower layers in FIG. 6a;

FIG. 7b depicts a partial cross-sectional view of the semiconductor topography in which the patterned resist layer is removed and spacers are formed along the sidewalls of the plurality of lower layers subsequent to etching the plurality of lower layers in FIG. 6b;

FIG. 8 depicts a partial cross-sectional view of the semiconductor topography in which a layer is patterned subsequent to spacer formations in FIG. 7b;

6

FIG. 9 depicts a partial cross-sectional view of a semiconductor topography, in an alternative embodiment, including a resist mask formed above a patterned portion and upon adjacent portions of underlying layers;

FIG. 10 depicts a partial cross-sectional view of the semiconductor topography of FIG. 9 in which a plurality of the underlying layers are patterned;

FIG. 11 depicts a partial cross-sectional view of the semiconductor topography in which spacers are formed along the sidewalls of the patterned portions subsequent to patterning the plurality of underlying layers in FIG. 10;

FIG. 12a depicts a partial cross-sectional view of a semiconductor device including a semiconductor feature with an upper and a lower portion comprising different widths;

FIG. 12b depicts a partial cross-sectional view of a semiconductor device, in an alternative embodiment, including a semiconductor feature with an upper, an intermediate, and a lower portion comprising different widths;

FIG. 12c depicts a partial cross-sectional view of a semiconductor device, in an alternative embodiment, including a semiconductor feature with two portions having approximately the same width and a third portion comprising a different width that the two portions;

FIG. 13 depicts a partial cross-sectional view of the semiconductor device of FIG. 12a in which an interlevel dielectric is formed above the lower portion;

FIG. 14 depicts a partial cross-sectional view of the semiconductor device in which a via is etched within the interlevel dielectric subsequent to the formation of the interlevel dielectric in FIG. 13; and

FIG. 15 depicts a partial cross-sectional view of the semiconductor device in which the via is filled subsequent to the formation of the via in FIG. 14.

While the invention is susceptible to various modifications and alternative forms, specific embodiments thereof are shown by way of example in the drawings and will herein be described in detail. It should be understood, however, that the drawings and detailed description thereto are not intended to limit the invention to the particular form disclosed, but on the contrary, the intention is to cover all modifications, equivalents and alternatives falling within the spirit and scope of the present invention as defined by the appended claims.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Turning to the drawings, exemplary embodiments of methods for processing a semiconductor topography are shown in FIGS. 1–15. In particular, methods for patterning one or more metal layers arranged above a metal insulating layer are provided. In addition, methods of producing a magnetic tunneling junction (MTJ) stack within a semiconductor device are provided. FIG. 1 depicts a partial cross-sectional view of semiconductor topography 20 in layers 22–36 formed upon and in contact with each other. In some embodiments, semiconductor topography 20 may include additional layers formed upon and in contact with one or more of layers 22–36. Alternatively, semiconductor topography 20 may include fewer layers than shown in FIG. 1. As such, it is noted that several layer configurations may be used for the method described herein. Semiconductor topographies 20 and 54 shown in FIGS. 1–11 are merely shown as exemplary embodiments. In particular, the composition, thickness, number, and arrangement of layers within a

US 6,897,532 B1

7

semiconductor topography used for the method described herein may differ from those shown and described in FIGS. 1–15. For example, FIGS. 1–11 include layers which may be indicative of a MTJ stack, however, the method described herein may be used with any stack including one or more metal layers arranged above a metal insulating layer.

In an embodiment, semiconductor layer 22 may be an interlevel dielectric layer, which isolates overlying layers 24–36 from underlying layers and/or structures. In such an embodiment, semiconductor layer 22 may additionally serve as a diffusion barrier layer. In either case, semiconductor layer 22 may include a dielectric material, such as silicon dioxide ($SiO_2$), silicon nitride ($Si_xN_y$), silicon dioxide/silicon nitride (ON), silicon dioxide/silicon nitride/silicon dioxide (ONO), or tetraethylorthosilicate glass (TEOS) based silicon dioxide. In other embodiments, semiconductor layer 22 may further include structures and layers formed upon a semiconductor substrate and underlying the interlevel dielectric. The structures and layers may include, but are not limited to, dielectric layers, metallization layers, gate structures, contact structures, vias, or local interconnect wires. In addition or alternatively, diffusion regions and/or isolation regions (not shown) may be formed in semiconductor layer 22. In yet an alternative embodiment, semiconductor layer 22 may be a semiconductor substrate such as a silicon substrate, and may be doped either n-type or p-type. More specifically, semiconductor layer 22 may be a monocrystalline silicon substrate or a silicon-germanium substrate in some embodiments. In any embodiment, semiconductor layer 22 may include a thickness between approximately 300 angstroms and approximately 3000 angstroms. However, larger and smaller thicknesses may be appropriate for semiconductor layer 22 depending on the design specifications of the device.

As shown in FIG. 1, conductive layer 24 may be formed above semiconductor layer 22. In some embodiments, an additional dielectric layer (not shown) may be interposed between semiconductor layer 22 and conductive layer 24 to serve as a gate dielectric, a "pad" oxide, or an interlevel dielectric, for example. In other embodiments, such an additional dielectric layer may not be included within semiconductor topography 20. In some cases, conductive layer 24 may be adapted to couple with another conductive structure or layer such that an electrical connection may be made. As such, conductive layer 24 may include doped polysilicon or any metal material, such as aluminum, cobalt, copper, iron, nickel, nickel-iron-chromium, platinum, tantalum, titanium, tungsten, or a metal alloy thereof. In addition, the thickness of conductive layer 24 may be less than approximately 600 angstroms. Larger or smaller thicknesses of conductive layer 24, however, may be used depending on the design specifications of the device. For example, it may be advantageous for conductive layer 24 to have a thickness equal to or less than approximately 100 angstroms. Such a layer thickness may be desirable in an embodiment in which layers overlying conductive layer 24 are conductive and therefore, may additionally or alternatively serve as an electrode. Examples of such embodiments are discussed later in more detail with reference to the fabrication of MTJ devices. Consequently, in some cases, conductive layer 24 may be omitted from semiconductor topography 20 entirely. An embodiment of a semiconductor topography without such a conductive layer is shown and described in more detail below in FIGS. 9 and 10.

In some embodiments, semiconductor topography 20 may further include seed layer 26 formed above conductive layer 24. Alternatively, seed layer 26 may be formed upon and in

8

contact with semiconductor layer 22 in an embodiment in which conductive layer 24 is omitted from semiconductor topography 20. In some embodiments, seed layer 26 may serve to align the crystalline structure of an overlying antiferromagnetic (AFM) pinning layer of a MTJ. As such, seed layer 26 may include any material used in the semiconductor industry for aligning the crystalline structures layers within AFM materials. For example, seed layer 26 may include nickel-iron materials, such as permalloy, in some embodiments. However, other materials used for aligning the crystalline structure of AFM materials may be used of seed layer 26 depending on the design specifications of the device.

In other embodiments, seed layer 26 may serve additional or alternative purposes. For example, seed layer 26 may serve as an isolation or diffusion barrier for conductive layer 24. In such an embodiment, seed layer 26 may include a dielectric material, such as silicon dioxide or silicon nitride. In addition or alternatively, seed layer 26 may include a metal nitride, such as titanium nitride or tungsten nitride, for example. In yet other embodiments, seed layer 26 may be conductive to enhance the conductivity of conductive layer 24. In such an embodiment, seed layer 26 may include a metal, such as aluminum, copper, platinum, titanium, tungsten, a metal alloy thereof, or a metal silicide, such as titanium silicide or tungsten silicide, for example. In any embodiment, seed layer 26 may include a thickness between approximately 20 angstroms and approximately 1000 angstroms, and more specifically between approximately 20 angstroms and approximately 100 angstroms. However, larger and smaller thickness of seed layer 26 may be appropriate depending on the design specifications of the device.

In some embodiments, semiconductor topography 20 may further include pinning layer 28 interposed between seed layer 26 and lower metal layer 30. In an embodiment in which semiconductor topography 20 may be used to form a MTJ, pinning layer 28 may serve to orient and pin the magnetic direction of overlying lower metal layer 30 as described below. As such, pinning layer 28 may include any material used in the semiconductor industry for serving such a function. For instance, pinning layer 28 may include AFM materials such as alloys of platinum-manganese (Pt—Mn), nickel-manganese (Ni—Mn), and iron-manganese (Fe—Mn), for example. Other AFM materials, however, may be appropriate for pinning layer 28 depending on the design specifications of the device.

In other embodiments, pinning layer 28 may serve additional or alternative purposes. For example, pinning layer 28 may serve as an isolation or diffusion barrier for overlying lower metal layer 30. In such an embodiment, pinning layer 28 may include a dielectric material, such as silicon dioxide or silicon nitride. Alternatively, pinning layer 28 may include a metal nitride, such as titanium nitride or tungsten nitride, for example. In yet other embodiments, pinning layer 28 may be conductive to enhance the conductivity of conductive layer 24. In such an embodiment, pinning layer 28 may include a metal, such as aluminum, copper, platinum, titanium, tungsten, a metal alloy thereof, or a metal silicide, such as titanium silicide or tungsten silicide, for example. In any embodiment, pinning layer 28 may include a thickness between approximately 15 angstroms and approximately 3000 angstroms, and more specifically between approximately 100 angstroms and approximately 1000 angstroms. Larger or smaller thicknesses of pinning layer 28, however, may be used depending on the design specifications of the device.

US 6,897,532 B1

9

As stated above, semiconductor topography 20 may further include lower metal layer 30 arranged upon pinning layer 28. In some embodiments, lower metal layer 30 may serve as a conductive layer adapted to make electrical connection with another conductive layer or structure. As such, lower metal layer 30 may include doped polysilicon, or any metal material, such as aluminum, copper, platinum, titanium, tungsten, or a metal alloy thereof. In other embodiments, lower metal layer 30 may serve as a fixed magnetic layer of a MTJ. More particularly, lower metal layer 30 may include a material adapted to maintain it magnetic orientation in a single direction. In this manner, the magnetic orientation of lower meta layer 30 may not be rotated in the presence of an applied magnetic field. As such, lower metal layer 30 may include any material used in the semiconductor industry for such a function. For instance, lower metal layer 30 may include ferromagnetic materials such as alloys of cobalt-iron, nickel-iron, or nickel-iron-cobalt, for example. Other ferromagnetic materials used in the semiconductor industry, however, may be used for lower metal layer 30.

In some embodiments, lower metal layer 30 may include a plurality of layers. For example, in some embodiments, lower metal layer 30 may include a plurality of ferromagnetic materials separated by one or more thin metallic layers. In such an embodiment, the plurality of ferromagnetic layers may include the same material in some cases. In other embodiments, the plurality of ferromagnetic layers may include different materials. In either embodiment, the configuration of the plurality of layers may increase the stability of the fixed magnetic layer. Whether lower metal layer 30 includes a single layer or a plurality layers, lower metal layer 30 may include a thickness between approximately 20 angstroms and approximately 1000 angstroms, and more specifically between approximately 20 angstroms and approximately 100 angstroms. Larger or smaller thicknesses of lower metal layer 30, however, may be used depending on the design specifications of the device.

As shown in FIG. 1, semiconductor topography 20 may further include metal insulating layer 32 formed above lower metal layer 30. In some embodiments, metal insulating layer 32 may serve to isolate lower metal layer 30 or upper metal layer 34 from respective overlying and underlying layers. As such, metal insulating layer 32 may include any metal oxide material, such as aluminum oxide, titanium oxide, tungsten oxide, or zirconium oxide, for example. In addition or alternatively, metal insulating layer 32 may include any metal nitride material, such as aluminum nitride, titanium nitride, or tungsten nitride, for example. Other metal oxides and/or metal nitrides used in the semiconductor industry, however, may also be used for metal insulating layer 32.

In some cases, metal insulating layer 32 may additionally or alternatively serve as a tunneling layer of a MTJ. More specifically, metal insulating layer 32 may serve to provide quantum mechanical tunneling between lower metal layer 30 and upper metal layer 34 in embodiments in which semiconductor topography 20 may be used to form a MTJ. As such, metal insulating layer 32 may include materials used in the semiconductor industry for such an application. For example, metal insulating layer 32 may include aluminum oxide, aluminum nitride, or zirconium oxide in some embodiments. In either embodiment, metal insulating layer 32 may include a thickness between approximately 5 angstroms and approximately 300 angstroms, and more specifically between approximately 6 angstroms and approximately 25 angstroms. However, larger or smaller thicknesses of metal insulating layer 32 may be appropriate depending on the design specifications of the device.

10

As stated above, semiconductor topography 20 may further include upper metal layer 34 arranged above metal insulating layer 32. In some embodiments, upper metal layer 34 may serve as a conductive layer adapted to make electrical connection with another conductive layer or structure. As such, upper metal layer 34 may include doped polysilicon, or any metal material, such as aluminum, copper, platinum, titanium, tungsten, or a metal alloy thereof. In other embodiments, upper metal layer 34 may serve as a "free" magnetic layer of a MTJ. More particularly, upper metal layer 34 may be adapted such that its magnetic orientation is able to rotate relative to the magnetic direction of lower metal layer 30 in an embodiment in which semiconductor topography 20 is used to form a MTJ. As such, upper metal layer 34 may include any material used in the semiconductor industry for such a function. For instance, upper metal layer 34 may include ferromagnetic materials such as cobalt-iron, nickel-iron, or nickel-iron-cobalt alloys, for example. Other ferromagnetic materials used in the semiconductor industry, however, may also or alternatively be used for upper metal layer 34. Furthermore, in an embodiment in which upper metal layer 34 and lower metal layer 30 may be used to form a MTJ, both of the layers may be arranged such that their easy axes of magnetization are parallel to one another.

In some embodiments, upper metal layer 34 may include a plurality of layers. For example, in some embodiments, upper metal layer 30 may include a plurality of ferromagnetic materials. In such an embodiment, the plurality of ferromagnetic layers may include the same material in some cases. In other embodiments, the plurality of ferromagnetic layers may include different materials. In either embodiment, upper metal layer 34 may include a thickness between approximately 20 angstroms and approximately 1000 angstroms, and more specifically between approximately 20 angstroms and approximately 100 angstroms. However, larger or smaller thicknesses of upper metal layer 34 may be used depending on the design specifications of the device.

Moreover, semiconductor topography 20 may include cap layer 36 as shown in FIG. 1. In some embodiments, cap layer 36 may serve as an insulation or barrier layer. As such, cap layer 36 may include a dielectric such as silicon dioxide or silicon nitride, for example. In other embodiments, cap layer 36 may include a metal nitride layer, such as titanium nitride or tungsten nitride, for example. In an alternative embodiment, cap layer 36 may serve as a conductive layer such that electrical connection with other conductive structures or layers may be made. For example, cap layer 36 may serve as an upper electrode layer of a MTJ in some embodiments. Consequently, cap layer 36 may include doped polysilicon or any metal material, such as aluminum, cobalt, copper, iron, nickel, nickel-iron-chromium, platinum, tantalum, titanium, tungsten, or a metal alloy or silicide thereof. In any embodiment, the thickness of cap layer 36 may be between approximately 20 angstroms and approximately 1000 angstroms, and more specifically between approximately 20 angstroms and approximately 100 angstroms. However, larger or smaller thicknesses of cap layer 36 may be appropriate depending on the design specifications of the device.

As shown in FIG. 2, resist 38 may be formed above cap layer 36. In some embodiments, an anti-reflective layer may be interposed between cap layer 36 and resist 38. In general, resist 38 may include a photoresist, such as a deep ultraviolet resist, an I-line resist, a G-line resist, or another resist, such as an e-beam resist or an x-ray resist. The thickness of resist

US 6,897,532 B1

11

38 may be between approximately 5000 angstroms and approximately 10,000 angstroms. Larger or smaller thicknesses of resist 38, however, may be used depending on the parameters of the fabrication process. In some embodiments, resist 38 may be patterned as shown in FIG. 3. In this manner, the method may be adapted to pattern the one or more metal layers with a resist mask rather than a hardmask. Such a patterning process may include lithography techniques used in the semiconductor industry. Although FIG. 3 illustrates the formation of a single structure, any number of structures may be formed across semiconductor topography 20 in accordance with design specifications of the device. In addition, the structures may be formed with various dimensions and spacings therebetween in accordance with the design specifications of the device.

After the formation of the resist mask, exposed portions of semiconductor topography 20 may be etched as shown in FIG. 4. In particular, exposed portions of cap layer 36 and upper metal layer 34 may be etched to expose metal insulating layer 32. Such an etch process may be adapted to be more selective to metal insulating layer 32 than cap layer 36 and/or upper metal layer 34. For example, in some embodiments, the etch process may have a ratio of upper metal layer to metal insulating layer etch selectivity greater than approximately 1:1 or more specifically greater than approximately 10:1. In some embodiments, the etch selectivity may be between approximately 1:1 and approximately 20:1, more specifically between approximately 10:1 and approximately 20:1, and preferably at approximately 15:1. For instance, in some embodiments, the etch process may be adapted to etch upper metal layer 34 at an etch rate of approximately 75 angstroms per minute. Conversely, the etch process in the same embodiment may be adapted to etch metal insulating layer 32 at an etch rate equal to or less than approximately 5 angstroms per minute.

In this manner, the etch process may be adapted to substantially terminate upon metal insulating layer 32. Consequently, lower portions of semiconductor topography 20 may be protected from the etch process used to form upper portion 40. In this manner, the lower portions of semiconductor topography 20 may be protected from corrosive ambients, such as air pollutants and/or etch chemistries. In some cases, similar etch selectivities and/or etch rates may additionally or alternatively be referenced with regard to cap layer 36. In any case, smaller or larger etch selectivities and/or etch rates than those stated above may be appropriate depending on the process parameters of the etch process and the composition of resist 38, cap layer 36, and upper metal layer 34.

As stated above, the etch process used to etch exposed portions of cap layer 36 and upper metal layer 34 may be adapted to be more selective to metal insulating layer 32 than cap layer 36 and/or upper metal layer 34. In addition, the etch process may be adapted to prevent a deposition of etching particulates along sidewalls of the cap layer 36 and upper metal layer 34 during the etch process. Consequently, the etch process may include one or more process parameters adapted to produce the etch selectivity noted above and prevent the redeposition of particulate matter etched from cap layer 36 and upper metal layer 34. For example, the etch process may include exposing semiconductor topography 20 to an etch chemistry comprising hydrogen bromide (HBr), in some cases. In some embodiments, the etch chemistry may further include a fluorinated hydrocarbon, such as $CHF_3$, $CF_4$, $C_2F_6$, $C_2H_2F_4$, or $C_4H_2F_6$, for example. Other fluorinated hydrocarbons may also be used depending on the other etch process parameters, material composition of the layers, and the design specifications of the device.

12

In general, the ratio of etchant gases in the etch chemistry may vary depending on the etch tool, process parameters of the etch process, and the composition of cap layer 36 and upper metal layer 34. For example, the addition and/or increase of a fluorinated hydrocarbon in the etch chemistry may, in some embodiments, increase the selectivity of the etch process. In this manner, the ratio of etch chemistry components may be optimized to produce the etch selectivities noted above. For example, the etch chemistry may include a $HBr:CF_4$ ratio between approximately 2:1 to approximately 4:1 in some embodiments. More specifically, the etch chemistry may include a $HBr:CF_4$ ratio of approximately 3:1. In some cases, the etch chemistry may further include an inert gas such as argon (Ar) or xenon (Xe). As such, in some embodiments, the etch chemistry may include a $HBr:CF_4:Ar$ ratio between approximately 2:1:1 and approximately 4:1:1 or more specifically, a ratio of approximately 3:1:1, for example. Larger or smaller ratios of etchant components may be appropriate, however, depending on the process parameters of the etch process, the material composition of the layers, and the design specifications of the device.

In addition or alternatively, the etch process used to etch exposed portions of cap layer 36 and upper metal layer 34 may include other adaptations such that the method is more selective to metal insulating layer 32 than the etched layers. For example, the etch process may be a reactive ion etch process in some embodiments. As such, in some cases, the etch process may include supplying a source power between approximately 500 watts and approximately 1500 watts and more specifically at approximately 700 watts. In addition, the etch process may include applying a bias power between approximately 10 watts and approximately 100 watts or more specifically between approximately 20 watts and approximately 80 watts. Furthermore, the etch process may be substantially absent of an oxygen plasma. In this manner, properties of layers, such as magnetic materials, may not be undesirably altered by the etch process.

In addition or alternatively, the etch process may be conducted at a temperature between approximately 20° C. and approximately 120° C. In some embodiments, the etch process may be conducted at a temperature between approximately 40° C. and approximately 90° C. or more specifically, at a temperature at approximately 80° C. In this manner, the etch process may be adapted to pattern a semiconductor feature at a relatively low temperature. Higher or lower temperatures may be appropriate depending on the process parameters of the etch process and the material composition of the layers. However, temperatures greater than approximately 150° C. may tend to reduce the selectivity of the etch chemistry. In addition, temperature less than approximately 30° C. may be volatile, undesirably introducing a safety hazard into the fabrication process.

FIG. 5 illustrates the formation of spacers 42 along the sidewalls of the patterned portions of resist 38, cap layer 36, and upper metal layer 34. In addition, spacers 42 may also be formed upon adjacent portions of metal insulating layer 32. The formation of such spacers may include depositing a dielectric material, such as silicon dioxide or silicon nitride over semiconductor topography 20 subsequent to the patterning process of FIG. 4. Such a dielectric layer may be anisotropically etched to form spacers 42. The anisotropic etch process may include one of several dry etch techniques used in the semiconductor industry for etching a layer in a substantially more vertical direction rather than a horizontal direction. In general, spacers 42 may be used to isolate cap layer 34 and upper metal layer 34 from adjacent structures

US 6,897,532 B1

13

or layers. In particular, spacers 42 may serve to prevent a short occurring across either of the layers. In addition or alternatively, spacers 42 may serve to protect the layers from corrosive ambients, such as air pollutants and/or etch chemistries.

In addition, as shown in FIGS. 6a–6c, spacers 42 may be used to pattern a lower portion of semiconductor topography 20 in some embodiments. In particular, in some cases spacers 42 may be used as a hardmask to pattern a lower portion of semiconductor topography 20. In other embodiments, a resist mask may additionally or alternatively be used to form the lower portion of semiconductor topography 20. For example, a resist mask may be formed upon resist mask 38, spacers 42, and in some cases, portions of metal insulating layer 32. In yet another embodiment, spacers 42 may be omitted from semiconductor topography 20. In such an embodiment, a resist mask may be formed upon resist mask 38 and portions of metal insulating layer 32 to pattern a lower portion of semiconductor topography 20. An example of such an embodiment is illustrated in FIGS. 9 and 10, which are described below.

Regardless of whether a resist mask or spacers 42 are used to pattern a lower portion of semiconductor topography 20, such a lower portion may have a greater width than upper portion 40 as shown in FIGS. 6a–6c. In this manner, a MTJ may be formed with a tunneling layer (i.e., metal insulating layer 32) having a width greater than a width of an overlying magnetic layer (i.e., upper metal layer 34), when semiconductor topography 20 includes layers indicative of a MTJ. In some cases the width of the tunneling layer may be approximately 10 angstroms to approximately 200 angstroms greater than the width of the overlying magnetic layer. However, larger or smaller widths of the tunneling layer with respect to the overlying magnetic layer may be used. For example, the lower portion of semiconductor topography 20 may be patterned to have a substantially similar width as upper portion 40.

As stated above, a lower portion of semiconductor topography 20 may be patterned as shown in FIGS. 6a–6c. In particular, FIGS. 6a–6c illustrate different embodiments of patterning one or more layers of semiconductor topography 20 to form a lower portion of a patterned structure. For instance, FIG. 6a illustrates layers 24–32 patterned in alignment with spacers 42 to form lower portion 44. In an alternative embodiment, conductive layer 24 may be omitted from semiconductor topography 20. In such an embodiment, the patterning process may include etching portions of layers 26–32 to form lower portion 44. In either embodiment, lower portion 44 may serve as a lower electrode of the patterned structure in some cases. For example, in an embodiment in which semiconductor topography 20 includes magnetic materials to form a MTJ, lower portion 44 may serve as the base electrode of the MTJ.

As stated above, lower portion 44 may be patterned having a greater width than upper portion 40. In this manner, the MTJ may include a tunneling layer (i.e., metal insulating layer 32) in alignment with an underlying electrode. In addition, a lateral boundary of spacers 42 may be in alignment with a tunneling layer of a MTJ. Moreover, an electrode formed in such an embodiment may include a plurality of layers. As such, the base layer of the electrode may not need to be as thick as a conventional device comprising an electrode with a single layer. For example, in some embodiments, lower portion 44 may include a lower-most layer with a thickness less than approximately 100 angstroms. In general, the etch process used to produce lower portion 44 may be adapted to substantially terminate upon

14

exposure of semiconductor layer 22. For example, in some embodiments, the etch process may include wet or dry etch techniques such as ion milling or reactive ion etch processes. In addition, the etch process may include using an etch chemistry comprising chlorine and argon or carbon tetrafluoride and argon.

In another embodiment, the method for processing a semiconductor topography may include patterning layers 26–32 in alignment with spacers 42 to form lower portion 46 as shown in FIG. 6b. In such an embodiment, the widths of lower portion 46 and conductive layer 24 may be different. As such, conductive layer 24 may, in some embodiments, serve as an electrode. In an embodiment in which semiconductor topography 20 is used to form a MTJ, for example, conductive layer 24 may serve as a base electrode of the MTJ. In this manner, the MTJ may include an electrode having a greater width than a tunneling layer of the MTJ (i.e., metal insulating layer 32). In general, the etch process in such an embodiment may be adapted to substantially terminate upon exposure of conductive layer 24. As such, the etch process may include wet or dry etch techniques such as ion milling or reactive ion etch processes. In addition, the etch process may include using an etch chemistry comprising chlorine and argon or carbon tetrafluoride and argon, for example.

In yet another embodiment, semiconductor topography 20 may be patterned to form lower portion 48 as shown in FIG. 6c. In particular, metal insulating layer 32 and lower metal layer 30 may be patterned to form lower portion 48. As a result, the widths of lower portion 48 and underlying layers 24–28 may be different. As such, in some embodiments, layers 24–28 may serve as an electrode. Alternatively, in an embodiment in which conductive layer 24 is omitted from semiconductor topography 20, layers 26–28 may serve as an electrode. In either embodiment, the layers may serve as a base electrode of a MTJ. In such an embodiment, the base electrode may have a greater width than the tunneling layer of the MTJ (i.e., metal insulating layer 32). In addition, the base electrode may include a plurality of layers. As such, the base layer of the electrode may not need to be as thick as a conventional device comprising an electrode with a single layer. For example, in some embodiments, lower portion 48 may include a lower-most layer with a thickness less than approximately 100 angstroms. In general, the etch process may be adapted to substantially terminate upon exposure of pinning layer 28. For example, the etch process may include wet or dry etch techniques such as ion milling or reactive ion etch processes. In addition, in some embodiments the etch process may include using an etch chemistry comprising chlorine and argon or carbon tetrafluoride and argon.

Regardless of the which layers are included in the lower portion of semiconductor topography 20 or which layers serve as an electrode of the semiconductor feature, semiconductor topography 20 may be further processed. For example, FIG. 7a illustrates the removal of resist 38 subsequent to the patterning process of FIG. 6a in which lower portion 44 is formed. Such a removal process may include a wet etching or stripping process, for example. As shown in FIG. 7a, upper portions of spacers 42 may also be removed during the removal of resist 38 such that spacers 42 are substantially coplanar with the upper surface of cap layer 36. A similar removal process of resist 38 may be conducted prior to the formation of lower portion 44 as well. In addition, the removal of resist 38 may be conducted prior to or subsequent to the formation of lower portions 46 and 48 of FIGS. 6b and 6c. For example, FIG. 7b illustrates the removal of resist 38 subsequent to the patterning process of FIG. 6b in which lower portion 46 is formed.

US 6,897,532 B1

15

In addition, FIG. 7b illustrates the formation of spacers 50 along the sidewalls of lower portion 46 and upon adjacent portions of conductive layer 24. Similar spacers may be formed along the sidewalls of lower portions 44 and 48 of FIGS. 6a and 6c as well. In general, the formation of spacers 50 may be similar to the formation of spacers 42. In particular, spacers 50 may be formed by depositing a dielectric material, such as silicon dioxide or silicon nitride over semiconductor topography 20 subsequent to the removal of resist 38. Alternatively, the dielectric material may be deposited upon semiconductor topography 20 prior to the removal of resist 38. In such an embodiment, resist 38 may be removed subsequent to the formation of spacers 50. In either embodiment, the dielectric layer may be anisotropically etched to form spacers 50. In yet another embodiment, spacers 42 and 50 may be formed simultaneously and subsequent to the formation of lower portions 44, 46, or 48. In particular, spacers may be formed along the sidewalls of upper portion 40 and lower portion 44, 46, or 48 by depositing a dielectric material over semiconductor topography 20 after the formation of the lower portion 44, 46, or 48 and subsequently anisotropically etching the dielectric. Such an embodiment is illustrated in FIG. 11 which is described below. In yet another embodiment, spacers 50 may be omitted from semiconductor topography 20. An example of such an embodiment is illustrated in FIGS. 9 and 10, which are described below.

In general, spacers 50 may be used to isolate lower portion 44 from adjacent structures or layers. In particular, spacers 50 may serve to prevent a short from occurring across any of layers 26–32. Therefore, spacers 50 may serve to prevent a short from occurring across the tunneling layer of a MTJ (i.e., metal insulating layer 32) in some cases. In addition or alternatively, spacers 50 may serve to protect the layers from corrosive ambients, such as air pollutants and/or etch chemistries. Moreover, and as shown in FIG. 8, spacers 50 may be used to pattern one or more layers underlying the lower portion of semiconductor topography 20 in some embodiments. In particular, spacers 50 may be used as a hardmask to pattern conductive layer 24 in some cases. In this manner, conductive layer 24 may be patterned in alignment with spacers 50 as shown in FIG. 8. Likewise, similarly positioned spacers may be used as a hardmask to pattern layers 24–28 in embodiments in which lower portion 48 is formed such as in FIG. 6c. Consequently, a semiconductor feature may be formed with spacers having a lateral boundary in alignment with a sidewall of an electrode.

In other embodiments, a resist mask may additionally or alternatively be used to pattern conductive layer 24. For example, a resist mask may be formed upon spacers 42 and 50, cap layer 36, and in some cases, portions of conductive layer 24. In yet another embodiment, spacers 50 may be omitted from semiconductor topography 20. As such, a resist mask may be formed upon cap layer 36, spacers 42, and in some cases, portions of conductive layer 24 to pattern conductive layer 24 in such an embodiment. An example of such an embodiment is illustrated in FIGS. 9 and 10, which are described below. Consequently, conductive layer 24 may be patterned at the same width as lower portion 46 in some embodiments. Alternatively, conductive layer 24 may be patterned at a greater width than lower portion 46. In this manner, in an embodiment in which semiconductor topography 20 is used to form a MTJ, a MTJ may include an electrode arranged below a tunneling layer having a width greater than the width of the tunneling layer.

As stated above, an alternative embodiment of the method described herein is illustrated in FIGS. 9–11. FIG. 9 depicts

16

semiconductor topography 54 comprising a plurality of layers. In particular, FIG. 9 depicts layers 22, 26–36, and 52 formed upon each other. In general, layers 22 and 26–36 may include similar materials and thicknesses as those described for semiconductor topography 20 in FIG. 1. In some cases, semiconductor topography 54 may include additional layers interposed between layers 22, 26–36, and 52. Alternatively, semiconductor topography 54 may include fewer layers than shown in FIG. 9. It is noted that semiconductor topography 54 does not include a layer interposed between semiconductor layer 22 and seed layer 26. The exclusion of such a layer is shown to illustrate an embodiment in which a conductive layer, such as conductive layer 24, may be omitted. However, in other embodiments, semiconductor topography 54 may include a layer similar to conductive layer 24 interposed between semiconductor layer 22 and seed layer 26. As noted above, several layer configurations may be used for the method described herein. As such, semiconductor topography 54 shown in FIGS. 9–15 is merely an exemplary embodiment of a semiconductor topography that may be used with the method described herein. In particular, the composition, thickness, number, and arrangement of layers within semiconductor topography 54 may differ from those shown and described in FIGS. 9–15.

FIG. 9 depicts cap layer 36 and upper metal layer 34 patterned to form upper portion 40. Such a patterning process may be similar to that of the patterning process described for FIG. 4. As such, the patterning process may include forming a resist mask over a portion of cap layer 36 and upper metal layer 34 and exposing semiconductor topography 54 to an etch chemistry including HBr. Such a resist mask is distinct from resist mask 52 shown in FIG. 9 in that the resist mask used to pattern upper portion 40 may be arranged in alignment with such an upper portion. As described in more detail below, resist mask 52 shown in FIG. 9 may be used to pattern a lower portion of semiconductor topography 54. As such, resist mask 52 may be formed subsequent to the formation upper portion 40. In some cases, the etch chemistry used to pattern upper portion 40 may further include a fluorinated hydrocarbon, such as CHF$_3$, CF$_4$, C$_2$F$_6$, C$_2$H$_2$F$_4$, or C$_4$H$_8$F$_6$, for example. In addition or alternatively, the etch chemistry may include an inert gas such as argon (Ar) or xenon (Xe). In either embodiment, similar etch selectivities and etch rates as those described for the patterning process of upper portion 40 in FIG. 4 may be obtained for the patterning process of upper portion 40 in FIG. 9.

Moreover, the etching process of upper portion 40 may be a reactive ion etch process in some embodiments. As such, in some cases, the etching process may include supplying a source power between approximately 500 watts and approximately 1500 watts and more specifically at approximately 700 watts. In addition, the etching process may include applying a bias power between approximately 10 watts and approximately 150 watts or more specifically between approximately 20 watts and approximately 80 watts. Furthermore, the etching process may be substantially absent of an oxygen plasma. In addition or alternatively, the etching process may be conducted at a temperature between approximately 20° C. and approximately 120° C. In some embodiments, the etching process may be conducted at a temperature between approximately 40° C. and approximately 90° C. or more specifically, at a temperature of approximately 80° C.

As shown in FIG. 9, semiconductor topography 54 further includes resist mask 52 arranged over lower portion 40 and

US 6,897,532 B1

17                                                                      18

adjacent portions of metal insulating layer 32. As stated above, the formation of such a resist mask may be subsequent to the formation of lower portion 40. In some embodiments, the formation of resist mask 52 may be subsequent to the removal of the resist mask used to form lower portion 40. Alternatively, resist mask 52 may be formed above such a resist mask. As described below in reference to FIGS. 6a–8, spacers may advantageously be used in some embodiments in place of a resist mask to pattern portions of a semiconductor topography. However, in some cases, a resist mask may be advantageous. In particular, patterning with a resist mask may advantageously allow different widths of the lower portion to be fabricated. For instance, the use of a resist mask may allow a lower portion to have a greater or smaller width than the width of an overlying upper portion with spacers formed thereabout. As such, the method described herein may use either of such patterning masks.

Consequently, one or more underlying layers of semiconductor topography 54 may be patterned in alignment with resist mask 52 as shown in FIG. 10. FIG. 10 also illustrates the removal of resist mask 52. Such a removal may be similar to the removal process used to remove resist 38 as described for FIG. 7a. In an embodiment, layers 26–32 may be patterned in alignment with resist mask 52 to form lower portion 56 as shown in FIG. 10. In such an embodiment, lower portion 56 may serve as an electrode of the semiconductor feature formed from semiconductor topography 54. In this manner, in an embodiment in which a MTJ is formed from semiconductor topography 54, the MTJ may include a tunneling layer (i.e., metal insulating layer 32) patterned in alignment with an underlying electrode. In addition, the electrode may include a plurality of layers. As such, the base layer of the electrode may not need to be as thick as a conventional device comprising an electrode with a single layer. For example, in some embodiments, lower portion 56 may include a lower-most layer with a thickness less than approximately 100 angstroms. In any case, the etching process may be similar to the etching process described for FIG. 6a. In other embodiments, metal insulating layer 32 and upper metal layer 30 may be patterned to form a lower portion of semiconductor topography 54 such that the patterning process is terminated upon exposure of pinning layer 28. Such an embodiment may be similar to the etching process described for FIG. 6c.

In addition, such an embodiment may include subsequently patterning seed layer 26 and pinning layer 32 to form an electrode for the patterned semiconductor structure. In some embodiments, seed layer 26 and pinning layer 32 may be patterned in alignment with the overlying lower portion of semiconductor topography 54. Alternatively, seed layer 26 and pinning layer 32 may be patterned having a greater width than the overlying lower portion of semiconductor topography 54. In this manner, in an embodiment in which a MTJ is formed from semiconductor topography 54, the MTJ may include a tunneling layer (i.e., metal insulating layer 32) patterned with a smaller width than an underlying electrode. In either embodiment, seed layer 26 and pinning layer 28 may be patterned using a resist mask or spacers arranged along the sidewalls of metal insulating layer 32 and lower metal layer 30 as described below.

As in the embodiment illustrated in FIGS. 1–8, spacers may be formed upon the sidewall surfaces of upper portion 40 and/or lower portion 56. In particular, spacers may be formed upon the sidewall surfaces of each portion subsequent to the formation of each portion as described for FIGS. 5 and 7b. Alternatively, spacers may be formed upon the sidewall surfaces of each portion simultaneously and subsequent to the formation of lower portion 56 as shown in FIG. 11. FIG. 11 depicts spacers 58 and 59 formed along the sidewalls of upper portion 40 and lower portion 56, respectively. In some embodiments, spacers 58 and 59 may be formed by etching a dielectric material, such as silicon dioxide or silicon nitride, deposited above the semiconductor topography depicted in FIG. 10. Although FIG. 11 shows lower portion 56 extending beyond the lateral boundaries of spacers 58, other embodiments may include configurations in which the lateral boundaries of spacers 58 are in alignment with the sidewalls of lower portion 56. In yet other embodiments, no spacers may be formed along the sidewalls of upper portion 40 and lower portion 56.

As noted above, in some embodiments, the method described herein may be used to form a MTJ. As such, the method described herein may be used to form a semiconductor device comprising a MTJ. For example, in some embodiments, the MTJ may be formed within a magnetic random access memory (MRAM). Alternatively, the MTJ may be formed in a microelectromechanical systems (MEMS) device or any device benefiting from such a junction. FIGS. 12a–12c illustrate a partial cross-sectional view of semiconductor device 60 including a MTJ formed from different embodiments of the method described herein. In particular, FIG. 12a depicts a partial cross-sectional view of a MRAM device including upper portion 64 of a MTJ and electrode 62 comprising the lower portion of the MTJ. As shown in FIG. 12a, electrode 62 may extend above dielectric 66 and in via 70 to connect with contact 72. In addition, semiconductor device 60 may include digit line 68, which is insulated within interlevel dielectric layer 74 and spaced below upper portion 64. Such an embodiment of a MTJ may be formed by the method described in FIGS. 1–6a and 7a, for example. Alternatively, such an embodiment of a MTJ may be formed by the method described in FIGS. 9–10.

In general, the components of semiconductor device 60 may include similar composition and thickness of components of a conventional semiconductor device with the exception of upper portion 64 and electrode 62. In particular, dielectric 66 may include a material and a thickness adapted to isolate digit line 68 and electrode 62. In addition, digit line 68 and contact 72 may include any conductive material such that electrical connection may be made to the structures. Moreover, interlevel dielectric 74 may include any dielectric material sufficient to isolate the components shown within interlevel dielectric 74 and underlying components. Upper portion 64, on the other hand, may include one or more magnetic materials and in some embodiments, a cap metal layer. For example, upper portion 64 may include similar materials to those described for upper metal layer 34 and cap layer 36 in FIGS. 1–11. In some cases, upper portion 64 may serve as the "free" magnetic layer of the MTJ. More particularly, the magnetic layers of upper portion 64 may be adapted such that their magnetic orientation is able to rotate relative to the magnetic direction of electrode 62.

Conversely, electrode 62 may include one or more magnetic layers to serve as the fixed magnetic layer of the MTJ. More particularly, electrode 62 may include a material adapted to maintain its magnetic orientation in a single direction. In this manner, the magnetic orientation of electrode 62 may not be rotated in the presence of an applied magnetic field. In addition, electrode 62 may include a tunneling layer arranged above the one or magnetic layers such that quantum mechanical tunneling between electrode 62 and upper portion 64 may occur. In such an embodiment, the tunneling layer may have a width greater than a width of

US 6,897,532 B1

19

20

an overlying magnetic layer. In addition, the tunneling layer may be patterned in alignment with an underlying electrode. As such, electrode 62 may include one or metal layers arranged below the magnetic layers. In particular, electrode 62 may include seed and pinning layers similar to seed layer 26 and pinning layer 28 described in FIGS. 1–11.

In addition, electrode 62 may include an additional conductive layer arranged below the seed layer. Such an additional conductive layer may be similar to conductive layer 24 described in FIGS. 1–8. Alternatively, electrode 62 may be absent of a metal layer underneath the seed layer. In either embodiment, the base layer of the electrode may not need to be as thick as a conventional device comprising an electrode with a single layer. For example, in some embodiments, electrode 62 may include a lower-most layer with a thickness less than approximately 100 angstroms. In some embodiments, upper portion 64 and/or electrode 62 may further include spacers (not shown) arranged along the sidewalls of the features. In general, the spacers may be formed in a similar manner as described with reference to FIGS. 5, 7b, and 11. In yet other embodiments, the spacers may not be included within semiconductor device 60.

In another embodiment, the method described herein may be used to form a MTJ similar to the configuration within semiconductor device 76 shown in FIG. 12b. In particular, FIG. 12b illustrates upper portion 64 and lower portion 78 of a MJT formed above electrode 80. As with electrode 62 within semiconductor device 60 of FIG. 12a, electrode 80 may extend above dielectric 66 and in via 70 to connect with contact 72. In contrast, however, electrode 80 may not include all of the layers within lower portion 78. On the contrary, in some embodiments, electrode 80 may only include a conductive layer similar to that of conductive layer 24 described in FIGS. 1–8. In other embodiments, electrode 80 may include a plurality of layers, similar to conductive layer 24, seeding layer 26, and pinning layer 28 of FIGS. 1–8. In yet other embodiments, electrode 80 may include a seeding layer and/or a pinning layer without a conductive layer arranged beneath. In any embodiment, electrode 80 may not include the magnetic layers or tunneling layer included within lower portion 78.

The MTJ arranged within semiconductor device 76 may be formed by the method described in FIGS. 1–5, 6b or 6c, and 7b–8. As such, in some embodiments, semiconductor device 76 may further include spacers (not shown) formed about electrode 80, lower portion 78, and/or upper portion 64. Alternatively, the MTJ arranged within semiconductor device 76 may be formed using resist masks rather than spacers to pattern lower portion 78 and electrode 80 as described in FIGS. 9 and 10. In either embodiment, lower portion 78 may be formed having a width greater than upper portion 64 and less than electrode 80, as shown in FIG. 12b.

FIG. 12c illustrates yet another embodiment in which the method described herein may be used to form a MTJ within a semiconductor device. In particular, FIG. 12c illustrates semiconductor device 82 including upper portion 64 and lower portion 84 of a MJT formed above electrode 80. Electrode 80 may be similar to electrode 80 of semiconductor device 76 in FIG. 12a. As such, electrode 80 may include a single conductive layer or a plurality of conductive layers. In addition, lower portion 84 may include similar materials as lower portion 78 in FIG. 12b. For example, lower portion 84 may include a tunneling layer arranged upon one or more magnetic layers. In some cases, lower portion 84 may further include a seed layer and/or a pinning layer. In such an embodiment, however, upper portion 64 and lower por-

tion 84 may be formed in alignment with each other such that both portions have substantially the same width. Such a configuration is not described in the steps of FIGS. 1–11, however, the configuration may be fabricated using the method described herein. More specifically, the configuration may be patterned using similar etch process parameters as described herein. In some embodiments, semiconductor device 82 may further include spacers (not shown) formed about electrode 80, lower portion 84, and upper portion 64.

As stated above, the metal insulating layer of the semiconductor topographies described herein may be used as an etch stop layer during subsequent processing. For example, the tunneling layer comprising the upper surface of lower portion 62 in FIG. 12a may be used as an etch stop layer during a subsequent via etch process in an interlevel dielectric formed above the MTJ. An illustration of the tunneling layer serving as such an etch stop layer is illustrated in FIGS. 13–15. In particular, FIG. 13 depicts semiconductor device 60 subsequent to the deposition of interlevel dielectric 86 upon lower portion 62, upper portion 64, and portions of dielectric 66. In some embodiments, interlevel dielectric 86 may planarized to be made coplanar with upper portion 64 as shown in FIG. 13. In this manner, contact to the upper surface of upper portion 64 may be made.

In some embodiments, via 88 may be etched through interlevel dielectric 86 residing within via 70 to expose lower portion 62. Such an etch process may include wet or dry etch techniques. In particular, the etch chemistry used to form via 88 may be more selective to the material of interlevel 86 than the tunneling layer of lower portion 62. In this manner, the tunneling layer may further serve as a etch stop layer in the region of via 88. Such an embodiment may be advantageous over conventional semiconductor devices, which only include a single conductive layer within the electrode. The via etch process during the fabrication of such conventional devices may undesirably etch through the electrode, thereby disturbing the conductive line of the electrode. In some embodiments, such a disturbance may cause the device to malfunction or cease to operate. The method described herein, however, may allow a portion of the upper surface of electrode 62 to be etched without substantially disturbing the conductivity of the electrode. In addition, the method described herein offers an electrode with a plurality of layers. As such, the base layer of the electrode may not need to be as thick as a conventional device comprising an electrode with a single layer. For example, in some embodiments, electrode 62 may include a lower-most layer with a thickness less than approximately 100 angstroms.

Subsequent to the formation of via 88, conductive layer 90 may be deposited within and upon portions of interlevel dielectric 86 and upper portion 64. Conductive layer 90 may serve to make electrical connection with electrode 62. As such, conductive layer 90 may include doped polysilicon or any metal material, such as aluminum, cobalt, copper, iron, nickel, nickel-iron-chromium, platinum, tantalum, titanium, tungsten, or a metal alloy thereof. In some embodiments, conductive layer 90 may serve as a bit line of a MRAM device, for example. It is noted that the formation of a via and a conductive line such as via 88 and conductive line 90 may also be formed upon semiconductor devices 76 and 82 of FIGS. 12b and 12c, respectively. In addition, the formation of a via and a conductive line may also be formed upon semiconductor topographies 20 and 54 of FIGS. 7a, 8, and 10 or any semiconductor topography including a metal oxide layer arranged below a dielectric material.

It will be appreciated to those skilled in the art having the benefit of this disclosure that this invention is believed to

US 6,897,532 B1

21

provide a method for etching one or more metal layers to expose a metal insulating layer. In addition, the method may be used to form a different MTJ configuration within a semiconductor device. Further modifications and alternative embodiments of various aspects of the invention will be apparent to those skilled in the art in view of this description. For example, the method described herein may be used in any application in which one or metal layers may be patterned above a metal insulating layer. Such applications may include but are not limited to, MTJs within MRAM devices and/or MEMS devices. It is intended that the following claims be interpreted to embrace all such modifications and changes and, accordingly, the drawings and the specification are to be regarded in an illustrative rather than a restrictive sense.

What is claimed is:

1. A magnetic tunneling junction, comprising:

a tunneling layer having a width greater than a width of an overlying magnetic layer;

an electrode arranged below the tunneling layer having a width greater than the width of the tunneling layer;

a first set of formed along the sidewalls of the overlying magnetic layer and upon adjacent portions of the tunneling layer, wherein a lateral boundary of the first set of spacers is in alignment with a sidewall of the tunneling layer; and

a second set of spacers formed along the sidewalls of the tunneling layer and upon adjacent portions of the electrode, wherein a lateral boundary of the second set of spacers is spaced apart from a sidewall of the electrode.

2. The magnetic tunneling junction of claim 1, further comprising one or more additional layers interposed between the tunneling layer and the electrode, wherein the one or more additional layers comprise widths substantially similar to the width of the tunneling layer.

3. The magnetic tunneling junction of claim 1, wherein a lateral boundary of the second set of spacers is in alignment with a sidewall of the electrode.

4. The magnetic tunneling junction of claim 1, wherein the width of the tunneling layer is approximately 10 ang-

22

stroms to approximately 200 angstroms greater than the width of the overlying magnetic layer.

5. The magnetic tunneling junction of claim 1, wherein the overlying magnetic layer comprises a ferromagnetic material.

6. The magnetic tunneling of junction of claim 1, wherein the tunneling layer comprises aluminum oxide.

7. The magnetic tunneling junction of claim 1, wherein a lower-most layer of the electrode comprises a thickness equal to or less than approximately 100 angstroms.

8. A magnetic tunneling junction, comprising:

a tunneling layer having a width greater than a width of an overlying magnetic layer;

an electrode arranged below the tunneling layer and having a width greater than the width of the tunneling layer;

a first set of spacers formed along the sidewalls of the tunneling layer and upon adjacent portions of the electrode, wherein a lateral boundary of the first set of spacers is in alignment with a sidewall of the electrode; and

a second set of spacers formed along the sidewalls of the overlying magnetic layer and upon adjacent portions of the tunneling layer.

9. The magnetic tunneling junction of claim 8, wherein a lateral boundary of the second set of spacers is in alignment with a sidewall of the tunneling layer.

10. The magnetic tunneling junction of claim 8, wherein a lateral boundary of the second set of spacers is spaced apart from a sidewall of the tunneling layer.

11. The magnetic tunneling junction of claim 8, further comprising one or more additional layers interposed between the tunneling layer and the electrode, wherein the one or more additional layers comprise widths substantially similar to the width of the tunneling layer.

12. The magnetic tunneling junction of claim 8, wherein a lower-most layer of the electrode comprises a thickness equal to or less than approximately 100 angstroms.

* * * * *

# EXHIBIT 3



US006798691B1

(12) **United States Patent**
Ounadjela et al.

(10) Patent No.: **US 6,798,691 B1**
(45) Date of Patent: **Sep. 28, 2004**

(54) **ASYMMETRIC DOT SHAPE FOR INCREASING SELECT-UNSELECT MARGIN IN MRAM DEVICES**

(75) Inventors: **Kamel Ounadjela**, Belmont, CA (US); **Frederick B. Jenne**, Los Gatos, CA (US)

(73) Assignee: **Silicon Magnetic Systems**, San Jose, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/184,232**

(22) Filed: **Jun. 28, 2002**

**Related U.S. Application Data**

(60) Provisional application No. 60/362,286, filed on Mar. 7, 2002.

(51) Int. Cl.$^7$ ............................................. **G11C 11/14**
(52) U.S. Cl. ...................... **365/171**; 365/173; 365/158
(58) Field of Search ............................. 365/158, 1, 171, 365/173, 39, 43, 55, 66

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,514,827 A | * | 4/1985 | Washburn | ....................... 365/1 |
| 4,625,297 A | * | 11/1986 | Yanase | ........................ 365/39 |
| 5,459,701 A | | 10/1995 | Tokita et al. | |
| 5,757,695 A | | 5/1998 | Shi et al. | |
| 6,005,800 A | * | 12/1999 | Koch et al. | ................. 365/173 |
| 6,104,633 A | * | 8/2000 | Abraham et al. | ........... 365/171 |
| 6,178,112 B1 | | 1/2001 | Bessho et al. | |

* cited by examiner

*Primary Examiner*—David Lam
(74) *Attorney, Agent, or Firm*—Kevin L. Daffer; Mollie E. Lettang; Conley Rose P.C.

(57) **ABSTRACT**

A magnetic memory cell and method for improving the write selectivity of memory cells in an MRAM array is provided herein. In particular, the magnetic memory cell may have a magnetic layer with a shape that is substantially asymmetrical about at least one axis of the magnetic layer. Such asymmetry may advantageously reduce and/or eliminate the effects of variations in the fabrication process. In addition, an asymmetrical memory shape may induce a relatively consistent equilibrium vector state, allowing a single switching mechanism to set the magnetic direction of the cell. Furthermore, a method is provided for programming a memory cell, in which the amount of current needed during a writing procedure is advantageously reduced relative to the amount of current needed in conventional writing procedures. In this manner, the asymmetrical memory cell and method produces a storage medium having overall power requirements less than those associated with symmetrical memory cells.

**20 Claims, 12 Drawing Sheets**





*FIG. 1A*



*FIG. 1B*



*FIG. 2A*



*FIG. 2B*



*FIG. 2C*



*FIG. 2D*



*FIG. 2E*



*FIG. 2F*

| | |
|---|---|
| Ellipse: | Operation window for writing:        0.8mA |
| | Current variation for writing to the Select:   [2mA – 4.2mA] |
| | Current variation for writing to the Disturb:  [5mA – 11.5mA] |
| Asymmetric shape: | Operation window for writing:        3mA |
| | Current variation for writing to the Select:   [1.3mA – 3mA] |
| | Current variation for writing to the Disturb:  [6mA – 8.8mA] |

*FIG. 6*



FIG. 3
(REVERSAL B)



*FIG. 4*
*(REVERSAL A)*



FIG. 5A



FIG. 5B



FIG. 7



FIG. 8



FIG. 9



FIG. 10



*FIG. 11*



FIG. 12B

FIG. 12D

FIG. 12A

FIG. 12C

US 6,798,691 B1

**1**

## ASYMMETRIC DOT SHAPE FOR INCREASING SELECT-UNSELECT MARGIN IN MRAM DEVICES

### PRIORITY APPLICATION

This application claims benefit of priority to the provisional patent application Ser. No. 60/362,286, filed Mar. 7, 2002.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to magnetic memory cells and, more particularly, to a system and method for improving the write selectivity of individual memory cells in a magnetic random access memory (MRAM) array.

2. Description of the Related Art

The following descriptions and examples are not admitted to be prior art by virtue of their inclusion within this section.

A non-volatile memory circuit maintains stored information even when electricity is removed from the circuit. Recently, advancements in the use of magneto-resistive materials have revolutionized the development of non-volatile memory circuits with the introduction of magnetic random access memory (MRAM). MRAM circuits advantageously exploit the electromagnetic properties of magneto-resistive materials to set and maintain information stored within individual memory cells of the circuit. In particular, MRAM circuits utilize magnetization direction to store information within a memory cell, and differential resistance measurements to read information from the memory cell. In other words, information is stored within an MRAM cell as a magnetic bit, the state of which is indicated by the orientation of magnetization within one layer of the memory cell relative to another layer of the memory cell. In addition, a differential resistance can be obtained from differences in the magnetization directions between layers of the memory cell. Such a differential resistance can be used to read the magnetic state of the bit stored in the MRAM cell.

An MRAM cell typically includes a plurality of layers with at least two magnetic layers separated by a nonmagnetic layer, and therefore, is sometimes referred to as a magnetic stack. A lower magnetic layer (e.g., a pinned magnetic layer) of the magnetic stack is usually fixed in a predefined magnetic direction to be used as a reference direction. To store information, however, the magnetic direction of an upper magnetic layer (e.g., a storage layer or a free magnetic layer), which is separated from the lower magnetic layer by a nonmagnetic layer, can be manipulated into a direction that is parallel or anti-parallel to the magnetic direction of the lower magnetic layer. Note that the term anti-parallel is used herein to describe a magnetic direction that is oriented 180° from the reference magnetic direction of the lower magnetic layer.

In general, a bit of information may be written to an MRAM cell by applying current that induces a magnetic field external to the cell. Such an external magnetic field may then force a majority of the internal magnetic field vectors within the free magnetic layer to align in a direction, either parallel or anti-parallel, relative to the magnetic direction of the pinned magnetic layer. Thus, the magnetic state of the stored bit is determined by the variable magnetic direction within the free magnetic layer. Once the bit is stored, however, the current may be discontinued without losing or altering the magnetic state of the stored bit.

**2**

In one example, a bit may be written to the free magnetic layer of an MRAM cell as a logic "0" (i.e., logic low) value when the magnetic direction of the free magnetic layer is substantially parallel to the magnetic direction of the pinned magnetic layer. In another example, a bit may be written to the free magnetic layer of an MRAM cell as a logic "1" (i.e., logic high) value when the magnetic direction of the free magnetic layer is substantially anti-parallel to the magnetic direction of the pinned magnetic layer. In either example, the stored bit may be read from the MRAM cell by measuring the resistance between the free and pinned magnetic layers, such that a logic 1 value is determined by a relatively higher resistance than a logic 0 value.

In addition, an MRAM cell typically includes an easy axis and a hard axis of magnetization, both of which are oriented along a single plane in directions perpendicular to one another. Note that the terms easy axis and hard axis of magnetization are used herein to describe the inherent tendency of the magnetization within the free magnetic layer to align along one axis versus another axis, at times when substantially no external magnetic field is present. In particular, the previously defined parallel or uni-parallel-anti-parallel directions of magnetization are typically oriented along the easy axis of magnetization. Such an orientation along the easy axis usually permits the stored information to be non-volatile. In other words, the magnetization within the free magnetic layer (inc., stored information) may be retained along either the parallel and anti-parallel orientation of the easy axis even when power to the memory cell is removed.

As will be discussed in more detail below, the easy axis of magnetization is usually an inherent result of the shape of the MRAM cell. Thus, the easy axis of magnetization is typically arranged along the length of the MRAM cell, and is sometimes referred to as the long, or longitudinal axis of magnetization. The magnetic state of the MRAM cell is usually defined by the magnetic direction along the easy axis of magnetization. The magnetic hard axis, however, is typically arranged along the width of the MRAM cell, and is sometimes referred to as the short, or transverse axis of magnetization. Since an external magnetic field may be needed to orient the magnetization within the free magnetic layer along the hard axis, the magnetic state of the MRAM cell is not typically stored along the hard axis.

An MRAM circuit typically includes a plurality of bit lines and digit lines, such that the plurality of bit lines is substantially perpendicular to the plurality of digit lines. An MRAM circuit also includes a plurality of MRAM cells, such as those described above, where each of the plurality of MRAM cells is approximately arranged at intersecting regions between individual bit lines and digit lines. In this manner, when current is simultaneously applied along a particular bit line and a particular digit line, the applied current may induce an external magnetic field large enough to switch the magnetization of an individual memory cell. Such an individual memory cell may herein be referred to as a selected memory cell, or the memory cell intentionally targeted for a writing procedure.

During the writing procedure, the multitude of memory cells arranged along the selected bit line and the selected digit line will sense an amount of current typically less than the amount of current sensed by the selected memory cell. Such memory cells are herein referred to as half selected cells, or disturbed cells. Even though less current is applied to these disturbed cells, fabrication process variations may allow a false bit to be unintentionally written to one or more of the disturbed cells. The writing of false bits, however, is

US 6,798,691 B1

3

4

undesirable and indicates failure of the memory device to store accurate information. Though all memory cells within an MRAM circuit are generally fabricated at the same time, variations in the fabrication process may produce variations in shape, size, and/or the presence of defects within individual memory cells. It may be these variations within individual memory cells that are typically responsible for the occurrence of false bits.

As such, a particular MRAM cell shape (e.g., an elliptically-shaped memory cell) may store inaccurate information due to its sensitivity to variations in shape, size, and defects. In fact, the variations may be so large that information can be accidentally stored to one or more unselected memory cells (i.e., cells not arranged along the selected bit line or digit line), which exhibit unusually lower switching fields than expected. Sensitivity to variations in shape and size may also disadvantageously reduce the current margin between selected and disturbed cells, thereby reducing the write selectivity between MRAM cells. In other words, the relative difference (i.e., current margin) between the amount of current responsible for switching the magnetization of a disturbed cell and the amount of current needed to switch the magnetization of a selected cell (i.e., the write selectivity) may be reduced as a result of the variations within individual memory cells.

Therefore, it would be advantageous to provide an MRAM cell having a configuration that is substantially insensitive to variations in shape, size, and the presence of defects. Such a memory cell configuration may advantageously increase the write selectivity between select and disturb cells over other cell configurations. In addition, it would be beneficial to provide a method, which not only reduces the current margin between individual memory cells, but also reduces the overall amount of current required during a writing procedure.

SUMMARY OF THE INVENTION

The problems outlined above may be in large part addressed by a memory cell and method for improving the write selectivity of individual memory cells in an MRAM array. In particular, the above problems may be addressed by a memory cell having at least one magnetic layer with a shape that is substantially asymmetrical about at least one axis of the magnetic layer. Such asymmetry may advantageously increase the write selectivity of individual cells within an MRAM array by reducing and/or eliminating the effects due to variations in the fabrication process. Such process variations may result in, for example, variations in shape and size of the magnetic layer, as well as the presence of defects on/within the magnetic layer. In addition, an asymmetrical memory cell tends to induce a relatively consistent equilibrium vector state, due to its insensitivity to variations in shape and size. Such a consistent equilibrium state allows a single switching mechanism to set the magnetic direction of the cell. As a result, the variation in current used to write an asymmetrical memory cell may be less than the current used to write a symmetrical memory cell. Furthermore, a method is provided herein for programming a memory cell, in which the amount of current needed during a writing procedure is advantageously reduced relative to the amount of current needed in conventional writing procedures. In this manner, the asymmetrical memory cell and method produces a storage medium having overall power requirements less than those associated with symmetrical memory cells.

As stated above, a memory cell having at least one magnetic layer with a shape that is substantially asymmetri-

cal about at least one axis of the magnetic layer is provided herein. In some cases, the memory cell may include a plurality of layers having shapes substantially similar to the asymmetrical shape of the magnetic layer. In such a case, the plurality of layers may include a portion of the layers within a memory cell stack. In other cases, however, the plurality of layers may include all of the layers within a memory cell stack. In one embodiment, the memory cell has an asymmetric configuration about a first axis (e.g., the magnetic easy axis direction). More specifically, one or more layers of the memory cell may have an asymmetric configuration about a first axis of the memory cell. In some cases, the first axis may be arranged along the length, or an elongated dimension of the memory cell.

In an alternative embodiment, the memory cell may have an asymmetric configuration about a second direction (e.g., the magnetic hard axis direction), such that the second direction is perpendicular to the first direction. In some cases, such a second direction may be arranged along the width, or a shortened dimension of the memory cell. In either case, a memory cell is provided having at least one magnetic layer with a shape that is substantially asymmetrical about at least one dimension of the magnetic layer. In yet another embodiment, the memory cell may have an asymmetric configuration about both the first and second directions. In this manner, the shape of the magnetic layer may be asymmetrical along an elongated dimension of the memory cell in addition to a dimension perpendicular to the elongated dimension.

In any case, the shape of the asymmetric memory cell may include a curved portion along at least one side of the memory cell, in some embodiments. As such, the curved portion may be aligned with the axis (or axes) in which the asymmetry resides. For example, the asymmetric configuration (or shape) of the memory cell may include a curved portion along at least one side of the memory cell, which is substantially aligned with the elongated dimension of the memory cell. Alternatively, the asymmetric configuration of the memory cell may include a curved portion, which is substantially aligned with the shortened dimension of the memory cell. Such asymmetry (whether about the easy axis, hard axis, or both axes) advantageously decreases the sensitivity of the memory cell to defects, as well as to variations in shape and size, since the shape of the memory cell (i.e., dot) sets the reversal of magnetization.

In some embodiments, the magnetic memory cell may include a magnetic layer with a perimeter having a larger curvature along one side of the perimeter than an opposing side of the perimeter. In such an embodiment, the opposing side of the perimeter may have a curvature, which is concave or convex, or alternatively, the opposing side may be substantially straight. In some cases, the one side of the perimeter may include a curved portion having a different radial length than other curved portions arranged along the one side of the perimeter. In other cases, however, the one side of the perimeter may include a curved portion having a single radial length. In any case, the one side and the opposing side of the perimeter may be arranged along the length, or along an elongated dimension of the magnetic layer. Alternatively, the one side and the opposing side of the perimeter may be arranged along the width, or along a shortened dimension of the magnetic layer.

A method for programming a magnetic memory cell is also provided herein. Such a method may be used to reduce the amount of current needed to write information to a memory cell by enforcing a destabilizing magnetic vector state (or magnetic vector field pattern) within the memory

US 6,798,691 B1

5                                                                6

cell prior to setting the magnetic direction of the cell. In particular, the method may include destabilizing a magnetic vector state of a selected memory cell with a first magnetic field by applying current to a first conductive line. During such a step, the first magnetic field may be along a direction that is transverse to an overall direction of the magnetic vector field pattern of the selected memory cell. Such an overall direction may be a direction associated with a majority of the magnetic vectors arranged within the memory cell.

In one example, the current applied to the first conductive line during the step of destabilization may be along a direction of the first conductive line that is substantially aligned with the direction of the majority of magnetic vectors arranged within the memory cell. In an alternative example, the current may be applied to the first conductive line along a direction substantially opposite to the direction of the majority of magnetic vectors. Such an alternative example, however, would result in a higher switching field. In either embodiment, the method may further include setting a magnetic direction (or magnetic state) of a selected memory cell with a second magnetic field induced by a current applied to the first conductive line and a current applied to a second conductive line. As such, the second magnetic field is a combined magnetic field, which is induced by the currents applied to both the first and second conductive lines. After setting the magnetic state of the memory cell, the method may include stabilizing the magnetic vector field pattern of the selected memory cell along the set magnetic direction with a magnetic field induced by the current applied to the second conductive line. During such a stabilizing step, the current applied to (the first conductive line may be reduced, or alternatively, may be discontinued altogether.

In some cases, the magnetic memory cell may also be aligned with other memory cells in an array configuration. As such, the step of destabilizing may also include destabilizing the magnetic vector states of the other memory cells spaced above the first conductive line. In such a case, the method may include re-stabilizing the magnetic vector states of the other memory cells subsequent to the step of setting the magnetic direction of the selected memory cell. Such a re-stabilizing step may include discontinuing the current applied to the first conductive line. In another embodiment, the method may not discontinue the current applied to the first conductive line completely, but instead, may reduce the current applied to the first conductive line until the induced magnetic field decreases to a point in which the magnetic vector states of the memory cells are re-stabilized. In either embodiment, the step of re-stabilizing may include discontinuing (or reducing) the current applied to the first conductive line prior to discontinuing the current applied to the second conductive line. Alternatively, the method may include discontinuing (or reducing) the current applied to the first conductive line at approximately the same time as discontinuing the current applied to the second conductive line. Thus, the magnetic state of the memory cell may be stabilized and maintained even after current is completely removed from the vicinity of the memory cell. As such, the asymmetrical MRAM cell and method produces a non-volatile storage medium having overall power requirements less than those associated with symmetrical memory cells.

A method for forming a magnetic field is also provided herein. Such a method may include forming a portion of the magnetic field in an arcuate pattern along a first periphery, while simultaneously forming another portion of the magnetic field in a linear pattern along an opposed, second

periphery. After the forming step, the method may include an additional forming step in which another portion of the magnetic field is formed in an arcuate pattern partially along both the first and second peripheries. Next, the method may include reversing a magnetic direction of the arcuate pattern is formed along both the first and second peripheries. After the reversing step, the method may include altering the arcuate pattern formed along the first and second peripheries to form a different pattern. In this manner, the different pattern may include another arcuate pattern along the first periphery and another substantially linear pattern along the second periphery.

Incorporated by reference is a twenty-one (21) page appendix describing further the details of the present embodiments.

## BRIEF DESCRIPTION OF THE DRAWINGS

Other objects and advantages of the invention will become apparent upon reading the following detailed description and upon reference to the accompanying drawings in which:

FIG. 1A is a magnetic vector diagram illustrating an S-shaped equilibrium vector state within an elliptically shaped memory cell;

FIG. 1B is a magnetic vector diagram illustrating a C-shaped equilibrium vector state within an elliptically shaped memory cell;

FIG. 2A is a top view of one or more memory cell layers having an asymmetrical configuration about a longitudinal axis;

FIG. 2B is a top view of one or more memory cell layers having an asymmetrical configuration about a transverse axis;

FIG. 2C is a top view of one or more memory cell layers having an asymmetrical configuration about a longitudinal axis and a transverse axis;

FIG. 2D is a top view of one or more memory cell layers in which an opposing side of the asymmetrical perimeter has a curvature that is substantially concave;

FIG. 2E is a top view of one or more memory cell layers in which an opposing side of the asymmetrical perimeter has a curvature that is substantially convex;

FIG. 2F is a top view of one or more memory cell layers in which at least one side of the perimeter may include one or more curved portions having one or more radial lengths;

FIG. 3 is a transitional magnetic vector diagram illustrating an exemplary reversal mechanism for a disturbed memory cell in which current is flowing along only one conductive path;

FIG. 4 is a transitional magnetic vector diagram illustrating an exemplary reversal mechanism for a selected memory cell in which current is flowing along two conductive paths;

FIG. 5A is a graph illustrating a change in longitudinal current over time for a conductive line;

FIG. 5B is a graph illustrating a change in transverse current over time for a different conductive line;

FIG. 6 is a table illustrating the difference in current requirements for writing to an elliptically shaped memory cell and for writing to an asymmetrically shaped memory cell for both select and disturb cells;

FIG. 7 is a block diagram illustrating a magnetic memory cell array in an equilibrium vector state, as shown in boxes 40a–b of FIG. 4;

FIG. 8 is a block diagram illustrating exemplary vector states that result from the application of current along one

US 6,798,691 B1

7

conductive line within the magnetic memory cell array, as shown in boxes 42a–b of FIG. 4;

FIG. 9 is a block diagram illustrating exemplary vector states that result from the application of current along two conductive lines within the magnetic memory cell array, as shown in boxes 44a–b of FIG. 4;

FIG. 10 is a block diagram illustrating exemplary vector states that result from the removal of the current applied to one of the conductive lines within the magnetic memory cell array, as shown in boxes 46a–b of FIG. 4;

FIG. 11 is a block diagram illustrating exemplary vector states that result from the removal of the current applied to both conductive lines within the magnetic memory cell array, as shown in boxes 48a–b of FIG. 4;

FIG. 12A illustrates one embodiment of FIG. 2A in which an asymmetrical cell shape is produced by a photolithography mask having a first pattern;

FIG. 12B illustrates an alternative embodiment of FIG. 2A in which an asymmetrical cell shape is produced by a photolithography mask having a second pattern;

FIG. 12C illustrates another alternative embodiment of FIG. 2A in which an asymmetrical cell shape is produced by a photolithography mask having a third pattern; and

FIG. 12D illustrates yet another alternative embodiment of FIG. 2A in which an asymmetrical cell shape is produced by a photolithography mask having a fourth pattern.

While the invention is susceptible to various modifications and alternative forms, specific embodiments thereof are shown by way of example in the drawings and will herein be described in detail. It should be understood, however, that the drawings and detailed description thereto are not intended to limit the invention to the particular form disclosed, but on the contrary, the intention is to cover all modifications, equivalents and alternatives falling within the spirit and scope of the present invention as defined by the appended claims.

DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

In a non-volatile magnetic memory, such as a magnetic random access memory (MRAM), each magnetic memory cell in a memory array includes a small magnetic element based on a magnetic tunnel junction (MTJ) or a spin valve structure, and is coupled to a digit line and a bit line. Such a memory cell structure (herein referred interchangeably as an MRAM cell, a magnetic stack, or a dot) typically includes a tunneling barrier layer and at least two magnetic layers, such that an upper magnetic layer (e.g., a free magnetic layer or storage layer) is arranged above, and a lower magnetic layer (e.g., a pinned magnetic layer) is arranged below, the tunneling barrier layer. Alternatively, the structure of the memory cell may be "flipped," such that the pinned magnetic layer is arranged above, and the free magnetic layer is arranged below, the tunneling barrier layer. For the sake of simplicity, however, the memory cell structure will be described herein as including a free, upper magnetic layer and a pinned, lower magnetic layer.

The MRAM cell employs tunnel magneto-resistance for operation. In other words, the lower magnetic layer of an MRAM cell is pinned, such that the electron spill of the pinned magnetic layer is fixed in a particular direction (either up or down). Such a fixed electron spin typically results in a fixed magnetic direction for the pinned magnetic layer. On the other hand, the electron spin of the storage layer is free to change between up and down states. Thus, the

8

storage layer is capable of altering between parallel and anti-parallel magnetic directions relative to the magnetic direction of the lower magnetic layer. In this manner, when the electron spins of the storage and pinned magnetic layers are aligned in the same direction (i.e., magnetic direction of the storage layer is parallel to the magnetic direction of the pinned magnetic layer), the electrons tunneling through the tunneling barrier layer will experience relatively little scattering, and thus, the memory cell will exhibit a relatively low resistance. Alternatively, the electron spins are mis-aligned when the magnetic direction of the storage layer is opposite (i.e., anti-parallel) to the magnetic direction of the pinned magnetic layer. In such a case, the tunneling electrons will experience relatively more scattering and the memory cell will exhibit a relatively higher resistance.

In general, the reading and writing operations are defined by the magnitude and direction of the magnetization in the storage layer of a selected memory cell with respect to the magnetization in the pinned magnetic layer. To set the magnetization along one direction at rest, an easy axis of the magnetization is induced by the magnetic tunnel junction shape (i.e., magnetic stack or dot shape). In other words, the shape of the memory cell induces an internal magnetic field, which tends to naturally arrange itself along a dimension of the memory cell without the influence of an external magnetic field. Such a dimension is herein referred to as the easy axis of magnetization.

More specifically, the internal magnetic field within a particular layer of an MRAM cell is composed of a plurality of individual magnetic field vectors, the vector sum of which determines the overall magnetic direction of the layer. In an equilibrium state (i.e., when no external magnetic field is applied), the individual magnetic field vectors align naturally along directions parallel to the lateral periphery of the magnetic layer. This innate alignment produces a vector field pattern, which approximately follows the shape of the memory cell. Such a vector field pattern is herein referred to as an equilibrium vector state. Since substantially no external energy is required to produce such an equilibrium vector state, the direction represented by the vector sum of the individual magnetic field vectors is designated as the easy axis of magnetization. On the other hand, the hard axis of magnetization may be designated as the direction perpendicular to the easy axis of magnetization.

In most cases, a memory cell having easy axis and hard axis orientations usually exhibits an aspect ratio larger than 1.0. Since the aspect ratio is described herein as the ratio between the length and width of a single memory cell, an aspect ratio larger than 1.0 indicates that the length of the memory cell is larger than the width of the memory cell. In such an embodiment, the length of the memory cell may pertain to the easy axis and the width of the memory cell may pertain to the hard axis of magnetization. Furthermore, both logic 0 and logic 1 states may be defined by the magnetic direction of the memory cell during reading as well as writing operations. In some cases, the magnetic direction may be defined along the length of the memory cell (i.e. easy axis of the magnetization). Alternatively, the magnetic direction may be defined along the width of the memory cell (i.e. hard axis of magnetization). Such a case, however, may be undesirable since an external magnetic field may be needed to orient the magnetization along the hard axis, thereby increasing the amount of power consumed by the memory circuit. In any case, the magnetic directions of the logic 0 and logic 1 states are typically oriented 180 degrees from each other.

In most cases, an MRAM array includes a first set of parallel electrically conductive lines (e.g., digit lines) and a

US 6,798,691 B1

9

second set of parallel electrically conductive lines (e.g., bit lines). Bit lines are usually oriented perpendicular to digit lines, such that individual memory cells within the MRAM array are located at the intersection regions between the intersecting bit lines and digit lines. During a read operation, current is applied only to the bit line corresponding to the column in which the selected memory cell lies. During a write operation, however, current is applied to both the digit line and the bit line associated with the selected memory cell. Together, these currents produce a magnetic field in the vicinity of the selected memory cell, which is a vector sum of the individual bit line and digit line magnetic fields.

In the case that identical currents are applied to both the bit line and the digit line, the vector sum of the bit line and digit line magnetic fields will be larger, in one example, by approximately a factor of a square root of two (i.e., SQRT (2)) than a magnetic field obtained solely by a bit line current or a digit line current. However, in the case that the current applied to the selected bit line is not identical to the current applied to the digit line, the combined magnetic field at the selected memory cell may be smaller or larger than SQRT(2) over a magnetic field obtained solely by a bit line current or a digit line current. This concept defines how selectivity of the writing operation is provided by the magnetic memory cell.

The margin of write selectivity between the select and disturbed cells is defined by two characteristics. One characteristic is the difference in the magnitude and direction of the external magnetic fields sensed by the select and disturbed cells. In other words, a selected cell should encounter a substantially larger external magnetic field than a disturbed cell, since a selected cell receives a combined magnetic field produced by current applied to both the bit line and the digit line associated with the selected cell. A disturbed cell, on the other hand, receives a substantially smaller magnetic field produced by current applied to the bit line or current applied to the digit lines.

Another characteristic defining write selectivity may be the difference in switching fields between select and disturbed cells. A switching field, as described herein, is the magnitude and direction of a magnetic field needed to switch a memory cell from one magnetic state to an opposite magnetic state, such as between parallel and anti-parallel magnetic directions. The margin of write selectivity, however, is usually affected by variations in the magnetic fields produced within the memory cells (i.e., internal magnetic fields). Such variations in magnetic fields are mainly due to variations in size and shape of the individual memory cells within the memory array. In addition, defects in a memory cell may also cause variations in the magnetic fields within individual memory cells. Therefore, it may be beneficial to provide a memory cell having a configuration that is less sensitive to variations in magnetic fields to allow for an increased margin of write selectivity. Such an increased margin would preferably induce repeatable switching characteristics for each memory cell within the array. In other words, it would be desirable to have switching characteristics, which are the same for all memory cells in the array.

To allow repeatable switching characteristics for each cell within the array, the switching mechanism for the reversal of magnetization should be the same for all memory cells. A switching mechanism, as described herein, is a process that causes the internal magnetization of the memory cell to rotate from a first direction (e.g., parallel) to second direction usually oriented 180 degrees from the first direction (e.g., anti-parallel). In this manner, the rotation of the

10

internal magnetization from one direction to an opposite direction is typically referred to as a reversal of magnetization.

In principle, the switching mechanism for the reversal of magnetization within a memory cell can follow three different mechanisms: reversal through wall motion, coherent rotation of magnetization, or reversal of magnetization through vortex formation and annihilation. First, reversal through wall motion is a switching mechanism that is driven by the formation of domains, or segments having magnetic directions oriented 180 degrees from one another. Reversal through wall motion does not usually allow a repeatable switching mechanism due to its extreme sensitivity to pinning defects, which may cause large variations in the switching fields from memory cell to memory cell. However, in the case that the long axis dimension of a memory cell is smaller than 1 μm, no domain walls will be formed (thus, resulting in a single domain structure) and the reversal mechanism will follow either a reversal of magnetization through vortex formation and annihilation or coherent rotation of magnetization, as will be described in more detail below.

As stated above, the easy axis of magnetization is an inherent result of the shape of an MRAM cell. As such, the magnetic state of the memory cell is generally determined by the magnetic direction along the easy axis of the free magnetic layer. Thus, the shape of an MRAM cell directly influences the operating characteristics of the memory cell. For example, a particular memory cell shape, such as an elliptic shape, may naturally induce an equilibrium vector field pattern (i.e., equilibrium vector state) resembling an S-shape, as described below in reference to FIG. 1A. Such an S-shaped pattern, or S-state, usually requires a relatively low external magnetic field to switch (i.e., reverse) the magnetic state of the cell. Therefore, the S-state may be alternatively referred to as a low switching field state.

The same memory cell shape, however, may sometimes induce an equilibrium vector field pattern resembling an altogether different shape, such as a C-shape, which may require a substantially larger external magnetic field to switch the magnetic state of the cell, as described below in reference to FIG. 1B. In this manner, an elliptically shaped MRAM cell may also induce a C-state, otherwise referred to as a high switching field state, which is relatively more stable than an S-state. Thus, an MRAM circuit including a plurality of similarly shaped memory cells may function inconsistently when a portion of the memory cells requires a higher switching field than other memory cells. Such inconsistency ultimately results in failure of the MRAM circuit to maintain accurate information by reducing the write selectivity, or the difference between the current responsible for switching a disturbed cell and the current needed to switch a selected cell.

Turning now to the drawings, FIG. 1B illustrates an equilibrium vector state (i.e., an internal magnetic vector field pattern at rest), which facilitates a reversal of magnetization through vortex formation and annihilation. To enforce this mechanism, the internal magnetization needs to be in the so-called "C" equilibrium state prior to reversal. In particular, FIG. 1B depicts symmetrically shaped (e.g., an elliptically shaped) memory cell 10, in which the internal magnetization tends to follow a circular pattern driven by the geometry of the dot, or memory cell. As shown in FIG. 1B, the longitudinal end vectors 12 and 14 are oriented in directions that are substantially opposed to one another. In this manner, an elliptically shaped memory cell may induce a C-shaped equilibrium vector state, or C-state. As stated above, the C-state typically requires a substantially higher

US 6,798,691 B1

11

magnetic field to switch the magnetic direction of a memory cell. Thus, a C-state tends to be a relatively stable vector state, and is usually referred to as a high switching field state.

However, due to variations in the fabrication process, reversal of magnetization could unintentionally occur in a disturbed memory cell having an equilibrium C-state. Such process variations, for example, may result in cell variations including shape, size, and/or the presence of defects. As such, a reversal of magnetization through vortex formation and annihilation is the switching mechanism typically responsible for the unintentional reversal of disturbed memory cells arranged along the bit line corresponding to the selected memory cell. The reversal of magnetization through vortex formation and annihilation requires larger switching field amplitudes than the coherent rotation procedure (e.g., between 25% to 50% larger) described below. Therefore, vortex formation and annihilation may not be the switching mechanism typically responsible for the reversal of magnetization of selected memory cells, since selected memory cells are affected by a combined magnetic field.

On the other hand, FIG. 1A illustrates an alternative equilibrium vector state within elliptically shaped memory cell 15, which facilitates a switching mechanism through coherent rotation of magnetization. To enforce this switching mechanism, however, the internal magnetization needs to be set in the so-called S-state, or circular state, as shown in FIG. 1A. In particular, FIG. 1A depicts symmetrically shaped (e.g., an elliptically shaped) memory cell 15, in which the internal magnetization tends to follow an S-shaped pattern. As stated above, such a pattern is generally driven by the geometry of the dot, or memory cell. As shown in FIG. 1A, longitudinal end vectors 16 and 18 are oriented in approximately the same direction. In this manner, an elliptically shaped memory cell may alternatively induce an S-shaped equilibrium vector state, or S-state. In general, the S-state typically requires lower switching field amplitudes, and thus, is sometimes referred to as a low switching field state. Therefore, coherent rotation of magnetization is usually the switching mechanism used during write operations to a selected memory cell.

A major disadvantage of using a symmetrically shaped memory cell, and more specifically an elliptic cell shape, is that a symmetrical shape is very sensitive to variations in size, shape and defects. As a result, one or more cells in an array of symmetrically shaped memory cells may induce different equilibrium vector states. As such, the different equilibrium vector states may produce switching mechanisms that differ significantly from cell to cell. For example, variations in size, shape, and the presence of local defects at the edges of a symmetrical memory cell, are likely to randomly set the equilibrium vector state (i.e., magnetic field vector state at rest) in either the S-state or the C-state, as shown in FIGS. 1A and 1B, respectively. Consequently, the use of symmetrically shaped memory cells is likely to produce at least some variation in the switching fields associated with the individual cells in a memory array. The variation in switching fields may be so large that it becomes difficult to write to a selected cell without affecting the magnetic state of half selected cells. As noted above, half selected cells or disturbed cells, are located along either the bit line or the digit line of the selected cell, and sense only one magnetic field. The problem is likely to become more severe as the size of the memory cells decrease, since a decrease in cell size leads to relatively larger variations in shape and size between the individual cells within a memory array.

12

Thus, it may be beneficial to provide a memory cell that overcomes the disadvantages described above. Consequently, a memory cell is provided having an asymmetrical configuration. In some cases, the asymmetrical memory cell would avoid large discontinuities of local magnetic vectors at the edges of the memory cell by including smoothly curved edges, as shown in FIGS. 2A–F. In this manner, smooth edges may prevent undesirable fluctuations in the switching fields of the memory cells. In other words, the amount of current needed to produce an external magnetic field large enough to switch the magnetic direction of a layer of the memory cell (i.e., the switching field) may fluctuate due to the formation of magnetic singularities (i.e., large discontinuities of local magnetic vectors) within the memory cell. Due to the accumulation of electrical charge, these magnetic singularities typically form in areas of a memory cell that exhibit sharp corners. In this manner, magnetic singularities tend to alter the internal magnetization of the cell layer, thereby altering the resistance of the cell layer. Thus, a memory cell having an asymmetrical configuration and smooth edges will prevent large magnetic vector disorientation, or magnetic singularities, which would otherwise disadvantageously affect the tunnel magneto-resistance signal of the memory cell.

In addition, an asymmetrical shape may produce switching fields less sensitive to variations in shape and size than conventional elliptically shaped memory cells. Furthermore, an asymmetrical shape may be additionally insensitive to the presence of defects. Moreover, an asymmetrical shape may advantageously set the magnetic direction of a memory cell with the use of a single switching mechanism. In this manner, the asymmetrical shape of the memory cell advantageously reduces the current needed for switching a selected cell, reduces the distribution of the switching fields, and increases the selectivity of the writing operation.

FIGS. 2A–F illustrate exemplary embodiments of a memory cell layer having an asymmetrical shape along at least one dimension of the layer. In some cases, the structures shown in FIGS. 2A–F may include a plurality of cell layers where at least one of the layers comprises a magnetic field. It may be advantageous, however, for at least two of the plurality of cell layers to comprise magnetic fields. For instance, a lower magnetic layer, or pinned magnetic layer, may exhibit a fixed magnetic direction, whereas an upper magnetic layer, or storage layer, may exhibit a variable magnetic direction. In such an embodiment, the plurality of cell layers may comprise an entire memory cell. Alternatively, the plurality of cell layers may comprise a portion of the memory cell layers. In yet another embodiment, the structures shown in FIGS. 2A–F may only include a single magnetic layer of a memory cell. In such an embodiment, the magnetic layer is preferably the storage or free magnetic layer.

In general, the one or more layers depicted in FIGS. 2A–F may have a profile with which the layers can be rotated about an axis, such that the layers demonstrate an asymmetrical configuration about the axis. In this manner, each of the layers within a memory cell may exhibit the same asymmetrical configuration. Alternatively, one or more of the layers may exhibit asymmetrical configurations different from the asymmetrical configurations of other layers within the cell. In yet other embodiments, not all cell layers may exhibit asymmetrical configurations. For example, only one cell layer, such as the storage layer, may exhibit an asymmetrical configuration, whereas one or more other cell layers may exhibit a substantially symmetrical configuration. In another example, a number of cell layers (greater than one but less than all) may demonstrate an asymmetrical configuration.

US 6,798,691 B1

13

In the embodiment shown in FIG. 2A, the asymmetrical configuration of the one or more cell layers 20 is preferably arranged about the easy axis of magnetization 22 (i.e., long axis of the dot). More specifically, the portion of the one or more cell layers to the left of axis 22 is not symmetrical to the portion of the one or more cell layers to the right of axis 22. As noted above, the easy axis of magnetization is typically arranged along the length (i.e., elongated dimension) of the one or more cell layers, as opposed to the width (i.e., shortened dimension) of the one or more cell layers. This allows the asymmetry to enforce the C-shape at the expense of the S-shape. In other words, the memory cell of FIG. 2A has an asymmetrical configuration that typically induces an equilibrium vector state having a C-shape instead of an S-shape. Since the equilibrium vector state follows the shape of the cell perimeter, the sum of the individual magnetic vectors tends to align in a direction along the easy axis of magnetization. As a result, the C-shape is, by nature, very insensitive to variations in shape, size, and the presence of defects. Consequently, adding local defects at the edges or changing the shape or the curvature of one or more cell layers 20 does not affect the magnetic state at rest.

FIG. 2B depicts an alternative embodiment, in which the one or more cell layers 21 may be rotational about a second axis 24 perpendicular to the first axis, such that the one or more cell layers demonstrates on asymmetrical configuration when rotated about the second axis. In other words a portion of one or more cell layers 21 above axis 24 is not symmetrical to a portion of the one or more cell layers below axis 24. In such an alternative embodiment, the asymmetrical configuration of the one or more cell layers is about the hard axis of magnetization 24 (i.e., short axis of the dot). FIG. 2C illustrates yet a further embodiment, in which one or more cell layers 23 may demonstrate an asymmetrical configuration when rotated about both the first and second axes, herein denoted as the easy axis and hard axis, respectively. In such an embodiment, portions of one or more cell layers 23 above axis 24 and to the right of axis 22 are not symmetrical to portions of the one or more cell layers below axis 24 and to the left of axis 22, respectively.

FIGS. 2D–F illustrate additional exemplary embodiments of asymmetry about the easy axis and/or the hard axis of magnetization. In particular, FIGS. 2D–F illustrate one or more cell layers 25, 27, and 29, respectively, having an asymmetrical shape along at least one dimension. As such, the shapes shown in FIGS. 2D–F may offer similar advantages over symmetrically shaped memory cells as the shapes shown in FIGS. 2A–C. It is noted, however, that the shapes shown in FIGS. 2A–F are exemplary embodiments of an asymmetrical shape and are not shown to exclude other asymmetrical shapes from being used for one or more layers of a memory cell. As such, a plurality of other shapes that are asymmetrical along at least one dimension may be used for the device described herein.

In any embodiment, the one or more cell layers shown in FIGS. 2A–F may include an asymmetrical perimeter having a larger curvature along one side of the perimeter than an opposing side of the perimeter. Such opposing sides of the perimeter may be about the axis of asymmetry, and arranged along different portions of the perimeter depending on the shape of the memory cell. For example, FIG. 2A includes side 26 having a larger curvature than opposing side 28. In such an embodiment, side 26 may refer to the side of the perimeter extending to the left of axis 22, while opposing side 28 may refer to the side of the perimeter extending to the right of axis 22. In this manner, sides 26 and 28 may be arranged along the length, or elongated dimension of one or

14

more layers 20. In addition, the lateral extents of side 26 and opposing side 28 may be bound by the poles of axis 22. Alternatively, the lateral extents of side 26 and/or opposing side 28 may extend along portions of the perimeter extending between the poles of the axis 22. Other embodiments illustrating differences in curvature to the left and right of axis 22 are shown in FIGS. 2D–2F as well.

In some embodiments, opposing side 28 may include a larger curvature than side 26. Although the curvatures of the shapes shown in FIGS. 2D–2F are different from each other and FIG. 2A, references to side 26 and opposing side 28 are used for each embodiment to specify a portion of the perimeter extending between poles of axis 22 on respective sides of the axis. In general, curvature size may be proportional to the radial length of a curve. The radial length of a curve may be the distance between the curve perimeter and the central point about which it extends. A further explanation of the relation of radial length to curvature is described below.

In another example, FIGS. 2B–C each include side 31 having a larger curvature than opposing side 33. In such an embodiment, side 31 may refer to the side of the perimeter extending above axis 24, while opposing side 33 may refer to the side of the perimeter extending below axis 24. In this manner, sides 31 and 33 may be arranged along the width, or shortened dimension of one or more layers 21 and 23. In addition, the lateral extents of side 31 and opposing side 33 may be bound by the poles of axis 24. Alternatively, the lateral extents of side 31 and/or opposing side 33 may extend along portions of the perimeter extending between the poles of the axis 24. In other embodiments, however, opposing side 33 may include a larger curvature than side 31.

In some cases, one side of the perimeter may include a curved portion having a different radial length than other curved portions arranged along the same side of the perimeter. FIG. 2F, for example, illustrates side 26 including curved portion 32 having a different radial length than curved portion 34. The radial lengths of curved portions 32 and 34 may be designated as R1 and R2, respectively. As stated above, the radial length of a curve may be the distance between the curve perimeter and the central point about which it extends. Using such a definition, a curve may refer to a portion of a circumference of a circle. Consequently, the distances between different points along the curve and a shared central point may be substantially equal. For example, the distances between points along side 26 in the region of curve portion 32 and a shared central point may be substantially equal, as shown in FIG. 2F. Such a distance, therefore, may refer to the radial length of the curve. In general, curvature size is proportional to the radial length of the curve. More specifically, a larger radial length of the curve may result in a larger curvature of the curve. Consequently, curved portion 34 in FIG. 2F is shown to have a larger curvature than curved portion 32. In general, the descriptions of curvature and radial length may apply to both concave and convex curves. As such, the concave portion along side 26 and the convex portion along side 28 of FIG. 2F maybe compared using such definitions of curvature and radial length to determine that side 26 has a larger curvature than side 28. FIG. 2D illustrates an embodiment in which the shape includes a single curved portion along one side of the perimeter. In particular, FIG. 2D illustrates curved portion 36 as having radial length R3 along side 26.

In addition, the nature of the curvature along either side of the cell perimeter may affect the switching field of selected memory cells within an array. For example, FIG. 2D illustrates that the opposing side of the asymmetrical

US 6,798,691 B1

15                                                              16

perimeter may have a curvature that is substantially concave. As shown in FIG. 2D, such a concave curvature may induce a relatively stronger C-state than the C-state shown in FIG. 2A. In this manner, a selected memory cell as shown in FIG. 2D may require larger switching fields, and hence higher levels of applied current, than a selected memory cell as shown in FIG. 2A. On the other hand, FIG. 2E illustrates that opposing side 28 of the asymmetrical perimeter may have a curvature that is substantially convex. Such a convex curvature may induce a relatively weaker C-state than the C-state shown in FIG. 2A. As such, a selected memory cell as shown in FIG. 2E may require relatively smaller switching fields, and hence lower levels of applied current, than a selected memory cell as shown in FIG. 2A. Alternatively, opposing side 28 may be substantially straight as shown in FIG. 2A and described above. In general, the curvatures of sides 26 and 28 may be optimized for particular current requirements, depending on the design specifications of the device.

In a preferred embodiment, the one or more layers may be shaped to include an elongated dimension and a shortened dimension, such that the elongated and shortened dimensions are arranged perpendicular to one another. In general, the dimensions of the one more layers may vary between embodiments, depending on the design specifications of the device. For example, in some embodiments, the width of the one or more cell layers may vary between approximately 50 nm and approximately 800 nm, or more specifically between approximately 400 nm and approximately 600 nm. In addition, the length of the one or more cell layers may vary between approximately 100 nm and approximately 1100 nm, or more specifically between approximately 500 nm and approximately 900 nm. In one example, the one or more cell layers have a width of about 400 nm and a length of about 640 nm, to result in an approximate aspect ratio (i.e. length versus width) of 1.6. However, the dimensions of the one or more cell layers are not restricted to the values provided herein. In particular, smaller or larger dimensions of the one or more cell layers may be used for the asymmetrically shaped cell described herein. In addition, the dimensions of the one or more cell layers are not restricted to having an aspect ratio of approximately 1.6, as provided in the above example. Instead, the cell aspect ratio may be any value approximately greater than or equal to 1.0.

The asymmetrical configuration of the memory cell (as shown in the embodiments of FIGS. 2A–F) advantageously increases the operation window for the writing procedure without affecting the disturbed memory cells. In other words, an array including asymmetrical memory cells experiences a substantial increase in write selectivity over an array including substantially symmetrical memory cells, such as elliptically shaped cells. As noted above, the write selectivity is related to the current margin between the minimum amount of current responsible for switching a half selected (i.e., disturbed cell) and the amount of current needed to switch a selected cell. Micro-magnetic calculation of select and disturb bits has shown that write selectivity increases drastically with the use of an asymmetric shape.

As an example, FIG. 6 reports the marginal currents calculated for switching an exemplary symmetric (e.g., elliptic) shaped memory cell and an exemplary asymmetric shaped memory cell, taking into account variations in shape and size. Both shapes have nominal dimensions of width= 400 nm, length=640 nm and an approximate aspect ratio of 1.6. As can be seen in FIG. 6, the write selectivity (i.e., operation window for writing) of an asymmetric shape increases from 0.8 mA (for an elliptic shape) to 3 mA (for

an asymmetric shape). Such an increase in the current margin for the case of the asymmetrical shape illustrates the benefit of this new shape. For example, the asymmetrical cell shape increases the margin between the amount of current needed to program a selected cell and the amount of current responsible for unwittingly programming another cell arranged along the same bit line or digit line (i.e. disturbed cell). Thus, the asymmetrical cell shape greatly increases the write selectivity, thereby reducing the possibility of writing to a disturbed, or unintended memory cell.

In addition, FIG. 6 shows that an asymmetric shape requires less variation in current, as well as less overall current, than a symmetric shape during the writing operation. In the case of an elliptically shaped cell, the current variation in writing to a selected cell may be 2.2 mA, or the difference between the current needed to program the hardest bit (4.2 mA) and the current needed to program the easiest bit (2 mA). As noted above, a memory cell arranged along the selected bit line or digit line may have a configuration which requires significantly higher switching fields than other memory cells arranged along the same bit line or digit line. Such a memory cell is typically 'hard' to write, and therefore may be referred to as the hardest bit. On the other hand, the easiest bit refers to the memory cell arranged along the selected bit line or digit line, which has a configuration that requires a significantly lower switching field. In an asymmetrically shaped cell, however, the current variation in writing to a selected cell is significantly less (e.g., 3 mA–1.3 mA=1.7 mA) than the current variation in writing to an elliptical shaped selected cell. The current variation in writing to a disturbed cell is also less for an asymmetrically shaped cell versus an elliptically shaped cell.

In either case (i.e., writing to selected or disturbed cells), the decreased current variation in the asymmetrically shaped cell may be a result of the asymmetrical cell's insensitivity to variations in shape, size, and defects. In other words, the asymmetrically shaped cell experiences substantially less variation between easy and hard bits, and thus requires less variation in current, as a result of its decreased sensitivity to the above mentioned variations. Furthermore, the overall current needed to write to a selected cell is substantially less for an asymmetrical configuration as opposed to a symmetrical configuration. Therefore, an asymmetrical cell shape advantageously consumes less power than a symmetrical cell having similar nominal dimensions and material compositions. It is noted that the current ranges shown in FIG. 6 are provided as exemplary embodiments, and that the current values for the asymmetrical memory cell are not restricted to the embodiments shown.

FIGS. 3 and 4 depict transitional magnetic vector diagrams illustrating exemplary switching mechanisms for both disturbed and selected cells, respectively, having asymmetrical shapes as described herein. As already mentioned above, the switching field is driven by the switching mechanism for the reversal of magnetization. In an embodiment in which the size of a memory cell is less than 1 μm, only single domain structures are expected, and as a consequence, either coherent rotation of magnetization (REVERSAL A, FIG. 4) or flux closure state forming a vortex structure (REVERSAL B, FIG. 3) may occur. As noted above, the magnetic direction of disturbed cells may be unintentionally switched through vortex formation and annihilation (i.e., REVERSAL B), which is a switching mechanism that requires a substantially large switching field. On the other hand, coherent rotation of magnetization (REVERSAL A) is a switching mechanism that generally requires a relatively small switch-

US 6,798,691 B1

17                                                                18

ing field. Because the switching field is larger in REVER-
SAL B than in REVERSAL A, the magnetic direction of
selected cells is typically switched through coherent rotation
of magnetization. In such a switching mechanism, the
selected cell should be temporarily set in the S-state while all
unselected cells should remain in the C-state to allow
variation in the switching characteristics between unselected
cells within the memory array. In other words, to prevent
unintentional switching, the unselected cells should remain
in the C-state due to the higher stability of the C-state
relative to the S-state.

FIG. 3 is a transitional magnetic vector diagram illustrat-
ing exemplary switching mechanisms for disturbed cells. As
such, FIG. 3 illustrates a switching mechanism in which
reversal can occur when current is applied to only one
conductive path. In one embodiment, current is applied
along the bit line, such that a longitudinal magnetic field is
induced solely along the easy axis (i.e. bit line, or long axis
of the dot) of magnetization. In such an embodiment, the
reversal of magnetization will typically occur through vortex
formation and annihilation. In other words, the reversal of
magnetization may occur for the disturbed cells, which
correspond to substantially all dots (i.e., memory cells)
located along the selected bit line. In the case that current is
applied only along the digit line, a transverse magnetic field
will be induced along the hard axis of magnetization. Such
a transverse magnetic field, however, may not cause reversal
of magnetization through vortex formation and annihilation.

FIG. 3 includes a first row of boxes (30a–36a) illustrating
the applied magnetic field during steps before and after the
reversal of magnetization. In addition, FIG. 3 includes a
second row of boxes (30b–36b) illustrating the internal
magnetic field vector pattern produced by the applied mag-
netic field in each step of the reversal process. Although the
memory cell of FIG. 3 is shown having the shape of FIG.
2A, any asymmetrical shape as described herein, including
but not limited to the embodiments shown in FIGS. 2A–F,
may be alternatively depicted in FIG. 3.

In the equilibrium state, substantially no external mag-
netic field is applied (box 30a) to the memory cell. In this
state, the magnetization naturally tends to set in the so-called
C-state (box 30b) due to the asymmetrical shape of the
memory cell. To begin the reversal process, however, a
current is applied to the bit line to produce a magnetic field
along the easy axis of the memory cell (box 32a). In the case
that the magnetic direction of the memory cell is to be
reversed, the bit line current is usually applied to produce a
magnetic field in a direction opposite to the magnetization of
the memory cell in the equilibrium state. In this manner, the
magnetic field vectors within the memory cell begin to head
around a central portion to form a vortex region (box 32b).
As noted above, the C-state is a relatively stable state. As
such, the C-state typically requires a substantially high
switching field, thereby requiring a substantially high level
of current to switch the internal magnetization of the cell. In
one example, the current applied to the bit line to induce
vortex formation (box 32a) is about 7.5 mA, whereas
substantially no current is applied to the digit line of the
disturbed cell.

To reverse the magnetic direction of the memory cell, the
current applied to the bit line is increased (box 34a). For
example, the current applied to the bit line may be increased
from 7.5 mA to 8.2 mA, as shown in FIG. 3. Such an
increase results in a further increase in the curvature of the
magnetic field vectors within the cell until annihilation
occurs (box 34b). Annihilation occurs when the applied
current increases enough to reverse the direction of the

magnetic field vectors in the memory, cell to a substantially
opposite direction. After reversal, the magnetization returns
to the equilibrium C-state (box 36b) when the current in the
bit line is turned off, and therefore no magnetic field is
applied (box 36a).

It is noted that the applied bit line current (box 32a) and
the subsequent increase in bit line current (box 34a) are not
restricted to the exemplary values provided herein. Instead,
the switching mechanism only requires that the applied
current and the increase in current result in reversing the
magnetic direction of the disturbed cell. However, as
described above, reversal through vortex formation and
annihilation corresponds to a relatively high field switching
case. As such, the applied current and increased current may
range between about 6 mA and about 10 mA. In general, the
amount of current needed to reverse the magnetic direction
of an asymmetrical memory cell is substantially higher than
the amount of current needed to reverse the magnetic
direction of a symmetrical memory cell. In this manner,
though reversal of magnetization through vortex formation
and annihilation may produce a write operation in disturbed
cells having conventional configurations, it is unlikely to
produce a write operation in disturbed cells having an
asymmetrical configuration.

As such, the switching mechanism described above may
produce reversal of magnetization within a disturbed
memory cell when current is applied to only one conductive
line (e.g., the bit line). However, vortex formation and
annihilation does not usually apply for write operations in
selected memory cells, which experience the effects of
current applied along at least two conductive lines (e.g., a bit
line and digit line). Therefore, a writing procedure for
selected memory cells is also provided herein. Such a
writing procedure may be substantially insensitive to the
effects of fabrication process variations, such as cell shape,
size, and the presence of defects. As such, the proposed
writing procedure may allow inherently "harder" selected
cells to be switched at relatively lower magnitudes of
current. Such a writing procedure will herein be discussed in
reference to FIGS. 4–11.

FIG. 4 is a transitional magnetic vector diagram illustrat-
ing an exemplary switching mechanism for selected memory
cells. As such, FIG. 4 illustrates a writing procedure, in
which current is applied along at least two orthogonal
conductive lines to switch the magnetic direction of a
particular memory cell. In one embodiment, current is
applied along the digit line to induce a transverse, external
magnetic field along the hard axis (i.e. short axis of the dot)
of magnetization, prior to applying current along the bit line.
The transverse magnetic field advantageously alters the
internal magnetic field vector pattern to reduce the stability
of the cell before switching the magnetic direction. In such
an embodiment, the reversal of magnetization will typically
occur through coherent rotation of magnetization.

Similar to FIG. 3, FIG. 4 includes a first row of boxes
(40a–48a) illustrating the applied magnetic field during
steps before and after the reversal of magnetization. In
addition, FIG. 4 includes a second row of boxes (40b–18b)
illustrating the internal magnetic field vector pattern pro-
duced by the applied magnetic field in each step of the
reversal process. Although the memory cell of FIG. 4 is
shown having the shape of FIG. 2A, any asymmetrical shape
as described herein, including but not limited to the embodi-
ments shown in FIGS. 2A–F, may be alternatively depicted
in FIG. 4.

In FIG. 4, box 40b shows that the asymmetrical shape of
the memory cell is responsible for inducing a magnetization

US 6,798,691 B1

19

in the C-state when no external magnetic fields are applied (box 40a). To begin the reversal process of a selected memory cell, current is applied to the selected digit line (DL) to induce a transverse magnetic field (box 42a) which sets and stabilizes the magnetization of the cell in the "S" state. In this manner, all cells located along the selected DL are initially stabilized in the S-state, making them easier to switch. For example, a DL current of 3 mA may be applied to induce a magnetic field vector pattern in the S-state (box 42b). Such a DL current is typically applied in the approximate direction of the longitudinal end vectors in the S-state (i.e., along the direction shown in FIG. 4, or to the right). However, if the transverse magnetic field is applied at 180 degrees (i.e., to the left), stabilizing the S-state will be substantially more difficult, and as a consequence, the switching field will become larger. Therefore, the current applied along the DL is preferably uni-polar (i.e., along one direction).

To reverse the magnetic direction of the memory cell, current may also be applied to the bit line (BL), such that the vector sum of the BL and DL currents induces an external magnetic field in a direction approximately opposite to the direction of the longitudinal end vectors in the initial S-state. For example, a current of −2.2 mA (the minus sign is a directional indicator) may be applied to the selected BL, such that the induced magnetic field (box 44a) causes the direction of magnetization within the selected cell (box 44b) to switch. Note that the reversal process is performed while the internal magnetization of the cell is in the S-state, or low switching field state. Such a state advantageously allows the selected cell to be switched with relatively small amounts of current. However, since the S-state is a relatively low stability state, the selected cell may be re-stabilized in the C-state by discontinuing the current applied to the DL prior to discontinuing the current applied to the BL. In this manner, removing current from the DL (while maintaining at least some current along the BL) may induce a longitudinal, external magnetic field (box 46a), which changes the internal magnetization from the S-state to a C-state (box 46b). For example, the current along the BL may remain at −2.2 mA, whereas substantially no current is applied along the DL. Subsequently, the current along the BL may be discontinued (box 48a) to stabilize the selected cell in the C-state at rest (box 48b).

Note, however, that the amounts of current applied to the bit line and digit line are not restricted to the values provided in FIG. 4. In particular, current magnitudes applied to the bit line and digit line may fall within a range of about 0 mA to about 5 mA, for example. In any embodiment, the amounts of current applied to the bit line and digit line during coherent rotation of magnetization will be significantly less than the amounts of current usually required in other switching mechanisms (e.g., vortex formation and annihilation).

In addition, the write operation described above (i.e., reversal through coherent rotation of magnetization) is not limited to the exact method presented above. For example, the step of stabilizing the cell prior to reversal (step 42a) may include applying current along the bit line instead of applying current along the digit line. Such a step, however, would induce a longitudinal magnetic field (step 42b), which may strengthen the cell magnetization in the C-state, thereby making the cell harder to switch. Thus, a higher current may be needed along the digit line during the step of reversing the magnetization (step 44a). In addition, the step of re-stabilization (box 46a) may alternatively include discontinuing the current applied to the digit line at approximately the same time as discontinuing the current applied to the bit

20

line. Alternatively, the step may not discontinue the current along the digit line completely, but instead, may reduce the amount of current applied to the digit line until the induced magnetic field decreases to a point in which the magnetic vector state of the selected cell is re-stabilized.

FIG. 5A illustrates a temporal embodiment of the amount of DL current (i.e., longitudinal current) needed to begin reversal of magnetization for a selected, asymmetrical MRAM cell using a switching mechanism, such as coherent rotation of magnetization. As such, FIG. 5A is a temporal embodiment of the DL current applied in the transitional switching mechanism illustrated in FIG. 4. Since the external magnetic field established by the DL current is in the transverse direction (i.e., about the hard axis), the memory cells arranged along the selected DL are typically harder to switch, especially if they do not sense a magnetic field induced by a bit line (BL) current about the easy axis. Therefore, an overshoot of current (reference numeral 50) along the DL may be needed for the first 0.5 ns, in some embodiments, if a higher field is needed to ensure the S-state is set for cells arranged along the DL pertaining to the selected cell. In other embodiments, however, an overshoot of digit line current (reference numeral 50) may be needed for an amount of time substantially less than 0.5 ns, or alternatively, substantially greater than 0.5 ns. For example, the amount of time needed for the overshoot current may lie between about 0.25 ns and about 1.0 ns. In addition, the amount of overshoot current in the digit line is not restricted to the amount depicted in FIG. 5A (i.e., approximately 4 mA). Instead, the amount of overshoot current could be an alternative amount of current, which results in stabilization of the S-state after application of the current for a particular amount of time. For example, the amount of current needed for the overshoot may lie between about 1 mA and about 6 mA. In an alternative embodiment, an overshoot of digit line current may not be needed to initially stabilize the magnetic vector state in the S-state.

As soon as the S-state is stabilized, however, only a small transverse field may be needed to maintain stabilization during the reversal process. Such a small transverse field may be generated by applying a lower current level to the DL (reference numeral 52). Alternatively, the S-state may be maintained by the initial level of current applied to the DL. It is noted, however, that the amount of digit line current needed to maintain the S-state during the reversal process, as well as the length of time the current is applied, is not restricted to the values presented in FIG. 5A (e.g., 3 mA and 3.5 ns, respectively). As such, the digit line current and application time may be substantially less than or greater than the values shown in FIG. 5A. In particular, the amount of digit line current needed to maintain the S-state during the reversal process may be between about 1 mA and about 4 mA. Likewise, the application time needed to maintain the S-state during the reversal process may be between about 2.5 ns and about 4.5 ns.

FIG. 5B illustrates a temporal embodiment of the amount of BL current (i.e., transverse current) needed to induce reversal of magnetization in a selected, asymmetrical MRAM cell. As such, FIG. 5B is a temporal embodiment of the BL current applied in the transitional switching mechanism illustrated in FIG. 4. In one embodiment, after approximately 1–2 ns of DL current (reference numeral 50 in FIG. 5A), current is also applied along the BL to start the magnetization reversal process of the selected cell (as shown in boxes 44a–b of FIG. 4). For example, a current of −2.2 mA may be applied to the selected BL for approximately 1–2 ns (reference numeral 58 in FIG. 5B), such that the selected

US 6,798,691 B1

21

cell is now affected by an external magnetic field induced by the vector sum of the BL and DL currents. During this time, all bits along the selected BL will preferably remain in the C-state except for the selected bit, which now senses both BL and DL currents. After the writing sequence, the DL current may be terminated before termination of the BL current to ensure that substantially all bits (including the selected bit) return to a "C" equilibrium state. Such a case is illustrated in FIGS. 5A and 5B as reference numerals 54 and 60, respectively, indicating that the BL current is maintained for approximately 1–2 ns after the DL current is discontinued. Subsequently, current is substantially removed from the BL (reference numeral 62 in FIG. 5B) to re-stabilize the magnetic vector state of the selected cell in the C-state at rest.

In an alternative embodiment, the digit line and bit line currents may be switched off at approximately the same time to return the selected bit to the equilibrium state. In any embodiment, the bit line current values and application times are not restricted to those depicted in FIG. 5B. For example, the bit line current may vary between about 1 mA to about 4 mA, whereas the current application times may vary between about 1 ns and about 2 ns for each step. In addition, reference numeral 54 of FIG. 5A illustrates the case in which current is removed completely from the digit line to re-stabilize the selected cell in the C-state. In other embodiments, however, the current along to the digit line may not be completely removed in step 54, but instead, may be reduced until the magnetic vector state of the selected cell is sufficiently re-stabilized. For example, the current along the digit line may be reduced by an amount between about 1 mA to about 3 mA. In any case, such a reduction in current may be a stepped or gradual reduction.

The switching mechanism for a selected, asymmetrical memory cell, as described above in reference to FIG. 4, may also be described in reference to FIGS. 7–11. In particular, FIGS. 7–11 illustrate the manner in which magnetic vector states are modified within individual memory cells of magnetic memory cell array 70 during a write operation, such as the write operation described in FIG. 4. In one embodiment, magnetic memory array 70 includes a first set of a plurality of conductive lines (e.g., bit lines 72, 74, 76, etc.) and a second set of a plurality of conductive lines (e.g., digit lines 73, 75, 77, etc.).

Note, however, that the memory cells in FIGS. 7–11 are arranged above the first and second sets of conductive lines for the sake of drawing clarity. In reality, the memory cells within an MRAM array are typically arranged between the first and second sets of conductive lines, and approximately at the intersecting regions between the first and second sets of the conductive lines. In addition, the memory cells in FIGS. 7–11 are illustrated as having substantially rectangular configurations for the sake of drawing clarity. Instead, the memory cells within the MRAM array preferably have asymmetrical configurations, such as but not limited to those depicted in FIGS. 2A–F. In some cases, one or more of the memory cells may have different asymmetrical shapes than other memory cells within the memory array. Alternatively, all of the memory cells may include substantially similar asymmetrical shapes. In yet other embodiments, only a number of the memory cell layers may include asymmetrical configurations. Such embodiments may be similar to the one or more layer configurations described for the structures shown in FIGS. 2A–F.

FIGS. 7–11 further illustrate the magnetic memory cells within array 70 as including a plurality of layers. In one embodiment, the magnetic memory cells within array 70

22

include at least two magnetic cell layers, such as storage layer 80 and pinned magnetic layer 84, which are separated by a nonmagnetic layer (i.e., tunneling layer 82). FIGS. 7–11 illustrate pinned magnetic layers 84 having magnetic directions fixed, or pinned in a particular direction (e.g., to the left). In addition, the initial magnetic direction of storage layers 80 are shown in opposite, or anti-parallel directions relative to the magnetic direction of pinned magnetic layers 84 (e.g., as shown in FIG. 7 to the right). However, the initial magnetic direction of storage layers 80 may not be the same for all memory cells within array 70. Such a case is merely illustrated in FIG. 7 for the sake of simplicity.

FIG. 7 shows that the shape of the asymmetrical memory cell typically induces a C-state when no external magnetic field is applied (see boxes 40a–b of FIG. 4). To begin the reversal process of selected memory cell 78, current is applied to digit line 75 in FIG. 8. As stated above, the current applied to digit line 75 may be an amount sufficient to induce a transverse magnetic field, which sets and stabilizes the magnetization of the disturbed cells arranged along digit line 75 in an alternative vector state. In this manner, all disturbed cells located along the selected digit line are initially stabilized in the S-state, or low switching state (see boxes 42a–b of FIG. 4). Note, however, that the memory cells not arranged along digit line 75 are maintained in the equilibrium C-state.

To reverse the magnetic direction of selected cell 78, current may be applied to bit line 74 in FIG. 9. In this manner, the vector sum of the currents along bit line 74 and digit line 75 may induce an external magnetic field, which causes the direction of magnetization within selected cell 78 to switch (see boxes 44a–b of FIG. 4). In other words, a write operation (or write state) may be performed in selected cell 78, such that the direction of magnetization in storage layer 80 is switched from the anti-parallel direction to a parallel direction (relative to pinned magnetic layer 84). In another embodiment, however, the write operation may be performed in selected cell 78 by altering the direction of magnetization in the storage layer from a parallel direction to an anti-parallel direction. Note, however, that substantially all disturbed cells arranged along bit line 74 are maintained in an equilibrium C-state along their original direction of magnetization (i.e., the magnetic state of the cells are unchanged). Such maintenance is a typical result of the significantly high switching field of the switching mechanism used to switch disturbed cells along the selected bit line (e.g., vortex formation and annihilation).

As stated above, the write operation is performed while the internal magnetization of selected cell 78 is preferably in the S-state, so that the selected cell may be switched with relatively small amounts of current. However, since the S-state is a relatively low stability state, selected cell 78 may be re-stabilized in the C-state by discontinuing the current applied to digit line 75 prior to discontinuing the current applied to bit line 74 (as shown in FIG. 10). By removing current from digit line 75 prior to removing current from bit line 74, a longitudinal, external magnetic field may be induced, which changes the set magnetic direction of storage layer 80 from an S-state to a C-state (see boxes 46a–b of FIG. 4). In addition, by removing current from digit line 75, the magnetization of the disturbed memory cells arranged along digit line 75 may also be re-stabilized to a C-state. Subsequently, the current along bit line 74 may be discontinued to stabilize selected cell 78 in an equilibrium C-state, as shown in FIG. 11. As stated above, selected cell 78 may be alternatively re-stabilized by discontinuing the current applied to digit line 75 at substantially the same time as

US 6,798,691 B1

23

24

discontinuing the current applied to bit line 74. In another embodiment, the current along digit line 75 may stepped down, or gradually reduced until selected cell 78 is re-stabilized.

FIGS. 12A–D illustrate exemplary embodiments of an asymmetrically shaped memory cell, such as the memory cell depicted in FIG. 2A. In addition, FIGS. 12A–D include outlines of the one or more photolithography masks used to create the individual cell shapes. Note that the memory cell shapes in FIGS. 12A–D are shown as asymmetrically circular structures having smooth edges. As stated above, such smooth edges are desirable in a magnetic memory cell, and may be a result from the one or more photolithography masks. As such, the one or more photolithography masks form patterns 120, 122, 124, and 126, where each pattern includes a contour having a plurality of steps. Depending on the intricacy of the pattern (i.e., the number of steps), the asymmetry of the cell and the rounding of the cell can be tuned accordingly. For example, the photolithography pattern shown in FIG. 12B may include at least two additional steps as compared to the photolithography pattern shown in FIG. 12A. Such additional steps may result in the cell depicted in FIG. 12B to be slightly less asymmetrical than the cell depicted in FIG. 12A. As another example, changing the number of steps and/or changing the layout of the steps in a photolithography pattern can further alter the rounding of the cell shape, as shown in the comparison of FIGS. 12C–D. For example, FIG. 12C illustrates photolithography pattern 124 as having a contour with a greater width than photolithography pattern 126 shown in FIG. 12D. As such, the cell shape depicted in FIG. 12C may be slightly less rounded than the cell shape depicted in FIG. 12D.

In any case, photolithography patterns 120, 122, 124, and 126 are provided as exemplary embodiments, such that an asymmetrical cell shape is not restricted to the examples provided. In addition, the cell shapes depicted in FIGS. 12A–D are not restricted to the cell shape described in FIG. 2A. Instead, any asymmetrical cell shape, such as those provided in FIGS. 2B–F, may be fabricated in substantially the same manner as that described in reference to FIGS. 12A–D.

It will be appreciated to those skilled in the art having the benefit of this disclosure that this invention is believed to provide an improved magnetic memory cell (e.g., an MRAM cell) that is less sensitive to variations in shape, size, and the inclusion of defects. Such a memory cell will have an asymmetric configuration including smooth edges. The advantage of such a configuration will provide relatively uniform switching characteristics within all memory cells of a memory array. Further modifications and alternative embodiments of various aspects of the invention will be apparent to those skilled in the art in view of this description. For example, a write operation may be performed by altering the direction of magnetization in the storage layer from an anti-parallel to a parallel direction. Alternatively, a write operation may be performed by substantially maintaining the direction of magnetization in the storage layer of a memory cell. Therefore, it is intended that the following claims be interpreted to embrace all such modifications and changes and, accordingly, the specification and drawings are to be regarded in an illustrative rather than a restrictive sense.

What is claimed is:

1. A magnetic random access memory device configured to store a logic state of a bit with respect to magnetic directions of magnetic layers within a memory cell of the device, wherein the memory cell comprises a magnetic layer having a shape substantially asymmetrical along one dimension of the magnetic layer and substantially symmetrical along another dimension of the magnetic layer.

2. The magnetic random access memory device of claim 1, wherein the one dimension is an elongated dimension of the magnetic layer.

3. The magnetic random access memory device of claim 2, wherein the shape of the magnetic layer comprises a curved portion along at least one side of the magnetic layer aligned with the elongated dimension.

4. The magnetic random access memory device of claim 1, wherein the one dimension is a shortened dimension of the magnetic layer.

5. The magnetic random access memory device of claim 1, wherein at least one of the memory cells comprises a plurality of layers having shapes substantially similar to the shape of the magnetic layer.

6. A magnetic random access memory device configured to store a logic state of a bit with respect to magnetic directions of magnetic layers within a memory cell of the device, wherein the memory cell comprises a magnetic layer with a perimeter having a larger curvature along one side of the perimeter than an opposing side of the perimeter.

7. The magnetic random access memory device of claim 6, wherein the one side of the perimeter comprises a curved portion having a different radial length than other curved portions arranged along the one side of the perimeter.

8. The magnetic random access memory device of claim 6, wherein the opposing side is substantially straight.

9. The magnetic random access memory device of claim 6, wherein the opposing side is concave.

10. The magnetic random access memory device of claim 6, wherein the opposing side is convex.

11. The magnetic random access memory device of claim 6, wherein the one side of the perimeter and the opposing side of the perimeter are arranged along an elongated dimension of the magnetic layer.

12. The magnetic random access memory device of claim 6, wherein the magnetic layer comprises a shape that is substantially asymmetrical about an axis of the magnetic layer aligned with the one side of the perimeter and the opposing side of the perimeter.

13. A magnetic random access memory device configured to store a logic state of a bit with respect to magnetic directions of magnetic layers within a memory cell of the device, wherein the memory cell comprises a magnetic layer having a shape substantially asymmetrical about a reference axis aligned with a first dimension of the magnetic layer and positioned approximately midway along a second dimension of the magnetic layer perpendicular to the first dimension, and wherein a first area of the magnetic layer laterally bound by one side of the reference axis and the periphery of the magnetic layer is larger than a second area of the magnetic layer laterally bound by the opposing side of the reference axis and the periphery of the magnetic layer.

14. The magnetic random access memory device of claim 13, wherein the periphery of the magnetic layer has a larger curvature along one side of the periphery than an opposing side of the periphery.

15. The magnetic random access memory device of claim 14, wherein a portion of the opposing side is substantially straight.

16. The magnetic random access memory device of claim 14, wherein a portion of the opposing side is convex.

17. The magnetic random access memory device of claim 13, wherein the shape of the magnetic layer is additionally asymmetrical along the second dimension of the magnetic layer.

US 6,798,691 B1

25

**18**. The magnetic random access memory device of claim **13**, wherein the shape of the magnetic layer is asymmetrical along the second dimension of the magnetic layer.

**19**. The magnetic random access memory device of claim **13**, wherein an aspect ratio of the first and second dimension is between approximately 1.0 and approximately 2.0.

26

**20**. The magnetic random access memory device of claim **13**, wherein a memory cell comprising the magnetic layer comprises one or more layers having shapes substantially different than the shape of the magnetic layer.

\*   \*   \*   \*   \*

# EXHIBIT 4



US006683815B1

(12) **United States Patent**
Chen et al.

(10) Patent No.:     **US 6,683,815 B1**
(45) Date of Patent:        **Jan. 27, 2004**

(54) **MAGNETIC MEMORY CELL AND METHOD FOR ASSIGNING TUNABLE WRITING CURRENTS**

(75) Inventors: **Eugene Y. Chen**, Fremont, CA (US);
**Kamel A. Ounadjela**, Belmont, CA (US); **Ashish Puncholy**, Milpitas, CA (US)

(73) Assignee: **Silicon Magnetic Systems**, San Jose, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/180,695**

(22) Filed: **Jun. 26, 2002**

(51) Int. Cl.⁷ ............................................ G11C 7/00
(52) U.S. Cl. .................... 365/225.5; 365/173; 365/158
(58) Field of Search ............................. 365/225.5, 173, 365/158

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,111,783 A | * 8/2000 | Tran et al. | 365/171 |
| 6,233,172 B1 | 5/2001 | Chen et al. | 365/173 |
| 6,292,389 B1 | 9/2001 | Chen et al. | 365/158 |
| 6,404,674 B1 | * 6/2002 | Anthony et al. | 365/173 |
| 6,538,917 B1 | * 3/2003 | Tran et al. | 365/158 |
| 6,538,920 B2 | * 3/2003 | Sharma et al. | 365/171 |
| 6,538,921 B2 | * 3/2003 | Daughton et al. | 365/171 |
| 6,545,906 B1 | * 4/2003 | Savtchenko et al. | 365/158 |

* cited by examiner

*Primary Examiner*—Michael S. Lebentritt
*Assistant Examiner*—Tuan T. Nguyen
(74) *Attorney, Agent, or Firm*—Kevin L. Daffer; Conley Rose P.C.

(57) **ABSTRACT**

A circuit is provided herein, which is adapted to supply different current magnitudes along opposing directions of a conductive line. Such a circuit may be particularly beneficial in compensating for the effects of unintentional magnetic coupling within MRAM devices. In addition, a method is provided herein for configuring a device having a magnetic memory array, which receives a first current magnitude along one direction and a substantially different current magnitude along an opposite direction of the magnetic memory array. Furthermore, a method is provided herein which assigns tunable current magnitudes for write operations along conductive lines of a memory circuit. Such tunable writing currents advantageously increase the write selectivity of the memory circuit. More specifically, the tunable writing currents compensate for ferromagnetic and antiferromagnetic coupling within magnetic memory cells caused by uneven surface topology and non-zero total magnetic moments, respectively.

**21 Claims, 6 Drawing Sheets**





FIG. 1



FIG. 2A

FIG. 2B

FIG. 2C

FIG. 2D





FIG. 6



*FIG. 7*



*FIG. 8*

US 6,683,815 B1

| 1 | 2 |

# MAGNETIC MEMORY CELL AND METHOD FOR ASSIGNING TUNABLE WRITING CURRENTS

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates to magnetic memory devices and, more particularly, to a circuit and method for providing tunable writing current magnitudes to the magnetic memory devices within a magnetic memory circuit.

### 2. Description of the Related Art

The following descriptions and examples are given as background information only.

Recently, advancements in the use of magneto-resistive materials have progressed the development of magnetic random access memory (MRAM) devices to function as viable non-volatile memory circuits. In general, MRAM devices exploit the electromagnetic properties of magneto-resistive materials to set and maintain information stored within the individual memory cells of the circuit. In particular, MRAM circuits utilize magnetic direction to store information within a memory cell, and differential resistance measurements to read information from the memory cell. More specifically, information is stored within an MRAM cell as a magnetic bit, the state of which is indicated by the magnetic moment direction within one layer of the memory cell relative to another layer of the memory cell. For example, information is stored within an upper layer as either a parallel or antiparallel magnetic moment direction relative to a magnetic moment direction of a lower magnetic layer. Note that the term antiparallel is used herein to describe a magnetic moment direction oriented 180° from the magnetic moment direction of the lower magnetic layer. In addition, a differential resistance can be measured between layers of the memory cell. Such a differential resistance indicates a difference in the magnetic moment directions between layers of the memory cell, and thus, can be used to read the magnetic state of the bit stored within the memory cell.

In order for a magnetic element to operate as a memory cell, it must be adapted to maintain two substantially different resistance states (i.e., representing two different magnetic states). It may be preferred, however, that a magnetic memory cell be adapted to maintain two substantially different resistance states at rest (i.e., when substantially no external magnetic field is applied to the cell). Such a magnetic memory cell may need substantially less operating current than a memory cell not adapted to maintain different magnetic states at rest.

More specifically, it is desirable that a magnetic memory cell is adapted to maintain either a parallel or an antiparallel magnetic state at rest. Such a case may be equivalent to having a nearly centered resistance (R) versus magnetic field (or, applied current, I) response, such as the R-I curve illustrated in FIG. 2A. In other words, optimum MRAM operation usually exhibits a nearly centered resistance versus applied current response, and thus, allows substantially equal thresholds of writing current to switch the magnetic state of the memory cell from a low resistance state to a high resistance state, and vice versa. As such, FIG. 2A depicts an ideal response in which the magnitude of current ($|I_1|$) needed to switch the magnetization from a low to high resistance state is substantially equal to the magnitude of current ($|I_2|$) needed to switch the magnetization from a high to low resistance state. In addition, a magnetic memory cell

demonstrating a nearly centered R-I curve can maintain two substantially different magnetic states (reference numerals 32a and 32b) at rest.

However, the R-I curve may be significantly affected by variations within and/or between individual memory cells of an MRAM circuit. As such, it is not typical that all memory cells within the MRAM circuit exhibit such a nearly centered R-I curve. Instead, a portion of the memory cells within the circuit may demonstrate an offset in the R-I curve. In some cases, the offset may be such that two substantially different magnetic states can be maintained at rest. Such an offset, however, may introduce unequal thresholds of writing current between the two magnetic states, thereby requiring substantially more current to switch one magnetic state versus the other. In other cases, however, the offset may be such that only one magnetic state can be maintained at rest. An offset of such a degree typically results in false write operations, thereby indicating failure of the memory device to store accurate information.

In some cases, the R-I curve may be significantly affected by variations within individual memory cells that cause ferromagnetic coupling between layers of the cells. During fabrication of MRAM cells, for example, individual cell layers may be fabricated having surfaces that are not completely flat but instead exhibit surface and/or interface roughness. Such variation in surface topology causes the formation of magnetic poles along an interface between two or more layers of the MRAM cell. In this manner, interface roughness causes unintentional magnetic coupling of the magnetic poles formed along the interface. Such unintentional magnetic coupling tends to introduce an offset into the R-I curve by forcing the magnetic moments of the two or more cell layers to point along a single direction. Therefore, such unintentional magnetic coupling may be referred to as ferromagnetic or positive coupling. Note, however, that ferromagnetic coupling typically produces an offset in the same direction as the direction of current (I) flow along the width of the memory cell that causes a high resistance state in the memory cell. For example, ferromagnetic coupling may introduce a positive offset into the R-I curve if the direction of current flow along the width of the memory cell is in a positive direction.

In other cases, an offset may be introduced into the R-I curve on account of antiferromagnetic coupling. Antiferromagnetic coupling generally refers to the unintentional magnetic coupling between an upper magnetic layer, which stores memory information, and the ends of one or more lower magnetic layers, which have magnetic moments fixed in a particular direction. As such, an offset may be introduced into the R-I curve when the combined magnetic moments of the one or more lower magnetic layers are non-zero. In this case, such unintentional magnetic coupling introduces an offset into the R-I curve by forcing the magnetic moments of the upper and lower magnetic layers to point along substantially opposite directions. This offset, termed negative offset, is generally along the same direction as the direction of current (I) flow along the width of a memory cell that causes a low resistance state in the memory cell. Thus, such unintentional magnetic coupling is generally referred to as antiferromagnetic or negative coupling.

Any offset (positive or negative), however, may produce unequal thresholds of writing current, such that substantially more current is needed to write one magnetic state versus another magnetic state within an individual memory cell. Such unequal thresholds of writing current may cause a false write operation to occur in one or more memory cells of the MRAM circuit, thereby causing the memory device to store inaccurate information.

US 6,683,815 B1

3

As stated above, it is desirable for a magnetic memory cell to maintain two substantially different magnetic states at rest. In some embodiments, however, unintentional ferromagnetic coupling may introduce a positive offset so severe that only one magnetic state, such as the low resistance state, can be maintained when no external magnetic field is applied. In FIG. 2B, for example, the positive offset introduced into the R-I curve may be so large that only a low resistance state (reference numeral 34) is maintained when no external magnetic field is applied (i.e., when the applied current, I, is substantially zero). In such a case, a biasing magnetic field (and thus, a biasing current) may be needed to maintain a high resistance state in the presence of unintentional ferromagnetic magnetic coupling.

In other embodiments, unintentional antiferromagnetic coupling may introduce a negative offset so severe that only one magnetic state, such as a high resistance state, can be maintained when no external magnetic field is applied. In FIG. 2C, for example, the negative offset introduced into the R-I curve may be so large that only a high resistance state (reference numeral 36) is maintained when no external magnetic field is applied. In such a case, a biasing magnetic field (and thus, a biasing current) may be needed to maintain a low resistance state in the presence of unintentional antiferromagnetic magnetic coupling.

In either embodiment of FIG. 2B or 2C, ferromagnetic and/or antiferromagnetic coupling generally causes failure of the MRAM circuit without the application of a biasing magnetic field. Such failure is typically due to the inability of one or more memory cells to maintain two substantially different magnetic states at rest. The application of such a biasing magnetic field, however, generally causes an undesirable increase in the power consumed by the MRAM circuit.

Therefore, it would be advantageous to develop a magnetic memory circuit that overcomes the problems described above. In general, it would be advantageous to provide a magnetic memory circuit, which is unaffected by unintentional magnetic coupling, such as ferromagnetic and antiferromagnetic coupling. In particular, it would be advantageous to provide a magnetic memory circuit and method of construction that substantially eliminates the occurrence of false write operations within individual cells of the magnetic memory circuit. In this manner, the amount of power consumed by a memory circuit may be reduced, as compared to a memory circuit that does not compensate for unintentional magnetic coupling.

SUMMARY OF THE INVENTION

The problems outlined above may be in large part addressed by a circuit adapted to supply different current magnitudes along opposing directions of a conductive line. Such a circuit may be particularly beneficial in compensating for the effects of unintentional magnetic coupling, such as ferromagnetic and antiferromagnetic coupling, within MRAM devices. In addition, a method is provided herein which determines tunable write current magnitudes for conductive lines arranged within a circuit. In one example, the tunable writing currents advantageously increase the current margin between select and disturb cells (i.e., increase the write selectivity), to thereby decrease the probability of storing inaccurate information within the memory circuit. More specifically, the tunable writing currents may compensate for ferromagnetic and antiferromagnetic coupling within magnetic memory cells caused by uneven surface topology and non-zero total magnetic moments of the fixed

4

magnetic layers, respectively. In addition, the tunable writing currents may compensate for variations in cell fabrication processes, such as overlay variations produced in the masking and etching processes.

As stated above, a circuit is provided which is adapted to supply current at a first magnitude along one direction of a conductive line arranged within the circuit. In addition, the circuit is adapted to supply current at a second magnitude along an opposite direction of the conductive line. In some embodiments, the circuit may also supply the first and second current magnitudes to a plurality of other conductive lines aligned with the conductive line. In some cases, the conductive line is a bit line, such that current may be supplied along a direction and an opposite direction of the bit line. In other cases, however, the conductive line is a digit line, such that current may be supplied along one direction and an opposite direction of the digit line. In any case, the first and second current magnitudes may be substantially different. Such a difference may advantageously compensate for a non-centered resistance versus current response, which may be produced by unintentional magnetic coupling within individual memory cells of the circuit. As such, the circuit provided herein may demonstrate an increased selectivity for write operations in memory cells, which exhibit non-centered resistance versus current responses.

In some cases, the circuit provided herein may exhibit a write selectivity having a current margin equal to or greater than approximately 0.8 mA. In particular, the circuit may exhibit a write selectivity having a current margin between about 0.8 mA and about 2.5 mA. The current margin, as described herein, is the difference between a minimum current value needed to switch a disturbed memory cell and a maximum current value needed to switch a selected memory cell. The maximum current value may be described as the amount of current supplied to one or more parallel conductive lines, which induces a magnetic field strong enough to switch the magnetic direction of substantially all selected memory cells arranged along the one or more parallel conductive lines. Alternatively, the minimum current value may be described as the amount of current supplied to one or more parallel conductive lines, which induces a magnetic field strong enough to switch the magnetic direction of at least one disturbed memory cell arranged along the one or more parallel conductive lines.

In addition, the circuit provided herein may include at least one magnetic memory cell. Such a magnetic memory cell may be adapted to maintain a first magnetic direction within a first magnetic layer of the memory cell. In some cases, the first magnetic layer may be referred to as a pinned magnetic layer, such that the magnetic moment or magnetization of the layer is "pinned" in a predefined or reference direction. Furthermore, the magnetic memory cell of the circuit may be adapted to maintain a second magnetic direction within a second magnetic layer of the memory cell. In such an embodiment, the second magnetic layer may be referred to as a fixed magnetic layer, such that the magnetization of the layer is "fixed" in a second magnetic direction, which is opposite to the first magnetic direction. Moreover, the magnetic memory cell of the circuit may be adapted to alter a third magnetic direction within a third magnetic layer of the magnetic memory cell. Such a third magnetic layer may be referred to as a free or soft magnetic layer, in some embodiments, such that the magnetization of the layer is "free" to switch between same and opposite magnetic directions relative to the reference magnetic direction of the first magnetic layer.

Furthermore, the magnetic memory cell may include a relatively thin, nonmagnetic coupling layer, which may

US 6,683,815 B1

5

separate the first and second magnetic layers of a magnetic memory cell to create a synthetic antiferromagnetic stack ("SAF"). In this manner, the SAF is referred to as "balanced" when the first and second magnetic layers include substantially similar thicknesses. Alternatively, the SAF is "unbalanced" when the first and second magnetic layers include substantially different thicknesses. As such, the circuit provided herein may exhibit increased write selectivity for magnetic memory cells having balanced or unbalanced SAF stacks.

Moreover, the magnetic memory cell may include an upper portion and a lower portion, such that the upper portion demonstrates a narrower width than the lower portion. In some cases, the upper portion includes the third and second magnetic layers while the lower portion includes the first magnetic layer. In other cases, however, it may be desired that the upper portion includes the third magnetic layer while the lower portion includes the first and second magnetic layers. In such a case, the third magnetic layer exhibits a narrower width than the widths of the first and second magnetic layers. In this manner, decreasing the width of the third magnetic layer tends to reduce the occurrence of electrical shorting across a spacer layer (i.e., tunnel barrier layer) arranged between the third magnetic layer and the second magnetic layer. The third magnetic layer, however, is typically patterned during a separate processing step than the patterning process of the lower portion. As such, variations in the separate processing step may cause the third magnetic layer to be formed overlying the lower portion in a position, which may vary from cell to cell (i.e., overlay variation). As will be described in more detail below, the circuit may compensate for such overlay variations by supplying writing currents having variable magnitudes (i.e., tunable writing currents).

In another embodiment, a method is provided herein for configuring a device having a magnetic memory array, such as the circuit described above. The method includes configuring the device to receive a first current magnitude along one direction of the magnetic memory array. In some cases, the method further includes configuring the device to receive a second current magnitude along an opposite direction of the magnetic memory array, such that the second current magnitude is substantially different from the first current magnitude. In other cases, however, the method may include configuring the device to receive a second current magnitude, which is substantially equal to the first current magnitude, along the opposite direction of the magnetic memory array. In any case, the first and second current magnitudes include write operation current magnitudes for the magnetic memory array. As such, the method may include configuring the device to receive the first and second current magnitudes along a bit line or, alternatively, along a digit line of the device. Alternatively, the method may include configuring the device to receive the first and second current magnitudes along both a bit line and a digit line of the device. Therefore, the method provides tunable writing currents along either the bit line, the digit line, or along both the bit line and the digit line.

In yet another embodiment, a method is provided herein for assigning tunable write operation current magnitudes to memory cells within a magnetic memory array. In particular, the method includes determining a first write operation current magnitude along a direction of a conductive line arranged within the magnetic memory array. In addition, the method includes separately determining a second write operation current magnitude along an opposite direction of the conductive line. In one example, the first write operation

6

current magnitude may be adapted to switch the magnetic state of a selected memory cell from a parallel to an antiparallel state. As such, the second write operation current magnitude may be adapted to switch the magnetic state of the selected memory cell from an antiparallel to a parallel state. Alternatively, the first write operation current magnitude may be adapted to switch the magnetic state from an antiparallel to a parallel state; whereas the second write operation current magnitude may be adapted to switch the magnetic state from a parallel to an antiparallel state. In some cases, the steps of determining the first and second write operation current magnitudes are conducted consecutively. In other cases, however, the steps of determining the first and second write operation current magnitudes are conducted simultaneously.

In any case, the step of determining the first write operation current magnitude may include applying current along the one direction of the conductive line to determine a first current margin between a write operation current magnitude of a disturbed memory cell and a write operation current magnitude of a selected memory cell. Subsequently, the method may include designating a first current magnitude within the first current margin to be applied along the one direction of the conductive line. In addition, the step of separately determining the second write operation current magnitude may include applying current along the opposite direction of the conductive line to determine a second current margin between a write operation current magnitude of a disturbed memory cell and a write operation current magnitude of a selected memory cell. Subsequently, the method may include designating a second current magnitude within the second current margin to be applied along the opposite direction of the conductive line. As stated above, the first write operation current magnitude may be different than the second write operation current magnitude, in some cases. In other cases, however, the first write operation current magnitude may be substantially equal to the second write operation current magnitude.

## BRIEF DESCRIPTION OF THE DRAWINGS

Other objects and advantages of the invention will become apparent upon reading the following detailed description and upon reference to the accompanying drawings in which:

FIG. 1 is a block diagram illustrating a magnetic memory cell array;

FIG. 2A is a graph illustrating a substantially centered resistance versus applied current response;

FIG. 2B is a graph illustrating a positive offset introduced into the resistance versus applied current response;

FIG. 2C is a graph illustrating a negative offset introduced into the resistance versus applied current response;

FIG. 2D is a graph illustrating a substantially uncentered resistance versus applied current response;

FIG. 3 is a cross-sectional view illustrating an embodiment of a magnetic memory cell as shown in the array of FIG. 1;

FIG. 4 is a cross-sectional view illustrating another embodiment of a magnetic memory cell as shown in the array of FIG. 1;

FIG. 5 is a cross-sectional view illustrating yet another embodiment of a magnetic memory cell as shown in the array of FIG. 1;

FIG. 6 is a flowchart depicting an exemplary method for assigning current magnitudes for write operations in a magnetic memory cell array, such as the array shown in FIG. 1;

US 6,683,815 B1

7

FIG. 7 is a flowchart depicting an exemplary method for determining a current margin between a disturbed memory cell and a selected memory cell; and

FIG. 8 is a flowchart depicting an exemplary method for configuring a device having a magnetic memory array.

While the invention may include various modifications and alternative forms, specific embodiments thereof are shown by way of example in the drawings and will herein be described in detail. It should be understood, however, that the drawings and detailed description thereto are not intended to limit the invention to the particular form disclosed, but on the contrary, the intention is to cover all modifications, equivalents and alternatives falling within the spirit and scope of the present invention as defined by the appended claims.

DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Turning now to the drawings, FIG. 1 illustrates exemplary memory circuit 10 as a magnetic random access memory (MRAM) circuit. In general, MRAM circuit 10 includes a plurality of conductive lines configured for generating magnetic fields. As such, a first set of the plurality of conductive lines is arranged in orthogonal alignment with a second set of the plurality of conductive lines. In some cases, the first set of conductive lines may include bit lines 11, 13, and 15, whereas the second set of conductive lines may include digit lines 12, 14, and 16. MRAM circuit 10 also includes a plurality of MRAM cells, such as cells 17–19 and 21–23, where each of the plurality of MRAM cells is approximately arranged at the overlap points of individual bit lines and digit lines. It is noted that the conductive lines are illustrated as arranged beneath the memory cells to merely simplify the drawing shown in FIG. 1. In reality, the memory cells are typically sandwiched between individual bit lines and digit lines at the overlap points thereof. For example, bit lines may be individually arranged above the plurality of memory cells, whereas digit lines may be individually arranged below the plurality of memory cells. An opposite arrangement, in which digit lines are arranged above and bit lines are arranged below, may be implemented in an alternative memory circuit. In addition, it is noted that the plurality of MRAM cells are illustrated in FIG. 1 as having rectangular shapes for the purpose of drawing clarity only. Instead, the MRAM cells of circuit 10 generally demonstrate a shape having a substantially smooth perimeter. More specifically, one or more layers within the MRAM cells of circuit 10 may demonstrate a shape having a substantially smooth perimeter.

During a write operation, current is applied to a pair of conductive lines (e.g., a selected bit line and a selected digit line) corresponding to a selected MRAM cell. Such an applied current may induce an external magnetic field that "sets" the logic state of the selected MRAM cell. For example, write operation currents applied along bit line 13 and digit line 14 may induce an external magnetic field strong enough to switch the magnetic direction of selected memory cell 18, as described in more detail below. However, a multitude of other memory cells (represented in part by cells 17, 19, and 22) arranged along selected bit line 13 and selected digit line 14 may sense a portion of the magnetic field induced by the write operation current. Because such a portion is typically less than the field strength sensed by the selected memory cell, the multitude of other memory cells is generally referred to as half-selected or disturbed cells. In some cases, the portion of the

8

magnetic field may not be large enough to switch the magnetization of the disturbed cells. In other cases, however, variations in the cell fabrication process (e.g., variations in shape, size, and/or the presence of defects) may cause the portion of the magnetic field to switch the magnetization of the disturbed cells. As such, variations in the cell fabrication process may cause a false write operation to occur in one or more of the disturbed cells, thereby decreasing the write selectivity between individual memory cells of the circuit. The write selectivity, as referred to herein, is the relative difference (i.e., current margin) between the amount of current responsible for switching the magnetic direction of a disturbed memory cell and the amount of current needed to switch the magnetic direction of a selected memory cell.

In addition, an MRAM cell typically includes at least two magnetic layers separated by a non-magnetic layer, as shown in FIG. 1. In one example, lower magnetic layer 28 is usually pinned in a predefined magnetic direction, and thus, is typically referred to as a fixed or pinned magnetic layer. Such a predefined direction usually serves as a reference direction for upper magnetic layer 24. During a write operation, the magnetic direction of upper magnetic layer 24 is free to switch between a parallel or antiparallel direction relative to the reference direction of lower magnetic layer 28. As such, upper magnetic layer 24 is typically referred to as a free magnetic layer or a storage magnetic layer. During a read operation, however, current is applied to only one conductive line (e.g., a bit line), such that electrons residing within upper magnetic layer 24 tunnel through lower magnetic layer 28 via non-magnetic layer 26. In this manner, the electrons tunneling through non-magnetic layer 26 may experience relatively more or less resistance, depending on the individual magnetic directions of magnetic layers 24 and 28. As such, non-magnetic layer 26 is usually referred to as a tunnel barrier layer.

Note, however, that the magnetic memory cells of FIG. 1 are illustrated as having only three cell layers for the sake of drawing clarity. Instead, the memory cells of the circuit shown in FIG. 1 preferably include a plurality of cell layers, such as those illustrated in FIG. 3. As such, FIG. 3 is a cross-sectional view of an exemplary magnetic memory cell, such as an MRAM cell. In some cases, lower magnetic layer 28 may include a plurality of cell layers, such as pinned ferromagnetic layer 49, antiferromagnetic layer 44 and seed layer 46. In other cases, however, it may be desired that lower magnetic layer 28 further include fixed ferromagnetic layer 45 and coupling layer 47, such that layers 45 and 47 are arranged between tunnel barrier layer 26 and pinned ferromagnetic layer 49. In such a case, fixed ferromagnetic layer 45, coupling layer 47, and pinned ferromagnetic layer 49 are generally referred to as a synthetic antiferromagnetic ("SAF") stack 42, the advantages of which will be discussed in more detail below.

As stated above, a pinned magnetic layer of a magnetic memory cell is described as having a magnetization that is "pinned" in a predefined or reference direction. Such magnetic pinning is typically due to a strong exchange interaction at the interface between pinned ferromagnetic layer 49 and antiferromagnetic layer 44. Exchange interaction is a quantum mechanical atomic attraction force between nearest neighboring atoms as a result of shared electron clouds. Antiferromagnetic layer 44 is generally formed of antiferromagnetic materials, or a class of magnetic materials having neighboring spins pointing in opposite directions. In this manner, antiferromagnetic layer 44 generally exhibits a near zero total magnetic moment. On the other hand, pinned ferromagnetic layer 49 is generally formed of ferromagnetic

US 6,683,815 B1

9

materials, or magnetic materials that do exhibit a strong magnetic moment in a particular direction. Therefore, to strengthen the "pinned" magnetic field direction, pinned ferromagnetic layer 49 may be formed upon and coupled to a surface (e.g., the uppermost surface) of antiferromagnetic layer 44. As such, the magnetic exchange coupling between layers 44 and 49 produces a pinned magnetic field within pinned ferromagnetic layer 49 having a direction that strongly resists rotation in the presence of an applied magnetic field large enough to rotate the magnetic direction of free magnetic layer 24.

In some cases, antiferromagnetic layer 44 may be formed of one or more alloys including, but not limited to, iridium (Ir), platinum (Pt), or manganese (Mn). For example, antiferromagnetic layer 44 may be formed of iridium manganese (IrMn) or platinum manganese (PtMn). In some cases, pinned ferromagnetic layer 49 may be formed of one or more alloys including, but not limited to, nickel (Ni), iron (Fe) and cobalt (Co). Preferably, pinned ferromagnetic layer 49 may be formed of cobalt and iron so as to obtain a substantially high magnetization value to match the magnetization of fixed ferromagnetic layer 45. In addition, seed layer 46 may be formed of substantially any material composition that further aids in aligning the crystalline structure of antiferromagnetic layer 44. For example, seed layer 46 may be formed of ruthenium (Ru), copper (Cu), or an alloy including nickel (Ni), iron (Fe), and/or chromium (Cr).

Furthermore, coupling layer 47 is generally arranged upon the uppermost surface of pinned ferromagnetic layer 49 and is typically formed of a material, which induces exchange coupling between pinned ferromagnetic layer 49 and fixed ferromagnetic layer 45. For example, coupling layer 47 may be formed of a material, such as ruthenium (Ru). In other words, coupling layer 47 is arranged between layers 45 and 49 to induce a "fixed" magnetic direction within fixed ferromagnetic layer 45 that is substantially opposite to the "pinned" magnetic direction of pinned ferromagnetic layer 49. As such, fixed ferromagnetic layer 45 is generally included within SAF stack 42 to avoid a strong magnetic fringe field on free magnetic layer 24 from the ends of pinning layers 44 and 49. In other words, fixed magnetic layer 45 is generally included to ensure that the presence of pinning layers 44 and 49 does not greatly influence the switching behavior of free magnetic layer 24.

In addition, fixed ferromagnetic layer 45 may be included within SAF stack 42 to increase the effective pinning field strength of the magnetic memory cell. In general, the effective pinning field strength is inversely proportional to the difference between the thickness of fixed ferromagnetic layer 45 and the thickness of pinned ferromagnetic layer 49. Such a difference in layer thickness is usually referred to as the effective magnetic layer thickness. In this manner, layer 45 is typically included to reduce the effective magnetic layer thickness to thereby increase the effective pinning field strength of the memory cell. As such, the effective pinning field strength generally increases as the effective magnetic layer thickness decreases. Similar to pinned ferromagnetic layer 49, fixed ferromagnetic layer 45 may be formed of one or more alloys including, but not limited to, nickel (Ni), iron (Fe) and cobalt (Co). Preferably, fixed ferromagnetic layer 45 may be formed of cobalt and iron to achieve a high magnetization or spin polarization value, and thus obtain a higher magneto-resistance between free ferromagnetic layer 24 and fixed ferromagnetic layer 45 (i.e., to obtain a higher change in resistance during a read operation).

Furthermore, although FIG. 3 illustrates a magnetic memory cell having only one cell layer within fixed ferro-

10

magnetic layer 45, any number of cell layers may alternatively be included. In particular, fixed ferromagnetic layer 45 may include a plurality of ferromagnetic layers, which are arranged between tunnel barrier layer 26 and coupling layer 47. More specifically, a coupling layer, such as a layer of ruthenium (Ru), may separate each of the plurality of ferromagnetic layers within fixed ferromagnetic layer 45, such that neighboring ferromagnetic layers may have magnetic moments, which are fixed in opposing directions. For example, fixed ferromagnetic layer 45 may include a first ferromagnetic layer formed upon a first coupling layer. Such a first coupling layer may be formed upon a second ferromagnetic layer, which in turn, is formed upon coupling layer 47. In such an example, the first and second ferromagnetic layers may exhibit magnetic moments, which are fixed in opposing directions, due to the inclusion of the first coupling layer.

Moreover, a number of other cell layers may be included within a magnetic memory cell, as shown in FIG. 3. For example, the magnetic memory cell may include top metal layer 40 and bottom metal layer 48, constituting a top and bottom electrode, respectively. As such, top electrode 40 and bottom electrode 48 are usually formed of metals, such as aluminum (Al), copper (Cu), tantalum (Ta), titanium (Ti), tungsten (W), or an alloy thereof, such as a titanium tungsten alloy (TiW). However electrodes 40 and 48 are not limited to such metals, and may be formed of any material that exhibits a relatively high conductivity.

In addition, free magnetic layer 24, typically formed of ferromagnetic materials, may include one or more cell layers having one or more material compositions. Although FIG. 3 illustrates a magnetic memory cell having two layers within free magnetic layer 24, any number of layers may alternatively be included. For example, free ferromagnetic layer 24 may include only one cell layer having only one material composition, or alternatively, may include three cell layers having three substantially different material compositions. For the sake of simplicity, however, the magnetic memory cell will be described herein as having two cell layers within free magnetic layer 24.

For example, free magnetic layer 24 may be formed including first layer 41 and second layer 43. In some cases, first layer 41 may be formed of an alloy including nickel (Ni) and iron (Fe). In addition, second layer 43 may be formed an alloy including cobalt (Co) and iron (Fe). In this manner, first layer 41 is generally formed having a relatively low magnetization, whereas second layer 43 is generally formed having a relatively high magnetization. As such, second layer 43 may be arranged adjacent to tunnel barrier layer 26 to achieve a substantially higher magneto-resistance value between free ferromagnetic layer 24 and fixed ferromagnetic layer 45. Furthermore, although first layer 41 is formed having a substantially lower magnetization than second layer 43 (due to their respective material compositions), the combination of first layer 41 and second layer 43 demonstrates a magneto-resistance that is substantially equal to the high magneto-resistance of second layer 43.

High magnetization materials (e.g., the material composition of second layer 43), however, undesirably demonstrate significantly higher switching fields than low magnetization materials (e.g., the material composition of first layer 41). Therefore, first layer 41 may be formed upon a surface (e.g., an uppermost surface) of second layer 43 to modify the switching field of free ferromagnetic layer 24. In other words, since first layer 41 has a relatively lower switching field than second layer 43 (due to their respective material compositions), first layer 41 may be formed above

US 6,683,815 B1

11                                                                                        12

second layer 43, such that a write operation current applied to a conductive line above the memory cell may store information easier within first layer 41 as opposed to second layer 43. As such, the combination of first layer 41 and second layer 43 may reduce the overall switching field of free ferromagnetic layer 24. Such a reduction of the switching field may enable the memory cell to be switched easier than a memory cell, for example, having only one layer such as layer 43. Note, however, that the material compositions of the one or more cell layers within free magnetic layer 24 are not restricted to the compositions described herein. Instead, the one or more cell layers of free magnetic layer 24 may be formed of any ferromagnetic materials, and may have substantially the same or different material compositions.

In general, a bit of information may be written to an MRAM cell by applying current that induces a magnetic field external to the cell. Such an external magnetic field may force a majority of the internal magnetic field vectors within free ferromagnetic layer 24 to align in a direction, either parallel or antiparallel, relative to the reference magnetic direction of pinned ferromagnetic layer 49. Thus, the magnetic state of the stored bit is determined by the variable magnetic direction of free ferromagnetic layer 24. In addition, a bit stored within an MRAM cell may be read by measuring the resistance between the upper and lower magnetic layers of the MRAM cell. As such, a relatively higher value of resistance may indicate an antiparallel magnetic state, whereas a relatively lower value of resistance may indicate a parallel magnetic state. Once the bit is stored, however, the current is preferably discontinued without losing or altering the magnetic state of the stored bit.

Alternatively, the magnetic state of the stored bit may be altered once current is removed from the circuit due to unintentional magnetic coupling between layers of the magnetic memory cell. In some cases, unintentional magnetic coupling may cause the magnetic state of a selected memory cell to undesirably switch from an antiparallel to a parallel direction when current is removed from the selected bit line and/or the selected digit line. In other cases, removal of current may allow unintentional magnetic coupling to undesirably switch the magnetic state of the selected memory cell from a parallel magnetic state to an antiparallel magnetic state. In any case, unintentional magnetic coupling may interfere with the operation of the memory circuit. For example, unintentional magnetic coupling may cause a slight reduction in write selectivity between individual memory cells of the circuit. However, unintentional magnetic coupling may be so severe that false write operations occur in one or more memory cells, thereby storing inaccurate information.

In one example, unintentional magnetic coupling may be produced due to variations in the cell fabrication process. In particular, individual cell layers may be fabricated having surfaces, which are not completely flat, but instead exhibit surface and/or interface roughness. As stated above, such variation in surface topology may cause magnetic poles to form along an interface between two or more layers of the memory cell, such as free ferromagnetic layer 24 and fixed ferromagnetic layer 45 (or, pinned ferromagnetic layer 49 if one or more cell layers of SAF stack 42 are not included). In this manner, an offset may be introduced into the R-I curve due to unintentional magnetic coupling of the magnetic poles along the lowermost surface of free layer 24 and the uppermost surface of fixed layer 45. As stated above, such unintentional magnetic coupling generally introduces a positive offset into the R-I curve by forcing the magnetic moments of the two or more cell layers to point along a

single direction. Therefore, such unintentional magnetic coupling is generally referred to as ferromagnetic or positive coupling.

As noted above, optimum MRAM operation generally demonstrates a centered resistance versus magnetic field (or current) response. A magnetic memory cell affected by ferromagnetic coupling, however, may need a relatively higher magnitude of current to switch from a low to high resistance state than from a high to low resistance state. FIG. 2B illustrates the case in which the magnitude of current ($|I_1'|$) needed to switch the magnetization of a memory cell from a low to high resistance state is significantly greater than the magnitude of current ($|I_2'|$) needed to switch the magnetization from a high to low resistance state. In this manner, ferromagnetic coupling may introduce a positive offset into the R-I curve, thereby producing unequal thresholds of writing current between the two magnetic states and reducing the write selectivity between select and disturbed memory cells within a magnetic memory circuit. As such, ferromagnetic coupling may cause a false write operation to occur in one or more disturbed memory cells. The writing of false bits, however, is undesirable and indicates failure of the memory device to store accurate information.

In another example, unintentional magnetic coupling may be produced by magnetic coupling between free magnetic layer 24 and the ends of fixed ferromagnetic layer 45 and pinned ferromagnetic layer 49. Such unintentional magnetic coupling is generally referred to as a "magneto-static interaction" or a "magnetic fringe field." As such, an offset may be introduced into the R-I curve when the magnetic fringe field between free magnetic layer 24 and the ends of layers 45 and 49 demonstrates a non-zero total magnetic moment. In some cases, for example, fixed layer 45 may have a relatively lower magnetic moment than the magnetic moment of pinned layer 49, such that the net effect of the magnetic fringe field is a positive shift in the R-I curve (e.g., as shown in FIG. 2B). In other cases, however, fixed layer 45 may have a relatively higher magnetic moment than the magnetic moment of pinned layer 49, such that the net effect of the magnetic fringe field is a negative shift in the R-I curve (e.g., as shown in FIG. 2C). In any case, such unintentional magnetic coupling may introduce an offset (either positive or negative) into the R-I curve by forcing the magnetic moments of free magnetic layer 24 and fixed magnetic layer 45 to point in substantially opposite directions. For this reason, such unintentional magnetic coupling is generally referred to as antiferromagnetic or negative coupling.

For the sake of simplicity, antiferromagnetic coupling will be discussed in more detail below as producing a negative offset in the R-I curve, such as the offset shown in FIG. 2C. In other words, FIG. 2C illustrates the case in which the magnitude of current ($|I_1''|$) needed to switch the magnetization from a low to high resistance state is significantly less than the magnitude of current ($|I_2''|$) needed to switch the magnetization from a high to low resistance state. In this manner, antiferromagnetic coupling may introduce a negative offset into the R-I curve, thereby producing unequal thresholds of writing current between the two magnetic states, and requiring substantially more current to switch one magnetic state versus the other. Therefore, antiferromagnetic coupling generally reduces the write selectivity between select and disturbed memory cells within a magnetic memory circuit and, in some cases, may cause a false write operation to occur in one or more disturbed memory cells. As noted above, however, the writing of false bits is undesirable and indicates failure of the memory device to store accurate information.

US 6,683,815 B1

13

14

In addition, it is noted that for a magnetic element to operate as a memory cell, the element must be able to attain two substantially different magnetic states. In some cases, it may be preferred that a magnetic memory cell be further adapted to maintain two substantially different resistance states when no external magnetic field is applied. However, the presence of unintentional magnetic coupling may allow only one magnetic state to be maintained when no external magnetic field is applied. For example, ferromagnetic coupling may allow only a low-resistance state (e.g., reference numeral 34 of FIG. 2B) to be maintained at rest. As such, a biasing magnetic field may be needed to maintain a high resistance state in the presence of ferromagnetic coupling. In another example, antiferromagnetic coupling may allow only a high resistance state (e.g., reference numeral 36 of FIG. 2C) to be maintained at rest. As such, another biasing magnetic field may be needed to maintain a low resistance state in the presence of antiferromagnetic coupling. If a biasing magnetic field is not provided, the magnetic state of the stored bit may be altered once current is removed from the circuit, thereby resulting in substantially no difference in readout signal between opposing memory states. Therefore, unintentional magnetic coupling may cause the MRAM circuit to fail in the absence of a biasing magnetic field. Unfortunately, the application of a biasing magnetic field, undesirably increases the amount of power consumed by the MRAM circuit.

Therefore, it may be advantageous to provide a magnetic memory cell that reduces unintentional magnetic coupling, such as ferromagnetic and antiferromagnetic coupling. Preferably, such a magnetic memory cell would increase the write selectivity between individual memory cells (thereby reducing the occurrence of false write operations) and maintain proper operating characteristics when power is removed from the circuit. FIG. 3 illustrates one approach in which ferromagnetic coupling may be reduced by including one or more additional layers within the lower portion of the memory cell. More specifically, FIG. 3 illustrates one embodiment of a memory cell including additional layers, such as fixed ferromagnetic layer 45 and coupling layer 47, within synthetic antiferromagnetic ("SAF") stack 42. In general, the additional layers may be included within SAF stack 42 to induce a biasing magnetic field having a direction substantially opposite to the magnetic field direction of pinned ferromagnetic layer 49. As such, the biasing magnetic field may attempt to re-center the resistance verses magnetic field response to compensate for ferromagnetic coupling. In this manner, SAF stack 42 may attempt to compensate for ferromagnetic coupling by providing a substantially higher magnetic fringe field from fixed ferromagnetic layer 45 than from pinned ferromagnetic layer 49.

As noted above, ferromagnetic coupling may also be due to positive coupling between free ferromagnetic layer 24 and fixed ferromagnetic layer 45. Therefore, another approach to compensating for ferromagnetic coupling is to vary the thickness of one or more cell layers within SAF stack 42. Referring to FIG. 3, for example, pinned ferromagnetic layer 49 may have a thickness, $t_1$, which is generally less than approximately 100 angstroms. In addition, fixed ferromagnetic layer 45 may have a thickness, $t_2$, within a range of approximately 3 angstroms to approximately 100 angstroms. Furthermore, tunnel barrier layer 26 is described as a non-magnetic layer arranged between free ferromagnetic layer 24 and fixed ferromagnetic layer 45. In some cases, tunnel barrier layer 26 is formed of aluminum (Al) and oxygen (O). In such a case, tunnel barrier layer 26 may have a thickness, $t_3$, which is less than approximately 50 angstroms. Note,

however, that the above thicknesses may depend on the material compositions of the different cell layers. As such, the above thicknesses are not restricted to the exemplary ranges presented above.

In an attempt to compensate for ferromagnetic coupling across tunnel barrier layer 26, fixed ferromagnetic layer 45 may be formed having a thickness substantially greater than the thickness of pinned ferromagnetic layer 49, in some cases. More specifically, SAF stack 42 may be formed as an "unbalanced" stack, such that thickness $t_2$ is substantially greater than thickness $t_1$. In one example, $t_2$ is approximately 20 angstroms, $t_1$ is approximately 17 angstroms, and $t_3$ is approximately 15 angstroms. In other examples, however, the thickness of layers 49, 45, and 26 (i.e., $t_1$, $t_2$, and $t_3$, respectively) may fall anywhere within the ranges provided above.

In general, including unbalanced SAF stack 42 within a memory cell may increase the write selectivity of a memory circuit by compensating for topological (i.e., ferromagnetic) positive coupling, thereby reducing the effects of processing differences between individual memory cells of the circuit. In particular, ferromagnetic coupling may be reduced within individual memory cells by increasing the thickness of fixed ferromagnetic layer 45 with respect to the thickness of pinned ferromagnetic layer 49. As such, increasing the thickness of fixed ferromagnetic layer 45 produces a biasing (e.g., negative) magnetic field, which attempts to counteract the positive offset caused by ferromagnetic coupling. Unfortunately, such a biasing magnetic field may not be uniform in a particular layer within all cells of a memory circuit, due to variations in layer thicknesses between individual memory cells. As such, it is often difficult to substantially eliminate ferromagnetic coupling in such a manner, due to the difficulty in maintaining a substantially equal thickness in the particular layer between individual memory cells. Consequently, such an approach may not entirely compensate for ferromagnetic coupling, and thus, unequal thresholds of writing current may still exist.

As stated above, individual layers within an MRAM cell typically exhibit some degree of surface roughness that generally introduces a positive offset into the resistance verses applied current response (e.g., see R-I curve of FIG. 2B). Therefore, an alternative approach to reducing ferromagnetic coupling is to adjust the roughness of one cell layer (e.g., pinned ferromagnetic layer 49) relative to the roughness of another cell layer (e.g., fixed ferromagnetic layer 45). Such an adjustment of roughness may produce a biasing magnetic field, which also attempts to re-center the R-I curve by counteracting the positive offset caused by ferromagnetic coupling. In one example, the roughness of pinned ferromagnetic layer 49 may be adjusted by altering the thickness of layer 49 relative to the thickness of fixed ferromagnetic layer 45. In such an example, the thickness of layer 49 may be increased or decreased until the roughness of layer 49 is substantially greater than the roughness of layer 45. In another example, ion bombardment may be used to increase the roughness of pinned ferromagnetic layer 49, or alternatively, to decrease the roughness of fixed ferromagnetic layer 45. In yet another example, the roughness may be adjusted by depositing a small amount of additional material between pinned ferromagnetic layer 49 and the fixed ferromagnetic layer 45 to thereby increase the roughness of pinned ferromagnetic layer 49.

In general, varying the roughness (i.e., altering the surface topology) of one or more layers within SAF stack 42 may increase the write selectivity of a memory circuit by reducing the effects of processing differences between individual

US 6,683,815 B1

15

16

memory cells of the circuit. In particular, varying the roughness of the one or more cell layers may reduce the magnetic coupling between the magnetic poles created by uneven surface topology. However, magnetic memory cells (e.g., MRAM cells) typically include very thin cell layers, some of which are tens of angstroms thick. As such, it is often difficult to substantially eliminate ferromagnetic coupling in such a manner, due to the difficulty in controlling the surface topology of the thin cell layers.

Therefore, FIG. 2D illustrates that the above techniques (i.e., varying the thickness and/or roughness of one or more cell layers within SAF stack 42) may still produce an offset (e.g., a positive offset) in the resistance versus applied current response within one or more memory cells of the circuit. Though such a positive offset may allow a memory cell to maintain two substantially different magnetic states at rest (reference numerals 38a and 38b), an offset of any amount may still produce unequal thresholds of writing current. For example, FIG. 2D shows that the magnitude of current ($|I_L"|$) needed to switch the magnetization from a low to high resistance state is significantly greater than the magnitude of current ($|I_L"|$) needed to switch the magnetization from a high to low resistance state. Therefore, the techniques described above generally do not optimize the write selectivity between individual memory cells of the circuit.

Thus, it may be advantageous to provide a magnetic memory cell and method, which does not rely on eliminating an offset in the resistance versus applied current response to compensate for unintentional magnetic coupling. Instead, the magnetic memory cell and method described herein optimizes write selectivity within the memory circuit and maintains proper operating characteristics at rest, even in the presence of ferromagnetic and/or antiferromagnetic coupling. In some embodiments, the magnetic memory cell may include a configuration as described above in reference to FIG. 3. In other embodiments, however, it may be advantageous to provide a method that optimizes the write selectivity of a memory circuit, which includes alternative configurations of magnetic memory cells. Such alternative configurations are described below in reference to FIGS. 4 and 5.

In general, the memory cells of FIGS. 4 and 5 may include some, if not all, of the cell layers described above in reference to FIG. 3. For example, the memory cells of FIGS. 4 and 5 may include top electrode 40, free ferromagnetic layer 24, tunnel barrier layer 26, SAF stack 42, antiferromagnetic layer 44, seed layer 46, and bottom electrode 48. As such, the individual cell layers of FIGS. 4 and 5 may include the same or, alternatively, different material compositions than those described above in FIG. 3. In other examples, however, one or more cell layers within SAF stack 42 may not be included within the memory cells of FIGS. 4 and 5, such as fixed ferromagnetic layer 45 and coupling layer 47. In such an example, pinned ferromagnetic layer 49 may be arranged between tunnel barrier layer 26 and antiferromagnetic layer 44.

In particular, FIGS. 4 and 5 illustrate alternative embodiments in which the magnetic memory cell described herein includes an upper portion having a lateral width that is substantially smaller than a lateral width of a lower portion of the memory cell. In addition, though not explicitly illustrated in FIGS. 4 and 5, the magnetic memory cell may further include an upper portion having a lateral length that is substantially smaller than a lateral length of a lower portion of the memory cell. As such, the width of the memory cell may be arranged in a dimension parallel to the page, whereas the length of the memory cell may be arranged in a dimension perpendicular to the page. In any case, a substantially smaller lateral width and/or lateral length may be achieved, for example, by including at least two etching steps in the memory cell fabrication process. For instance, the lower portion may be formed during a first etching step prior to forming the upper portion during a second etching step. Alternatively, the upper portion may be formed during a first etching step prior to forming the lower portion during a second etching step. In either embodiment, the first and second etching steps may be implemented using any wet or dry etching technique commonly used in the semiconductor manufacturing industry.

In this manner, the magnetic memory cells of FIGS. 4 and 5 indicate that the upper and lower portions may be fabricated, such that a sidewall surface of the upper portion is misaligned, or offset, from a sidewall surface of the lower portion. In some cases, however, the amount of offset (reference numerals 50 and 52 of FIGS. 4 and 5, respectively) may differ from cell to cell causing overlay variations between individual memory cells of the circuit. In general, overlay variations may refer to the differences between individual memory cells with regard to the arrangement of the upper portion of the memory cell relative to the lower portion of the memory cell. In particular, it may be desirable to arrange the upper portion upon the lower portion of the memory cell, such that the upper portion is approximately centered along the length and/or width dimensions of the lower portion of the memory cell.

In some cases, for example, when SAF layer 42 is unbalanced (i.e., when layers 45 and 49 have substantially different thicknesses), overlay variation may modify the magnetic field strength (i.e., switching field) needed to switch the magnetic direction of free ferromagnetic layer 24. In such a case, overlay variations between individual memory cells may affect the write selectivity of the memory circuit. For example, FIG. 4 depicts a magnetic memory cell configuration that is adversely affected by overlay variation. In particular, FIG. 4 includes an upper portion comprising top electrode 40 and free ferromagnetic layer 24. In addition, FIG. 4 includes a lower portion comprising tunnel barrier layer 26, SAF stack 42, antiferromagnetic layer 44, seed layer 46, and bottom electrode 48. In this manner, overlay variations between free ferromagnetic layer 24 (within the upper portion) and fixed ferromagnetic layer 45 (within the lower portion) may increase or decrease the switching field of one or more memory cells, thereby affecting the write selectivity of the memory circuit.

For example, free magnetic layer 24 may experience magnetic fringe fields (which originated from the ends of the layers within SAF stack 42) that vary depending on the position of free magnetic layer 24 with respect to SAF stack 42. In this manner, the switching field of free magnetic layer 24 may be relatively stronger when the overlay variation between free magnetic layer 24 and SAF stack 42 is small, and relatively weaker when the overlay variation between free magnetic layer 24 and SAF stack 42 is large. Thus, overlay variation within a memory cell having an unbalanced SAF stack and a configuration as illustrated in FIG. 4 may cause the switching field to vary depending on where the upper portion is arranged upon the lower portion of the memory cell.

Aside from the problems introduced by overlay variation, however, including offset 50 in the memory cell may advantageously prevent electrical shorting between free ferromagnetic layer 24 and fixed ferromagnetic layer 45. For example, electrical shorting between layers 24 and 45 may

US 6,683,815 B1

17

occur due to the deposition of a conductive material on the sidewall surface of the memory cell during the etching process. A memory cell having a configuration as described in FIG. 4, however, may prevent electrical shorting between layers 24 and 45 since the sidewall surfaces of layer 24 are separated from the sidewall surfaces of layer 45 by an uppermost surface of tunnel barrier layer 26.

In other cases, overlay variation may not affect the switching field of free magnetic layer 24. For example, FIG. 5 depicts a magnetic memory cell configuration that is substantially unaffected by overlay variations between individual memory cells. In particular, FIG. 5 includes an upper portion comprising top electrode 40, free ferromagnetic layer 24, tunnel barrier layer 26 and SAF stack 42. In addition, FIG. 5 includes a lower portion comprising anti-ferromagnetic layer 44, seed layer 46, and bottom electrode 48. In this manner, the switching field of the magnetic memory cell is substantially unresponsive to overlay variations between the upper and lower portions, since free ferromagnetic layer 24 and fixed ferromagnetic layer 45 are both arranged within the upper portion of the cell, and thus, have similar lateral widths and/or similar lateral lengths. Though the magnetic memory cell of FIG. 5 is substantially unaffected by overlay variations, the offset produced in such a configuration (e.g., offset 52) may not prevent electrical shorting between free ferromagnetic layer 24 and fixed ferromagnetic layer 45.

FIG. 6 illustrates one embodiment of a method, which significantly increases the write selectivity between individual memory cells, such as the magnetic memory cells depicted in FIGS. 3–5. In general, the method of FIG. 6 increases the write selectivity of a circuit by compensating for the differences between individual memory cells. In particular, the method may be used to increase the write selectivity in cells that include a balanced, an unbalanced, or no SAF stack, In addition, the method may be used to increase the write selectivity in cells that are affected by overlay variation, as well as in cells that are substantially unaffected by overlay variation. Furthermore, the method may be used to increase the write selectivity in cells having layers with substantially even or uneven surface topologies, or in cells having non-zero total magnetic moments within the fixed and pinned magnetic layers. Thus, the method provided herein does not attempt to re-center the resistance versus applied current response by altering the configuration of the magnetic memory cell. Instead, the method provides significantly increased write selectivity between individual cells having either a relatively centered or uncentered resistance versus applied current response.

A preferred method of assigning tunable current magnitudes for write operations in a magnetic memory cell is described below in reference to FIGS. 1, 6, and 7. Generally speaking, the method tests a plurality of selected and disturbed memory cells in a magnetic memory array to determine the appropriate write operation current magnitudes to be applied along opposing directions of the magnetic memory array. In step 60 of FIG. 6, the method may begin by initializing all memory cells within the array to a single magnetic state (i.e., all cells exhibit an identical magnetic direction in free magnetic layer 24). Since the initialization step is generally performed to simplify the detection of switched cells, it may not be necessary to always include such a step in the method. The method may continue by applying current having a fixed magnitude and direction along one or more digit lines (step 62). Subsequently, the method may apply a tunable current magnitude along one direction of one or more bit lines (step 64) to determine a

18

first current margin between disturbed and selected memory cells (step 66). Such a step of determining a first current margin is described in more detail below in reference to FIG. 7. Next, the method may include designating a first current magnitude within the first current margin to be applied along the one direction (step 68).

As such, the method described herein ultimately assigns tunable current magnitudes for write operations in magnetic memory cells arranged along selected bit lines. In other cases, however, the method may provide tunable current magnitudes along selected digit lines. For example, the current having a fixed magnitude and direction may be applied along one or more bit lines (alternative step 62), while the tunable current magnitude may be applied along the one direction of one or more digit lines (alternative step 64). Thus, the method described herein may be used to determine write operation current magnitudes along bit lines, along digit lines, or along both bit lines and digit lines. For the sake of simplicity, however, the method is described below for assigning tunable write operation currents along selected bit lines.

As stated above, current may be applied to one or more bit lines, such as bit line 11 and bit line 13 in FIG. 1. Note, however, that it may not be necessary to choose neighboring bit lines. Instead, the one or more bit lines may be randomly chosen from the plurality of bit lines within the memory circuit. In some cases, it may be desirable to apply current to a plurality of conductive lines. Such a case may increase the probability that the assigned current magnitudes will result in accurate write operations within substantially all selected memory cells. In some cases, substantially all bit lines may be chosen for testing purposes. However, such an embodiment is not typically used due to time constraints. Thus, current may alternatively be applied to a number of bit lines, which is less than the total number of bit lines in the circuit. For the sake of simplicity, the method is described below for assigning tunable write operation currents along selected bit lines 11 and 13, as shown in FIG. 1.

In the exemplary embodiment of FIG. 1, the current applied along the one or more digit lines is applied along digit line 14 (in direction 25). In addition, the current magnitude applied along the one or more bit lines is applied along selected bit line 11 and selected bit line 13 (in direction 20). As such, a write operation may occur in one or more selected memory cells (e.g., memory cells 18 and 22) corresponding to selected bit lines 11 and 13, and selected digit line 14. Next, a first current margin of the current applied along the one or more bit lines is determined between a disturbed memory cell and a selected memory cell (step 66 of FIG. 6). Such a current margin is described herein as the difference between a minimum current value needed to switch a disturbed memory cell of the circuit and a maximum current value needed to switch a selected memory cell of the circuit. In general, the minimum current value needed to switch a disturbed memory cell may be described herein as the current value responsible for switching substantially one memory cell, which was not intended for a write operation. On the other hand, the maximum current value needed to switch a selected memory cell may be described herein as the minimum amount of current needed to switch substantially all memory cells intentionally selected for a write operation.

FIG. 7 illustrates one embodiment of a method for determining the first current margin alluded to in the method of FIG. 6. In the case that the applied current (along the one or more bit lines and digit lines) is not sufficient to switch at least one selected memory cell (step 76), the current applied

US 6,683,815 B1

19

to the one or more bit lines is subsequently increased by an incremental amount (step 78). In some cases, the incremental amount may fall within a range of about 0.01 mA to about 1.0 mA. In a specific example, the current may be increased by an incremental amount of about 0.1 mA. In other cases, substantially any incremental amount may be used, however, the accuracy of the testing procedure may be directly related to the chosen incremental amount. Returning to step 76, the current applied to the one or more bit lines may be gradually increased until the current causes at least one selected memory cell to switch magnetic states.

If the applied current causes at least one selected memory cell to switch (step 76), step 80 determines whether or not the applied current causes switching in substantially all of the selected memory cells. Referring to the exemplary embodiment of FIG. 1, step 80 determines whether or not the currents applied along bit lines 11 and 13 (in combination with the current applied along digit line 14) cause both selected memory cell 18 and selected memory cell 22 to switch. If all selected memory cells are not switched (step 80), the current applied along the two or more bit lines is increased by an incremental amount (step 82). As stated above, the incremental amount may fall within a range of about 0.01 mA to about 1.0 mA, but may preferably be about 0.1 mA. In this manner, the applied bit line current may be repeatedly increased until the amount of current applied along the selected bit lines causes substantially all selected memory cells to switch.

In some cases, the applied current may be increased (step 82) along substantially all selected bit lines (e.g., bit lines 11 and 13). In other cases, however, the applied current may be increased (step 82) along only the bit line(s) corresponding to the one or more selected memory cells that were not previously switched in step 80. For example, if the applied current causes only selected memory cell 18 to switch, the applied current may be increased along bit line 11, but left substantially unchanged along bit line 13. In either embodiment, the above procedure ultimately determines a range of currents corresponding to the minimum current values needed to switch the selected memory cells. Therefore, a maximum current value needed to switch substantially all selected memory cells may be chosen as the largest value within the range of minimum current values needed to switch the selected memory cells. The chosen maximum current value is recorded in step 84 as the maximum current value needed to switch a selected cell of the magnetic memory circuit.

FIG. 7 also determines the minimum current value needed to switch a disturbed cell of the magnetic memory circuit. In order to determine the minimum current value, current may be removed along the one or more digit lines (step 86) to find the current margin for disturbed cells arranged along the selected bit lines. Alternatively, it may not be necessary to include step 86, such that a minimum current magnitude may also be found for disturbed cells arranged along the one or more digit lines. Next, step 88 determines whether or not the applied current causes switching in at least one disturbed cell. Referring to the exemplary embodiment of FIG. 1, a disturbed cell may be arranged along selected bit line 11 (e.g., memory cells 21 and 23) or along selected bit line 13 (e.g., memory cells 17 and 19). In some cases, a disturbed cell may also be arranged along selected digit line 14. If the applied current fails to cause at least one disturbed cell to switch, the applied current is subsequently increased by an incremental amount (step 90). As stated above, the incremental amount may be determined based on the desired accuracy of the testing procedure. In some cases, the incre-

20

mental amount may fall within a range of about 0.01 mA to about 1.0 mA, but may preferably be about 0.1 mA.

If, however, the applied current causes at least one disturbed cell to switch, the applied current is subsequently decreased by an incremental amount (step 92). The purpose of decreasing the current is to ensure that a minimum current value is determined for switching any disturbed cell within the magnetic memory circuit. For example, the applied current may be increased in a previous step (step 90) by an amount that causes switching in more than one disturbed cell; however, the applied current may not truly represent the minimum current needed to switch substantially one (or the easiest) disturbed cell. For this reason, the incremental amount used in decreasing the applied current (step 92) is generally smaller than the incremental amount used in increasing the applied current (step 90). In some cases, for example, the incremental amount used in decreasing the applied current may fall within a range of about 0.005 mA to about 0.5 mA. Preferably, the incremental amount used in decreasing the applied current is about 0.01 mA. In this manner, the applied current may be repeatedly decreased until the amount of current applied along the one or more selected bit lines ceases to cause any of the disturbed cells to switch (steps 92 and 94). At this point, the previously applied current value is recorded as the minimum current value needed to switch a disturbed cell of the magnetic memory circuit (step 96). Thus, the first current margin is generally bounded by the maximum current value needed to switch a selected cell (step 84) and the minimum current value needed to switch a disturbed cell (step 96). Therefore, a first current magnitude chosen within the first current margin (step 68 of FIG. 6) can be assigned for write operations along a first direction of the plurality of bit lines.

In addition, a method of assigning a second current magnitude for write operations along an opposite direction of the plurality of bit lines is provided in steps 70–74 of FIG. 6. In one embodiment, the method of assigning a second current magnitude may be conducted simultaneously with the method of assigning a first current magnitude. For example, steps 70–74 may be conducted simultaneously with steps 62–68, such that step 70 is conducted at the same time as step 62. In such an embodiment, a set of the plurality of bit lines may be randomly chosen to receive current along a first direction, as described above in step 64. At the same time, a substantially different set of the plurality of bit lines may be randomly chosen to simultaneously receive current along the opposite direction. In another embodiment, however, the method of assigning a second current magnitude may be conducted consecutively with the method of assigning a first current magnitude. In some cases, a set of randomly chosen bit lines may receive current along the one direction prior to a substantially different set of randomly chosen bit lines receiving current along the opposite direction. In other cases, however, a single set of randomly chosen bit lines may receive current along the one direction prior to receiving current along the opposite direction of the same set of bit lines. Such a case is represented in both FIGS. 1 and 6.

As shown FIG. 6, for example, a current magnitude may be applied along an opposite direction of one or more bit lines (step 70). As stated above, the one or more bit lines may be substantially different from the one or more bit lines used to determine the first current magnitude. Alternatively, and in the example described below, the one or more bit lines are substantially identical to the one or more bit lines used to determine the first current magnitude. In such an example, a current magnitude may be applied along an opposite

US 6,683,815 B1

21

direction of bit lines 11 and 13, (as indicated in FIG. 1 by dashed lines 30) after performing steps 60–68 of the method of FIG. 6. Next, a second current margin of the current applied along the opposite direction is determined between a disturbed memory cell and a selected memory cell (step 72). The step of determining a second current margin (step 72) is generally conducted in a manner similar to the step of determining the first current margin (step 66). As such, the second current margin may be determined by following steps 76–96, as described above in reference to FIG. 7. Finally, a second current magnitude chosen within the second current margin (step 74) can be assigned for write operations along the opposite direction of the plurality of bit lines.

In this manner, the first current magnitude may be chosen or "tuned" for write operations along one direction of a plurality of parallel conductive lines, such as, e.g., a plurality of bit lines. In addition, the second current magnitude may be separately chosen or "tuned" for write operations along an opposite direction of the plurality of parallel conductive lines. Note that the term "separately chosen" is used herein to describe the value chosen for the second current magnitude as being substantially unaffected by the value chosen for the first current magnitude. As such, the first current magnitude represents a tunable current magnitude for write operations along the one direction, while the second current magnitude represents a tunable current magnitude for write operations along the opposite direction of a plurality of parallel conductive lines. In some cases, the second current magnitude may be substantially identical to the first current magnitude. In other cases, however, the second current magnitude may be substantially different from the first current magnitude, due to variations in the cell fabrication process or other irregularities existing between individual cells within a magnetic memory circuit.

In some cases, the above method produces current margins greater than approximately 1.0 mA for magnetic memory cells, such as MRAM cells. In such a case, a current difference (i.e., a current margin) of 1.0 mA exists between the amount of current needed to switch a selected memory cell and the amount of current responsible for switching a disturbed memory cell. Such a current margin advantageously increases the write selectivity of the memory circuit by reducing the occurrence of false write operations within disturbed cells of the memory circuit. In other cases, however, the current margins may be slightly less than 1.0 mA, or alternatively, may be significantly greater than 1.0 mA. For example, a current margin may be determined within a range of about 0.8 mA and about 2.5 mA. In such an example, a current difference of 2.5 mA may exist between the amount of current needed to switch a selected memory cell and the amount of current responsible for switching a disturbed memory cell.

In addition, the first and second current magnitudes may be chosen as the midpoints of the first and second current margins, respectively. For example, if the first and second current margins include current values ranging between approximately 3.0 mA to approximately 5.0 mA, a midpoint value of 4.0 mA may be chosen for the first and second current magnitudes. As stated above, it may not be necessary for the first and second current magnitudes to be substantially equal. Therefore, a first current magnitude representing a midpoint value of the first current margin may be substantially different from a second current magnitude representing a midpoint value of the second current margin. In other cases, however, the first and second current magnitudes may be chosen anywhere within the first and second current margins, respectively.

22

FIG. 8 illustrates a method for configuring a device having a magnetic memory array. The method may include configuring the device to receive a first current magnitude along one direction of the magnetic memory array (step 98). In addition, the method may further include configuring the device to receive a second current magnitude along an opposite direction of the magnetic memory array (step 100). Such configuring (steps 98 and 100) may be conducted, for example, in a device including a means to alter the amount of current applied to the conductive lines of the magnetic memory array. In some embodiments, such means may include a plurality of fuse/resistor pairs arranged between the conductive lines of the memory array and a power source coupled to the memory array. A set of the plurality of fuse/resistor pairs may be placed in series with each of the conductive lines in the memory array. In this manner, the amount of current applied to a particular conductive line may be altered by systematically blowing one or more fuses coupled to that line. As such, the current path may be redirected through the one or more resistors of the blown fuse/resistor pairs to modify the amount of current applied to the particular conductive line. Note, however, that the method of configuring such a device is not restricted to the exemplary embodiment described above, and may be configured by any means in which current applied to the conductive lines may be altered.

In some cases, the second current magnitude may be substantially different from the first current magnitude. In other cases, however, the second current magnitude may be substantially equal to the first current magnitude. In any case, the first and second current magnitudes include write operation current magnitudes for the magnetic memory array. As such, the method may include configuring the device to receive the first and second current magnitudes along a bit line or, alternatively, along a digit line of the device. In addition, the method may include configuring the device to receive the first and second current magnitudes along both a bit line and a digit line of the device. Therefore, the method provides tunable writing currents along either the bit line, the digit line, or along both the bit line and a digit line.

It will be appreciated to those skilled in the art having the benefit of this disclosure that this invention is believed to provide a magnetic memory cell array and a method for assigning tunable current magnitudes for write operations within memory cells of the magnetic memory cell array. Further modifications and alternative embodiments of various aspects of the invention will be apparent to those skilled in the art in view of this description. For example, though the above description included only magnetic memory cells, such as MRAM cells, the method may also be incorporated using any type of magnetic memory cell. Therefore, it is intended that the following claims be interpreted to embrace all such modifications and changes and, accordingly, the specification and drawings are to be regarded in an illustrative rather than a restrictive sense.

What is claimed is:

1. A circuit adapted to:

supply current at a first magnitude along one direction of a conductive line arranged within the circuit; and

supply current at a second magnitude along an opposite direction of the conductive line, wherein the first and second current magnitudes are different.

2. The circuit of claim 1, wherein the conductive line is a bit line.

3. The circuit of claim 1, wherein the conductive line is a digit line.

US 6,683,815 B1

23

24

4. The circuit of claim 1, further adapted to supply the first and second magnitude currents to a plurality of other conductive lines aligned with the conductive line.

5. The circuit of claim 1, further adapted to compensate for a non-centered resistance versus current response produced by unintentional magnetic coupling within magnetic memory cells of the circuit.

6. The circuit of claim 1, further adapted to produce a current margin greater than or equal to approximately 0.8 mA, wherein the current margin is the difference between a minimum current value needed to switch a disturbed memory cell of the circuit and a maximum current value needed to switch a selected memory cell of the circuit.

7. The circuit of claim 6, further adapted to produce a current margin between about 0.8 mA and about 2.5 mA.

8. The circuit of claim 1, comprising a magnetic memory cell adapted to:

maintain a first magnetic direction within a first magnetic layer of the magnetic memory cell;

maintain a second magnetic direction within a second magnetic layer of the magnetic memory cell, wherein the second magnetic direction is opposite to the first magnetic direction; and

change a third magnetic direction within a third magnetic layer of the magnetic memory cell.

9. The circuit of claim 8, wherein the first magnetic layer and the second magnetic layer comprise substantially similar thicknesses.

10. The circuit of claim 8, wherein the first magnetic layer and the second magnetic layer comprise substantially different thicknesses.

11. The circuit of claim 8, wherein the third magnetic layer comprises a narrower width than widths of the first and second magnetic layers.

12. A method for configuring a device having a magnetic memory array, comprising:

configuring the device to receive a first current magnitude along one direction of the magnetic memory array; and

configuring the device to receive a second current magnitude along an opposite direction of the magnetic memory array, wherein the second current magnitude is substantially different from the first current magnitude.

13. The method of claim 12, wherein the first and second current magnitudes comprise write operation current magnitudes for the magnetic memory array.

14. The method of claim 12, wherein said steps of configuring the device to receive the first and second current magnitudes comprise configuring the device to receive the first and second current magnitudes along both a bit line and a digit line of the device.

15. A method of assigning current magnitudes for write operations in a magnetic memory array, comprising:

determining a first write operation current magnitude along one direction of a conductive line arranged within the magnetic memory array; and

separately determining a second write operation current magnitude along an opposite direction of the conductive line, or alternatively, along an opposite direction of a second conductive line parallel to the conductive line.

16. The method of claim 15, wherein the second write operation current magnitude is different than the first write operation current magnitude.

17. The method of claim 15, wherein the second write operation current magnitude is substantially equal to the first write operation current magnitude.

18. The method of claim 15, wherein the steps of determining the first write operation current magnitude and determining the second write operation current magnitude are conducted consecutively by utilizing the conductive line and/or the second conductive line.

19. The method of claim 15, wherein the steps of determining the first write operation current magnitude and determining the second write operation current magnitude are conducted simultaneously by utilizing the conductive line and the second conductive line.

20. The method of claim 15, wherein the step of determining the first write operation current magnitude comprises:

determining a current margin between a write operation current magnitude of a disturbed memory cell and a write operation current magnitude of a selected memory cell for current applied along the one direction of the conductive line; and

designating a current magnitude within the current margin to be applied along the one direction of the conductive line.

21. The method of claim 15, wherein the step of separately determining the second write operation current magnitude comprises:

determining a current margin between a write operation current magnitude of a disturbed memory cell and a write operation current magnitude of a selected memory cell for current applied along the opposite direction of the conductive line; and

designating a current magnitude within the current margin to be applied along the opposite direction of the conductive line.

*  *  *  *  *

**EXHIBIT 5**

INTELLECTUAL PROPERTY CODE - Legislative Part
PART II - Industrial Property
BOOK VI - Protection of Inventions and Technical Knowledge
TITLE I - Invention Patents
CHAPTER I - Field of Application
SECTION II - Right to Title

## Article L611-7

*(Act No. 94-102 of 5 February 1994 Art. 22 Official Journal of 8 February 1994)*

Where the inventor is a salaried person, the right to the industrial property title, failing any contractual clause more favorable to the salaried person, shall be defined in accordance with the following provisions:

1°. Inventions made by a salaried person in the execution of a work contract comprising an inventive mission corresponding to his effective functions or of studies and research which have been explicitly entrusted to him, shall belong to the employer. The conditions under which the salaried person who is the author of such an invention shall enjoy additional remuneration shall be determined by the collective agreements, company agreements and individual employment contracts.

Where the employer is not subject to a sectorial collective agreement, any dispute relating to the additional remuneration shall be submitted to the joint conciliation board set up by Article L615-21 or by the First Instance Court.

2°. All other inventions shall belong to the salaried person. However, where an invention made by a salaried person during the execution of his functions or in the field of activity of the company or by reason of knowledge or use of technologies or specific means of the company or of data acquired by the company, the employer shall be entitled, subject to the conditions and the time limits laid down by a *Conseil d'Etat* decree, to have assigned to him the ownership or enjoyment of all or some of the rights in the patent protecting his employee's invention.

The salaried person shall be entitled to obtain a fair price which, failing agreement between the parties, shall be stipulated by the joint conciliation board set up by Article L615-21 or by the First Instance Court; these shall take into consideration all elements which may be supplied, in particular by the employer and by the employee, to compute the fair price as a function of both the initial contributions of either of them and the industrial and commercial utility of the invention.

3°. The salaried author of an invention shall inform his employer thereof and the latter shall confirm receipt in accordance with the terms and time limits laid down by regulation.

The salaried person and the employer shall communicate to each other all relevant information concerning the invention. They shall refrain from making any disclosure which would compromise, in whole or in part, the exercise of the rights afforded under this Book.

Any agreement between the salaried person and his employer concerning an invention made by the salaried person shall be recorded in writing, on pain of nullity.

4°. The implementing rules for this Article shall be laid down by a *Conseil d'Etat* decree.

5°. This Article shall also apply to the servants of the State, of local authorities and of any other public legal person under the terms to be laid down by a *Conseil d'Etat* decree.

# EXHIBIT 5 (PART 2)

Section 2: Right to Title

Sub-Section 2: Inventions by Officials and Public Servants

Article R611-12

*(Decree No. 95-385 of 10 April 1995 Official Journal of 13 April 1995)*

*(Decree No. 96-857 of 2 October 1996 art. 1, annexe Official Journal du 3 October 1996)*

1 Inventions made by an official or public servant in the execution either of tasks comprising an inventive mission corresponding to his attributions, or of studies or research explicitly entrusted to him shall belong to the public person on behalf of whom he carries out those tasks, studies or research. However, if the public person decides not to develop the invention, the official or public servant who has made the invention may enjoy the economic rights deriving from the invention in accordance with the conditions laid down in an agreement concluded with the public person.

2 All other inventions shall belong to the official or public servant. However, the public employer shall have the right, under the conditions and time limits laid down in this Subsection, to have attributed to him all or a part of the rights deriving from the patent protecting the invention where the invention has been made by an official or a public servant:

Either in the course of carrying out his duties;

Or in the field of activity of the public body concerned;

Or through knowledge or use of techniques, specific means of such body or of data obtained by that body.

# EXHIBIT 6

**CYPRESS SEMICONDUCTOR**

**Exhibit 1**

MUTUAL NONDISCLOSURE AGREEMENT

This Agreement dated ___11/ 14 / 01___ (Effective Date), is made by and between
_____ of _____ ("Company") and Cypress
Semiconductor Corporation of 3901 North First Street, San Jose, CA 95134 ("Cypress") and
witnesses the following:

WHEREAS the parties wish to discuss matters of mutual interest, for the purpose of
_____MRAM & MTJ development_____ ("Purpose"); and the parties expect
to disclose to one another certain information considered proprietary or confidential; and
WHEREAS the parties wish to ensure that such information is protected from unauthorized
use or disclosure;

NOW THEREFORE, the parties agree as follows:

1. PROJECT: This Agreement covers the exchange of information between the parties
relating to:_____MRAM & MTJ development_____
_____ ("Project").

2. CONFIDENTIAL INFORMATION: The parties intend to disclose to one another certain
information which is not in the public domain and may be confidential and proprietary to the
disclosing party ("Confidential Information"). The parties further intend to restrict and control
the use and disclosure of such information pursuant to this Agreement. Information shall be
deemed to be Confidential Information and governed by the obligations of nondisclosure and
restricted use set forth herein, provided it is clearly and conspicuously marked as "confidential"
or "proprietary" by the disclosing party. Any written information exchanged without such
marking shall be considered unrestricted as to its use and dissemination, and not protected by
this Agreement. Any verbal information exchanged, which the disclosing party wishes and
intends to have considered as Confidential Information covered hereunder, must be orally
identified as such at the time of disclosure and then be subsequently reduced to written form
in a clearly and conspicuously marked document within twenty (20) days of the initial
disclosure.

3. NONDISCLOSURE: A receiving party shall protect Confidential Information by using the
same degree of care, but no less than reasonable care, to prevent the unauthorized use,
dissemination or publication of Confidential Information as the Recipient uses to protect its
own confidential information of like nature. A party shall not be liable for inadvertent or
accidental disclosure of Confidential Information provided such reasonable care was used in
protecting the information so received.

4. INFORMATION NOT COVERED: A receiving party has no obligation with respect to any
information which: (i) was already known by the receiving party prior to receipt of same from
the disclosing party; or (ii) is or becomes generally known to the public through no wrongful act
of the receiving party; or (iii) is rightfully provided to the receiving party by a third party and
without restriction on disclosure or use; or (iv) is independently developed by personnel of the
receiving party, who have not had access to the other party's Confidential Information; or (v) is

15. 2001 10:29AM    E CYPRESS 408 23245 A)                  NO. 956    P. 3
                    E CYPRESS

**CYPRESS SEMICONDUCTOR**

made available by the disclosing party to a third party, without restriction concerning use or disclosure.

5. OWNERSHIP: All Confidential Information supplied by either party shall remain the property of and shall be returned to the disclosing party or destroyed upon request. No copies of any Confidential Information may be made without the express prior permission of the disclosing party.

6. PERMITTED USE: Confidential Information shall not be used by a receiving party except in cooperation with the disclosing party and solely for the Purpose set forth herein. Confidential Information may be disclosed to the employees and agents of the receiving party only on a "need to know" basis, and must be used only for the Purpose set forth herein.

7. PERMITTED DISCLOSURE: Neither party shall be liable for disclosure of Confidential Information if made in response to a valid order of court or authorized agency of government; but any such disclosure shall be made only to the extent so ordered, further provided that notice shall first be given to the party owning the Confidential Information, so a protective order if appropriate, may be sought by such owner.

8. NO OTHER RIGHTS: A party shall receive no license under this agreement for any patent, copyright or intellectual property of the other party.

9. TERM AND TERMINATION: This Agreement shall be effective as of the Effective Date and shall continue until terminated. Each party's respective obligations of nondisclosure and restricted use, as a recipient of Confidential Information under this Agreement, shall expire ___3___ year(s) after the date of each such respective disclosure of Confidential Information. The obligations of nondisclosure shall survive any earlier termination of this Agreement.

9.1   Either party may terminate this Agreement upon thirty (30) days prior written notice to the other party.

9.2   Either party may terminate this Agreement immediately, by written notice to the other party, for material breach of the terms of this Agreement.

9.3   Upon written request by the disclosing party, or upon the expiration of or earlier termination of this Agreement, the recipient of Confidential Information shall return all copies of Confidential Information to the disclosing party within fifteen (15) days from the receipt of the written request or, at the direction of the disclosing party, destroy the same.

10. COORDINATORS: To facilitate the transfer of Confidential Information between the parties, _Benjamin Schirmer_ shall be Cypress's Coordinator and _____ shall be the Company's Coordinator. No Confidential Information shall be disclosed unless such disclosure is coordinated through said Coordinators.

11. GOVERNING LAW: This Agreement shall be governed by the law of the State of California, United States of America, without reference to its conflict of law rules.

12. FINAL AGREEMENT: This Agreement states the entire agreement between the parties relating to the subject matter hereof and supersedes all prior written or verbal agreements. This Agreement may only be modified in a writing signed by both parties.

**CYPRESS SEMICONDUCTOR**

The parties hereto by signing below hereby agree to the above terms and conditions and intend to be legally bound thereby.

Cypress Semiconductor Corporation                    Company

By: _____                         By: _____

Title: Vice President                                Title: _____

# EXHIBIT 7

Date: Thu, 20 Dec 2001 12:26:19 EST
From: OunadjelaKamel@aol.com
Subject: Création de Spintec
To: <elisabeth.giacobino@cnrs-dir.fr>
Cc: <nozieres@labs.polycnrs-gre.fr>, <alain.fontaine@cnrs-dir.fr>,
  <gilles.sentise@cnrs-dir.fr>, <pguillon@ircom.unilim.fr>
X-Mailer: Unknown (No Version)

Madame la directrice,
Comme je vous l'ai déjà précisé à plusieurs reprises, ma priorité reste la
création de Spintec au 1er Janvier 2002.
Je reviens donc sur ma requête de mise en disponibilité et demande donc a
être muté dès le 1er Janvier 2002 sur le laboratoire Spintec ou j'animerais
une equipe de recherche sur les MRAM. Je précise que dans le cadre d'une
collaboration industrielle impliquant Spintec, je partagerais pour l'annee
à venir mon temps entre Spintec et Cypress Semiconductor (USA). Je me permets de vous
joindre en fichier attaché le projet de recherche relatif à cette collaboration.

Je vous prie d'agréer, Madame, mes salutations respectueuses.

Kamel Ounadjela
Directeur de Recherche, CNRS


Pièce jointe convertie: "c:\Mes documents\PJ eudora\ProposalCypressKO v3.doc"

[E-mail header]

Madame the Director,

As I have already specified on several occasions, my priority remains with the creation of Spintec on the 1st of January 2002.

I thus return to my request for a leave of absence and ask that I be transferred on January 1, 2002 to the Spintec laboratory where I will assemble [lead] an MRAM research team. I specify that in the case of an industrial collaboration implicating Spintec, I should split my time between Spintec and Cypress Semiconductor (USA). I have attached [to this e-mail] the research project relating to this collaboration.

[Madame] Please accept my sincerest greetings.

Kamel Ounadjela
Research Director, CNRS

[E-mail footer]

## MRAM PROJECT FOR CYPRESS SEMICONDUCTORS

Current SPINTEC research interest in MRAM

### 1-SUMMARY

### Mission of the collaboration

The main area of activity will be on sub-micron tunnel junctions with dimension target 150 nm.
The research topics of interest to SPINTEC are
1. Tunnel junction reliability (underline: electrical and magnetic)
2. Understanding the switching processes and cross-talk issues in sub-micron structures

*Resulting information:*
1. *improved barrier properties with respect to reliability*
2. *improved switching field distribution*
3. *improved stack / processing for deep submicron*

*Output*
Know-how and IPR shared SPINTEC / Cypress
SPINTEC can use generated results for further activities (with some boundary conditions eventually as to be described in contract.
Publications on the topics

### SPINTEC- team oriented at MRAM

**Domain of expertise:** *MTJ stack, reliability, (sub-micron) processing, Radiation hardness, Micromagnetism, Time resolved measurements, spin-torque, Voltage controlled magnetic switching, materials.*

5 PhD Students, 3 Post-docs, 5 staff members.

## 2. Available deposition tools and processing

### Processing

The processing area is situated in a Class 1000 clean-room area with a Class 1 Optical Litho area. This area has been traditionally devoted to III-V semiconductor processing and is separate from the main Si processing facility to avoid contamination issues.  The processing of magnetic materials can be performed in this separate area.  Only for the e-beam writing (direct write) the Si e-beam facility can be used.

Available: Wet benches and other standard equipment for deposition of metal interconnects and contacts,  passivation and insulation layers.

### Etching

Currently ion-beam milling (Xe) : 4".
Oxford etching system : 6", chemistry available for III-V and Metal etching.

### Litho

Canon 4" wafers, optical Mask aligner.  Feature size 0.8 micron.
Karl-Zuss 6" wafers, optical Mask aligner.  Feature size 0.6 micron.
e-beam pattern generator for direct write  Currently best feature size is 40 nm.  On MRAM MTJ's the feature size we currently are using is 250 nm.

### Deposition of magnetic materials

**PVD:**
10 targets PVD machine
$SiO_x$ sputtering in Intro
Plasma and natural oxidation module in Intro
4" wafers

**Also:**
e-gun evaporator + 2 k-cells
Pulsed Lased Deposition
**MBE: Magnetic semiconductors, metallic thin films, half metals, epitaxial structures**
MBE: Nitride based magnetic materials

## 3. Research topics

### Research topic 1: Reliability

Given its large importance for the reliability of the MRAM product, there is a need to understand the breakdown statistics and processes of the junctions. Spintec has one of the first (public) sets of data on the thin $Al_2O_3$. Our data have been published recently and the last set of data was presented at the MMM in Seattle.  In the coming INTERMAG 2002, there are 2 submissions on breakdown and irradiation hardness. Other companies are surely on track to investigate the breakdown statistics but are not publishing much of results, obviously.  Also, there is no consensus as to which extrapolation model to use.  Until that is the case, there is no claim on lifetime possible.  Besides the interest an MRAM company should have on the reliability of its MTJ's, the stress-tests could also be used as a quality check of the oxidation on a batch-to-batch basis.  Besides some cumbersome, time-consuming physical analysis, the systematic breakdown tests on drop-ins could become extremely useful. The proposed research activity can be of great value to have first access to the required know-how.
The Spintec reliability team will focus on breakdown of $SiO_2$ gate and Flash dielectrics.  This team takes part in setting up the analysis and statistical treatment of the MTJ data.

Goals:

- Construct a model for breakdown (or equivalent failure definition: e.g. 95% R-value)
- Understand the differences in reliability caused by the different oxidation methods.
- Reliability differences for various tunnel barrier materials.
- Arrive at realistic lifetime prediction for a certain given technology.
- Understand influence of the thermal treatments on the reliability.

Reliability samples

- samples are prepared by plasma oxidation and tests will be transferred to the cypress technique of choice.
- Deposition chamber will be adapted, introducing separate oxidation chamber (can be adapted to needs of collaboration)
- Samples in collaboration with other labs
- Processing at SPINTEC on small sample sizes (4 inch typically today)
- 6" tools available for processing (litho + etching of externally produced stacks)

Measurement set-up

**Dedicated Probe Station 1 (External field assisted on-chip switching)**

| |
|---|
| Probe needles |
| Helmoltz Cells (70 Oe) or Electromagnet ( 1000 Oe) |
| Keithley measurements tools |

**Dedicated Probe Station 2  (On-chip switching tester)**

| |
|---|
| Probe needles or Probe Card |
| Lab-view driven testing |
| TMR loop testing |
| DC: TMR, I-V, DC write (2 currents simultaneously) and read check |
| AC: |
| - Single event I-pulses: 30 ns, rise time 2 ns, 1 to100 mA |
| - Pulse train & sine wave up to 1MHz |

## Research topic 2: Time-resolved switching

Goals:

### Time-resolved MR measurements
- MR transients
- Pulse shape requirements for critical switching
- Cross-talk experiments

### Time-resolved Scanning-Kerr microscopy
- Detailed study of the switching behaviour of magnetic elements
- Supported by Micromagnetic simulations
- Shape/size/aspect ratio questions
- Cross-talk and coupling effects in nanostructures

### Samples for switching

- Flip-chip mounting, planar-PCB process or Microwave design for sample and sample holder.
- Optical and e-beam mix and match lithography
- Requires deposition of the magnetic layer or complete stack on preprocessed samples to integrate the switching field generation lines.

### Measurement set-up

**Ultra-fast Magneto-optical testing**

Spatio-temporally resolved surface vector magnetometry (~0.5 μm, ~100 ps)
Sample PCB board mounted and wire bonded
Optical access to magnetic layer required
Measurement is stroboscopic (time-averaged), unravelling of stochastic processes
Complete computer control, labview driven
AC (pulse options):
- Current to 200 mA, rise-time down to 2 ns, variable length
- Current to 120 mA, 80 ps rise-time, pulse-length up to 4 ns
- Current to 300 mA, 200 ps rise-time, pulse-length up to 15 ns

**Ultra-fast MR testing (on chip tester)**

Transient MR detection with 3GHz scope
Probe needles or probe card
Microwave co-planar design
Lab-view driven testing
Measurement sampled and averaged, unravelling of stochastic processes
AC:
- Current to 200 mA, rise-time down to 2 ns, variable length
- Current to 800 mA, rise-time 400 ps, length to 100 ns

**Micromagnetic modeling**

We have an in-house developed micromagnetic simulator that solves the Landau-Lifshitz-Gilbert equation for calculation of magnetic domain configurations and dynamic domain processes in simple ferromagnetic structures.
- Fully 3D
- Cartesian grid
- Demagnetization by 3D charge model and FFT for efficient calculations.
For the integration of the LLG we use a forward Euler timestep method controlled by a number of rules guarding the stability of the simulation.
Restrictions on these micromagnetic simulations are:
- The discretization grid has to cover the entire structure and has to be fine enough to resolve the finest details of a domain wall process (on the order of the exchange length). Because of the NlogN dependence of the FFT (with N the number of nodes) the simulation needs a lot of computing time.

> - Material constants are not well known , e.g. exact anisotropy (in polycrystalline film?), the damping constant (for dynamic magnetization reversal problems),
> - A large or complex structure will have many energy minima and the robustness of the simulation decreases. A slightly different initial configuration (or a slightly non ideal sample) can give different end results. That's why the best results are these of very small, simple patterned ferromagnetic elements.
> Simulating multilayers and effects of interlayer coupling (magnetostatic coupling, Neel coupling, exchange bias) is not possible with our simulator.

## Other MRAM related research topics:

New cell concepts and analog design of electronics

Current and voltage controlled switching

Half-metallic ferromagnets

Nitride based magnetic materials and barrier layers

## 4. Timeline

### 4.1 : Generation 1 (Deliverables <Q3'02)

Objective: Contribute to the development of current generation devices by helping Cypress in:

- The understanding of micromagnetics of the memory cells during read and write.
- The determination of the high frequency limits of individual memory cells
- The determination of temperature coefficient, failure mechanisms and radiation hardness of memory cells array.

All actions to be conducted in under the guidance of Cypress' dedicated R&D team to meet the requested timelines.

### 4.2 : Generation 2 (Deliverables @ Q4'02):

Objective: Deliver improved memory cells geometries and/or materials for 0.1 μm cell feature size by :

- Implementing 0.1 μm technology (lithography, etch, test) for standard MTJ stacks.
- Defining the dimensional roadmap in terms of write and read current, bias dependence, breakdown current, etc ... as well as on-wafer and wafer-to-wafer repeatability.
- Correlating the read/write performances distribution to physical and electrical properties.
- Developing advanced MTJ stack materials to minimize read/write characteristics distribution and/or power consumption.

All actions to be conducted in close collaboration with Cypress' dedicated R&D team. Some studies to involve stack deposition at Cypress. Technology transfer to be implemented whenever needed.

### 1.3 : Generation 3 (mid to long term):

Objective: Explore alternative designs to :

- Minimize risk for sub-100 nm generation 2 devices
- Prevent write addressing errors and/or to minimize power consumption.

This action to be driven internally within Spintec with technical expertise from Cypress for potential integration.

## 5 - WORKPLAN

### 5.1 Generation 1

Tools benchmark
-   Crosscheck micromagnetic simulation capabilities between Cypress (OOMF software) and Spintec (homebrewed software) on a few selected geometries : single layers dots with 0.5x0.5 µm², 0.1x0.1 µm² geometries, with and without uniaxial magnetic anisotropy. Quantify self demagnetizing field, switching field and micromagnetic remanent state for materials parameters corresponding to NiFe.
-   Crosscheck testing capabilities (magnetic, magnetoresistive) of Cypress and Spintec on selected devices TBD (to be provided by Cypress).

Individual memory cell behavior:
-   Adapt Spintec's micromagnetic simulation tool to allow for non uniform magnetization along the z-axis, e.g. real 3-D simulation of pinned/free layers combination.
-   Determine remanent state and switching field along easy and hard axis, first with a macroscopic analytical model, then with aforementioned micromagnetic tool as a function of cell size (from 0.2x0.4 µm² to 0.1x0.2 µm²). Define impact of cell aspect ratio (3x, 2x, 1.5x, 1x with uniaxial magnetic anisotropy). For selected geometries, compute Hc(0) to define full switching astroids.

Interactions and non-linear effects in heavily packed arrays
-   Quantify read crosstalk due to inter-cells magneostatic interactions as a function of packing density. Calculate stray field on a central cell originating first neighboring cells (with a given micromagnetic remanent state and including the pinned layer) in a square array. Vary the first neighbors magnetic state and define for each configuration the corresponding micromagnetic state of the central particle.
-   Quantify write crosstalk as a function of packing density and current pulse amplitude in control lines. Determine 2D field mapping and compare to individual cell astroid by (i) averaging across the cell area (ii) taking the maximum value across the characteristic length that governs magnetization reversal.

Dynamical properties
-   Define the dynamical micromagnetic response of memory cells subject to write fields from the control lines (assumed perfect). Use the existing micromagnetic code with incremental field steps issued from finite elements simulation (e.g. introduce field vector matrix in micromagnetic simulation at each time step). Note : This action to require numerical tools development (e.g. mid-term).
-   Study the influence of eddy currents in word/bit lines subjected to high frequency write pulse currents. Determine current inhomogeneities in the conductors and assess its impact on the spatial geometry of the magnetic field. Start with analytical formulations and refine with 2D finite elements simulations for circular and rectangular conductors. This tasks to involve some subcontracting to IRIS Technologies (J.M.Dedulle).
-   Measure dynamical switching properties of MTJ cells. Design and fabricate MTJ cells with stripe lines for sub-ns excitation currents (16 process steps, 4 levels of mask) from stack wafers provided by Cypress with design (ground plane, insulator thickness) defined by Spintec.  Measure MTJ response for varying current rise time, pulse duration and pulse

K. Ounadjela/SPINTEC          Cypress - SPINTEC discussion on MRAM          Confidential  SPINTEC © 2001

amplitude. Define frequency response of MTJ and nonlinearities. Determine upper frequency limit. Compare to connecting lines and control electronics.

Advanced characterization
- Determine the temperature coefficient in memory arrays. Measure cell resistance, TMR amplitude, switching field and bias dependence at selected on-wafer test sites with pads layout TBD. Vary temperature between boundaries TBD (–100°C and +150°C ?). Extract read/write performances temperature-dependent specification sheet.
- Determine limiting operating temperature of memory cells. Define failure criteria and perform accelerated aging tests to determine activation energy. Correlate to physical parameters of MTJ cell to determine failure mechanism. Compare to process temperatures and to operating temperature to determine process resistance and expected lifetime.
- Determine radiation hardness of MTJ arrays and devices (finished chips) by running electrons, UV, X-rays and swift heavy ions irradiation of arrays (location of irradiation source TBD). Define threshold of irradiation induced failure and determine failure mechanism.


## 5.2    Generation 2 :

Development of 0.1 µm technology
- Perform contamination studies on e-beam masker using Cypress stack wafers with or without backside cleaning.
- Develop sub-100nm technology (lithography, etch) using e-beam masking and IBE. Use wafers with conductor lines fabricated simultaneously to MTJ stack. Determine distribution of memory cells dimensions (size, shape, aspect ratio) and defects (side redeposition, misalignement, …) by SEM and/or AFM.Define on-wafer and wafer-to-wafer distribution and repeatability.
- Determine packing density limit by studying impact of neigboring cells distance on cell geometry. Use similar mask set as above and check aray geometry by SEM and/or AFM.

Correlation of read/write performances distribution to physical and electrical  properties.
- Introduce in numerical simulations a statistical fluctuations of size, shape and alignment of memory cells in an array, to define sensitivity to manufacturing tolerances. Use ellipitical single layers cells. Define array switching field distribution for each indepented fluctuation and for the combination of the three. Correlate to experimental data.
- Map out switching field of array. Determine switching field distribution. Correlate to simulations.

Test of 0.1µm feature size memory arrays
- Determine read/write characteristics of memory cells : resistance (zero level), write current, switching field astroid, read output, bias dependence, breakdown voltage…… Determine distribution of read/write characteristics in array. Study influence of cell size and packing density on aforementioned properties. Evaluate superparamagnetic limit. Correlate to numerical simulations.
- Determine dynamical switching properties of sub-100 nm MTJ cells. Design and fabricate MTJ cells with stripe lines for sub-ns excitation currents.  Measure MTJ response for varying current rise time, pulse duration and pulse amplitude. Define frequency response of MTJ and nonlinearities. Determine upper frequency limit. Compare to connecting lines and control electronics.

Materials development for improved MTJ stacks
- Explore AlN as an alternative barrier insulators Fabricate isolated MTJ arrays on 4 in wafers (laboratory scale). Compare MTJ bias dependence, TMR amplitude and voltage breakdown with Al2O3. Stack wafers to be deposited first on 4 in tool.
- Introduce SAF free layer to check if the domain wall pinning due to memory cell edge roughness can be minimized. Deposit SAF sheet films, pattern to dot arrays and characterize the switching field distribution. Compare to similar arrays using single layers. Stack wafers to be deposited first on 4 in tool.

Optimize control lines
- Investigate by numerical simulation the use of magnetically shielded control lines . Measure write current. Compare to unshielded designs.
- Investigate constricted lines to enhance locally (above the memory cell) the write field. Perform numerical simulations. Implement in existing technology. Compare to standard geometry.

### 5.3    Generation 3

- Investigate potential of atomic layer deposition of the tunnel barrier (ongoing internally). Check hotspots by tunnel current mapping on test structures and switching field bias, TMR amplitude, barrier height and voltage breakdown on full MTJ stacks. Vary barrier thickness and determine optimal thickness.
- Investigate internally patented alternative writing schemes to minimize write addressing errors. Validate the approach on laboratory scale test structures by developing specific memory cells materials, implementing them into the fabrication process, and testing in quasi-static mode. Two approaches will be tried : thermally assisted switching and thermally inhibited switching. Further details to be given after completion of an NDA. This tasks part of PhD studies.

### 6.    SPINTEC Patents:
1) MIMRAM and TTRAM: Free Si Diode and transistor embedded in the structures. (Granted)
2) CIMSRAM – Current induced magnetic switching
   - CIMS using low remanent magnetization layers (Pending)
   - CIMS using perpendicular magnetization layers (Pending)
   - CIMS using magnetic layers with compensation temperature close to operating temperature (Pending)
3) TAS Temperature assisted switching (Pending)
4) TIS  Temperature inhibited switching. Use of temperature in dedicated magnetic layers to inhibit writing in selected cells. (Pending)

**EXHIBIT 8**

**CYPRESS SEMICONDUCTOR**

***

## Exhibit 1

### MUTUAL NONDISCLOSURE AGREEMENT

This Agreement dated ___9/16/02___ (Effective Date), is made by and between ___SPINTEC___ of _____ ("Company") and Cypress Semiconductor Corporation of 3901 North First Street, San Jose, CA 95134 ("Cypress") and witnesses the following:

WHEREAS the parties wish to discuss matters of mutual interest, for the purpose of _____ ("Purpose"); and the parties expect to disclose to one another certain information considered proprietary or confidential; and WHEREAS the parties wish to ensure that such information is protected from unauthorized use or disclosure;

NOW THEREFORE, the parties agree as follows:

1. PROJECT: This Agreement covers the exchange of information between the parties relating to: ___MRAM_____
_____ ("Project").

2. CONFIDENTIAL INFORMATION: The parties intend to disclose to one another certain information which is not in the public domain and may be confidential and proprietary to the disclosing party ("Confidential Information"). The parties further intend to restrict and control the use and disclosure of such information pursuant to this Agreement. Information shall be deemed to be Confidential Information and governed by the obligations of nondisclosure and restricted use set forth herein, provided it is clearly and conspicuously marked as "confidential" or "proprietary" by the disclosing party. Any written information exchanged without such marking shall be considered unrestricted as to its use and dissemination, and not protected by this Agreement. Any verbal information exchanged, which the disclosing party wishes and intends to have considered as Confidential Information covered hereunder, must be orally identified as such at the time of disclosure and then be subsequently reduced to written form in a clearly and conspicuously marked document within twenty (20) days of the initial disclosure.

3. NONDISCLOSURE: A receiving party shall protect Confidential Information by using the same degree of care, but no less than reasonable care, to prevent the unauthorized use, dissemination or publication of Confidential Information as the Recipient uses to protect its own confidential information of like nature. A party shall not be liable for inadvertent or accidental disclosure of Confidential Information provided such reasonable care was used in protecting the information so received.

4. INFORMATION NOT COVERED: A receiving party has no obligation with respect to any information which: (i) was already known by the receiving party prior to receipt of same from the disclosing party; or (ii) is or becomes generally known to the public through no wrongful act of the receiving party; or (iii) is rightfully provided to the receiving party by a third party and without restriction on disclosure or use; or (iv) is independently developed by personnel of the receiving party, who have not had access to the other party's Confidential Information; or (v) is

**CYPRESS SEMICONDUCTOR**

made available by the disclosing party to a third party, without restriction concerning use or disclosure.

5. OWNERSHIP: All Confidential Information supplied by either party shall remain the property of and shall be returned to the disclosing party or destroyed upon request. No copies of any Confidential Information may be made without the express prior permission of the disclosing party.

6. PERMITTED USE: Confidential Information shall not be used by a receiving party except in cooperation with the disclosing party and solely for the Purpose set forth herein. Confidential Information may be disclosed to the employees and agents of the receiving party only on a "need to know" basis, and must be used only for the Purpose set forth herein.

7. PERMITTED DISCLOSURE: Neither party shall be liable for disclosure of Confidential Information if made in response to a valid order of court or authorized agency of government; but any such disclosure shall be made only to the extent so ordered, further provided that notice shall first be given to the party owning the Confidential Information, so a protective order if appropriate, may be sought by such owner.

8. NO OTHER RIGHTS: A party shall receive no license under this agreement for any patent, copyright or intellectual property of the other party.

9. TERM AND TERMINATION: This Agreement shall be effective as of the Effective Date and shall continue until terminated. Each party's respective obligations of nondisclosure and restricted use, as a recipient of Confidential Information under this Agreement, shall expire _____year(s) after the date of each such respective disclosure of Confidential Information. The obligations of nondisclosure shall survive any earlier termination of this Agreement.

9.1    Either party may terminate this Agreement upon thirty (30) days prior written notice to the other party.

9.2    Either party may terminate this Agreement immediately, by written notice to the other party, for material breach of the terms of this Agreement.

9.3    Upon written request by the disclosing party, or upon the expiration of or earlier termination of this Agreement, the recipient of Confidential Information shall return all copies of Confidential Information to the disclosing party within fifteen (15) days from the receipt of the written request or, at the direction of the disclosing party, destroy the same.

10. COORDINATORS: To facilitate the transfer of Confidential Information between the parties,_____ shall be Cypress's Coordinator and _____ shall be the Company's Coordinator. No Confidential Information shall be disclosed unless such disclosure is coordinated through said Coordinators.

11. GOVERNING LAW: This Agreement shall be governed by the law of the State of California, United States of America, without reference to its conflict of law rules.

12. FINAL AGREEMENT: This Agreement states the entire agreement between the parties relating to the subject matter hereof and supersedes all prior written or verbal agreements. This Agreement may only be modified in a writing signed by both parties.

**CYPRESS SEMICONDUCTOR**

The parties hereto by signing below hereby agree to the above terms and conditions and intend to be legally bound thereby.

Cypress Semiconductor Corporation                    Company

By: _____ for JKK          By: _____
                                9-16-02
Title: Vice President                                Title: _____

# EXHIBIT 9

CNRS 7221 J7/∞

| | |
|---|---|
| **CONTRAT DE COLLABORATION DE RECHERCHE** | **RESEARCH COLLABORATION CONTRACT** |

**ENTRE**

**BETWEEN**

**SILICON MAGNETIC SYSTEMS,**

**SILICON MAGNETIC SYSTEMS,**

3901 North First Street, San Jose, CA95134, USA représentée par Monsieur Sam GEHA, Technology Development Director,

3901 North First Street, San Jose, CA95134, USA, represented by Monsieur Sam GEHA, Technology Development Director,

Ci-après désigné par la "SOCIETE"

– Hereafter referred to as "COMPANY"

**ET**

**AND**

**LE CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE,** Etablissement Public National à Caractère Scientifique et Technologique, ci-après désigné par le CNRS, dont le siège est 3 rue Michel Ange - 75794 - PARIS Cedex 16, France, N° SIREN 304891310, APE CODE 732Z, représenté par son Directeur Général, Madame Geneviève BERGER, lequel a délégué sa signature pour le présent accord à Monsieur Bernard JOLLANS, Délégué Régional adjoint pour la Délégation Rhône-Alpes site Alpes,

**LE CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE,** a scientific and technological public establishment, hereinafter referred to as CNRS, having its registered office at 3, rue Michel-Ange 75794 PARIS Cedex 16, France, N° SIREN 304891310, APE CODE 732Z, represented by its General Manager, Mrs Geneviève BERGER, having given signatory power for this agreement to Mr Bernard JOLLANS., Délégué Régional Adjoint for Délégation Rhône-Alpes, site Alpes,

30 089 013

186089013

Ci-après désigné par " le CNRS"

Hereafter referred to as "CNRS"

Agissant pour le compte du Laboratoire SPINTEC (URA CEA/CNRS n°2512), ci-après désigné par le "LABORATOIRE".

Acting on behalf of SPINTEC laboratory (URA CEA/CNRS n°2512), referred to as the "LABORATORY".

✓

Oct 22,02
SG

IL EST TOUT D'ABORD EXPOSE QUE :

La SOCIETE souhaite collaborer avec le LABORATOIRE dans le domaine des Jonctions Tunnel Magnétiques, ci-après appelées MTJ,

Les dites MTJ étant destinés à être intégrés dans des Mémoires Magnétiques à Accès Aléatoire, ci-après appelées MRAM.

EN CONSEQUENCE DE QUOI, IL A ETE CONVENU CE QUI SUIT :

### ARTICLE I - OBJET DU CONTRAT

Le CNRS et la SOCIETE décident d'effectuer en commun une étude, ci-après désignée "l'ETUDE" et intitulée : "MTJ avancées à écriture assistée thermiquement ".

Le sujet de l'ETUDE et son programme détaillé sont décrits dans l'Annexe Scientifique annexée, qui fait partie intégrante du présent contrat.

Sous réserve de cas de force majeure, le CNRS met en œuvre les efforts nécessaires pour réaliser les travaux décrits dans l'annexe 2 du présent contrat et dans les conditions du présent contrat.

### ARTICLE 2 – RESPONSABLE SCIENTIFIQUE

Monsieur Jean-Pierre NOZIERES, directeur du LABORATOIRE, est le responsable scientifique de l'ETUDE. Son correspondant dans la SOCIETE est Monsieur Sam GEHA.

### ARTICLE 3 - REUNIONS - RAPPORTS

Des téléconférences entre le LABORATOIRE et la SOCIETE auront lieu toutes les semaines. Au moins une fois par trimestre, une réunion de bilan aura lieu dans la SOCIETE.

### ARTICLE 4 - MODALITES DE FINANCEMENT

En contrepartie des engagements pris par Le CNRS dans le cadre de l'étude, la SOCIETE s'engage à lui verser la somme de 50 000 Dollars US, hors TVA.

La totalité de la somme due annuellement sera versée au démarrage du contrat.

---

WITNESSETH

The COMPANY wishes to collaborate with the LABORATORY in the field of Magnetic Tunnel Junctions, hereafter referred as MTJ,

Said MTJ being used in Magnetic Random Access Memories, hereafter called MRAM.

IN CONSEQUENCE IT HAS BEEN AGREED AS FOLLOWS:

### ARTICLE I – CONTRACT PURPOSE

CNRS and the COMPANY decide to carry out a common study, hereinafter referred to as the "STUDY" and entitled : "Advanced MTJ with thermally-assisted write".

The subject and detailed program of the STUDY are given in the attached scientific Appendix, which is an integral part of this contract.

Subject to case of force majeure, CNRS implement the efforts necessary to complete the work described within Appendix 2 of this contract and under the conditions of this contract.

### ARTICLE 2 - SCIENTIFIC MANAGER

Mr Jean-Pierre NOZIERES, director of the LABORATORY, shall be the scientific manager of the STUDY. His correspondent in the COMPANY shall be Mr. Sam GEHA.

### ARTICLE 3 – MEETINGS – REPORTS

Teleconferences between the LABORATORY and the COMPANY will take place every weeks. At least once every trimester a work meeting will take place in the COMPANY.

### ARTICLE 4 - FINANCIAL PROCEDURES

In consideration of the obligations subscribed to by CNRS in the context of this Study, the COMPANY undertakes to pay $ 50,000 (50,000 USD), plus VAT.

All of the due sum will be paid upfront at the beginning of the contract.

Le versement de la SOCIETE sera effectué au nom du TP de l'Isère, Compte 10071 38000 0000 3000056, clé RIB 07, ouvert au nom de l'Agent Comptable Secondaire du CNRS, 25, avenue des Martyrs, B.P. 166, 38042 Grenoble Cedex 09 sur présentation de factures

Le CNRS peut décider d'affecter une partie de ce montant à la rémunération de personnels.

Cette contribution est utilisée par le LABORATOIRE jusqu'à épuisement des fonds sans conditions de délai ni fourniture de justificatifs.

## ARTICLE 5 - CONFIDENTIALITE

Chaque partie s'engage à ne pas publier ou divulguer de quelque façon que ce soit les informations scientifiques ou techniques appartenant à l'autre partie dont elle pourrait avoir connaissance à l'occasion de l'exécution du présent contrat.

Au cas où l'une des parties souhaiterait publier ou communiquer quoi que ce soit concernant l'étude ou ses résultats, il demandera au préalable l'accord écrit de l'autre partie, à la fois pendant la durée du présent contrat et pendant les six (6) mois suivant son expiration, et mentionnera la participation de chaque partie dans l'Étude.

Si la SOCIETE ne fait pas connaître sa décision dans un délai maximum de trois (3) mois à compter de la demande de publication ou de communication, elle sera considérée comme ayant donné son accord.

Les dispositions ci-dessus ne pourront faire obstacle :
- ni aux rapports internes à chaque Partie, cette communication interne ne constituant pas une divulgation au sens des lois sur la propriété industrielle,
- ni à la soutenance de thèse des étudiants dont l'activité scientifique est en relation avec l'objet du présent contrat.

## ARTICLE 6 – PROPRIETE INTELLECTUELLE

Les Résultats obtenus par les Parties antérieurement à l'Etude restent leurs propriétés respectives.

---

The COMPANY's payments shall be made to the order of Trésor Public de l'Isère, account number 10071 38000 0000 3000056, clé RIB 07, open at the name of the Agent Comptable Secondaire du CNRS, 25, avenue des Martyrs, B.P. 166, 38042 Grenoble Cedex 09, on presentation of invoices.

CNRS may decide to allocate part of this amount to its payroll.

The LABORATORY shall use this amount until all funds have been used up, neither subject to a specific deadline nor to the obligation of having to provide cost statements.

## ARTICLE 5 – CONFIDENTIALITY

Each party undertakes not to publish or disclose in any manner whatsoever scientific or technical information belonging to the other party which has been received in the execution of the present contract.

In the event that either party wishes to publish or disclose anything concerning the STUDY or its results, it shall obtain the prior written agreement of the other party, both during the term of the present contract and during the 6 months following its expiration, and shall mention the participation of each Party in the Study.

If the COMPANY does not make its decision on a request for publication or communication within a maximum period of three (3) months, it shall be deemed to have given its approval.

The provisions above shall not prevent :
- Internal reports within each Party, as such internal communication does not constitue a divulgation according to the laws on patents,
- Thesis defence of students whose scientific activity is connected with the object of the present contract.

## ARTICLE 6 – INTELLECTUAL PROPERTY

The Results obtained by the Parties prior to the present Study shall remain their own property.

Les Résultats issus de l'Etude appartiennent conjointement au CNRS et à la SOCIETE.

Les Parties s'engagent :
- à se communiquer toutes les pièces techniques ou administratives nécessaires au dépôt et à l'obtention des Brevets communs;
- à ce que les noms des inventeurs soient mentionnés en accord avec les dispositions légales en vigueur, dans les demandes de brevet.

Les Parties se partagent les frais afférents au dépôt, à la délivrance, au maintien en vigueur et aux éventuelles extensions à l'étranger, des Brevets communs.

Si l'une des Parties ne désire pas protéger, maintenir ou étendre les brevets Communs issus de Résultats Communs, elle en avise l'autre Partie dans les meilleurs délais de façon à ce que la partie intéressée puisse procéder au dépôt à ses seul nom et profit.

## ARTICLE 7 - EXPLOITATION

Pour l'application du présent article, le Domaine d'exploitation sera défini par "Mémoires Magnétiques à Accès Aléatoire ", ci-après désigné par "le DOMAINE".

Chaque Partie peut utiliser librement et gratuitement les Résultats Communs pour ses besoins propres de recherche.

Dans le Domaine d'exploitation, et sous les réserves définies au présent article, la SOCIETE jouit d'un droit d'exploitation exclusif des Brevets communs. Elle peut utiliser les savoir faire communs nécessaires à l'exploitation des Brevets communs.

Hors du Domaine, le CNRS a l'exclusivité des droits d'exploitation des Résultats communs, et peut négocier librement avec des tiers tout contrat de licence d'exploitation portant sur ces Résultats communs.

Avant tout acte d'exploitation des Résultats communs, une convention précisant les modalités financières entre les parties sera signée entre les Parties.

## ARTICLE 8 - DUREE

Le présent contrat est conclu pour une durée de 12 mois à partir de la date de signature. A la fin

The Results resulting from the Study belong jointly to CNRS and the COMPANY.

The Parties commit themselves :
- to communicate to each other all the technical or administrative documents necessary for registering and obtaining the Common Patents,
- to make sure that the inventorship of the the patent applications is in accordance with current laws.

The Parties share the expenses related with the patent application, their maintenance and their possible extension abroad, of the common Patents.

If one of the Parties does not wish to protect, maintain or extend the Common Results by a Common Patent, they will inform each other as soon as possible so that the interested party can file the patent application in its sole name and profit

## ARTICLE 7 - EXPLOITATION

For the purpose of the present Article, the field of exploitation shall be defined as "Magnetic Random Access Memories" hereafter referred to as the "FIELD".

Each Party may use freely and free of charge the Common Results for its own needs for research and development.

In the Field of exploitation, and subject to the reserves defined in the present article, the COMPANY will be in full possession of an exclusive right of exploitation of the common Patents. It can use the common know-how necessary to the exploitation of common Patents.

Outside the Field, CNRS shall have exclusive exploitation rights to the Study results and can freely negotiate with third parties any licence agreement of exploitation relating to these common Results.

Before any act of exploitation of the Common Results, an agreement including details of payment between both parties will be negotiated in good faith and signed between the Parties.

## ARTICLE 8 - DURATION

The present contract has a term of 12 months from the date on which it is signed. At the end of

de cette période, il peut être renouvelé par le biais d'un avenant précisant l'objet de la prolongation et ses dispositions financières.

the period, it may be renewed by means of an amendment specifying the object of the extension and its financing provisions.

## ARTICLE 9 – RESILIATION

Chacune des parties sera entièrement habilitée à résilier le présent contrat au cas où l'autre partie ne remplirait pas une ou plusieurs obligations contenues dans les différentes clauses.

Ladite résiliation ne prendra effet que trois (3) mois après que la partie plaignante aura envoyé une lettre recommandée (avec accusé de réception) expliquant les raisons de sa plainte, à moins que la partie en défaut n'ait entre-temps rempli ses obligations ou présenté une preuve que sa défaillance à une obligation ci-dessus est due à un cas de force majeure ou à une autre cause indépendante de la volonté de ladite partie.

## ARTICLE 9 – TERMINATION

Either of the parties shall be duly entitled to terminate the present contract in the event that the other party does not fulfill one or more of the obligations of this agreement.

The said termination shall only be effective three (3) months after the complaining party has sent a registered letter (return receipt requested) explaining the reasons for its complaint, unless the defaulting party has meanwhile satisfied its obligations or has provided evidence for its impossibility due to an act of God or other cause that is beyond of the control of the said party.

## ARTICLE 10 – LANGUE CONTRACTUELLE

Le contrat est rédigé en français et en anglais. Les deux versions feront foi.

## ARTICLE 10 – CONTRACTUAL LANGUAGE

The contract is drafted in French and in English. Both versions shall constitute the authenticated versions of the contract.

Le : 18/11/02

En deux exemplaires originaux, tous deux réalisés en français et en anglais,

This day : October 22, 2002

In two originals, both drafted in French and in English,

LE CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE

Le Directeur Général

CYPRESS SEMICONDUCTOR

Sam Geha
MRAM Technology Development
Director

Oct 22
SG

| ANNEXE | APPENDIX |
|---|---|

Trois routes seront testées en parallèle pour quantifier le potentiel de l'écriture assistée thermiquement (TAS)

Three routes will be tested simultaneously to quantify the potential of Thermally Assisted Switching (TAS) :

Approche n°1 : TAS sur des structures standard

Approach #1: TAS on standard structures

- Fabriquer des MTJ isolées de faible RxA (<10 Ωµm²) avec des tailles/dimensions variables et un empilement standard (PtMn/CoFe/Ru/CoFe/AlOx/CoFe/NiFe).
- Caractériser les propriétés de renversement sous champ magnétique externe quasi-statique en fonction du courant de chauffage. Utiliser la coercitivité de la cellule pour mesurer la température.
- Corréler température et courant de chauffage. Comparer à des mesures à haute température et à des modélisations thermiques.
- Réaliser des mesures résolues en temps pour définir les temps de chauffage/refroidissement
- Fabriquer un plan mémoire avec les lignes d'addressage et le procédé de l'état de l'art.
- Tester les caractéristiques d'écriture avec le transistor ouvert. Quantifier l'impact de l'amplitude et de la durée de l'impulsion de chauffage. Quantifier la sélectivité à l'écriture. Explorer la possibilité d'écrire avec une seule ligne.
- Etudier le vieillissement de la MTJ lors de cycles thermiques.
- Quantifier la puissance dissipée (chauffage + écriture) en fonction du chauffage et extrapoler le rapport densité limite / puissance dissipée.

- Fabricate low RxA (<10 Ωµm²)isolated MTJ with variable shapes / feature sizes and standard stack (PtMn/CoFe/Ru/CoFe/AlOx/CoFe/NiFe).
- Characterize switching characteristics in quasi-static external field as a function of heating (read) current. Use Coercivity of cell as a monitor of the temperature.
- Correlate temperature and heating current. Compare to measurements performed at elevated temperature and to thermal simulation.
- Perform time resolved measurements to define heating/cooling rates.
- Fabricate BEOL memory plane with digit, word and bit lines state of state-of-the-art process.
- Test write characteristics with cell transistor on. Quantify impact of heating pulse amplitude / duration. Quantify write selectivity. Explore possibility of single line write.
- Study MTJ aging to temperature (write) cycling
- Quantify write power (heating+write) as a function of heating and extrapolate density limit / consumed power ratio

Approche n°2 : TAS utilisant des structures amorphes antiferromagnétiques (AAF)

Approach # 2 : TAS using amorphous antiferromagnetic structures (AAF)

- Définir les matériaux AAF avec le plus grand dHc/dT. Explorer plusieurs matériaux pleine tranche et caractériser leurs propriétés. Fournir à la société la composition la mieux adaptée pour acheter des cibles.
- Développer des MTJ intégrant des couches AAF. Définir une stratégie de piégeage (PtMn ou a-SmCo). Caractériser l'amplitude de TMR.
- Fabriquer des MTJ isolées à base d'empilements AAF (PtMn or SmCo/AAF /AlOx/AAF) de dimensions /formes variables.
- Caractériser les propriétés de renversement sous champ externe quasi statique en fonction du courant de chauffage. Utiliser la coercitivité comme mesure de la température.
- Fabriquer un plan mémoire avec les lignes d'addressage et le procédé de l'état de l'art.
- Tester les caractéristiques d'écriture avec le

- Define AAF materials with largest dHc/dT. Explore several sheet films materials and characterize properties. Provide Company with best suited composition to buy targets
- Develop MTJ junctions with AAF magnetic layers. Define pinning strategy (PtMn or a-SmCo). Characterize TMR amplitude.
- Fabricate isolated MTJ with variable shapes / feature sizes and AAF stack (PtMn or SmCo/AAF /AlOx/AAF).
- Characterize switching characteristics in quasi-static external field as a function of heating current. Use Coercivity of cell as a monitor of the temperature.
- Fabricate BEOL memory plane with digit, word and bit lines state of state-of-the-art process.
- Test write characteristics with cell transistor on. Quantify selectivity. Explore possibility of single line write.



transistor ouvert. Quantifier la sélectivité à l'écriture. Explorer la possibilité d'écrire avec une seule ligne.
- Etudier le viellissement de la MTJ lors de cycles thermiques (critique pour des alliages amorphes).
- Quantifier la puissance dissipée (chauffage + écriture) én fonction du chauffage et extrapoler le rapport densité limite / puissance dissipée.
- Explorer la possibilité d'inhiber le processus d'écriture pour réaliser un addressage en parallèle. Comparer la puissance dissipée au mode d'écriture standard.

Study MTJ aging to temperature (write) cycling (critical for amorphous materials)
Quantify write power (heating+write) as a function of heating and extrapolate density limit / consumed power ratio
Explore possibility of inhibition at writing to perform parallel addressing. Compare dissipated power with standard write scheme.

### Approche n°3 : Enregistrement multi-niveaux utilisant une couche de stockage piégée par interaction d'échange.

### Approach # 3 : Explore multi-level recording using exchange-pinned store layer

- Fabriquer des MTJ isolées utilisan de dimensions /formes variables t une structure à couche de stockage piégée par interaction d'échange (PtMn/CoFe/Ru/CoFe/AlOx/CoFe/NiFe/FeMn).
- Caractériser les propriétés de renversement sous champ externe quasi statique en fonction du courant de chauffage. Vérifier que la couche de stockage peut être renversée. Utiliser la coercitivité comme mesure de la température.
- Explorer la possivbilite d'aligner la couche de stockage dans n'importe quelle direction du plan.
- Fabriquer un plan mémoire avec les lignes d'addressage et le procédé de l'état de l'art.
- Tester les caractéristiques d'écriture avec le transistor ouvert. Quantifier la sélectivité à l'écriture. Explorer la possibilité d'écrire avec une seule ligne et d'écrire en multi-niveaux..
- Etudier le viellissement de la MTJ lors de cycles thermiques (critique si existence d'une distribution de la température de blocage dans le FeMn).
- Quantifier la puissance dissipée (chauffage + écriture) en fonction du chauffage et extrapoler le rapport densité limite / puissance dissipée.

- Fabricate isolated MTJ with variable shapes / feature sizes and exchange-couple free layer stack (PtMn/CoFe/Ru/CoFe/AlOx/CoFe/NiFe/FeMn).
- Characterize switching characteristics in quasi-static external field as a function of heating current. Verify that the storage layer can reversed. Use Coercivity of cell as a monitor of the temperature.
- Explore potential of aligning the storage layer in any direction of the plane.
- Fabricate BEOL memory plane with digit, word and bit lines state of state-of the-art process.
- Test write characteristics with cell transistor on.
- Quantify selectivity. Explore possibility of single line write and of multi-level recording.
- Study MTJ aging to temperature (write) cycling (critical if blocking temperature distribution of FeMn)
- Quantify write power (heating+write) as a function of heating and extrapolate density limit / consumed power ratio

# EXHIBIT 10

USPTO        2/13/2008 6:03:18 PM    PAGE    2/005   Fax Server
TO:JASPER W. DOCKREY  COMPANY:BRINKS, HOFER, GILSON & LIONE



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE



FEBRUARY 08, 2008                    PTAS                    *500460244A*

JASPER W. DOCKREY
BRINKS, HOFER, GILSON & LIONE
P.O. BOX 10395
CHICAGO, IL 60610

            UNITED STATES PATENT AND TRADEMARK OFFICE
            NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 571-272-3350.
PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE,
MAIL STOP: ASSIGNMENT SERVICES BRANCH, P.O. BOX 1450, ALEXANDRIA, VA 22313.


RECORDATION DATE: 02/08/2008          REEL/FRAME: 020478/0648
                                      NUMBER OF PAGES: 3

BRIEF: LIEN (SEE DOCUMENT FOR DETAILS).
DOCKET NUMBER: 9905-59

ASSIGNOR:
    CYPRESS SEMICONDUCTOR CORPORATION    DOC DATE: 02/08/2008

ASSIGNEE:
    CENTRE NATIONAL DE RECHERCHE
        SCIENTIFIQUE
    3, RUE MICHEL-ANGE
    PARIS CEDEX 16, FRANCE 75794

SERIAL NUMBER: 10180695                FILING DATE: 06/26/2002
PATENT NUMBER: 6683815                 ISSUE DATE: 01/27/2004
TITLE: MAGNETIC MEMORY CELL AND METHOD FOR ASSIGNING TUNABLE WRITING
        CURRENTS

USPTO          2/13/2008 6:03:18 PM   PAGE   3/005   Fax Server

TO:JASPER W. DOCKREY  COMPANY:BRINKS, HOFER, GILSON & LIONE

020478/0648 PAGE 2

SERIAL NUMBER: 10184232          FILING DATE: 06/28/2002
PATENT NUMBER: 6798691          ISSUE DATE: 09/28/2004
TITLE: ASYMMETRIC DOT SHAPE FOR INCREASING SELECT-UNSELECT MARGIN IN MRAM
    DEVICES

SERIAL NUMBER: 10122733          FILING DATE: 04/15/2002
PATENT NUMBER: 6897532          ISSUE DATE: 05/24/2005
TITLE: MAGNETIC TUNNELING JUNCTION CONFIGURATION AND A METHOD FOR MAKING
    THE SAME

SERIAL NUMBER: 10281603          FILING DATE: 10/28/2002
PATENT NUMBER: 6980468          ISSUE DATE: 12/27/2005
TITLE: HIGH DENSITY MRAM USING THERMAL WRITING

ASSIGNMENT SERVICES BRANCH
PUBLIC RECORDS DIVISION

USPTO          2/13/2008 6:03:18 PM    PAGE    4/05    Fax Server
TO:JASPER W. DOCKREY  COMPAN_:BRINKS, HOFER, GILSON & LIONE

---

**PATENT ASSIGNMENT**

Electronic Version v1.1
Stylesheet Version v1.1

**02/08/2008
500460244**

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | LIEN |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| Cypress Semiconductor Corporation | 02/08/2008 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | Centre National de Recherche Scientifique |
| Street Address: | 3, rue Michel-Ange |
| City: | Paris Cedex 16 |
| State/Country: | FRANCE |
| Postal Code: | 75794 |

**PROPERTY NUMBERS Total: 4**

| Property Type | Number |
|---|---|
| Patent Number: | 6683815 |
| Patent Number: | 6798691 |
| Patent Number: | 6897532 |
| Patent Number: | 6980468 |

**CORRESPONDENCE DATA**

Fax Number:              (312)321-4299
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone:                   3123214200
Email:                   vkampstra@usebrinks.com
Correspondent Name:      Jasper W. Dockrey
Address Line 1:          Brinks, Hofer, Gilson & Lione
Address Line 2:          P.O. Box 10395
Address Line 4:          Chicago, ILLINOIS 60610

| ATTORNEY DOCKET NUMBER: | 9905-59 |
|---|---|
| NAME OF SUBMITTER: | Jasper W. Dockrey |

USPTO                    2/13/2008 6:03:18 PM    PAGE    5/005    Fax Server
TO:JASPER W. DOCKREY  COMPANY:BRINKS, HOFER, GILSON & LIONE

Total Attachments: 1
source=9905-59 Notice of Lien#page1.tif

# EXHIBIT 10 (PART 2)

USPTO            2/20/2008 7:18:29 PM    PAGE    2/004   Fax Server
TO:JASPER W. DOCKREY   COMPA...:BRINKS, HOFER, GILSON & LION...



## UNITED STATES PATENT AND TRADEMARK OFFICE

Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



* 500466019A*

FEBRUARY 19, 2008                    PTAS

JASPER W. DOCKREY
BRINKS, HOFER, GILSON & LIONE
P.O. BOX 10395
CHICAGO, IL 60611


                UNITED STATES PATENT AND TRADEMARK OFFICE
                NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 571-272-3350.
PLEASE SEND REQUEST FOR CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE,
MAIL STOP: ASSIGNMENT SERVICES BRANCH, P.O. BOX 1450, ALEXANDRIA, VA 22313.


RECORDATION DATE: 02/18/2008          REEL/FRAME: 020518/0423
                                      NUMBER OF PAGES: 2

BRIEF:  LIEN (SEE DOCUMENT FOR DETAILS).
DOCKET NUMBER: 9905-59

ASSIGNOR:
    SILICON MAGNETIC SYSTEMS, INC.      DOC DATE: 02/16/2008
    A/K/A SILICON MAGNETIC SYSTEMS

ASSIGNEE:
    CENTRE NATIONAL DE RECHERCHE
        SCIENTIFIQUE
    3, RUE MICHEL-ANGE
    PARIS CEDEX 16, FRANCE 75794

SERIAL NUMBER: 10180695               FILING DATE: 06/26/2002
PATENT NUMBER: 6683815               ISSUE DATE: 01/27/2004
TITLE: MAGNETIC MEMORY CELL AND METHOD FOR ASSIGNING TUNABLE WRITING
       CURRENTS

020518/0423 PAGE 2

SERIAL NUMBER: 10184232              FILING DATE: 06/28/2002
PATENT NUMBER: 6798691               ISSUE DATE: 09/28/2004
TITLE: ASYMMETRIC DOT SHAPE FOR INCREASING SELECT-UNSELECT MARGIN IN MRAM
       DEVICES

SERIAL NUMBER: 10281603              FILING DATE: 10/28/2002
PATENT NUMBER: 6980468               ISSUE DATE: 12/27/2005
TITLE: HIGH DENSITY MRAM USING THERMAL WRITING

ASSIGNMENT SERVICES BRANCH
PUBLIC RECORDS DIVISION

USPTO    2/20/2008 7:18:29 PM    PAGE    4/004    Fax Server

TO:JASPER W. DOCKREY  COMPAN. BRINKS, HOFER, GILSON & LION.

## PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

**02/18/2008**
**500466019**

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | LIEN |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| Silicon Magnetic Systems, Inc. a/k/a Silicon Magnetic Systems | 02/16/2008 |

**RECEIVING PARTY DATA**

| Name: | Centre National de Recherche Scientifique |
|---|---|
| Street Address: | 3, rue Michel-Ange |
| City: | Paris Cedex 16 |
| State/Country: | FRANCE |
| Postal Code: | 75794 |

**PROPERTY NUMBERS Total: 3**

| Property Type | Number |
|---|---|
| Patent Number: | 6683815 |
| Patent Number: | 6798691 |
| Patent Number: | 6980468 |

**CORRESPONDENCE DATA**

| | |
|---|---|
| Fax Number: | (312)321-4299 |

*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*

| | |
|---|---|
| Phone: | 3123214200 |
| Email: | vkampstra@usebrinks.com |
| Correspondent Name: | Jasper W. Dockrey |
| Address Line 1: | Brinks, Hofer, Gilson & Lione |
| Address Line 2: | P.O. Box 10395 |
| Address Line 4: | Chicago, ILLINOIS 60611 |

| ATTORNEY DOCKET NUMBER: | 9905-59 |
|---|---|
| NAME OF SUBMITTER: | Jasper W. Dockrey |

Total Attachments: 1
source=9905-59 Lien#page1.tif

# EXHIBIT 10 (PART 3)

USPTO        2/26/2008 1:22:15 PM    PAGE    2/004    Fax Server
TO:JASPER W. DOCKREY   COMPANY:BRINKS, HOFER, GILSON & LIONE



## UNITED STATES PATENT AND TRADEMARK OFFICE

Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



FEBRUARY 25, 2008                    PTAS          *500471116A*

JASPER W. DOCKREY
BRINKS, HOFER, GILSON & LIONE
P.O. BOX 10395
CHICAGO, IL 60610


            UNITED STATES PATENT AND TRADEMARK OFFICE
           NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 571-272-3350.
PLEASE SEND REQUEST FOR CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE,
MAIL STOP: ASSIGNMENT SERVICES BRANCH, P.O. BOX 1450, ALEXANDRIA, VA 22313.


RECORDATION DATE: 02/25/2008          REEL/FRAME: 020550/0470
                                      NUMBER OF PAGES: 2

BRIEF:  ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).
DOCKET NUMBER: 13668-3

ASSIGNOR:
    SILICON MAGNETIC SYSTEMS, INC.        DOC DATE: 02/25/2008
      A/K/A SILICON MAGNETIC SYSTEMS

ASSIGNEE:
    CENTRE NATIONAL DE RECHERCHE
      SCIENTIFIQUE
    3, RUE MICHEL-ANGE
    PARIS CEDEX 16, FRANCE 75794

SERIAL NUMBER: 10122733              FILING DATE: 04/15/2002
PATENT NUMBER: 6897532               ISSUE DATE: 05/24/2005
TITLE: MAGNETIC TUNNELING JUNCTION CONFIGURATION AND A METHOD FOR MAKING
       THE SAME

USPTO          2/28/2008 1:22:15 PM    PAGE    3/004    Fax Server
TO:JASPER W. DOCKREY  COMPANY:BRINKS, HOFER, GILSON & LIONE

020550/0470 PAGE 2

ASSIGNMENT SERVICES BRANCH
PUBLIC RECORDS DIVISION

USPTO                2/26/2008 1:22:15 PM    PAGE    004    Fax Server
TO:JASPER W. DOCKREY  COMPANY:BRINKS, HOFER, GILSON & LIONE

## PATENT ASSIGNMENT

Electronic Version.v1.1          **02/25/2008**
Stylesheet Version v1.1          **500471116**

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| Silicon Magnetic Systems, Inc. a/k/a Silicon Magnetic Systems | 02/25/2008 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | Centre National de Recherche Scientifique |
| Street Address: | 3, rue Michel-Ange |
| City: | Paris Cedex 16 |
| State/Country: | FRANCE |
| Postal Code: | 75794 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Patent Number: | 6897532 |

**CORRESPONDENCE DATA**

Fax Number:          (312)321-4299
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone:              3123214200
Email:              vkampstra@usebrinks.com
Correspondent Name:  Jasper W. Dockrey
Address Line 1:      Brinks, Hofer, Gilson & Lione
Address Line 2:      P.O. Box 10395
Address Line 4:      Chicago, ILLINOIS 60610

| ATTORNEY DOCKET NUMBER: | 13668-3 |
|---|---|
| NAME OF SUBMITTER: | Jasper W. Dockrey |

Total Attachments: 1
source=Assignment to Silicon 532#page1.tif

# EXHIBIT 11

(19) RÉPUBLIQUE FRANÇAISE

INSTITUT NATIONAL
DE LA PROPRIÉTÉ INDUSTRIELLE

PARIS

(11) N° de publication : **2 832 542**
(à n'utiliser que pour les commandes de reproduction)

(21) N° d'enregistrement national : **01 14840**

(51) Int Cl⁷ : G 11 C 11/15

(12) **DEMANDE DE BREVET D'INVENTION**    **A1**

(22) Date de dépôt : 16.11.01.

(30) Priorité :

(43) Date de mise à la disposition du public de la demande : 23.05.03 Bulletin 03/21.

(56) Liste des documents cités dans le rapport de recherche préliminaire : *Se reporter à la fin du présent fascicule*

(60) Références à d'autres documents nationaux apparentés :

(71) Demandeur(s) : *COMMISSARIAT A L'ENERGIE ATO-MIQUE Etablissement de caractère scientifique technique et industriel* — FR.

(72) Inventeur(s) : DIENY BERNARD et REDON OLI-VIER.

(73) Titulaire(s) :

(74) Mandataire(s) : BREVATOME.

(54) DISPOSITIF MAGNETIQUE A JONCTION TUNNEL MAGNETIQUE, MEMOIRE ET PROCEDES D'ECRITURE ET DE LECTURE UTILISANT CE DISPOSITIF.

(57) Dispositif magnétique à jonction tunnel magnétique, mémoire et procédés d'écriture et de lecture utilisant ce dispositif.

Ce dispositif (16) comprend une couche de référence (20c) et une couche de stockage (20a) séparées par une couche semiconductrice ou isolante (20b). La température de blocage de l'aimantation de la couche de stockage est inférieure à celle de la couche de référence. Le dispositif comprend aussi des moyens (22, 24) pour chauffer la couche de stockage au delà de la température de blocage de son aimantation et des moyens (26) pour lui appliquer un champ magnétique (34) orientant son aimantation par rapport à celle de la couche de référence sans modifier l'orientation de cette dernière.



FR 2 832 542 - A1



# EXHIBIT 12

**(12) DEMANDE INTERNATIONALE PUBLIÉE EN VERTU DU TRAITÉ DE COOPÉRATION EN MATIÈRE DE BREVETS (PCT)**

**(19) Organisation Mondiale de la Propriété Intellectuelle**
Bureau international



**(43) Date de la publication internationale**
22 mai 2003 (22.05.2003)                **PCT**

**(10) Numéro de publication internationale**
**WO 03/043017 A3**

**(51) Classification internationale des brevets⁷ :**
G11C 11/16

**(21) Numéro de la demande internationale :**
PCT/FR02/03896

**(22) Date de dépôt international :**
14 novembre 2002 (14.11.2002)

**(25) Langue de dépôt :**                français

**(26) Langue de publication :**          français

**(30) Données relatives à la priorité :**
01/14840    16 novembre 2001 (16.11.2001)    FR

**(71) Déposant** *(pour tous les États désignés sauf US)* : **COMMISSARIAT A L'ENERGIE ATOMIQUE** [FR/FR]; 31/33, rue de la Fédération, F-75752 Paris 15ème (FR).

**(72) Inventeurs; et**
**(75) Inventeurs/Déposants** *(pour US seulement)* : **DIENY, Bernard** [FR/FR]; 180 allée des Erables, F-38250 Lans-en-Vercors (FR). **REDON, Olivier** [FR/FR]; 162, avenue Victor Hugo, Le Grand Pré, F-38170 Seyssinet (FR).

**(74) Mandataire : LEHU, Jean**; c/o Brevatome, 3, rue du Docteur Lancereaux, F-75008 Paris (FR).

**(81) États désignés** *(national)* : JP, US.

**(84) États désignés** *(régional)* : brevet européen (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE, SK, TR).

**Publiée :**
—    avec rapport de recherche internationale

*[Suite sur la page suivante]*

**(54) Title:** MAGNETIC DEVICE WITH MAGNETIC TUNNEL JUNCTION, MEMORY ARRAY AND READ/WRITE METHODS USING SAME

**(54) Titre :** DISPOSITIF MAGNETIQUE A JONCTION TUNNEL MAGNETIQUE, MEMOIRE ET PROCEDES D'ECRITURE ET DE LECTURE UTILISANT CE DISPOSITIF



**(57) Abstract:** The invention concerns a magnetic device with magnetic tunnel junction, memory array and read/write methods using same. Said device (8) comprises a reference layer (20c) and a storage layer (20a) separated by a semiconductor or insulating layer (20b). The temperature blocking the storage layer magnetization is lower than that of the reference layer. The device also comprises means (22, 24) for heating the storage layer beyond the temperature blocking its magnetization and means (26) for applying thereto a magnetic field (34) orienting its magnetization relative to that of the reference layer without modifying the orientation of the latter.

*[Suite sur la page suivante]*

WO 03/043017 A3

WO 03/043017  A3

(88) Date de publication du rapport de recherche
internationale:                11 décembre 2003

*En ce qui concerne les codes à deux lettres et autres abrévia-*
*tions, se référer aux "Notes explicatives relatives aux codes et*
*abréviations" figurant au début de chaque numéro ordinaire de*
*la Gazette du PCT.*

(57) **Abrégé :** Dispositif magnétique à jonction tunnel magnétique, mémoire et procédés d'écriture et de lecture utilisant ce dispo-
sitif.Ce dispositif (16) comprend une couche de référence (20c) et une couche de stockage (20a) séparées par une couche semicon-
ductrice ou isolante (20b). La température de blocage de l'aimantation de la couche de stockage est inférieure à celle de la couche
de référence. Le dispositif comprend aussi des moyens (22, 24) pour chauffer la couche de stockage au delà de la température de
blocage de son aimantation et des moyens (26) pour lui appliquer un champ magnétique (34) orientant son aimantation par rapport
à celle de la couche de référence sans modifier l'orientation de cette dernière.

## INTERNATIONAL SEARCH REPORT

International application No

PCT/FR 02/03896

**A. CLASSIFICATION OF SUBJECT MATTER**

IPC 7    G11C11/16

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)

IPC 7    G11C

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

EPO-Internal, PAJ

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category * | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | WO 00 79540 A (NONVOLATILE ELECTRONICS INC ;POHM ARTHUR V (US); DAUGHTON JAMES M) 28 December 2000 (2000-12-28) | 1,2,6,7, 14,15,17 |
| Y | page 18, line 6 –page 22, line 13 page 23, line 20 –page 25, line 15 | 13 |
| A | the whole document --- | 9,14,17 |
| P,X | US 6 385 082 B1 (TROUILLOUD PHILIP L ET AL) 7 May 2002 (2002-05-07) the whole document --- | 1,2, 13-15 |
| Y | US 6 272 036 B1 (YOU CHUN-YEOL ET AL) 7 August 2001 (2001-08-07) column 7, line 11 –column 8, line 64 --- | 13 |
|  | -/-- |  |

[X] Further documents are listed in the continuation of box C.    [X] Patent family members are listed in annex.

* Special categories of cited documents :

'A' document defining the general state of the art which is not considered to be of particular relevance

'E' earlier document but published on or after the international filing date

'L' document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

'O' document referring to an oral disclosure, use, exhibition or other means

'P' document published prior to the international filing date but later than the priority date claimed

'T' later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

'X' document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

'Y' document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

'&' document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 5 June 2003 | 18/06/2003 |

| Name and mailing address of the ISA | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2 NL – 2280 HV Rijswijk Tel. (+31–70) 340–2040, Tx. 31 651 epo nl, Fax: (+31–70) 340–3016 | DEGRAEVE, L |

Form PCT/ISA/210 (second sheet) (July 1992)

INTERNATIONAL SEARCH REPORT

International application No

PCT/FR 02/03896

| C.(Continuation) DOCUMENTS CONSIDERED TO BE RELEVANT | | |
|---|---|---|
| Category * | Citation of document, with indication,where appropriate, of the relevant passages | Relevant to claim No. |
| A | US 2001/019461 A1 (ALLENSPACH ET AL) 6 September 2001 (2001-09-06) page 2, paragraph 24 —page 2, paragraph 27 ----- | 3,4,14 |

## INTERNATIONAL SEARCH REPORT

Information on patent family members

International Application No

PCT/FR 02/03896

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| WO 0079540 | A | 28-12-2000 | AU | 6121100 A | 09-01-2001 |
| | | | EP | 1196925 A1 | 17-04-2002 |
| | | | WO | 0079540 A1 | 28-12-2000 |
| | | | US | 6535416 B1 | 18-03-2003 |
| US 6385082 | B1 | 07-05-2002 | NONE | | |
| US 6272036 | B1 | 07-08-2001 | NONE | | |
| US 2001019461 | A1 | 06-09-2001 | EP | 1130578 A2 | 05-09-2001 |
| | | | JP | 2001273601 A | 05-10-2001 |

Form PCT/ISA/210 (patent family annex) (July 1992)

# RAPPORT DE RECHERCHE INTERNATIONALE

| | |
|---|---|
| | Deman   rnationale No |
| | PCT/rn 02/03896 |

**A. CLASSEMENT DE L'OBJET DE LA DEMANDE**

CIB 7  G11C11/16

Selon la classification internationale des brevets (CIB) ou à la fois selon la classification nationale et la CIB

**B. DOMAINES SUR LESQUELS LA RECHERCHE A PORTE**

Documentation minimale consultée (système de classification suivi des symboles de classement)

CIB 7  G11C

Documentation consultée autre que la documentation minimale dans la mesure où ces documents relèvent des domaines sur lesquels a porté la recherche

Base de données électronique consultée au cours de la recherche internationale (nom de la base de données, et si réalisable, termes de recherche utilisés)

EPO-Internal, PAJ

**C. DOCUMENTS CONSIDERES COMME PERTINENTS**

| Catégorie * | Identification des documents cités, avec, le cas échéant, l'indication des passages pertinents | no. des revendications visées |
|---|---|---|
| X | WO 00 79540 A (NONVOLATILE ELECTRONICS INC ;POHM ARTHUR V (US); DAUGHTON JAMES M) 28 décembre 2000 (2000-12-28) | 1,2,6,7, 14,15,17 |
| Y | page 18, ligne 6 –page 22, ligne 13 | 13 |
| | page 23, ligne 20 –page 25, ligne 15 | |
| A | | 9,14,17 |
| | le document en entier | |
| P,X | US 6 385 082 B1 (TROUILLOUD PHILIP L  ET AL) 7 mai 2002 (2002-05-07) le document en entier | 1,2, 13-15 |
| Y | US 6 272 036 B1 (YOU CHUN-YEOL  ET AL) 7 août 2001 (2001-08-07) colonne 7, ligne 11 –colonne 8, ligne 64 | 13 |

–/––

| X | Voir la suite du cadre C pour la fin de la liste des documents | X | Les documents de familles de brevets sont indiqués en annexe |
|---|---|---|---|

**\* Catégories spéciales de documents cités:**

'A'  document définissant l'état général de la technique, non considéré comme particulièrement pertinent

'E'  document antérieur, mais publié à la date de dépôt international ou après cette date

'L'  document pouvant jeter un doute sur une revendication de priorité ou cité pour déterminer la date de publication d'une autre citation ou pour une raison spéciale (telle qu'indiquée)

'O'  document se référant à une divulgation orale, à un usage, à une exposition ou tous autres moyens

'P'  document publié avant la date de dépôt international, mais postérieurement à la date de priorité revendiquée

'T'  document ultérieur publié après la date de dépôt international ou la date de priorité et n'appartenenant pas à l'état de la technique pertinent, mais cité pour comprendre le principe ou la théorie constituant la base de l'invention

'X'  document particulièrement pertinent; l'inven tion revendiquée ne peut être considérée comme nouvelle ou comme impliquant une activité inventive par rapport au document considéré isolément

'Y'  document particulièrement pertinent; l'inven tion revendiquée ne peut être considérée comme impliquant une activité inventive lorsque le document est associé à un ou plusieurs autres documents de même nature, cette combinaison étant évidente pour une personne du métier

'&'  document qui fait partie de la même famille de brevets

| Date à laquelle la recherche internationale a été effectivement achevée | Date d'expédition du présent rapport de recherche internationale |
|---|---|
| 5 juin 2003 | 18/06/2003 |

| Nom et adresse postale de l'administration chargée de la recherche internationale | Fonctionnaire autorisé |
|---|---|
| Office Européen des Brevets, P.B. 5818 Patentlaan 2 NL – 2280 HV Rijswijk Tel. (+31–70) 340–2040, Tx. 31 651 epo nl, Fax: (+31–70) 340–3016 | DEGRAEVE, L |

Formulaire PCT/ISA/210 (deuxième feuille) (juillet 1992)

RAPPORT DE RECHE INTERNATIONALE

Dem mationale No

PCT/FR 02/03896

| C.(suite) DOCUMENTS CONSIDERES COMME PERTINENTS | | |
|---|---|---|
| Catégorie * | Identification des documents cités, avec,le cas échéant, l'indicationdes passages pertinents | no. des revendications visées |
| A | US 2001/019461 A1 (ALLENSPACH ET AL)<br>6 septembre 2001 (2001-09-06)<br>page 2, alinéa 24 –page 2, alinéa 27<br>------- | 3,4,14 |

**RAPPORT DE RE~~~~RCHE INTERNATIONALE**
Renseignements relatifs aux ~~~~res de familles de brevets

Dem~~~~ ~~~~ationale No
PCT/FR 02/03896

| Document brevet cité au rapport de recherche | | Date de publication | Membre(s) de la famille de brevet(s) | | Date de publication |
|---|---|---|---|---|---|
| WO 0079540 | A | 28-12-2000 | AU | 6121100 A | 09-01-2001 |
| | | | EP | 1196925 A1 | 17-04-2002 |
| | | | WO | 0079540 A1 | 28-12-2000 |
| | | | US | 6535416 B1 | 18-03-2003 |
| US 6385082 | B1 | 07-05-2002 | AUCUN | | |
| US 6272036 | B1 | 07-08-2001 | AUCUN | | |
| US 2001019461 | A1 | 06-09-2001 | EP | 1130578 A2 | 05-09-2001 |
| | | | JP | 2001273601 A | 05-10-2001 |

**EXHIBIT 13**



US006950335B2

(12) **United States Patent**
    Dieny et al.

(10) Patent No.:     **US 6,950,335 B2**
(45) Date of Patent:     **Sep. 27, 2005**

(54) **MAGNETIC TUNNEL JUNCTION MAGNETIC DEVICE, MEMORY AND WRITING AND READING METHODS USING SAID DEVICE**

(75) Inventors: **Bernard Dieny**, Lans en Verlos (FR); **Olivier Redon**, Seysriet Pariset (FR)

(73) Assignee: **Commissariat a l'Energie Atomique**, Paris (FR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/495,637**

(22) PCT Filed: **Nov. 14, 2002**

(86) PCT No.: **PCT/FR02/03896**

§ 371 (c)(1),
(2), (4) Date: **May 13, 2004**

(87) PCT Pub. No.: **WO03/043017**

PCT Pub. Date: **May 22, 2003**

(65) **Prior Publication Data**

US 2005/0002228 A1 Jan. 6, 2005

(30) **Foreign Application Priority Data**

Nov. 16, 2001   (FR) .............................................. 01 14840

(51) Int. Cl.[7] ................................................. G11C 11/14
(52) U.S. Cl. ........................... 365/171; 365/97; 365/158
(58) Field of Search ................................... 365/171, 158, 365/97

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,640,343 A | 6/1997 | Gallagher et al. | 365/171 |
| 6,272,036 B1 | 8/2001 | Yau et al. | 365/97 |
| 6,385,082 B1 | 5/2002 | Abraham et al. | 365/171 |
| 6,532,164 B2 | 3/2003 | Redon et al. | 365/97 |
| 6,603,677 B2 * | 8/2003 | Redon et al. | 365/158 |
| 2001/0019461 A1 | 9/2001 | Allenspach et al. | 360/159 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO 00/79540 | 12/2000 | G11C/13/00 |

OTHER PUBLICATIONS

Parkin et al., "Exchange–biased magnetic tunnel junctions and application to nonvolatile magnetic random access memory (invited)", Apr. 15, 1999, Journal of Applied Physics, vol. 85, No. 8, pp. 5828–5833.

* cited by examiner

*Primary Examiner*—Richard Elms
*Assistant Examiner*—Pho M. Luu
(74) *Attorney, Agent, or Firm*—Thelen Reid & Priest LLP

(57)     **ABSTRACT**

Magnetic tunnel junction magnetic device (16) for writing and reading uses a reference layer (20c) and a storage layer (20d) separated by a semiconductor or insulating layer (20b). The blocking temperature of the magnetisation of the storage layer is less than that of the reference layer. The storage layer is heated (22, 24) above the blocking temperature of its magnetisation. A magnetic field (34) is applied (26) to it orientating its magnetization with respect to that of the reference layer without modifying the orientation of the reference layer.

**17 Claims, 7 Drawing Sheets**



Case 3:08-cv-01217-PJH    Document 1-14    Filed 02/29/2008    Page 3 of 17



# FIG. 1A
### PRIOR ART



# FIG. 1B
### PRIOR ART



FIG. 2

FIG. 3



FIG. 4



FIG. 5

**U.S. Patent**    Sep. 27, 2005    Sheet 4 of 7    US 6,950,335 B2



FIG. 6



FIG. 9



FIG. 7



FIG. 8



FIG. 10



FIG. 11

US 6,950,335 B2

1

# MAGNETIC TUNNEL JUNCTION MAGNETIC DEVICE, MEMORY AND WRITING AND READING METHODS USING SAID DEVICE

## CROSS-REFERENCE TO RELATED APPLICATION

This application claims priority based on International Patent Application No. PCT/FR02/03896, entitled "Magnetic Device with Magnetic Tunnel Junction, Memory Array and Read/Write Methods Using Same" by Bernard Dieny and Olivier Redon, which claims priority of French Application No. 01 14840, filed on Nov. 16, 2001, and which was not published in English.

## TECHNICAL FIELD

The present invention concerns a magnetic tunnel junction device and a memory using said device.

The invention further concerns a thermomagnetic writing method in said device and a reading method of said device.

The invention finds an application in electronics and, in particular, in the formation of storage elements and MRAM (Magnetic Random Access Memory) type memories or direct (or random) access magnetic memory.

## STATE OF THE PRIOR ART

There has been renewed interest in MRAM magnetic memories with the development of MTJ (magnetic tunnel junctions) that have high magnetoresistance at ambient temperature.

With regard to magnetic memories using magnetic tunnel junctions, one should refer, for example, to the following documents:

(1) U.S. Pat. No. 5,640,343 A (Gallagher et al.)

(2) S. S. P. Parking et al., J. Appl. Phys., vol. 85, no 8, 1999, pp. 5828–5833.

Appended FIGS. 1A and 1B schematically illustrate the structure and the function of a known magnetic tunnel junction.

The junction bears the reference 2. It is a stack comprising an oxide layer $3b$ sandwiched between two magnetic layers. This system functions like a spin gate, with the difference that the current flows perpendicularly to the planes of the layers.

One $3a$ of the magnetic layers is called "free" or "storage" since one can orient its magnetisation in the desired direction by means of an external magnetic field (two directional arrow); the other magnetic layer $3c$ is called "pinned" or "reference" since its magnetisation direction is fixed by exchange coupling with an antiferromagnetic layer (single directional arrow).

When the magnetisations of the magnetic layers are antiparallel, the resistance of the junction is high; when the magnetisations are parallel, said resistance becomes low. The relative variation of resistance between these two states can attain 40% through an appropriate choice of materials for the layers in the stack and/or thermal treatments of said materials.

The junction 2 is placed between a switching transistor 4 and a current supply line 6 forming an upper conductive line. A current 11 flowing in said line produces a first magnetic field 7. A conductor 8 forming a lower conductive line, orthogonal to the current supply line 6 enables, by making a current 12 flow in said line, a second magnetic field 9 to be produced.

2

In the "writing" mode (FIG. 1A), the transistor 4 is placed in blocked mode and therefore no current passes through this transistor. One circulates current impulses in the current supply line 6 and in the conductor 8. The junction 2 is therefore subjected to two orthogonal magnetic fields. One is applied along the axis of difficult magnetisation of the free layer $3a$, in order to reduce its reversal field, whereas the other is applied along its easy axis in order to provoke the reversal of the magnetisation and thus the writing of the storage element.

In principle, only the storage element placed at the intersection of the two lines 6 and 8 is capable of reversing itself, since each magnetic field taken individually is not sufficiently strong to provoke a switch over of the magnetisation.

In the "reading" mode (FIG. 1B, the transistor is place in saturated regime (in other words, the current crossing this transistor is maximum) by sending a positive current impulse in the gate of the transistor. The current 13 sent in the line 6 only crosses the storage element in which the transistor is placed in saturated regime.

This current makes it possible to measure the resistance of the junction of this storage element. In relation to a reference storage element, the state of the storage element ("0" or "1") may thus be determined: one then knows if the magnetisation of the storage layer $3a$ is parallel or antiparallel to that of the reference layer $3c$.

This type of writing mechanism has disadvantages, in particular, in a tunnel junction array:

1) Since the reversal of the magnetisation of the free layer of a junction is produced under the effect of exterior fields an since the reversal fields are statistically distributed, it is not impossible to accidentally reverse certain neighbouring junctions simply by the effect of the magnetic field produced along a lower or upper conductive line. Since, for high density memories, the size of the storage elements is distinctly submicronic, the number of addressing errors increases.

2) The reduction in the size of the storage elements leads to an increase in the value of the individual reversal field; a higher current is then necessary to write the storage elements, which tends to increase the electricity consumption.

3) The writing mode uses two current lines at 90°, which limits the integration density.

## DESCRIPTION OF THE INVENTION

The aim of the present invention is to overcome the above-mentioned disadvantages.

According to one aspect of the present invention, one proposes a magnetic tunnel junction magnetic device that may be used in a MRAM and in which the writing mechanism is insensitive to the distribution of the reversal fields in order to eliminate the addressing errors and to obtain good reproducibility in the writing of information.

According to another aspect of the invention, one proposes a magnetic tunnel junction magnetic device in which the energy consumption is low.

According to another aspect, one proposes a magnetic tunnel junction magnetic device that enables a multi-level storage of information. This has the advantage, in a memory according to the invention, of increasing the storage capacity for a same number of storage elements.

A further aim of the present invention is to improve magnetic memories by reducing the size of their storage elements, while at the same time keeping the information

US 6,950,335 B2

stable at ambient temperature, as well as the level of writing errors of said memories.

In the invention, one uses a known property of a magnetic material, according to which the reversal field of the magnetisation is very low when one increases the temperature of said material beyond the blocking temperature of the magnetisation of said material.

More precisely, the present invention concerns a magnetic device comprising a magnetic tunnel junction that comprises:

a first magnetic layer forming a reference layer and having a magnetisation of fixed direction,

a second magnetic layer forming a storage layer and having a magnetisation of variable direction, and

a third layer that is semiconductive or electrically insulating and which separates the first layer from the second layer,

said device being characterised in that the blocking temperature of the magnetisation of the storage layer is lower than the blocking temperature of the magnetisation of the reference layer and in that the device further comprises:

means for heating the storage layer to a temperature higher than the blocking temperature of the magnetisation of said storage layer, said means of heating the storage layer being means provided to make an electric current flow through the magnetic tunnel junction, and

.means for applying, to said storage layer, a magnetic field capable of orientating the magnetisation of said storage layer in relation to the magnetisation of the reference layer, without modifying the orientation of said reference layer.

According to a preferred embodiment of the invention, the blocking temperatures of the storage and reference layers have values greater than the value of the operating temperature of the device outside the device of the tunnel junction (one knows that the device heats up when it operates).

According to a first specific embodiment of the device of the invention, the magnetisation of each of the storage and reference layers is substantially perpendicular to the plane of said layers.

In this case, the storage layer may be a mono-layer in Co—Pt or Co—Pd alloy or a multi-layer formed by a stack of Co layers alternating with layers of Pt or Pd in such a way that the coercive field of the storage layer rapidly decreases when the temperature increases.

As a variant, the storage layer may be a mono-layer in cobalt rich alloy with iron or nickel or chromium and platinum or palladium, or a multi-layer formed by a stack of layers of an alloy rich in cobalt with iron or nickel or chromium, alternating with layers of Pt or Pd in such a way that the coercive field of the storage layer rapidly decreases when the temperature increases.

According to a second specific embodiment, the magnetisation of each of the storage and reference layers is substantially parallel to the plane of said layers.

The device of the invention may further comprise a first antiferromagnetic layer combined with the reference layer.

Preferably, the blocking temperature of the magnetisation of said first antiferromagnetic layer is higher than the blocking temperature of the storage layer.

According to a specific embodiment of the invention, the reference layer is a multi-layer comprising two magnetic layers and an intermediate layer in Ru or Re or Ir or Rh, the two magnetic layers being separated by the intermediate layer and coupled in an antiparallel manner by interaction through said intermediate layer.

According to a preferred embodiment of the device of the invention, said device further comprises a second antiferromagnetic layer coupled to the storage layer by exchange anisotropy.

Preferably, the blocking temperature of the magnetisation of said second antiferromagnetic layer is lower than the blocking temperature of the reference layer.

The means of applying the magnetic field to the storage layer may comprise means of injecting, in said storage layer, a current of electrons in which the spin is polarised.

The present invention also concerns a memory comprising a matrix of storage elements that are addressable by addressing lines and columns, said memory being characterised in that each storage element comprises:

a magnetic device according to the invention, and

a means of current switching placed in series with said magnetic device,

each magnetic device being linked to an addressing line and each means of switching being linked to an addressing column.

The present invention also concerns a method for writing information in a magnetic device according to the invention, in which:

one heats the storage layer to a temperature higher than the blocking temperature of the magnetisation of said storage layer, and

during the cooling of the storage layer, one applies to said storage layer a magnetic field capable of orientating the magnetisation of said storage layer in relation to the magnetisation of the reference layer, without modifying the orientation of said reference layer.

Preferably, the value, seen by the reference layer, of the magnetic field applied during the storage, is less than the value that the reversal magnetic field of the magnetisation of the reference layer reaches at the maximum temperature attained by said layer during the heating of the junction.

According to a preferred embodiment of the writing method of the invention, the storage layer is coupled to an antiferromagnetic layer by exchange anisotropy and one heats the storage layer and said antiferromagnetic layer to a temperature higher than the blocking temperatures of the magnetisation of said layers and, during the cooling of the antiferromagnetic layer, one orientates the magnetisation of the storage layer in any direction whatsoever predefined by the direction of magnetisation of the magnetic field applied during the cooling.

The present invention further concerns a method for reading information memorised in a device according to the invention, in which

one determines the resistance value of the magnetic tunnel junction, and

one deduces the orientation of the magnetisation of the storage layer from said resistance value.

BRIEF DESCRIPTION OF DRAWINGS

The present invention will be more fully understood on reading the description of embodiments that follows, given by way of illustration and in nowise limitative, and by referring to the appended drawings, in which:

FIGS. 1A and 1B schematically illustrate the operating principle of a known magnetic tunnel junction device, and have already been described,

FIG. 2 is a schematic and partial view of a memory comprising a matrix of magnetic tunnel junction devices,

US 6,950,335 B2

| 5 | 6 |

FIG. 3 schematically illustrates the operating principle of a magnetic tunnel junction device according to the invention,

FIG. 4 is a schematic cross sectional view of a tunnel junction that may be used in the present invention and in which the layers have a magnetisation perpendicular to the plane of said layers,

FIG. 5 is a graph illustrating the formation of two different coercive fields by coupling to an antiferromagnetic material one of the two layers of a tunnel junction that may be used in the invention,

FIG. 6 is a graph showing the variations in the reversal field as a function of the temperature for multi-layers that may be used in the invention,

FIG. 7 schematically illustrates an example of a series of magnetic devices according to the invention, using tunnel junctions with magnetisation perpendicular to the plane of their layers,

FIG. 8 schematically illustrates an example of magnetic device according to the invention, using the combination of heating by Joule effect and magnetic switching by injection of a current of electrons in which the spin is polarised,

FIG. 9 is a schematic cross sectional view of an example of tunnel junction that may be used in the invention and has a planar magnetisation,

FIG. 10 is a schematic view of an example of magnetic device according to the invention, using a tunnel junction with planar magnetisation, and

FIG. 11 is a schematic view of another example of said device.

DETAILED DESCRIPTION OF SPECIFIC EMBODIMENTS

In an example of the present invention, a magnetic memory comprises a matrix of magnetic devices according to the invention. Each of said devices, also called "storage elements", comprises a magnetic tunnel junction of the form F1/O/F2 where F1 and F2 respectively designate the magnetic storage layer, also called the "storage magnetic electrode", and the magnetic reference layer, also called "reference magnetic electrode", and O designates the layer that is comprised between F1 and F2 and forms a tunnel barrier.

Each of the layers F1 and F2 is characterised by a reversal field of its magnetisation, said field being a function of the temperature of the material forming this layer.

In the present invention, the materials of layers F1 and F2 are chosen in such a way that the reduction in temperature of the reversal field of layer F1, designated HcF1, is a lot quicker than that of the reversal field of layer F2, designated HcF2.

Typically, one chooses the materials for layers F1 and F2 in such a way that their reversal fields are, at ambient temperature (around 20° C.), around 100 Oe (around 8000 A/m) for F1 (it is recalled that 1 Oe equals 1000/(4$\pi$) A/m) and around 600 Oe (around 48000 A/m) for F2 and, at 200° C., around 5 Oe (around 400 A/m) for F1 and 400 Oe (around 32000 A/m) for F2.

In other words, one chooses the materials for layers F1 and F2 in such a way that the blocking temperature of the magnetisation of layer F1, also called "magnetic blocking temperature" of layer F1 or, more simply, "blocking temperature" of layer F1, is significantly lower than the blocking temperature of the magnetisation of layer F2.

During the writing, the principle of the selection of a storage element then consists in provoking a very brief heating (up to a temperature Tmax, typically up to 200° C.) of said storage element, said heating having the effect of lowering the reversal field of the magnetisation of the magnetic layer F1 in which the information is stored.

Since the operating principle of the device is based on temperature variations, it appears obvious that the storage and reference layers must preferably have blocking temperatures higher than the operating temperature of the device outside of heating.

Moreover, since the aim of this device is to store information in a stable manner, it is therefore, for this reason, preferable that said layers have blocking temperatures significantly higher than the operating temperature of the device.

During the cooling of the storage element, a magnetic field of amplitude He such that

HcF1(Tmax)<He<HcF2(Tmax)

He this being typically between around 20 Oe and 60 Oe (around 1600 A/m and 4800 A/m), is applied in the direction in which one wishes to orientate the magnetisation of the storage layer F1.

The magnetisation of said storage layer F1 then orientates itself in the direction of the applied field He whereas that of the reference layer F2, also called "pinned layer", always remains orientated in the same direction.

The heating of the junction may be controlled by sending a short current impulse (around $10^5$ A/cm$^2$ to $10^6$ A/cm$^2$ for a few nanoseconds) through the junction.

The magnetic field He is created by sending current impulses in the conductive lines situated in the planes lying above and/or below the magnetic tunnel junctions.

A second possibility of provoking the switching of the magnetisation of the storage layer during its cooling may consist in injecting in said layer a current of electrons in which the spin is polarised, according to one of the techniques detailed hereafter.

The present invention consists in this case in combining the heating of the material of the storage layer, in order to reduce the reversal field of the magnetisation of said layer, with the application of a magnetic torque to this magnetisation, during the cooling of the storage layer, by flowing a current of electrons in which the spin is polarised through the storage layer.

It is also possible to combine the switching, through application of a local field generated by sending a current in an upper or lower conductive line, with the injection of a current of electrons with polarised spin in the storage layer of the junction.

Four major advantages of the present invention may be highlighted:

1) Flawless Selection of Storage Elements:

The present invention enables much better selection of storage elements than known technologies. Indeed, let us assume that the storage elements are organised into a square array as seen in FIG. 2, which represents the architecture of a known MRAM.

In said known memory, one distinguishes three levels of lines:

upper conductive lines 10 that serve to generate the magnetic field Hx to apply to the magnetic tunnel junctions 2 during the writing and that also serve as electrical contacts for said junctions during the reading,

lower conductive lines 12 that only serve to generate the magnetic field Hy at the moment of the writing, and

control lines 14 that act on the transistor gates 4 to put them into the passing position (saturated) or closed position (blocked).

US 6,950,335 B2

7

According to a known writing procedure, the writing is carried out by sending current impulses along the upper and lower conductive lines, which cross at the storage element that one wishes to address. However, if there if a distribution of reversal field, certain storage elements situated along the lines risk reversing in an uncontrolled manner.

In the present invention, this problem is not posed. This is schematically illustrated by FIG. 3, which shows a magnetic device 16 according to the invention, forming a storage element, or cell, of a MRAM memory according to the invention.

Said storage element comprises a magnetic tunnel junction 18, comprising a storage layer 20a, a reference layer 20c and an insulating or semiconductive layer 20b between these layers. This junction is placed between an upper conductive line 22 and a switching transistor 24 and combined with a lower conductive line 26 that is perpendicular to the line 22.

By turning the transistor 24 of the storage element 16 to the passing state, said transistor being commanded by a control line 28, and by sending a current impulse 30 in the corresponding upper conductive line 22, said current impulse crosses the junction 18 and provokes its heating.

However, the junctions of the memory of FIG. 3 are organised in a square array as in the memory in FIG. 2 (in which the references of the elements are moreover followed, in brackets, by references of the corresponding elements of FIG. 3). Consequently, only one junction of the whole array will be heated by the current impulse 30, all of the others remaining at ambient temperature.

The lowering of the reversal field linked to the temperature rise (typically from 100 Oe, at 20° C., to 5 Oe, at 200° C.) is a much more significant than the distribution width of the reversal field at ambient temperature (typically 100 Oe±20 Oe).

Consequently, by sending a current impulse 32 in the lower conductive line 26, which generates a magnetic field 34 of around 10 Oe during the cooling of the addressed junction, one is sure to only switch the magnetisation of the storage layer 20a of said junction.

However, the line 26 is not indispensable for creating the magnetic field. One could quite easily use the upper line 22 (used in a first phase to provoke the heating) to generate, in a second phase, the magnetic field during the cooling.

In the case of FIG. 3, if one eliminates the line 26, it is necessary to make sure that the directions of magnetisation of the layers is perpendicular to the current line 22 generating the magnetic field (for example, by making the device pivot).

The operation of the storage element 16 of FIG. 3 is therefore as follows: since the addressing transistor 24 is in the passing state, the writing is achieved by sending a current impulse through the junction 18 to heat the junction up to around 200° C. During the cooling of the junction, a current impulse is sent in the lower conductive line 26 to generate a magnetic field in the storage layer 20a, which has the effect of switching the magnetisation of said layer in the desired direction.

The reading is achieved with the transistor in the passing state by making a current flow through the junction (the current being lower than during the writing so that the heating is less), which makes it possible to measure the resistance and thus to know if the magnetisation of the storage layer 20a is parallel or antiparallel to that of the reference layer 20c.

2) Reduced Consumption:

Given the fact that the fields to be generated for the writing are a lot weaker than in the prior art (typically 10 Oe

8

in the present invention compared to 50 Oe in the prior art), the intensity of the field impulses to send in the conductive lines is considerably reduced.

Moreover, a single impulse in the lower conductive line is necessary in the case of FIG. 3, compared to one impulse in the lower conductive line and one impulse in the upper conductive line in the prior art.

Since the power required to provoke the heating of the storage element is a lot less than to generate field impulses of 50 Oe (typically 1 pJ to heat a magnetic tunnel junction of 150 nm×150 nm to 200° C. compared to several tens of pJ to generate a field impulse of 50 Oe along a line of 500 storage elements), it follows that the electrical consumption may be divided by 10 with the operating principle of the present invention.

3) Stability of Information for Small Dimensions:

The present invention makes it possible to use, for the storage layer, materials with high pinning energy at ambient temperature. In the prior art, this is not possible since the higher the pinning of the storage layer, the more it is necessary to supply energy to switch the magnetisation of the storage layer.

In the present invention, one lowers the pinning energy during the writing by heating the material. One may thus make it possible to have a high pinning energy at ambient temperature. This presents a considerable advantage for small dimensions. Indeed, in the prior art, the information stored in the storage layer becomes unstable in relation to the thermal fluctuations at ambient temperature.

Indeed, if K and V respectively designate the magnetic anisotropy per unit of volume (or, more generally, the pinning energy per unit of volume) and the volume of the storage layer, the information becomes unstable if KV<25 kT (where k is the Boltzmann constant and T the temperature).

For a given material, this limit is always reached at one moment or another when one reduces the size of the storage element whereas, in the present invention, one can very easily compensate the reduction in the volume by an increase in the pinning energy at ambient temperature and thus reduce the size of the storage element as far as the manufacturing method used (for example, lithography/engraving) allows.

4) Simplicity of production if one uses as switching principle a heating plus an injection of a current of electrons with polarised spin:

Indeed, there is no need, in this case, to add a level of lines for the generation of local magnetic fields. The production of a series of storage elements is simplified, which makes it possible to attain higher integration densities.

We will return later to the use, in the present invention, of a current of electrons with polarised spin.

We will now consider, in the following description, various examples of the invention.

As we have seen above, the basic structure, in the present invention, comprises two magnetic layers F1 and F2 separated by a tunnel barrier O in such a way that one may designate this structure F1/O/F2. The two magnetic layers are such that the reversal field of the magnetisation of one of these two magnetic layers (the storage layer) decreases much more quickly, when the temperature increases, than that of the other magnetic layer (the reference layer).

In a first embodiment of the invention, the magnetisations of the two layers F1 and F2 are perpendicular to the plane of the layers or, more precisely, to the interfaces of said layers.

Layers F1 and F2 may comprise a pure material, an alloy or a series of alternating layers, certain of which are magnetic.

US 6,950,335 B2

9

Co layers, of hexagonal structure, have their magnetisation perpendicular to the plane of these layers if the axis c of the hexagonal lattice is perpendicular to the plane of the sample containing said layers. Alloy layers such as CoPt, FePd and FePt may also have magnetisations perpendicular to their planes. Finally, multi-layers comprising alternating layers of two different materials at least one of which is magnetic, such as for example Co 0.6 nm/Pt 1.4 nm, may also have magnetisations perpendicular to the plane.

The cobalt may easily be replaced by an alloy rich in Co (greater than 70%) with for example Fe or Ni or Cr.

An example of forming a multi-layer Co/Pt based magnetic tunnel junction, which may be used in the present invention, is shown in FIG. 4.

More precisely, as can be seen in FIG. 4, said magnetic tunnel junction comprises a reference layer 36 and a storage layer 38 that have a magnetisation perpendicular to the plane of said layers; the reference layer 36 comprises layers 40 in cobalt that alternate with layers 42 in platinum; similarly, the storage layer 38 comprises layers 44 in cobalt that alternate with layers 46 in platinum; the layers 36 and 38 are separated by a tunnel barrier layer 48 in alumina.

By playing on the relative thicknesses of Co and Pt, one can vary the coercivence of the material making up each of the layers 36 and 38 as well as the variation of said coercivence as a function of the temperature. One can also increase the blocking energy of the magnetisation of one of the layers (the reference layer 36) by coupling it to an antiferromagnetic material 50 with high blocking temperature, such as PtMn or PtPdMn.

In this case, the adjacent ferromagnetic layer sees the value of its blocking temperature increase up to the value of that of the antiferromagnetic layer.

Other examples of perpendicular anisotropy multi-layers, which may be used in the invention, are for example Co/Pd, Co/Ni and Co/Ni.

By way of example, FIG. 5 shows that one may obtain a structure with magnetisation perpendicular to the plane, which combines two multi-layers with different coerciveness.

We have plotted the variations in the magnetoresistance MR (in %) as a function of the applied magnetic field H (in kOe) for the structure.

$$NiO_{300}/Co_6/(Pt_{18}/CO_6)_2/Cu_{30}/(CO_6/Pt_{18})_2.$$

In the case of FIG. 5, the increase in the coercivence of one of the multi-layers is obtained by coupling the magnetisation of said multi-layer to an adjacent antiferromagnetic layer (for example, NiO (case of FIG. 5), PtMn, PdPtMn or FeMn).

The same result may be obtained by combining a multi-layer of Co/Pt to an alloy of FePt.

Moreover, each of the abovementioned materials has its own variation of coercive field as a function of the temperature.

FIG. 6 shows, for example, the variations in the Hr reversal field (in Oe) of a multi-layer (Co 0.6 nm/Pt 1.4 nm) as a function of the temperature T (in ° C.) for a "full wafer" wafer, of macroscopic lateral dimension (curve I), and in arrays of pads of submicronic dimensions (curve II).

With the thicknesses of Co and Pt used, the Hr reversal field decreases rapidly with the temperature and virtually cancels itself out at a temperature Tc of around 200° C.

If one increases the thickness of Co at fixed Pt thickness, the reversal field decreases less rapidly, in other words cancels out at a temperature greater than 200° C. Similarly, in the alloy FePt, the reversal field cancels out around 500° C.

10

Therefore, by forming for example a magnetic tunnel junction that combines a multi-layer, formed of alternating layers of Co and layers of Pt, with a FePt alloy electrode, one forms a structure according to the invention. By sending a current impulse through the junction, one raises the temperature of said junction up to around 200° C.

One then cuts the current that is flowing through the junction and, during the cooling of said junction, one applies a weak magnetic field by means of lower or upper conductive lines (see FIG. 7). The magnetisation of the reference layer remains unchanged whereas that of the storage layer orientates itself in the direction of the applied field during the cooling.

More precisely, FIG. 7 illustrates an example of forming a series of several storage elements from tunnel junctions with magnetisation perpendicular to the plane according to the present invention. Said junctions 52a, 52b, 52c and 52d each comprise a reference layer 54, a storage layer 56 and, between these, an insulating or semiconductive layer 58. Said junctions 52a, 52b, 52c and 52d are placed between the switching transistors 60a, 60b, 60c and 60d and a conductive line 62.

Also shown are upper conductive lines, such as the lines 64, 66 and 68, which are located on either side of said junctions.

For the writing of a storage element, for example that which comprises the junction 52b, said junction is heated above the blocking temperature of the storage layer but below the blocking temperature of the reference layer by sending an impulse through the junction.

Moreover, the transistors are put in the blocked state except for the transistor 60b combined with the junction 52b, which is put in the passing state.

The two upper conductive lines 64 and 66 located on either side of the junction to address 52b are supplied by substantially opposite currents to create two magnetic fields 70 and 72 substantially perpendicular to the plane, which add themselves to the level of the junction to be addressed. Said fields serve to polarise the magnetisation of the storage layer during its cooling below its blocking temperature. The magnetisation of the storage layer may take here two states (binary storage).

A second method for achieving the switching during the cooling consists in injecting a current of electrons with polarised spin through the storage layer. A structure that makes it possible to carry out this operation is shown in FIG. 8.

FIG. 8 shows a stack 74 placed between an upper conductive line 76 and a switching transistor 78. The stack comprises, going from the line 76 to the transistor 78, a layer 80 in PtMn, a reference layer 82, an alumina layer 84, a storage layer 86, a copper layer 88, a layer 90 called "polarising" and a layer 92 in PtMn.

The storage layer 86 here comprises a material with perpendicular magnetisation in which the reversal field cancels out around 200° C. such as, for example, a multi-layer (Co/Pt). The reference layer 82 comprises a material in which the reversal field and the magnetisation remain significant at 200° C. such as, for example, FePt. Similarly, the magnetisation of the second magnetic layer of FePt forming the polarising layer 90 remains significant at 200° C.

The principle of magnetic switching is as follows: one applies a current impulse either from the top to the bottom or from the bottom to the top through the tunnel junction.

Said current impulse has a specific profile: it shows its maximum value in a time of around 1 ns to several nanoseconds then drops again progressively to zero in several

US 6,950,335 B2

11

nanoseconds. Said current impulse has the effect, in a first phase, of heating the junction then, in a second phase, during the decrease of the current, in other words during the cooling of the junction, of orientating the magnetisation in a specific direction.

If the current flows from the top to the bottom (in other words if the electrons flow from the bottom to the top), electrons with spin polarised "towards the bottom" are injected into the multi-layer of Co/Pt. Moreover, the electrons that are going to cross the alumina barrier 84 by tunnel effect are preferentially electrons in which the spin is parallel to the magnetisation of the layer 82 of FePt and are thus electrons with spin "towards the top".

This generates, in the multi-layer of Co/Pt, an excess of electrons towards the bottom. Said excess of electrons towards the bottom, cumulated with the injection of electrons towards the bottom from the lower polarising layer, forces the magnetisation of the multi-layer of Co/Pt to orientate itself towards the bottom during its cooling.

On the other hand, if the current flows from the bottom to the top (in other words, if the electrons flow from the top to the bottom), there is an accumulation of electrons "towards the top" in the layer of Co/Pt, which has the effect of forcing the magnetisation of said layer to orientate itself towards the top during its cooling.

We should point out that this magnetic switching principle could also operate without the lower polarising layer but the shape of the current impulse would then be more difficult to adjust to find a good balance between a sufficient reduction of current so that the temperature of the junction drops sufficiently and a sufficient flow of current to be able to polarise the magnetisation of the storage layer during its cooling.

The interest of the additional polarising layer 90 is to make it possible to cumulate the current of electrons with polarised spin coming from the other layer 82 of the tunnel junction and the current of electrons with polarised spin coming from the polarising layer 90.

This structure of the storage element is particularly simple since it only requires, in addition to the addressing transistor and the tunnel junction, one level of conductive line.

In a second embodiment of the invention, the magnetisations of the two layers F1 and F2 are parallel to the plane of the layers or, more precisely, to the interfaces of said layers.

As previously, the magnetic materials making up the magnetic tunnel junction must be chosen in such a way that one has a faster thermal decrease of its coercive field than the other.

The material of the reference layer F2 may be an alloy based on Co, Fe, Ni (for example $CO_{90}Fe_{10}$) and its magnetisation may be pinned by an exchange interaction with an antiferromagnetic material with high blocking temperature (a lot higher than 200° C.) such as PtMn.

The material of layer F1 may be formed of an alloy in which the Curie temperature is reduced in volume to enable the switch over of its magnetisation to be facilitated when said material is heated to around 200° C.

An advantageous means of obtaining this property consists in coupling the magnetisation of the storage layer to an antiferromagnetic layer with low blocking temperature (for example $Fe_{50}Mn_{50}$ or $Ir_{20}Mn_{80}$) in which the blocking temperature is below 200° C. where as the magnetisation of the other magnetic layer (the reference layer) is coupled to an antiferromagnetic layer with high blocking temperature, for example PtMn in which the blocking temperature is greater than 280° C.

This is schematically illustrated in FIG. 9, which shows an example of tunnel junction with planar magnetisation that may be used in the present invention.

12

The reference layer 94 in $Co_{80}Fe_{10}$ is pinned by interaction with an antiferromagnetic layer 96 with high blocking temperature (well above 200° C.), for example in PtMn or NiMn.

The storage layer 98 in $Ni_{80}Fe_{20}$ is coupled to an antiferromagnetic layer 100 with low blocking temperature (between 100° C. and 200° C.), for example in $Fe_{50}Mn_{50}$ or in $Ir_{20}Mn_{80}$ and said layer 98 is separated from the layer 94 by a tunnel barrier 102 in $Al_2O_3$.

It should be noted that one way of lowering the blocking temperature of the antiferromagnetic layer coupled to the storage layer may be to reduce its thickness. Indeed, it is known that the thinner an antiferromagnetic layer, the lower its blocking temperature.

The writing of the information is carried out as previously by sending a current impulse through the junction, which has the effect of heating the material of the storage layer (comprising the adjacent antiferromagnetic layer) to a temperature enabling the reversal of the magnetisation of said layer, whereas the reference layer remains at a sufficiently low temperature for its magnetisation to remain fixed.

This is schematically illustrated in FIG. 10, which shows an example of forming a storage element from a tunnel junction with planar magnetisation according to the present invention.

For the writing, the junction is heated above the blocking temperature of the storage layer 98 but below the blocking temperature of the reference layer 94, by sending a current impulse through the junction, said impulse going along the conductive line 104 to the transistor 106, which is then made passing.

The upper conductive line 108 serves to create the magnetic field 110, which polarises the magnetisation of the storage layer 98 in the desired direction during its cooling. Said magnetisation of the storage layer can only take here two states (binary storage).

For the reasons already given above with regard to other examples, the line 108 is not obligatory: its function may advantageously be performed by the line 104. In this case, one also has to verify that the magnetisation directions of the layers are orthogonal to the direction of the line 104.

This device, in which the storage layer is coupled to an antiferromagnetic layer in which the blocking temperature is lower than the reference layer, has two major advantages.

1) The superparamagnetic stability limit of the storage layer is pushed back in such a way that one can form storage elements of smaller size using this technique.

Indeed, a problem that always appears in the storage of magnetic information in storage elements of small size (submicronic scale) is that of the magnetisation stability vis-a-vis thermal fluctuations (superparamagnetic limit).

If K designates the magnetic anisotropy of the material and V the volume of the magnetic storage layer, the characteristic magnetisation reversal time by going above the energy barrier of height KV is $\tau = \tau_0 exp(KV/(kT))$ where $\tau_0$ is a characteristic test time of around $10^{-9}$ seconds, k the Boltzmann constant and T the temperature.

In order for the information that one writes in the storage layer to remain stable for at least 10 years, the magnetisation itself must remain stable for this period. Consequently, it is necessary for KV/kT>Log (10 years/$10^{-9}$ s), in other words: KV>40 kT.

This imposes a minimum limit to the volume of the storage layer and thus its lateral dimension, in other words a minimum limit to the dimension of the storage element.

On the other hand, if the magnetic storage layer is coupled to an antiferromagnetic layer in which the anisotropy is

US 6,950,335 B2

13

relatively high at ambient temperature but decreases rapidly when one approaches the blocking temperature of said layer (around 200° C.), then the superparamagnetic limit is pushed back.

Indeed, the energy barrier to overcome to reverse the magnetisation of the storage layer at ambient temperature is now equal to $\Lambda(K_yE_y+K_aE_a)$ where $\Lambda$ designates the common area of the magnetic storage layer and the antiferromagnetic layer, $E_y$ and $E_a$ respectively designate the thicknesses of said storage and antiferromagnetic layers and $K_y$ and $K_a$ respectively designate their magnetic anisotropies.

Since the anisotropy $K_a$ of the antiferromagnetic material is normally a lot lower than that $(K_y)$ of the ferromagnetic layer at ambient temperature, it appears that the condition of stability $\Lambda(K_yE_y+K_aE_a)>40$ kT could be satisfied for much smaller dimensions than if the magnetic storage layer was alone.

Typically, the term $K_aE_a$ may be 100 times higher at ambient temperature than the term $K_yE_y$. This implies that the area of the junction may be 100 times smaller while at the same time remaining above the superparamagnetic limit. Consequently, this makes it possible to attain much high integration densities.

It should be pointed out that it is also possible to use this coupling of the storage layer to an antiferromagnetic layer at low Néel temperature in the case previously described of magnetic layers with magnetisation perpendicular to the plane. Here again, the superparamagnetic limit will be pushed back towards the smallest dimensions at ambient temperature.

2) The second very important advantage resulting from the use of a storage layer coupled to an antiferromagnetic layer is to be able to achieve a multilevel storage of the information.

Indeed, with the junctions of the prior art, a storage element has two possible states that correspond to the two magnetic configurations parallel and antiparallel, said configurations corresponding respectively to parallel and antiparallel alignments of the magnetisation of the storage layer in relation to that of the reference layer.

These bistable type systems are obtained by giving to the storage layer a magnetic anisotropy of magnetocrystalline or shape (storage element, for example, of elliptic shape) origin, with an easy magnetisation axis parallel to the magnetisation of the reference layer.

In the present invention, the magnetisation of the storage layer may advantageously be orientated in any intermediate direction between the direction parallel and the direction antiparallel to the magnetisation of the reference layer.

To achieve this, it is sufficient to heat the storage layer and the adjacent antiferromagnetic layer above the blocking temperature of said layer, by sending a current impulse through the junction, then orientating the magnetisation of the storage layer in the desired direction during the cooling of the antiferromagnetic layer.

In order to give the desired orientation to the magnetisation of the storage layer, it is necessary to apply a local magnetic field to said layer in the desired direction. To achieve this, two possibilities exist:

1) One may use an architecture in which the magnetic switching is achieved by sending current impulses in the perpendicular conductive lines, which are respectively situated above and below said storage element.

Said lines make it possible to generate magnetic fields along two perpendicular directions. By playing on the relative intensity of the current flowing in the two lines, one can generate a magnetic field in any direction to the plane.

14

This is illustrated schematically in FIG. 11, which shows an example of forming a storage element from a tunnel junction with planar magnetisation according to the present invention.

For the writing, the magnetic tunnel junction is heated above the blocking temperature of the storage layer 112 but below the blocking temperature of the reference layer 114, by sending a current impulse through the junction.

The upper 116 and lower 118 conductive lines serve to create magnetic fields 120 and 122 along two perpendicular directions in the plane, which makes it possible to polarise the magnetisation of the storage layer 112 in any desired direction in the plane of the junction, during its cooling.

As we have already explained above with regard to FIG. 10, the line 116 is not indispensable: it may be replaced by the line 124.

The magnetisation of the storage layer may therefore take here more than two states (multilevel storage).

In FIG. 11, the reference 123 designates the tunnel barrier layer. Also shown are the conductive line 124 and the switching transistor 126 between which the junction is placed and which makes it possible to make a current flow through said junction when the transistor operates in saturated mode.

2) One can also use the combination of a magnetic field created as previously, by making a current flow in a conductive line situated above or below the tunnel junction, with the magnetic torque exerted by the injection of a current of electrons with polarised spin through the tunnel junction, in the magnetic storage layer.

In this case, the magnetisation of the magnetic layer creating the polarisation of the spin of the electrons injected must be substantially perpendicular to the magnetic field generated by the current flowing in the conductive line.

It is also important in this case to ensure that the current density necessary for orientating the storage layer in the desired direction is substantially lower than that which is necessary for the heating of the junction in such a way that the junction is indeed in a cooling phase below the blocking temperature of the antiferromagnetic layer coupled to the storage layer during the writing process.

The writing is carried out by measuring the level of resistance of the junction.

Indeed, the resistance varies according to the law

$$R=R_{par}[1+(\Delta R/R_{par})(1-\cos(\theta_s-\theta_p))/2]$$

where $\theta_s$ and $\theta_p$ respectively represent the angles marking respectively the magnetisations of the storage layer and the pinned layer, or reference layer, in the plane of the junction. $\Delta R/R_{par}=(R_{ara}-R_{par})/R_{par}$ is the total magnetoresistance amplitude.

The reading of the level of intermediate resistance between the parallel resistance $R_{par}$ and the antiparallel resistance $R_{ara}$ therefore makes it possible to determine the direction of the magnetisation of the storage layer.

In the structures described previously, it is possible to insert thin layers of another material at the interface between the magnetic layer and the tunnel barrier layer.

Said thin layers may be magnetic layers, intended to reinforce the polarisation of the electrons in the neighbourhood of the interface with the tunnel barrier layer, or non magnetic layers making it possible to form quantum wells depending on the spin in the neighbourhood of the tunnel barrier layer or to increase the magnetic decoupling of two magnetic layers on either side of the tunnel junction.

What is claimed is:

1. Magnetic device comprising a magnetic tunnel junction that comprises:

US 6,950,335 B2

15

a first magnetic layer forming a reference layer and having a magnetisation of fixed direction,

a second magnetic layer forming a storage layer and having a magnetisation of variable direction, and

a third layer that is semiconductive or electrically insulating and which separates the first layer from the second layer,

wherein the blocking temperature of the magnetisation of the storage layer is lower than the blocking temperature of the magnetisation of the reference layer and in that the device further comprises:

means for heating the storage layer to a temperature higher than the blocking temperature of the magnetisation of said storage layer, said means for heating the storage layer being means provided to make an electric current flow through the magnetic tunnel junction, and

means for applying, to said storage layer, a magnetic field capable of orientating the magnetisation of said storage layer with respect to the magnetisation of the reference layer, without modifying the orientation of said reference layer.

2. Device according to claim 1, in which the blocking temperatures of the storage and reference layers have values greater than the value of the operating temperature of the device outside of heating of the tunnel junction.

3. Device according to claim 1, in which the magnetisation of each of the storage and reference layers is substantially perpendicular to the plane of said layers.

4. Device according to claim 3, in which the storage layer is a Co—Pt or Co—Pd alloy mono-layer or a multi-layer formed by a stack of layers of Co alternating with layers of Pt or Pd in such a way that the coercive field of the storage layer rapidly decreases when the temperature increases.

5. Device according to claim 3, in which the storage layer is a mono-layer in cobalt rich alloy with iron or nickel or chromium and platinum or palladium, or a multi-layer formed by a stack of cobalt rich layers with iron or nickel or chromium, alternating with layers of Pt or Pd in such a way that the coercive field of the storage layer rapidly decreases when the temperature increases.

6. Device according to claim 1, in which the magnetisation of each of the storage and reference layers is substantially parallel to the plane of said layers.

7. Device according to claim 1, further comprising a first antiferromagnetic layer combined with the reference layer.

8. Device according to claim 7, in which the blocking temperature of the magnetisation of said first antiferromagnetic layer is higher than the blocking temperature of the storage layer.

9. Device according to claim 1, in which the reference layer is a multi-layer comprising two magnetic layers and an intermediate layer in Ru or Re or Ir or Rh, the two magnetic layers being separated by the intermediate layer and coupled in an antiparallel manner by interaction through said intermediate layer.

16

10. Device according to claim 1, further comprising a second anti ferromagnetic layer coupled to the storage layer by exchange anisotropy.

11. Device according to claim 10, in which the blocking temperature of the magnetisation of said second antiferromagnetic layer is lower than the blocking temperature of the reference layer.

12. Device according to claim 1, in which the means for applying a magnetic field to the storage layer comprise means of injecting, in said storage layer, a current of electrons in which the spin is polarised.

13. Memory comprising a matrix of storage elements that are addressable by addressing lines and columns, wherein each storage element comprises:

a magnetic device according to claim 1, and

a means of current switching placed in series with said magnetic device,

each magnetic device being linked to an addressing line and each means of switching being linked to an addressing column.

14. Method for writing information in a magnetic device according to claim 1, in which:

one heats the storage layer to a temperature higher than the blocking temperature of the magnetisation of said storage layer, and

during the cooling of the storage layer, one applies to said storage layer a magnetic field capable of orientating the magnetisation of said storage layer with respect to the magnetisation of the reference layer, without modifying the orientation of said reference layer.

15. Method according to claim 14, in which the value, seen by the reference layer, of the magnetic field applied during the storage, is less than the value that the magnetic field for reversing the magnetisation of the reference layer takes at the maximum temperature attained by said layer during the heating of the junction.

16. Method according to claim 14, in which the storage layer is coupled to an antiferromagnetic layer by exchange anisotropy and one heats the storage layer and said antiferromagnetic layer to a temperature higher than the blocking temperatures of the magnetisation of said layers and, during the cooling of the antiferromagnetic layer, one orientates the magnetisation of the storage layer in any direction whatsoever predefined by the direction of magnetisation of the magnetic field applied during the cooling.

17. Method for reading information memorised in the magnetic device according to claim 1, in which

one determines the resistance value of the magnetic tunnel junction, and

one deduces the orientation of the magnetisation of the storage layer from said resistance value.

\*    \*    \*    \*    \*

# EXHIBIT 14

JUL-19-2004 MON 02:39 PM CONLEY ROSE & TAYON        FAX NO. 5127031250            P. 08
    JUL. 1. 2004  4:09PM    PE CYPRESS 408 2324510                    NO. 557    P. 1

PATENT
5298-10700/SMS02002

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of: | § | Group Art Unit: 2824 |
| Ounadjela | § | |
| | § | Examiner: Luu, P. |
| | § | |
| Serial No.: 10/281,603 | § | Atty. Dkt. No.: 5298-10700 |
| | § | |
| Filed: October 28, 2002 | § | |
| | § | |
| For: HIGH DENSITY MRAM USING | § | |
| THERMAL WRITING | § | |

I hereby certify that this correspondence is being transmitted via facsimile or deposited with the U.S. Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313, on the date indicated below.

July 19, 2004
Date                    Kevin L. Daffer

## DECLARATION UNDER 37 C.F.R. § 1.131

Commissioner for Patents
Washington, D.C. 20231

I, Kamel Ounadjela, hereby declare and state that:

1.    I am a named inventor in the above-identified patent application, which is U.S. Patent Application No. 10/281,603, filed on October 28, 2002.

2.    I have been informed that in the present application, certain claims have been rejected in reference to U.S. Patent Application No. 2004/0001360 to Subramanian et al., which was published on January 1, 2004 and was filed on June 28, 2002.

1

8/31

## CONCEPTION

3.    As supported below, I conceived of the subject matter claimed in the present application within the United States before June 28, 2002. The subject matter includes a memory cell with a magnetic junction having an aspect ratio less than approximately 1.6.

4.    Exhibit A attached hereto is a true copy of an invention disclosure form and attached pages which bear dates before June 28, 2002 corresponding to the conception of the invention. The actual dates for the first drawings, the first written description and first oral disclosure to others have been redacted.

5.    Page 5 of Exhibit A describes the subject matter of the presently claimed case including a magnetic cell junction having a circular shape and, therefore, having an aspect ratio less than approximately 1.6.

## REDUCTION TO PRACTICE AND DILIGENCE

6.    From at least a time just prior to June 28, 2002 through the filing of the application on October 28, 2002, plans were undertaken to prepare the captioned patent application, which was commissioned to Kevin Daffer at Conley Rose, P.C. I did not abandon, suppress, or conceal the ideas set forth in the claimed invention during at least the time beginning just prior to June 28, 2002 through the filing of the application on October 28, 2002.

7.    Upon information and belief, it is my informed understanding that diligence in reducing the invention to practice was therefore maintained from at least as early as just prior to June 28, 2002 through the filing of the application on October 28, 2002.

2

9|31

8.     I hereby declare that all statements made of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Kamel Ounadjela

Date: July 1st 2004.

3

10/31

CYPRESS SEMICONDUCTOR    *EXHIBIT A*

## Document History Page

Document Title:    CYPRESS SEMICONDUCTOR INVENTION DISCLOSURE FORM
Document Number:    27-00030

## 1. INVENTOR(S)                          DISCLOSURE NO:_____

A. Name__Kamel  Ounadjela_ CY Initials___KNO___  Empl. No. __11958_____  Ext. No._4566__

Citizenship __French_____  Dept #_MRAM_____  Home Phone No. _650-610-9777__

Home Mailing Address  _2211 Lake Road, #202, Belmont, CA  94002, USA_____

## 2. TITLE OF INVENTION:  High Density MRAM using Thermal Writing

## 3. CONCEPTION OF INVENTION

A. Date of first drawing or drawings __ *Redacted*_____
   Where can first drawing be found __ KNO notebook 1_____

B. Date of first written description ___ *Redacted*_____
   Where is description found ___ KNO notebook 1_____

C. Date of first oral disclosure to others: *Redacted*_____
   To whom? _____

## 4. CONSTRUCTION OF DEVICE

A. Date Completed _____
B. Was prototype made? _____
C. By whom made? _____
D. Where can the prototype be found? _____

## 5. TEST OF DEVICE

A. Date: _____  Witness(es): _____
B. Results: _____

## 6. SALE

A. Was invention sold or offered for sale?  Yes___ No_x_
B. Was invention used to make, assemble or test a commercial product? Yes___ No_x_
C. Will invention be sold, offered for sale, sampled, or used to make, assemble or test a commercial product? Yes_x_ No___
D. Actual or estimated date of first sale, offer or commercial use _____x_____
E. Is invention part of a product for which there is a data sheet? Yes___ No_x__ (If yes, attach a copy)
F. Actual or estimated date of publication, release or availability of data sheet ____x_____

## 7. USE

A. Is invention presently being used? Yes_____ No_x__

Document No. 27-00030 Rev. Neel Writing                      Page 1 of 15                11/31

**CYPRESS SEMICONDUCTOR**          ## Document History Page

Document Title:        CYPRESS SEMICONDUCTOR INVENTION DISCLOSURE FORM
Document Number:    27-00030

...

   B.  In what product or process is invention presently being used? x

...

---

   Are there specific plans for its use in near future? In what products or processes?
   _____yes, MRAM products_____

8.  **RELATED PRINTED PUBLICATIONS, PATENTS, PATENT APPLICATIONS**
   __None

---

9.  **WAS INVENTION** Conceived (Yes_____ (No_x__    Constructed (Yes_____ (No_x__ Tested (Yes_____
   (No__x_ during performance of Government Contract?

   Contract Number _____
                     (Give Full Contract Number)

CYPRESS SEMICONDUCTOR

## Document History Page

Document Title:      CYPRESS SEMICONDUCTOR INVENTION DISCLOSURE FORM
Document Number:     27-00030

**General purpose of invention:   State in general terms the objects of the invention.**

The present invention provides a way for increasing the memory density in MRAM devices. The driving force of this invention is to use a memory cell which size comprising the transistor and the magnetic element is lower than $0.5um^2$, which can be written and read reliably. In conventional MRAM architecture, the total surface area of the cell is driven by the size of the magnetic cell. Usually, the magnetic cell has a uniaxial anisotropy which defines the direction of the magnetization. This anisotropy is set by the shape of the magnetic particle and is controlled by the width of the particle (above $0.2\mu m$) and a large aspect ratio above 1.6 to increase the selectivity between selected and unselected cells during the writing sequence. This severely limits the use of this architecture for high density memories.

The breakthrough of this invention is that the select/unselect writing distribution used in other architectures is overcome by using a combination of heat and magnetic field at the local selected cell for the writing procedure. Unlike the previous architecture, this concept works only for very small magnetic volume (small diameter below 200nm) and no shape constraints which makes them very suitable for high density memories. The magnetic cell consists of a storing layer which has a large unidirectional anisotropy which does prevent the use of shape anisotropy. The basic principle for writing is based on producing first the heat in the junctions and more specifically next to the soft layer by flowing a large tunneling current along the junction perpendicular to the plane (the same way the reading is performed) immediately followed by a magnetic field produced by the current flow using either the bit line or the digit line (the DL is not essential in this specific architecture which would allow if not used to save one metal line in this new technology).

How this works better than the previous scheme is based on two main features:

Programming:

- The principle of programming the information using this new scheme occurs in two sequential procedures. First, the AF layer adjacent to the soft layer is heated above its blocking temperature. This allows decoupling the soft layer and the AF layer making the reversal process of the magnetization of the soft layer occurring at much lower field. The local

**CYPRESS SEMICONDUCTOR**

## Document History Page

Document Title:     CYPRESS SEMICONDUCTOR INVENTION DISCLOSURE FORM
Document Number:    27-00030

heat is produced by flowing the current along the tunnel junction. Theoretical simulations based on solving the heat equation (appendix 1) have shown that an increase of $\Delta T=200C$ within 1ns is achievable using the design constraints of the memory cell. The second step is to produce a magnetic field on the bit line or the digit line during the cooling of the junction.

**Memory Density:**

- **Magnetic Dot.**

The size of the cell drives the memory density of the MRAM die. To make it small, both the CMOS transistor and the memory element need to shrink. The limiting factor for shrinking the size of the memory element is the superparamagnetic limit at which the thermal fluctuation flips the magnetic moment within the thermal operating range. This fundamental limit is given by thermal flipping of the bits as the magnetic volume of the dot becomes smaller and the energy barrier $\Delta E$ becomes comparable with $k_B T$. Eventually, this superparamagnetic limit is reached, where each dot stay magnetized but their orientations fluctuate thermally. For estimating the flip rate R, a simple thermally activated process can be used, where an attempt frequency f (can be understood as the flipping time) is multiplied by the probability per attempt given by the Boltzmann factor $R = f \exp(-\Delta E/k_B T)$. The energy $\Delta E$ in the exponent dominates the flip rate. An estimate for the barrier can be obtained from the energy of the magnetic moment $M_s V$ (Magnetization times Magnetic Volume) in the demagnetizing field $H_d$ given by $\Delta E=1/2$ ($M_s V \times H_d$). For a uniform rotation of the magnetization in any magnetic particle, $H_d$ would correspond to the shape anisotropy in the soft layer. For an elliptic shape particle with an aspect ratio of 1.6, the minimum width below which thermal effects would have significant interferences is about 200nm. To further decrease the size, the anisotropy in the soft layer needs to increase. The drawback of this is that the switching field, for which the magnetic dot is being written, tracks the anisotropy field and larger currents would be needed for the writing procedure. This invention proposes to reduce further the dimension of the dot down to the superparamagnetic limit and couples the soft layer with an antiferromagnetic layer, which main role is to induce a large unidirectional anisotropy. This anisotropy field is now the dominant contribution to the demagnetizing field and

**CYPRESS SEMICONDUCTOR**

# Document History Page

Document Title:        CYPRESS SEMICONDUCTOR INVENTION DISCLOSURE FORM
Document Number:    27-00030

allows increasing drastically the energy barrier $\Delta E$ within the operating temperature range. The proposed tunnel junction stack is shown in Fig. 1. It consists of a conventional hard layer pinned with a high temperature AF layer and the new soft layer coupled with a low temperature AF layer. This new structure is thermally stable below the blocking temperature, this temperature being adjusted by the chemical nature of the material and its thickness. For instance, 50A thick IrMn has a blocking temperature of 180C and provides a pinning field of 400 Oe for CoFe10A /NiFe15A. This allows the magnetic dot to be thermally stable for dimension down to 0.1μm.

As described above, the addition of the AF layer next to the soft layer makes the cell thermally stable within the operating range [-40C, 150C] for reading operation. However, the cross point architecture for the writing cannot be used anymore because the switching field of the storing layer would be too high above 100 Oe, and the writing would need current above 10mA. Indeed, the switching field tracks the anisotropy field, which can be as large as 400 Oe. The concept for writing such structures lies on the fact that this unidirectional anisotropy decreases when increasing the temperature and eventually drops to zero at the blocking temperature of the antiferromagnetic layer (Fig. 3).

In short, using this structure for the soft layer allows two significant advantages. First, the anisotropy in the magnetic cell is not shape driven, so the shape of the dot can be a circular disk. Second, this new structure needs to be very small, smaller than the superparamagnetic limits, smaller than 200nm for a 20A CoFe soft layer.

Both of these advantages are suitable for smaller MRAM cells, so large memory density.

The writing procedure for such new devices needs two steps, which are described as follows:

**First, Heating the device:**

    The low temperature AF layer next to the storing layer needs to be heated above its blocking temperature, which can be tuned between 150C and 250C. To provide such heat in the system, we propose several possibility.

15/31

CYPRESS SEMICONDUCTOR

## Document History Page

Document Title:      CYPRESS SEMICONDUCTOR INVENTION DISCLOSURE FORM
Document Number:    27-00030

1. The heat is provided by forcing the current along the junction as shown in Fig. 4. Theoretical predictions using the heat equation have shown that a change in temperature up to 150C can be provided within 1ns using a current density of $5 \times 10^5 A/cm^2$. The heat needs to be concentrated at the IrMn layer and for this purpose a high thermal conductor such as W is added in the structure with a common interface with the low blocking temperature AF layer (Fig. 5).

2. The major challenge in this technology is to be able to heat the IrMn above the Blocking temperature. To concentrate the heat where the Low temperature AF layer is located in the stack junction, this layer needs to be surrounded with layer which thermal conductivity will favor the heat at this particular location in the stack. Several improvements in the stack structure are proposed:

   a.  The bit line structure: The junction stack as shown in Fig. 3 is in direct contact with the bit line. To avoid the heat to be distributed in the bit line, this line will be made of a metal sandwich, Low thermal conductor Ta for instance /High electrical conductivity metal such as Al or Cu, with the Ta in direct contact with the junction (Fig. 4). In addition to that, the junction should be buried in a low thermal conductor such as SiO2 to allow the heat to be dissipated along the metal layers.

   b.  The junction stack structure: Additional layers with high thermal conductivity need to be in direct contact with the LT AF layer to concentrate the heat. W is a good candidate and a stack example is given: Hard layer/ Al2O3 20A/CoFe 20A/IrMn 50A/W 100A (Fig. 4).

   c.  Heat concentrator: Another way to concentrate the heat at the low temp AF layer location is to add an additional insulator layer with a large thermal conductivity interfacing this layer. The stack consists on the following structure Hard layer/ Insulator1 (al2O3 20A)/Storing layer (CoFe 20A)/LT AF (IrMn 50A)/Insulator 2 (Al2O3 10A)/HT conductor (W 100A) (Fig. 5). The advantage of utilizing two

Document No. 27-00030 Rev. Neel Writing                                    Page 6 of 15

CYPRESS SEMICONDUCTOR

## Document History Page

Document Title:        CYPRESS SEMICONDUCTOR INVENTION DISCLOSURE FORM
Document Number:    27-00030

insulators sandwiching the LT AF layer is that the heat remains concentrated at the interfaces increasing the effect of the heat current. The other significant advantage is to be able to add a resistor in series with the junction by having an additional tunneling layer which would allow to increase the applied voltage on the junction and as a consequence increase the allowed current density.

3. To be able to provide an increased change of temperature, complementary heat can be provided using the digit line. The digit line will consist then on a high thermal conductor such as W in which a large current density can be applied (Fig. 4). To distribute the heat to the junction, the insulator on top of the digit line should consist of a thin high thermal conductor such as Al2O3. Previous works have shown that thin Al2O3 gaps down to 100A thick, made using atomic layer deposition (CVD technique) would be an excellent candidate. The advantage of such a scheme is that complementary heat will be provided to the selected junction in addition to the heat provided by the current flowing within the junction. The drawback of this scheme is that all junctions on this line will be heated, however the additional heat provided by the current flowing within the selected junction defines the writing selection.

Second, writing with a magnetic field:

The array of MTJ includes either only one set of parallel electrically conductive lines that function as parallel bit lines or two sets of lines depending on the scheme used to heat and write the junctions. In the case that only one set of lines are present, the current flowing in the electrical line give rise to a magnetic field which is sensed by all MTJ underneath this metal line. For instance, flowing 3mA of current in the 200mm line width induces a field of about 20 Oe. The writing is defined by the direction of the magnetization in the storing layer. The beauty of this concept is that only the storing layer magnetization in the selected MTJ (the MTJ which is heated) will be oriented along the direction of the external magnetic field. This defines the way selectivity of the writing is provided using this concept. The margin of the selectivity between the select and unselect cells is infinite since only the

CYPRESS SEMICONDUCTOR

## Document History Page

Document Title:       CYPRESS SEMICONDUCTOR INVENTION DISCLOSURE FORM
Document Number:    27-00030

selected cell is heated, making the storing layer sensitive to the small external field during the writing.

-   **The transistor:**

The memory cell architecture generally is composed of the MTJ in series with an isolation transistor and the intersection with the digit and the bit lines. The isolation transistor is usually a N-channel field effect transistor. An interconnect stack connects the isolation transistor to the MTJ device and to the bit line, the digit line being buried in the oxide (Fig. 2). All MTJ elements, transistors and contacts are vertically arranged to minimize total MRAM surface area.

In this new architecture, the technique for sensing the binary state of the storing element consists of measuring the resistance of a selected memory cell in the MRAM. The MTJ element has two stable magnetic states which corresponds to the two parallel/antiparallel magnetizations orientations of the storing ferromagnetic layer in the MTJ. These two stable magnetic states cause two different values of resistance to current passing through the tunnel barrier of the MTJ. Passing a current through the MTJ and transistor and measuring the voltage across the MTJ detect the memory state of the memory cell. Usually the current passing through the transistor is in the range of 25 µA which defines the size of the CMOS transistor.

In the new architecture, the current flowing through the transistor is larger since in addition to the reading, part of the writing sequence requires current up to 300µA to flow through the transistor. Shrinking further the transistor size requires to use a vertical CMOS transistor in which the gate is vertical instead of lateral.

-   For increasing the memory density, the magnetic bits needs to occupy a small area. The area taken by the bit than what is ... The structure of the magnetic memory element is composed of a hard magnetic layer, usually CoFe/Ru/CoFe pinned using a high temperature antiferromagnet (AF) (in the range of 350C), already present in the conventional MRAM architecture, and a soft layer usually CoFe/NiFe, pinned using a low Neel temperature AF (in the range of 200C), not present in the conventional architecture. The role of those AF layers is to set the direction of the magnetization of the soft and hard layer, and second to

CYPRESS SEMICONDUCTOR

## Document History Page

Document Title:      CYPRESS SEMICONDUCTOR INVENTION DISCLOSURE FORM
Document Number:    27-00030

> induce a large unidirectional anisotropy in the system. Because of this large anisotropy in the soft layer, the

- The selected bit is written using first heat and then a directional field to write the element. The current flows vertically in the memory element to heat the low temp

## Describe old technology, if any, for performing the function of the invention. Provide references, if available.

In a non-volatile magnetic memory, the magnetic cell includes a small magnetic element based on a magnetic tunnel junction (MTJ), a digit line and a bit line. The memory cell architecture generally is composed of the MTJ in series with an isolation transistor and the intersection with the digit and the bit lines. The isolation transistor is usually a N-channel field effect transistor. An interconnect stack connects the isolation transistor to the MTJ device and to the bit line, the digit line being buried in the oxide.

The MRAM employs the tunnel magnetoresistance for operation. The reading operation is defined by the orientation and direction of the magnetization in the storage layer. To set the magnetization along one direction at rest, an easy axis of the magnetization is induced by the magnetic tunnel junction shape which has usually an aspect ratio larger than 1. Both logic '0' and '1' states are defined by the direction of the long axis called the easy axis of the magnetization, both being oriented at 180 deg from each other.

As disclosed in US patent No: 5640343, the array includes a first set of parallel electrically conductive lines that function as parallel digit lines and a second set of parallel electrically conductive lines that function as parallel bit lines. Bit lines are usually oriented perpendicular to the digit line, the MTJ memory being located at each intersection region between the intersecting lines. Sending currents through the corresponding digit and bit line of the selected MTJ dot performs the writing of the MTJ cell in such array. Two currents provided in the digit and bit lines give rise to a magnetic field at the cross point of the selected cell, the vector sum of those two fields being larger by approximately SQRT(2) than the field obtained by solely the bit or the digit lines currents. This defines the way

**CYPRESS SEMICONDUCTOR**

## Document History Page

Document Title:    CYPRESS SEMICONDUCTOR INVENTION DISCLOSURE FORM
Document Number:   27-00030

selectivity of the writing is provided using this concept. The margin of the selectivity between the select and unselect cells is defined by:

1) The difference in both the magnitude and direction of magnetic fields sensed by the select and unselect cells.

2) The difference in switching fields between select and unselect cells.

### Indicate the disadvantages of the old technology.

To allow repeatable switching characteristics for each cell within the array, the reversal mechanism of the magnetization should be the same for all dots. Micromagnetic calculation for elliptic shape have shown that if the long axis dimension is smaller than 1μm, no domain walls will be formed and the reversal mechanism will follow a single domain reversal. When decreasing the size of the dots, the mechanism of magnetization switching becomes very sensitive to variations in size, shape and defects because it induces reversal in magnetization which differs from cell to cell. Indeed, variation in size and shape together with the presence of local defects at the edges are likely to randomly set the equilibrium state. Consequently there is likely large variation in the switching fields of the magnetic devices in the memory array. The variation may be so large that it becomes difficult to write a selected cell without affecting the state of half selected cells which are located along the bit line and digit line of the selected cell, and sensing only one field direction. The problem is likely to become more severe as the size of the memory cells decreases and there is a consequent larger relative variation in shape and size of the cells.

### Describe your invention and its construction, showing the changes, additions and improvements over the old method.

This invention describes the use of heating the soft layer before applying the writing magnetic field. The main advantage of this technique is that it does allow to write only the selected cell without affecting the unselected cells.

This new writing schema allows avoiding the selectivity issues present in the conventional technology. Two issues are critical:

CYPRESS SEMICONDUCTOR

## Document History Page

Document Title:      CYPRESS SEMICONDUCTOR INVENTION DISCLOSURE FORM
Document Number:     27-00030

1. The MTJ should consist on a hard and a soft layer both with magnetization antiparallel at rest. The heat provided by the current traveling along the junction should change by at least 150C at the level of the low blocking temperature antiferromagnet. Several schemes have been proposed which should in principle allow such temperature change.

2. The storing layer should consist of a soft ferromagnet in contact with an antiferromagnet to build the unidirectional anisotropy. The big challenge here is to set reliably the blocking temperature of the antiferromagnet between 150-200C.

## Give details of its operation (i.e., how is your invention used?), if not already described under 4.

This invention (see the operating sequence procedure for writing bits Figure 6) will increase the operation window for the writing procedure without affecting the unselected bits.

As already mentioned above, the switching field is driven by the reversal mechanism. The unidirectional anisotropy sets by the antiferromagnet within the temperature operating range [-40C,80C] requires a large external field to enable writing the bits, over what can be provided by the bit and digit lines. So heating the antiferromagnet over its blocking temperature is essential to enable writing the selected bits. In this dimension range below 200nm for a 20A thick CoFe layer, when the temperature reaches the blocking temperature of the antiferromagnetic layer (IrMn 50A thick), the storing layer is in its superparagnetic limit and a very small external field enables orient the magnetization along the desired direction. The programming sequence follows then two steps as shown in Fig. 6. The first step enables to heat the IrMn above its blocking temperature. Simulations of the stack described in Fig. 4 have shown that a pulse current of 300μA enables an increase of temperature of about 150C. The second pulse enables

Document No. 27-00030 Rev. Neel Writing                              Page 11 of 15

CYPRESS SEMICONDUCTOR

## Document History Page

Document Title:     CYPRESS SEMICONDUCTOR INVENTION DISCLOSURE FORM
Document Number:    27-00030

to generate a magnetic field to orient the magnetization of the magnetic dot along the desired direction.

**State the advantages of your invention over what has been done before:**

The advantages of this invention can be listed as follows:

- Increase the selectivity between the selected/unselected bits

- Decrease the needed current for writing bits. Since the writing occurs during the temperature decrease of the heated element, it is very likely that the needed current will be at the edge of the superparamagnetic limit, which would correspond to the lowest required current.

- Allow to build arrays of MTJ with circular disk shape instead of shapes which has usually an aspect ratio larger than 1. The second advantage is that the dimension of the dot needs to be very small and should allow the magnetic storing layer to be below the superparamagnetic limit when the temperature rises the blocking temperature of the antiferromagnet. In short, nothing prevents the technology to be scaled down below 100nm while any other schemes are scaling limited.

**Indicate any alternate component(s) and/or method(s) of construction.**

**Describe the features that are believed to be new.**

The new features of this invention are the following:

- Storing layer consisting of a ferromagnet and an antiferromagnet in contact (figure 1).

- Writing procedure: 2 steps are needed, first heating the antiferromagnet above its blocking temperature and second utilizing

**CYPRESS SEMICONDUCTOR**
## Document History Page

Document Title:     CYPRESS SEMICONDUCTOR INVENTION DISCLOSURE FORM
Document Number:     27-00030

the magnetic field provided by the current on the bit/digit line to write the magnetic cell (see operating sequence shown in Fig. 6).

- Using the vertical current for providing the heat.

- Using the complementary heat provided by the digit line (Fig. 5).

- Using the MTJ with two insulators layer to increase the junction resistance which would enable larger applied voltage at the junction nodes.

- Using a vertical transistor for enabling shrinking the transistor size and still providing a large current for heating. For example, the current 0.13μm technology enables about 400μA to travel through a transistor 1μm wide. This is the limiting factor for shrinking further this technology. The solution provided in this inventiuon is to use as a bypass a vertical N channel MOSFET transistor technology which allows to allow larger current densities that the longitudinal technology for small sizes.

**CYPRESS SEMICONDUCTOR**

# Document History Page

Document Title:     CYPRESS SEMICONDUCTOR INVENTION DISCLOSURE FORM
Document Number:    27-00030

**— FOR ANSWERS TO THE FOLLOWING QUESTIONS, USE THE REMAINDER OF SHEET AND THE ATTACHED SHEET(S).**

1.    General purpose of invention.  State in general terms the objects of the invention.

2.    Describe old technology, if any, for performing the function of the invention.  Provide references, if available.

3.    Indicate the disadvantages of the old technology.

4.    Describe your invention and its construction, showing the changes, additions and improvements over the old method.

5.    Give details of its operation (i.e., how is your invention used?), if not already described under 4.

6.    State the advantages of your invention over what has been done before.

7.    Indicate any alternate component(s) and/or method(s) of construction.

8.    If a joint invention, indicate what contribution was made by each inventor.

9.    Describe the features that are believed to be new.

10.   State opinion of relative value of invention.

11.   After the disclosure is prepared, it should be signed by the inventor(s) and then read and signed by two witnesses in the space provided at the bottom of each sheet.  Forward an electronic copy of this form, as well as a paper copy bearing original signatures, to the Intellectual Property Department.

Document No. 27-00030 Rev. Neel Writing                    Page 14 of 15

Page 14/21

24/31

PAGE 24/31 * RCVD AT 7/19/2004 4:43:35 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-1/1 * DNIS:8729306 * CSID:5127031250 * DURATION (mm-ss):19-08

JUL-19-2004 MON 02:49 PM CONLEY ROSE & TAYON          FAX NO. 5127031250                P. 25

**CYPRESS SEMICONDUCTOR**

## Document History Page

Document Title:      CYPRESS SEMICONDUCTOR INVENTION DISCLOSURE FORM
Document Number:   27-00030

Document No. 27-00030 Rev. Neal Writing                           Page 15 of 15

Page 15/21                                                                        25/31

PAGE 25/31 * RCVD AT 7/19/2004 4:43:35 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-1/1 * DNIS:8729306 * CSID:5127031250 * DURATION (mm-ss):19-08

JUL-19-2004 MON 02:50 PM CONLEY ROSE & TAYON        FAX NO. 5127031250        P. 26

Figure 1: Sketch of the Stack design for the heat writing. The basic components of the new structure stack consists of coupling the soft layer with a low temperature AF such as a thin IrMn layer. The blocking temperature for IrMn is in the range of 150-200C compared to 350C for 200A thick PtMn layer.



BEST AVAILABLE COPY

26/31

Figure 2: This figure shows sketches of single memory cells based on magnetic tunnel junctions (MTJ) and their implementation in an array of addressing lines represented by yellow wires. Each magnetic or metal layer of the MTJ is represented in grey while tunnel barriers are represented in blue. This scheme is the conventional architecture in which the memory cell uses a semi-conductor CMOS (brown in the sketch) transistor to avoid current shortcuts in the array.



BEST AVAILABLE COPY

Page 17/21

27/31

BEST AVAILABLE COPY

Figure 3: Architecture similar to the one used today using a bit line and digit line. The bit line is used for producing the heat current perpendicular to the plane as shown in the scheme, the same way it is produced during the read procedure. The current density produced for the heat can be as large as $10^8$ A/cm². The field to orient the magnetization after the heat pulse can be produced by the bit line and/or the digit line. See the pulse sequence Fig. 6.



PAGE 28/31 * RCVD AT 7/19/2004 4:43:35 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-1/1 * DNIS:8729306 * CSID:5127031250 * DURATION (mm-ss):19-08

Figure 4: Technology uses only two metal lines and the architecture is drastically different than the one used today. The technology utilizes only a bit line and no cross point structure anymore. The bit line is used for producing the current perpendicular to the plane as shown in the scheme, the same way it is produced during the read procedure. The current density produced for the heat can be as large as $10^6$ A/cm$^2$. The field to orient the magnetization after the heat pulse is produced by the bit line immediately after the heat pulse.
See the pulse sequence Fig. 6.



BEST AVAILABLE COPY

Page 19/21                                                        29/31

Figure 5: Scheme for complementary heat produced by the digit line. Architecture similar to the one used today using a bit line and digit line. The bit line is used for producing the heat current perpendicular to the plane as shown in the scheme. the same way it is produced during the read procedure. The current density produced for the heat can be as large as 10⁸ A/cm². A complementary heat is provided by the digit line which consists of a metal with a large thermal conductivity. Another conditions for this scheme to produce large heat at the bit/digit layer level requires that the insulator between the digit line and the junction has a large thermal conductivity. This is the case of Al2O3 which has a thermal conductivity 1X larger than SiO2 for instance. Using 3mA of current on the digit line will produce around 80C at the junction level. The field to orient the magnetization after the heat pulse is produced by the bit line. See the pulse sequence Fig. 6.



BEST AVAILABLE COPY

Figure 6: Programming sequence for the new proposal invention. (a), (b) and (c) shows writing sequences which involve respectively only the bit line or both the bit line and digit line. Scheme (a) shows that the programming sequence is divided in two steps for the bit line. The first step consists on producing sufficient vertical current using the bit line that it enables a change of temperature in the range of 200C at the IrMn layer. For this step, the voltage is applied between the bit line and the transistor and the transistor is turned on. The second step consist of providing the current along the bit line. Now the transistor is turned off and the current produces the magnetic field to reverse the magnetization in the selected cell. This sequence corresponds to the device sketch shown in Fig. 4.

Scheme (b) utilizes the digit line and bit lines for heating the cell. The sequence for the bit line is identical to the previous case (a). In addition, during the heat procedure, the first 2 ns, a current flows in the digit line to complement the heat in the MTJ. Th's sequence corresponds to the device sketch shown in Fig. 5.

Scheme (c) utilizes the digit line and bit lines for providing the magnetic field during the writing sequence. The sequence for the bit line is identical to the previous case (a). In addition, during the writing field procedure, the last 2 ns of the sequence, a current flows in the digit line to complement the magnetic field in the MTJ. This sequence corresponds to the device sketch shown in Fig. 3.



BEST AVAILABLE COPY

Page 21/21                                                    31/31