1  Martin L. Fineman, State Bar No. 104413
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery St., Suite 800
   San Francisco, California 94111-6533
3  Telephone: (415) 276-6500
   Facsimile: (415) 276-6599
4  E-mail: martinfineman@dwt.com

5  William H. Frankel, *pro hac vice application pending*
   Gustavo Siller, Jr., *pro hac vice application pending*
6  Jasper W. Dockrey, *pro hac vice application pending*
   Igor V. Dubinsky, *pro hac vice application pending*
7  BRINKS HOFER GILSON & LIONE
   NBC Tower, Suite 3600
8  455 N. Cityfront Plaza Drive
   Chicago, Illinois 60611
9  Telephone: (312) 321-4200
   Facsimile: (312) 321-4299
10 Emails: wfrankel@usebrinks.com; gsiller@usebrinks.com;
   jdockrey@usebrinks.com; idubinsky@usebrinks.com; and
11 federalcourtmails@usebrinks.com.

12 Attorneys for Plaintiff
   Centre National de Recherche Scientifique and
13 Commissariat á L'Energie Atomique

RECEIVED
FEB 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

JCS

14            UNITED STATES DISTRICT COURT
15            NORTHERN DISTRICT OF CALIFORNIA
16            SAN JOSE DIVISION

17 CENTRE NATIONAL DE RECHERCHE        ) No. C08 01217
   SCIENTIFIQUE, a French Public Entity, )
18               and                     )
   COMMISSARIAT À L'ENERGIE             ) **ORDER GRANTING APPLICATION FOR**
19 ATOMIQUE, a French Public Entity,    ) **ADMISSION OF ATTORNEY**
                                        ) ***PRO HAC VICE* – IGOR V. DUBINSKY**
20                Plaintiffs,           )
                                        )
21        v.                            )
                                        )
22                                      )
   CYPRESS SEMICONDUCTOR                )
23 CORPORATION, a Delaware corporation, )
               and                       )
24 SILICON MAGNETIC SYSTEMS, INC., a    )
   Delaware corporation,                )
25             and                       )
   Kamel Ounadjela, an individual       )
26                                      )
                                        )
27              Defendants.             )

28

13668-3 -[PROPOSED] ORDER

1  Igor V. Dubinsky, an active member in good standing of the bar of State of Illinois, Bar
2  No. 6292742, whose business address and telephone number are 455 N. Cityfront Plaza Drive,
3  Chicago, Illinois, (312)321-4200, having applied in the above-entitled action for admission to
4  practice in the Northern District of California on a *pro hac vice* basis, representing Centre
5  National de Recherche Scientifique and Commissariat à L'Energie Atomique.

6  IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms
7  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
8  *hac vice*. Service of papers upon and communication with co-counsel designated in the
9  application will constitute notice to the party. All future filings in this action are subject to the
10 requirements contained in General Order No. 45, *Electronic Case Filing*.

11 IT IS SO ORDERED.

12 Dated: March ___, 2008.

_____
The Honorable
United States District Judge