1  Martin L. Fineman, State Bar No. 104413
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery St., Suite 800
   San Francisco, California 94111-6533
3  Telephone: (415) 276-6500
   Facsimile: (415) 276-6599
4  E-mail: martinfineman@dwt.com

5  William H. Frankel, *pro hac vice application pending*
   Gustavo Siller, Jr., *pro hac vice application pending*
6  Jasper W. Dockrey, *pro hac vice application pending*
   Igor V. Dubinsky, *pro hac vice application pending*
7  BRINKS HOFER GILSON & LIONE
   NBC Tower, Suite 3600
8  455 N. Cityfront Plaza Drive
   Chicago, Illinois 60611
9  Telephone: (312) 321-4200
   Facsimile: (312) 321-4299
10 Emails: wfrankel@usebrinks.com; gsiller@usebrinks.com;
   jdockrey@usebrinks.com; idubinsky@usebrinks.com; and
11 federalcourtmails@usebrinks.com.

12 Attorneys for Plaintiff
   Centre National de Recherche Scientifique and
13 Commissariat á L'Energie Atomique

[FILED FEB 29 2008, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE]
[ADR stamps]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CENTRE NATIONAL DE RECHERCHE SCIENTIFIQUE, a French Public Entity, and COMMISSARIAT À L'ENERGIE ATOMIQUE, a French Public Entity,<br><br>Plaintiffs,<br><br>v.<br><br>CYPRESS SEMICONDUCTOR CORPORATION, a Delaware corporation, and SILICON MAGNETIC SYSTEMS, INC., a Delaware corporation, and Kamel Ounadjela, an individual<br><br>Defendants. | No. C08 01217 JCS<br><br>***PRO HAC VICE* APPLICATION FOR JASPER W. DOCKREY** |

13668-3 - PRO HAC VICE APPL.

1       Pursuant to Civil L.R. 11-3, Jasper W. Dockrey, an active member in good standing of the bar of the State of Illinois, Bar No. 6230874, and the U.S. District Court for the Northern District of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs, Centre National de Recherche Scientifique and Commissariat a L'Energie Atomique.

      In support of this application, I certify on oath that:

      1.     I am an active member in good standing of a United States Court and of the highest court of another State as indicated above;

      2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing,* and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

      3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above entitled action. The name, address and telephone number of the attorney is:

Martin L. Fineman, California State Bar No. 104413, Davis Wright Tremaine LLP,

505 Montgomery St., Suite 800, San Francisco, CA 94111, Telephone: (415) 276-6500.

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Chicago, Illinois.

      Dated this 28 day of February, 2008.

                                                                Jasper W. Dockrey

```
CORRECTED

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002690
Cashier ID: waltonb
Transaction Date: 02/29/2008
Payer Name: Davis Wright Tremaine LLP
------------------------------------
PRO HAC VICE
  For: Jasper W. Dockrey
  Case/Party: D-CAN-5-08-AT-PROHAC-001
  Amount:        $210.00
PRO HAC VICE
  For: Gustavo Siller, Jr
  Case/Party: D-CAN-5-08-AT-PROHAC-001
  Amount:        $210.00
PRO HAC VICE
  For: William H. Frankel
  Case/Party: D-CAN-5-08-AT-PROHAC-001
  Amount:        $210.00
PRO HAC VICE
  For: Igor V. Dubinsky
  Case/Party: D-CAN-5-08-AT-PROHAC-001
  Amount:        $210.00
------------------------------------
CHECK
  Check/Money Order Num: 4708
  Amt Tendered:  $210.00
CHECK
  Check/Money Order Num: 4708
  Amt Tendered:  $210.00
CHECK
  Check/Money Order Num: 4708
  Amt Tendered:  $210.00
CHECK
  Check/Money Order Num: 4708
  Amt Tendered:  $210.00
------------------------------------
Total Due:      $840.00
Total Tendered: $840.00
Change Amt:     $0.00

For attorney Jasper W. Dockrey

for attorney Gustavo Siller, Jr.

for attorney William H. Frankel

for attorney Igor V. Dubinsky

Case assigned to JCS


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```