E-FILING
ADR

1  Martin L. Fineman, State Bar No. 104413
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery St., Suite 800
   San Francisco, California 94111-6533
3  Telephone: (415) 276-6500
   Facsimile: (415) 276-6599
4  E-mail: martinfineman@dwt.com

5  William H. Frankel, *pro hac vice application pending*
   Gustavo Siller, Jr., *pro hac vice application pending*
6  Jasper W. Dockrey, *pro hac vice application pending*
   Igor V. Dubinsky, *pro hac vice application pending*
7  BRINKS HOFER GILSON & LIONE
   NBC Tower, Suite 3600
8  455 N. Cityfront Plaza Drive
   Chicago, Illinois 60611
9  Telephone: (312) 321-4200
   Facsimile: (312) 321-4299
10 Emails: wfrankel@usebrinks.com; gsiller@usebrinks.com;
   jdockrey@usebrinks.com; idubinsky@usebrinks.com; and
11 federalcourtmails@usebrinks.com.

12 Attorneys for Plaintiff
   Centre National de Recherche Scientifique and
13 Commissariat á L'Energie Atomique

RECEIVED
FEB 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

JCS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CENTRE NATIONAL DE RECHERCHE SCIENTIFIQUE, a French Public Entity, and COMMISSARIAT À L'ENERGIE ATOMIQUE, a French Public Entity, <br><br> Plaintiffs, <br><br> v. <br><br> CYPRESS SEMICONDUCTOR CORPORATION, a Delaware corporation, and SILICON MAGNETIC SYSTEMS, INC., a Delaware corporation, and Kamel Ounadjela, an individual <br><br> Defendants. | No. C08 01217 <br><br> **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* – **JASPER W. DOCKREY** |

13668-3 -[PROPOSED] ORDER

1  Jasper W. Dockrey, an active member in good standing of the bar of State of Illinois, Bar
2  No. 6230874, whose business address and telephone number are 455 N. Cityfront Plaza Drive,
3  Chicago, Illinois, (312)321-4200, having applied in the above-entitled action for admission to
4  practice in the Northern District of California on a *pro hac vice* basis, representing Centre
5  National de Recherche Scientifique and Commissariat à L'Energie Atomique.

6  IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms
7  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
8  *hac vice*. Service of papers upon and communication with co-counsel designated in the
9  application will constitute notice to the party. All future filings in this action are subject to the
10 requirements contained in General Order No. 45, *Electronic Case Filing*.

11 IT IS SO ORDERED.

12 Dated: March ___, 2008.

_____
The Honorable
United States District Judge