1  Martin L. Fineman, State Bar No. 104413
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery St., Suite 800
   San Francisco, California 94111-6533
3  Telephone: (415) 276-6500
   Facsimile: (415) 276-6599
4  E-mail: martinfineman@dwt.com

5  William H. Frankel, *pro hac vice application pending*
   Gustavo Siller, Jr., *pro hac vice application pending*
6  Jasper W. Dockrey, *pro hac vice application pending*
   Igor V. Dubinsky, *pro hac vice application pending*
7  BRINKS HOFER GILSON & LIONE
   NBC Tower, Suite 3600
8  455 N. Cityfront Plaza Drive
   Chicago, Illinois 60611
9  Telephone: (312) 321-4200
   Facsimile: (312) 321-4299
10 Emails: wfrankel@usebrinks.com; gsiller@usebrinks.com;
   jdockrey@usebrinks.com; idubinsky@usebrinks.com; and
11 federalcourtmails@usebrinks.com.

12 Attorneys for Plaintiff
   Centre National de Recherche Scientifique and
13 Commissariat á L'Energie Atomique

14           UNITED STATES DISTRICT COURT

15           NORTHERN DISTRICT OF CALIFORNIA

16                  SAN JOSE DIVISION

17 CENTRE NATIONAL DE RECHERCHE  )  No. C08 01217
   SCIENTIFIQUE, a French Public Entity,  )
18                                )
              and                 )
19 COMMISSARIAT À L'ENERGIE       )  *PRO HAC VICE* APPLICATION FOR
   ATOMIQUE, a French Public Entity,  )  GUSTAVO SILLER, JR.
20                                )
              Plaintiffs,         )
21                                )
          v.                      )
22                                )
   CYPRESS SEMICONDUCTOR          )
23 CORPORATION, a Delaware corporation,  )
              and                 )
24 SILICON MAGNETIC SYSTEMS, INC., a  )
   Delaware corporation,          )
25            and                 )
   Kamel Ounadjela, an individual )
26                                )
              Defendants.         )
27

28

13668-3 - PRO HAC VICE APPL.

1  Pursuant to Civil L.R. 11-3, Gustavo Siller, Jr., an active member in good standing of the
2  bar of the State of Illinois, Bar No. 6186049, and the U.S. District Court for the Northern District
3  of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro*
4  *hac vice* basis representing Plaintiffs, Centre National de Recherche Scientifique and
5  Commissariat a L'Energie Atomique.

6  In support of this application, I certify on oath that:

7  1.  I am an active member in good standing of a United States Court and of the
8  highest court of another State as indicated above;

9  2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local
10  Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing,* and to become familiar
11  with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

12  3.  An attorney who is a member of the bar of this Court in good standing and who
13  maintains an office within the State of California has been designated as co-counsel in the above
14  entitled action. The name, address and telephone number of the attorney is:
15  Martin L. Fineman, California State Bar No. 104413, Davis Wright Tremaine LLP,
16  505 Montgomery St., Suite 800, San Francisco, CA 94111, Telephone: (415) 276-6500.

17  I declare under penalty of perjury under the laws of the United States that the foregoing is
18  true and correct. Executed at Chicago, Illinois.

19  Dated this 28 day of February, 2008.

*[Signature]*
Gustavo Siller, Jr.

13668-3 - PRO HAC VICE APPL.

```
CORRECTED

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002690
Cashier ID: waltonb
Transaction Date: 02/29/2008
Payer Name: Davis Wright Tremaine LLP
------------------------------------
PRO HAC VICE
 For: Jasper W. Dockrey
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: Gustavo Siller, Jr
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: William H. Frankel
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: Igor V. Dubinsky
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 4708
 Amt Tendered: $210.00
CHECK
 Check/Money Order Num: 4708
 Amt Tendered: $210.00
CHECK
 Check/Money Order Num: 4708
 Amt Tendered: $210.00
CHECK
 Check/Money Order Num: 4708
 Amt Tendered: $210.00
------------------------------------
Total Due:      $840.00
Total Tendered: $840.00
Change Amt:     $0.00

For attorney Jasper W. Dockrey

for attorney Gustavo Siller, Jr.

for attorney William H. Frankel

for attorney Igor V. Dubinsky

Case assigned to JCS


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```