1  Martin L. Fineman, State Bar No. 104413
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery St., Suite 800
   San Francisco, California 94111-6533
3  Telephone: (415) 276-6500
   Facsimile: (415) 276-6599
4  E-mail: martinfineman@dwt.com

5  William H. Frankel, *pro hac vice application pending*
   Gustavo Siller, Jr., *pro hac vice application pending*
6  Jasper W. Dockrey, *pro hac vice application pending*
   Igor V. Dubinsky, *pro hac vice application pending*
7  BRINKS HOFER GILSON & LIONE
   NBC Tower, Suite 3600
8  455 N. Cityfront Plaza Drive
   Chicago, Illinois 60611
9  Telephone: (312) 321-4200
   Facsimile: (312) 321-4299
10 Emails: wfrankel@usebrinks.com; gsiller@usebrinks.com;
   jdockrey@usebrinks.com; idubinsky@usebrinks.com; and
11 federalcourtmails@usebrinks.com.

12 Attorneys for Plaintiff
   Centre National de Recherche Scientifique and
13 Commissariat á L'Energie Atomique

14                          UNITED STATES DISTRICT COURT

15                         NORTHERN DISTRICT OF CALIFORNIA

16                                 SAN JOSE DIVISION

17 CENTRE NATIONAL DE RECHERCHE      ) No. C08 01217
   SCIENTIFIQUE, a French Public Entity, )
18                                    )
          and                         )
19 COMMISSARIAT À L'ENERGIE           ) ORDER GRANTING APPLICATION
   ATOMIQUE, a French Public Entity,  ) FOR ADMISSION OF ATTORNEY
20                                    ) *PRO HAC VICE* – GUSTAVO SILLER, JR.
          Plaintiffs,                 )
21                                    )
       v.                             )
22                                    )
   CYPRESS SEMICONDUCTOR              )
23 CORPORATION, a Delaware corporation, )
          and                         )
24 SILICON MAGNETIC SYSTEMS, INC., a  )
   Delaware corporation,              )
25        and                         )
   Kamel Ounadjela, an individual     )
26                                    )
                Defendants.           )
27 _____

28

13668-3 -[PROPOSED] ORDER

1 | Gustavo Siller, Jr., an active member in good standing of the bar of State of Illinois, Bar
2 | No. 6186049, whose business address and telephone number are 455 N. Cityfront Plaza Drive,
3 | Chicago, Illinois, (312)321-4200, having applied in the above-entitled action for admission to
4 | practice in the Northern District of California on a *pro hac vice* basis, representing Centre
5 | National de Recherche Scientifique and Commissariat à L'Energie Atomique.

6 | IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms
7 | and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
8 | *hac vice*. Service of papers upon and communication with co-counsel designated in the
9 | application will constitute notice to the party. All future filings in this action are subject to the
10 | requirements contained in General Order No. 45, *Electronic Case Filing*.

11 | IT IS SO ORDERED.
12 | Dated: March ___, 2008.

_____

The Honorable
United States District Judge

```
CORRECTED

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002690
Cashier ID: waltonb
Transaction Date: 02/29/2008
Payer Name: Davis Wright Tremaine LLP
-----------------------------------
PRO HAC VICE
 For: Jasper W. Dockrey
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:       $210.00
PRO HAC VICE
 For: Gustavo Siller, Jr
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:       $210.00
PRO HAC VICE
 For: William H. Frankel
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:       $210.00
PRO HAC VICE
 For: Igor V. Dubinsky
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:       $210.00
-----------------------------------
CHECK
 Check/Money Order Num: 4708
 Amt Tendered: $210.00
CHECK
 Check/Money Order Num: 4708
 Amt Tendered: $210.00
CHECK
 Check/Money Order Num: 4708
 Amt Tendered: $210.00
CHECK
 Check/Money Order Num: 4708
 Amt Tendered: $210.00
-----------------------------------
Total Due:      $840.00
Total Tendered: $840.00
Change Amt:     $0.00

For attorney Jasper W. Dockrey

for attorney Gustavo Siller, Jr.

for attorney William H. Frankel

for attorney Igor V. Dubinsky

Case assigned to JCS


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```