1  Martin L. Fineman, State Bar No. 104413
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery St., Suite 800
   San Francisco, California 94111-6533
3  Telephone: (415) 276-6500
   Facsimile: (415) 276-6599
4  E-mail: martinfineman@dwt.com

5  William H. Frankel, *pro hac vice application pending*
   Gustavo Siller, Jr., *pro hac vice application pending*
6  Jasper W. Dockrey, *pro hac vice application pending*
   Igor V. Dubinsky, *pro hac vice application pending*
7  BRINKS HOFER GILSON & LIONE
   NBC Tower, Suite 3600
8  455 N. Cityfront Plaza Drive
   Chicago, Illinois 60611
9  Telephone: (312) 321-4200
   Facsimile: (312) 321-4299
10 Emails: wfrankel@usebrinks.com; gsiller@usebrinks.com;
   jdockrey@usebrinks.com; idubinsky@usebrinks.com; and
11 federalcourtmails@usebrinks.com.

12 Attorneys for Plaintiff
   Centre National de Recherche Scientifique and
13 Commissariat á L'Energie Atomique

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                          SAN JOSE DIVISION

17

18 CENTRE NATIONAL DE RECHERCHE           ) No. C08 01217
   SCIENTIFIQUE, a French Public Entity,  )
19          and                            )
   COMMISSARIAT À L'ENERGIE               ) ORDER GRANTING APPLICATION
20 ATOMIQUE, a French Public Entity,      ) FOR ADMISSION OF ATTORNEY
                                          ) *PRO HAC VICE* – WILLIAM H. FRANKEL
21              Plaintiffs,               )
                                          )
22      v.                                )
                                          )
23 CYPRESS SEMICONDUCTOR                  )
   CORPORATION, a Delaware corporation,   )
24          and                            )
   SILICON MAGNETIC SYSTEMS, INC., a      )
25 Delaware corporation,                  )
            and                            )
26 Kamel Ounadjela, an individual         )
                                          )
27              Defendants.               )

28

13668-3 -[PROPOSED] ORDER

*Stamps: ADR E-FILING; RECEIVED FEB 2 9 2008, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE; JCS*

1   William H. Frankel, an active member in good standing of the bar of State of Illinois, Bar
2   No. 3127933, whose business address and telephone number are 455 N. Cityfront Plaza Drive,
3   Chicago, Illinois, (312)321-4200, having applied in the above-entitled action for admission to
4   practice in the Northern District of California on a *pro hac vice* basis, representing Centre
5   National de Recherche Scientifique and Commissariat à L'Energie Atomique.

6   IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms
7   and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
8   *hac vice.* Service of papers upon and communication with co-counsel designated in the
9   application will constitute notice to the party. All future filings in this action are subject to the
10  requirements contained in General Order No. 45, *Electronic Case Filing.*

11  IT IS SO ORDERED.

12  Dated: March ___, 2008.

_____
The Honorable
United States District Judge

13668-3 -[PROPOSED] ORDER                -2-