# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

ADR

Centre National de Recherche Scientifique and Commissariat á L'Energie Atomique
Plaintiffs,

v.

Cypress Semiconductor Corporation, Silicon Magnetic Systems, Inc., and Kamel Ounadjela
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **C08 01217 JCS**

TO: (Name and address of defendant)

Cypress Semiconductor Corporation
198 Champion Court
San Jose, California 95134

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Martin L. Fineman
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St. Suite 800
San Francisco, California 94111-6533

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 2/29/8

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]       DATE |
| Name of SERVER       TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                       Signature of Server

                                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure