Martin L. Fineman, State Bar No. 104413
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
E-mail: martinfineman@dwt.com

FILED
2008 MAR 10 AM 3:46
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

E-FILING

ADR

William H. Frankel, *pro hac vice application pending*
Gustavo Siller, Jr., *pro hac vice application pending*
Jasper W. Dockrey, *pro hac vice application pending*
Igor V. Dubinsky, *pro hac vice application pending*
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299
Emails: wfrankel@usebrinks.com; gsiller@usebrinks.com; jdockrey@usebrinks.com; idubinsky@usebrinks.com; and federalcourtmails@usebrinks.com.

Attorneys for Plaintiff
Centre National de Recherche Scientifique and
Commissariat á L'Energie Atomique

RECEIVED
FEB 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JCS

CENTRE NATIONAL DE RECHERCHE SCIENTIFIQUE, a French Public Entity,
and
COMMISSARIAT À L'ENERGIE ATOMIQUE, a French Public Entity,

Plaintiffs,

v.

CYPRESS SEMICONDUCTOR CORPORATION, a Delaware corporation,
and
SILICON MAGNETIC SYSTEMS, INC., a Delaware corporation,
and
Kamel Ounadjela, an individual

Defendants.

No. C08 01217

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* – IGOR V. DUBINSKY**

Igor V. Dubinsky, an active member in good standing of the bar of State of Illinois, Bar No. 6292742, whose business address and telephone number are 455 N. Cityfront Plaza Drive, Chicago, Illinois, (312)321-4200, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Centre National de Recherche Scientifique and Commissariat à L'Energie Atomique.

IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

IT IS SO ORDERED.

Dated: March 11, 2008.

The Honorable JOSEPH C. SPERO
United States ~~District~~ Judge
Magistrate

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CENTRE NATIONAL DE RECHERCHE SCIENTIFIQUE, ET AL.,

Plaintiff,

v.

CYPRESS SEMICONDUCTOR CORPORATION, ET AL.,

Defendant.
_______________________________________/

Case Number: CV08-01217 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gustavo Siller
Brinks Hofer Gilson & Lione
NBC Tower
Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611

Igor V. Dubinsky
Brinks Hofer Gilson & Lione
NBC Tower
Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611

Jasper W. Dockrey
Brinks Hofer Gilson & Lione
NBC Tower
Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611

Martin L. Fineman
Davis Wright Tremaine LLP
505 Montgomery Street
Suite 800
San Francisco, CA 94111-6533

Dated: March 12, 2008

Karen L. Hom

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk