1 | Martin L. Fineman, State Bar No. 104413
DAVIS WRIGHT TREMAINE LLP
2 | 505 Montgomery St., Suite 800
San Francisco, California 94111-6533
3 | Telephone: (415) 276-6500
Facsimile: (415) 276-6599
4 | E-mail: martinfineman@dwt.com

5 | William H. Frankel, *pro hac vice application pending*
Gustavo Siller, Jr., *pro hac vice application pending*
6 | Jasper W. Dockrey, *pro hac vice application pending*
Igor V. Dubinsky, *pro hac vice application pending*
7 | BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
8 | 455 N. Cityfront Plaza Drive
Chicago, Illinois 60611
9 | Telephone: (312) 321-4200
Facsimile: (312) 321-4299
10 | Emails: wfrankel@usebrinks.com; gsiller@usebrinks.com;
jdockrey@usebrinks.com; idubinsky@usebrinks.com; and
11 | federalcourtmails@usebrinks.com.

12 | Attorneys for Plaintiff
Centre National de Recherche Scientifique and
13 | Commissariat á L'Energie Atomique

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA

16 | SAN JOSE DIVISION

17 | CENTRE NATIONAL DE RECHERCHE ) No. C08 01217
18 | SCIENTIFIQUE, a French Public Entity, )
and )
19 | COMMISSARIAT À L'ENERGIE ) **ORDER GRANTING APPLICATION**
ATOMIQUE, a French Public Entity, ) **FOR ADMISSION OF ATTORNEY**
20 | ) ***PRO HAC VICE* – GUSTAVO SILLER, JR.**
Plaintiffs, )
21 | )
v. )
22 | )
CYPRESS SEMICONDUCTOR )
23 | CORPORATION, a Delaware corporation, )
and )
24 | SILICON MAGNETIC SYSTEMS, INC., a )
Delaware corporation, )
25 | and )
26 | Kamel Ounadjela, an individual )
)
27 | Defendants. )

28

13668-3 -[PROPOSED] ORDER

1  Gustavo Siller, Jr., an active member in good standing of the bar of State of Illinois, Bar
2  No. 6186049, whose business address and telephone number are 455 N. Cityfront Plaza Drive,
3  Chicago, Illinois, (312)321-4200, having applied in the above-entitled action for admission to
4  practice in the Northern District of California on a *pro hac vice* basis, representing Centre
5  National de Recherche Scientifique and Commissariat à L'Energie Atomique.

6  IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms
7  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
8  *hac vice*. Service of papers upon and communication with co-counsel designated in the
9  application will constitute notice to the party. All future filings in this action are subject to the
10 requirements contained in General Order No. 45, *Electronic Case Filing*.

11 IT IS SO ORDERED.
12 Dated: March 12, 2008.

_____
The Honorable JOSEPH C. SPERO
United States ~~District~~ Judge
Magistrate

13668-3 -[PROPOSED] ORDER

-2-

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRE NATIONAL DE RECHERCHE SCIENTIFIQUE, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> CYPRESS SEMICONDUCTOR CORPORATION, ET AL., <br><br> Defendant. _____/ | Case Number: CV08-01217 JCS <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gustavo Siller
Brinks Hofer Gilson & Lione
NBC Tower
Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611

Igor V. Dubinsky
Brinks Hofer Gilson & Lione
NBC Tower
Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611

Jasper W. Dockrey
Brinks Hofer Gilson & Lione
NBC Tower
Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611

Martin L. Fineman
Davis Wright Tremaine LLP
505 Montgomery Street
Suite 800
San Francisco, CA 94111-6533

Dated: March 12, 2008

*Karen L. Hom*
Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk