1  Martin L. Fineman, State Bar No. 104413
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery St., Suite 800
   San Francisco, California 94111-6533
3  Telephone: (415) 276-6500
   Facsimile: (415) 276-6599
4  E-mail: martinfineman@dwt.com

5  William H. Frankel, *pro hac vice application pending*
   Gustavo Siller, Jr., *pro hac vice application pending*
6  Jasper W. Dockrey, *pro hac vice application pending*
   Igor V. Dubinsky, *pro hac vice application pending*
7  BRINKS HOFER GILSON & LIONE
   NBC Tower, Suite 3600
8  455 N. Cityfront Plaza Drive
   Chicago, Illinois 60611
9  Telephone: (312) 321-4200
   Facsimile: (312) 321-4299
10 Emails: wfrankel@usebrinks.com; gsiller@usebrinks.com;
   jdockrey@usebrinks.com; idubinsky@usebrinks.com; and
11 federalcourtmails@usebrinks.com.

12 Attorneys for Plaintiff
   Centre National de Recherche Scientifique and
13 Commissariat á L'Energie Atomique

14

15                         UNITED STATES DISTRICT COURT

16                        NORTHERN DISTRICT OF CALIFORNIA

17                                SAN JOSE DIVISION

18  CENTRE NATIONAL DE RECHERCHE        )  No. C08 01217
    SCIENTIFIQUE, a French Public Entity, )
19              and                     )
    COMMISSARIAT À L'ENERGIE            )  ORDER GRANTING APPLICATION
20  ATOMIQUE, a French Public Entity,   )  FOR ADMISSION OF ATTORNEY
                                        )  *PRO HAC VICE* – WILLIAM H. FRANKEL
21                 Plaintiffs,          )
                                        )
22           v.                         )
                                        )
23  CYPRESS SEMICONDUCTOR               )
    CORPORATION, a Delaware corporation, )
24              and                     )
    SILICON MAGNETIC SYSTEMS, INC., a   )
25  Delaware corporation,               )
                and                     )
26  Kamel Ounadjela, an individual      )
                                        )
27                 Defendants.          )

28

13668-3 -[PROPOSED] ORDER

1   William H. Frankel, an active member in good standing of the bar of State of Illinois, Bar No. 3127933, whose business address and telephone number are 455 N. Cityfront Plaza Drive, Chicago, Illinois, (312)321-4200, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Centre National de Recherche Scientifique and Commissariat à L'Energie Atomique.

IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

IT IS SO ORDERED.

Dated: March ___, 2008.

_____
The Honorable   JOSEPH C. SPERO
United States ~~District~~ Judge
                Magistrate

13668-3 -[PROPOSED] ORDER

-2-

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRE NATIONAL DE RECHERCHE SCIENTIFIQUE, ET AL., | Case Number: CV08-01217 JCS |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CYPRESS SEMICONDUCTOR CORPORATION, ET AL., | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gustavo Siller
Brinks Hofer Gilson & Lione
NBC Tower
Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611

Igor V. Dubinsky
Brinks Hofer Gilson & Lione
NBC Tower
Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611

Jasper W. Dockrey
Brinks Hofer Gilson & Lione
NBC Tower
Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611

Martin L. Fineman
Davis Wright Tremaine LLP
505 Montgomery Street
Suite 800
San Francisco, CA 94111-6533

Dated: March 12, 2008

*Karen L. Hom*
Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk