1   MARTIN L. FINEMAN, State Bar No. 104413
    DAVIS WRIGHT TREMAINE LLP
2   505 Montgomery St., Suite 800
    San Francisco, California  94111-6533
3   Telephone:  (415) 276-6500
    Facsimile:  (415) 276-6599
4   E-mail: martinfineman@dwt.com

5   William H. Frankel, *pro hac vice application pending*
    Gustavo Siller, Jr., *pro hac vice application pending*
6   Jasper W. Dockrey, *pro hac vice application pending*
    Igor V. Dubinsky, *pro hac vice application pending*
7   BRINKS HOFER GILSON & LIONE
    NBC Tower, Suite 3600
8   455 N. Cityfront Plaza Drive
    Chicago, Illinois  60611
9   Telephone:   (312) 321-4200
    Facsimile: (312) 321-4299
10  Emails: wfrankel@usebrinks.com; gsiller@usebrinks.com;
    jdockrey@usebrinks.com; idubinsky@usebrinks.com; and
11  federalcourtmails@usebrinks.com.

12  Attorneys for Plaintiffs
    Centre National de Recherche Scientifique and
13  Commissariat a L'Energie Atomique

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                        SAN JOSE DIVISION

17  CENTRE NATIONAL DE RECHERCHE            )
18  SCIENTIFIQUE, a French Public Entity,   )   No.  08-01217 - JCS
            and                             )
19  COMMISSARIAT À L'ENERGIE                )
    ATOMIQUE, a French Public Entity,       )   **DECLINATION TO PROCEED BEFORE**
20                                          )   **A MAGISTRATE JUDGE**
                    Plaintiffs,             )                **AND**
21                                          )   **REQUEST FOR REASSIGNMENT**
            v.                              )   **TO A UNITED STATES DISTRICT**
22                                          )   **JUDGE**
    CYPRESS SEMICONDUCTOR                   )
23  CORPORATION, a Delaware corporation,    )
            and                             )
24  SILICON MAGNETIC SYSTEMS, INC., a       )
    Delaware corporation,                   )
25          and                             )
    KAMEL OUNADJELA, an individual          )
26                                          )
                    Defendants.             )
27

28

SFO 405184v1 0000099-010073
Centre National de Recherche, etc., et al v. Cypress          REQUEST FOR REASSIGNMENT
Semiconductor, etc., et al.

1    REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2        The undersigned party hereby declines to consent to the assignment of this case to a

3    United States Magistrate Judge for trial and disposition and hereby requests reassignment of this

4    case to a United States District Judge.

5        Dated:  March 21, 2008.                    BRINKS HOFER GILSON & LIONE
                                                    DAVIS WRIGHT TREMAINE LLP
6

7                                                  By:  /s/  Martin L.Fineman
                                                        Martin L. Fineman
8                                                  Attorneys for Plaintiffs
                                                   Centre National de Recherche Scientifique and
9                                                  Commissariat a L'Energie Atomique

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SFO 405184v1 0000099-010073  =
Centre National de Recherche, etc., et al v. Cypress                    -2-                    REQUEST FOR REASSIGNMENT
Semiconductor, etc., et al.