

1  MARTIN L. FINEMAN, State Bar No. 104413
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery St., Suite 800
   San Francisco, California  94111-6533
3  Telephone:  (415) 276-6500
   Facsimile:  (415) 276-6599
4  E-mail: martinfineman@dwt.com

5  William H. Frankel, Admitted *Pro Hac Vice*
   Gustavo Siller, Jr., Admitted *Pro Hac Vice*
6  Jasper W. Dockrey, Admitted *Pro Hac Vice*
   Igor V. Dubinsky, Admitted *Pro Hac Vice*
7  BRINKS HOFER GILSON & LIONE
   NBC Tower, Suite 3600
8  455 N. Cityfront Plaza Drive
   Chicago, Illinois  60611
9  Telephone:  (312) 321-4200
   Facsimile: (312) 321-4299
10 Emails: wfrankel@usebrinks.com; gsiller@usebrinks.com;
   jdockrey@usebrinks.com; idubinsky@usebrinks.com; and
11 federalcourtmails@usebrinks.com.

12 Attorneys for Plaintiffs
   Centre National de Recherche Scientifique and
13 Commissariat à L'Energie Atomique

14            IN THE UNITED STATES DISTRICT COURT

15        FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                    SAN JOSE DIVISION

17

18
   CENTRE NATIONAL DE RECHERCHE          )  Case No.  C 08-01217 PJH
19 SCIENTIFIQUE, a French Public Entity, )
                and                      )
20 COMMISSARIAT À L'ENERGIE              )  **STIPULATED REQUEST TO RESCHEDULE**
   ATOMIQUE, a French Public Entity,     )  **CASE MANAGEMENT CONFERENCE;**
21                                       )  **[~~PROPOSED~~] ORDER**
                    Plaintiffs,          )
22                                       )
                 v.                      )
23                                       )
   CYPRESS SEMICONDUCTOR                 )  The Honorable Phyllis J. Hamilton
24 CORPORATION, a Delaware corporation,  )  United States District Judge
                and                      )
25 SILICON MAGNETIC SYSTEMS, INC., a     )
   Delaware corporation,                 )
26                and                    )
   KAMEL OUNADJELA, an individual,       )
27                                       )
                    Defendants.          )
28 _____      )

_____
STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE
13668-3

**STATUS REPORT**

The plaintiffs served their Summons and Complaint on the Defendants Cypress Semiconductor Corporation ("Cypress") and Silicon Magnetic Systems Inc. ("SMS"), on Wednesday, May 7, 2008. (Exhibit A, Proof of Service).  As of the date of this Request, Defendants Cypress and SMS have not filed an Answer or Motion in response to Plaintiffs' Complaint.

Plaintiffs have attempted to serve their Summons and Complaint on Defendant Kamel Ounadjela ("Ounadjela"), however, as of the date of this Request, Plaintiffs have been unable to locate the whereabouts of Defendant Ounadjela.  (Exhibit B, Non-Service Return).  Plaintiffs have attempted to serve Defendant Ounadjela at his place of business; however, Defendant Ounadjela could not be served despite repeated visits to Defendant Ounadjela's place of business.  Accordingly, Plaintiffs are effecting substitute service in accordance with Section 415.20 of the California Civil Code of Civil Procedure.  (In fact, just as this Stipulated Request was being sent to Court, we received word from the process server that substituted service had been accomplished.  See Exhibit C, Proof of Substituted Service.)

Plaintiffs and Defendants Cypress and SMS are presently engaged in on-going settlement negotiations.  Under the Court's Order Setting Case Management Conference, the parties were to Meet and Confer on Friday, May 16, 2008.  The parties did not meet in view of the on-going settlement negotiations between Plaintiffs and Defendants Cypress and SMS, and the delay in serving Defendant Ounadjela with the Summons and Complaint.

**REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

WHEREAS, the negotiating parties believe that they would be in a better position to discuss with each other and the Court any and all relevant issues of the Case Management Conference after fully exploring settlement efforts;

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.      The Case Management Conference currently scheduled for June 5, 2008 shall be continued, and rescheduled for August 7 at 2:30 p.m.

STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE
13668-3

1    Dated:  May 23, 2008.

2                                              **BRINKS HOFER GILSON & LIONE**

3                                              **DAVIS WRIGHT TREMAINE LLP**

4                                              By:  /s/ Martin L. Fineman
5                                                        Martin L. Fineman
                                                     Attorneys for Plaintiffs
6                                                    Centre National de Recherche Scientifique and
                                                     Commissariat à L'Energie Atomique

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              3
STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE
13668-3

1                           *        *        *

2                        **[~~PROPOSED~~] ORDER**

3        Pursuant to the parties' stipulation, the Court hereby orders that the Case Management

4   Conference currently set for June 5, 2008 at 2:30 p.m. be rescheduled for August 5 at 2:30 p.m.

5

6

7   Dated:   ___May 27_____, 2008.

8

9                                                        
    Hon.

10

11                                                      Judge Phyllis J. Hamilton

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
                                      4
STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE
13668-3

# EXHIBIT A

Jasper W. Dockery
Brinks Hofer Gilson & Lione
455 N. Cityfront Plaza Drive
Chicago, IL 60611
Telephone: (312) 321-4200
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : CENTRE NATIONAL DE RECHERCHE SCIENTIFIQUE

Defendant : CYPRESS SEMICONDUCTOR CORPORATION, et al.

Ref#: 235675      *    **PROOF OF SERVICE**    *    Case No.: C08 01217 JCS

At the time of service I was at least eighteen years of age and not a party to
this action and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING CASE MANAGEMENT CONFERENCE;
CIVIL CASE COVER SHEET

in the within action by personally delivering true copies thereof to the
person named below, as follows:

       Party served    :   CYPRESS SEMICONDUCTOR CORPORATION

       By serving      :   Jeff Ray, Authorized Agent, Authorized Agent

       Address         :   (Business)
                   198 Champion Court
                   San Jose, CA 95134

       Date of Service: May 7, 2008

       Time of Service: 2:10 PM

Person who served papers:
TYSON C. ADLAO                          Fee for service: $282.50
SPECIALIZED LEGAL SERVICES, INC.        Registered California process server.
1112 Bryant Street, Suite 200           (i) Employee or Independent Contractor
San Francisco, CA 94103                 (ii) Registration no.: 958
Telephone: (415) 357-0500               (iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.

Date: May 13, 2008                      Signature_____

Jasper W. Dockery
Brinks Hofer Gilson & Lione
455 N. Cityfront Plaza Drive
Chicago, IL 60611
Telephone: (312) 321-4200
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : CENTRE NATIONAL DE RECHERCHE SCIENTIFIQUE

Defendant : CYPRESS SEMICONDUCTOR CORPORATION, et al.

Ref#: 235676      *    **PROOF OF SERVICE**    *    Case No.: C08 01217 JCS

At the time of service I was at least eighteen years of age and not a party to
this action and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING CASE MANAGEMENT CONFERENCE;
CIVIL CASE COVER SHEET

in the within action by personally delivering true copies thereof to the
person named below, as follows:

          Party served    :  SILICON MAGNETIC SYSTEMS, INC.

          By serving      :  Jeff Ray, Authorized Agent

          Address         :  (Business)
                             198 Champion Court
                             San Jose, CA 95134

          Date of Service: May 7, 2008

          Time of Service: 2:10 PM

Person who served papers:
TYSON C. ADLAO                      Fee for service: $50.00
SPECIALIZED LEGAL SERVICES, INC.    Registered California process server.
1112 Bryant Street, Suite 200       (i) Employee or Independent Contractor
San Francisco, CA 94103             (ii) Registration no.: 958
Telephone: (415) 357-0500           (iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.


Date: May 13, 2008                  Signature_____

# EXHIBIT B

Jasper W. Dockery
Brinks Hofer Gilson & Lione
455 N. Cityfront Plaza Drive
Chicago, IL 60611
Telephone: (312) 321-4200
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : CENTRE NATIONAL DE RECHERCHE SCIENTIFIQUE

Defendant : CYPRESS SEMICONDUCTOR CORPORATION, et al.

Ref#: 235677   **NOT FOUND OR NON-SERVICE RETURN**   Case No.: C08 01217 JCS
I am and was on the dates herein mentioned over the age of eighteen and not a
party to this action. I received the following documents on May 7, 2008

SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING CASE MANAGEMENT CONFERENCE; CIVIL CASE
COVER SHEET

After due search, careful inquiry and diligent attempts at the following
address(es) I have been unable to effect service of said process upon:

KAMEL OUNADJELA

Business address  (B) : UNKNOWN
Residence address (H) : 116 Clipper Drive, Belmont, CA 94002

Process is being returned without service for the following reason(s):
5/7/2008 @ 7:08 PM (H) No answer at door at time of attempt, black Hummer in drive, garbage
cans out front.
5/8/2008 @ 6:50 AM (H) No answer at door at time of attempt, car gone, garbage cans still
out.
5/9/2008 @ 11:00 AM (H) No answer at door at time of attempt, no car, no cans. Peered inside
house, not vacant, but for sale sign on lawn says pending and furnishings inside indicate
occupant may have moved out.

Person who served papers:
KURT W. SEDERMAN                       Fee for service: $285.00
SPECIALIZED LEGAL SERVICES, INC.       Registered California process server.
1112 Bryant Street, Suite 200          (i) Employee or Independent Contractor
San Francisco, CA 94103                (ii) Registration no.: 641
Telephone: (415) 357-0500              (iii) County: Alameda
I declare under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.

