WILLIAM H. FRANKEL
**BRINKS HOFER GILSON & LIONE**
NBC Tower - Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CENTRE NATIONAL DE RECHERCHE SCIENTIFIQUE and COMMISSARIAT A L'ENERGIE ATOMIQUE,<br><br>Plaintiffs,<br>v.<br><br>CYPRESS SEMICONDUCTOR CORPORATION, SILICON MAGNETIC SYSTEMS, INC. and Kamel Ounadjela,<br><br>Defendants. | CASE NO. C 08-01217 PJH<br><br>**STIPULATION OF DISMISSAL**<br><br>The Honorable Phyllis J. Hamilton<br>United States District Judge |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs, Centre National de Recherche Scientifique and Commissariat A L'energie Atomique, and Defendants Cypress Semiconductor Corporation and Silicon Magnetic Systems, Inc., by and through their counsel, hereby stipulate to the dismissal, with prejudice, of all claims and causes of action brought in this action by the Plaintiffs against Cypress Semiconductor Corporation and Silicon Magnetic Systems, Inc. Each party shall bear its own costs and Attorneys' fees.

The Court shall retain jurisdiction over the said parties for the purpose of enforcement of, and/or the resolution of any dispute arising from, the July _1_, 2008

Settlement Agreement entered into between the said parties.

Dated: July 15, 2008

Respectfully submitted,

*[signature]*

William H. Frankel
Jasper W. Dockery
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 N. Cityfront Plaza Dr.
Chicago, IL  60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Martin L. Fineman
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California  94111-6533
Telephone:  (415) 276-6500
Facsimile:  (415) 276-6599

**Attorneys for Plaintiffs**

and

*[signature]*

Victoria Tidwell
Vice President & Associate General Counsel
Cypress Semiconductor Corporation
198 Champion Court
San Jose, CA 95134-1709

**Attorney for Defendant**