Date: May 13, 2008                     Signature: _____

## Invoice/Service Report

**Client#:** 1263
**Inv#:** 235677

**Date:** May 13, 2008

--------------------------------------------------------------------------------

**Client:** CREDIT CARD CLIENT
1112 Bryant Street, Suite 200
San Francisco, CA 94103

**Attention:** J. WILLIAM DOCKREY / (312) 321-4710

**Case No.:** C08 01217 JCS

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** CENTRE NATIONAL DE RECHERCHE SCIENTIFIQUE

**Defendant:** CYPRESS SEMICONDUCTOR CORPORATION, ET AL.

**Ref No.:**

**Document(s):** SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING CASE MANAGEMENT CONFERENCE;
CIVIL CASE COVER SHEET

--------------------------------------------------------------------------------

**Report:** Service on: KAMEL OUNADJELA - Business address  (B) : UNKNOWN - Residence
address (H) : 116 Clipper Drive, Belmont, CA 94002 - 5/7/2008 @ 7:08 PM (H) No
answer at door at time of attempt, black Hummer in drive, garbage cans out
front.;  5/8/2008 @ 6:50 AM (H) No answer at door at time of attempt, car
gone, garbage cans still out.;  5/9/2008 @ 11:00 AM (H) No answer at door at
time of attempt, no car, no cans. Peered inside house, not vacant, but for
sale sign on lawn says pending and furnishings inside indicate occupant may
have moved out.;  Cancelled per client request on: May 9, 2008 **
Declaration(s) re service were returned May 13, 2008 **

--------------------------------------------------------------------------------

**Fees and Costs:**     3 Special Service -Belmont @ $95.00                    $285.00

AP213888

**Invoice Total:**     $285.00

--------------------------------------------------------------------------------

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956



PAID
5·13·08

# EXHIBIT C

Jasper W. Dockrey                                            *FOR COURT USE ONLY*
Brinks Hofer Gilson & Lione
455 N. Cityfront Plaza Drive
Chicago, IL 60611
Telephone: (312) 321-4200
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : CENTRE NATIONAL DE RECHERCHE SCIENTIFIC

Defendant : CYPRESS SEMICONDUCTOR CORPORATION, et al.

Ref#: 236162    **PROOF OF SERVICE OF SUMMONS**    Case No.: C08 01217 JCS

1.  At the time of service I was at least eighteen years of age and not a party
    to this action.

2.  I served copies of:
    SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING CASE MANAGEMENT
    CONFERENCE; CIVIL CASE COVER SHEET

3.  a. Party served  : KAMEL OUNADJELA

4.  Address where the party was served:
                        CaliSolar Inc.
                        677 Palomar Avenue
                        Sunnyvale, CA 94086

**PROOF OF SERVICE OF SUMMONS**

5. I served the party
    b.  by substituted service. On: May 19, 2008 at: 12:08 PM I left the
        documents listed in item 2 with or in the presence of:
        TOM PASKERT, CHIEF FINANCIAL OFFICER

        (1)  (business) a person at least 18 years of age apparently in charge at
              the office or usual place of business of the person served. I
              informed him or her of the general nature of the papers.

        (4)  I thereafter mailed (by first-class, postage prepaid) copies of the
              documents to be served at the place where the copies were left (Code
              Civ. Proc. § 415.20). I mailed the documents on: May 19, 2008 from:
              San Francisco
        (5)  I attach a declaration of diligence stating actions taken first to
              attempt personal service.
6. The "Notice to the Person Served" (on the summons) was completed as
   follows:

7.  Person who served papers:
    a. KURT W. SEDERMAN
    b. SPECIALIZED LEGAL SERVICES, INC.
       1112 Bryant Street, Suite 200
       San Francisco, CA 94103
    c. Telephone number: (415) 357-0500
    d. The fee for service was: $636.20
    e.  I am:
       (3) a registered California process server:
          (i) owner, employee or independent contractor
          (ii) Registration no.: 641
          (iii) County: Alameda

8. I declare under penalty of perjury under the laws of the State of California
   that the foregoing is true and correct.

Date: May 20, 2008

        KURT W. SEDERMAN

POS-010 Rev. January 1, 2007                    236162

**PROOF OF SERVICE OF SUMMONS**

Jasper W. Dockrey
Brinks Hofer Gilson & Lione
455 N. Cityfront Plaza Drive
Chicago, IL 60611
Telephone: (312) 321-4200
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : CENTRE NATIONAL DE RECHERCHE SCIENTIFIC

Defendant : CYPRESS SEMICONDUCTOR CORPORATION, et al.

Ref#: 236162    **DECLARATION RE DILIGENCE**    Case No.: C08 01217 JCS

I am and was on the dates herein mentioned, over the age of eighteen and not
a party to the within action. My business address is: 1112 Bryant Street,
Suite 200, San Francisco, CA 94103. I received the within process on May 14,
2008 and after due and diligent effort I have been unable to effect personal
service on the within named: KAMEL OUNADJELA


Residence address (H) : UNKNOWN

Business address (B) : 3723 Haven Avenue, Menlo Park, CA 94025

Alternate address (A) : 677 Palomar Avenue, Sunnyvale, CA 94086

Below is a list of dates, times and details regarding efforts to effect service.

5/14/2008 @ 11:00 AM (B) Office closed at time of attempt, neighbor said they are at a
meeting and will return in 1-2 hours.
5/15/2008 @ 1:00 PM (B) Per current tenant, CaliSolar no longer in suite 133, whereabouts
unknown. Per Building Manager, company moved to 677 Palomar Avenue in Sunnyvale.
5/15/2008 @ 1:40 PM (A) Subject in Germany another 1 1/2 weeks per Employee.
5/19/2008 @ 12:08 PM (A) Effected substitute service per CCP § 415.20(b).


Declarant:
KURT W. SEDERMAN                    Fee for service: $636.20
SPECIALIZED LEGAL SERVICES          Registered California process server.
1112 Bryant Street, Suite 200       (i) Employee or Independent Contractor
San Francisco, CA 94103             (ii) Registration no.: 641
Telephone: (415) 357-0500           (iii) County: Alameda

I declare under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.

Date: May 20, 2008                  Signature_____

## Invoice/Service Report

**Client#:** 1263
**Inv#:** 236162

**Date:** May 20, 2008

-------------------------------------------------------------------------------

**Client:** CREDIT CARD CLIENT
1112 Bryant Street, Suite 200
San Francisco, CA 94103

**Attention:** J. WILLIAM DOCKREY / (312) 321-4710

**Case No.:** C08 01217 JCS

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** CENTRE NATIONAL DE RECHERCHE SCIENTIFIC

**Defendant:** CYPRESS SEMICONDUCTOR CORPORATION, ET AL.

**Ref No.:**

**Document(s):** SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING CASE MANAGEMENT CONFERENCE;
CIVIL CASE COVER SHEET

-------------------------------------------------------------------------------

**Report:** Service on: KAMEL OUNADJELA - Business address  (B) : 3723 Haven Avenue, Menlo
Park, CA 94025 - Residence address (H) : UNKNOWN - Alternate address (A) : 677
Palomar Avenue, Sunnyvale, CA 94086 - 5/14/2008 @ 11:00 AM (B) Office closed
at time of attempt, neighbor said they are at a meeting and will return in 1-2
hours.; 5/15/2008 @ 1:00 PM (B) Per current tenant, CaliSolar no longer in
suite 133, whereabouts unknown. Per Building Manager, company moved to 677
Palomar Avenue in Sunnyvale.; 5/15/2008 @ 1:40 PM (A) Subject in Germany
another 1 1/2 weeks per Employee.; 5/19/2008 @ 12:08 PM (A) Effected
substitute service per CCP § 415.20(b).; Service was effected at the
Alternate address on May 19, 2008. Declaration(s) re service were returned May
20, 2008 **

-------------------------------------------------------------------------------

**Fees and Costs:**

| | | |
|---|---|---:|
| 2 | Special Service - Menlo Park @ $108.50 | $217.00 |
| 3 | Special Service- Sunnyvale @ $138.00 | $414.00 |
| 1 | Postage @ $5.20 | $5.20 |

AP26A456

**Invoice Total:**     **$636.20**

-------------------------------------------------------------------------------

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956


PAID
5·20·08

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1.     That declarant is and was, at all times herein mentioned, I am employed in the County of San Francisco, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 505 Montgomery St., Suite 800, San Francisco, California 94111-6533.

2.     That on May 23, 2008, declarant served the STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER by depositing a true copy thereof in a United States mailbox at Chicago, Illinois in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.     That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 23th day of May, 2008, at Chicago, Illinois.


Dated:  May 23, 2008.


                                        /s/ Edith Shertz
                                        Edith Shertz

STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE
13668-3

## SERVICE LIST

Defendants

Victoria Tidwell
Vice President, Associate General Counsel
Cypress Semiconductor Corporation
198 Champion Court
San Jose, California 95134

Victoria Tidwell
Vice President, Associate General Counsel
Silicon Magnetic Systems, Inc.
198 Champion Court
San Jose, California 95134

Kamel Ounadjela
116 Clipper Drive
Belmont, California 94002

STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE
13668-3