MARTIN L. FINEMAN, State Bar No. 104413
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
E-mail: martinfineman@dwt.com

William H. Frankel, *admitted pro hac vice*
Gustavo Siller, Jr., *admitted pro hac vice*
J. William Dockrey, *admitted pro hac vice*
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299
Emails: wfrankel@usebrinks.com; gsiller@usebrinks.com;
jdockrey@usebrinks.com; and idubinsky@usebrinks.com.

Attorneys for Plaintiffs
Centre National de Recherche Scientifique and
Commissariat a L'Energie Atomique

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTRE NATIONAL DE RECHERCHE SCIENTIFIQUE, a French Public Entity, and COMMISSARIAT À L'ENERGIE ATOMIQUE, a French Public Entity,<br><br>Plaintiffs,<br><br>v.<br><br>CYPRESS SEMICONDUCTOR CORPORATION, a Delaware corporation, and SILICON MAGNETIC SYSTEMS, INC., a Delaware corporation, and KAMEL OUNADJELA, an individual,<br><br>Defendants. | Case No. C 08-01217 PJH<br><br>**DECLARATION OF J. WILLIAM DOCKREY IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Before The Honorable Phyllis J. Hamilton, United States District Judge |

I, J. WILLIAM DOCKREY, do hereby declare as follows:

1. I am an attorney representing Plaintiffs Centre National de Recherche Scientifique ("CNRS") and Commissariat a L'Energie Atomique ("CEA") in the above-referenced lawsuit.

2. On July 16, 2008, I called Kamel Ounadjela, a named defendant in the above-referenced lawsuit, to determine why he had not responded to the Plaintiffs' Summons and Complaint.

3. I identified myself as an attorney representing CNRS and CEA, and I asked Mr. Ounadjela if he was represented by legal counsel. After Mr. Ounadjela stated that he was not represented by legal counsel, I explained that I was calling to discuss the status of the lawsuit and, if he wished to obtain legal counsel, I would speak with his legal counsel. Mr. Ounadjela stated that he planned to obtain legal counsel, but requested some information from me to give to his attorney.

4. I told Mr. Ounadjela that Plaintiffs had served their Summons and Complaint at his place of business on May 19, 2008 and the papers were accepted by Mr. Tom Paskert. Mr. Ounadjela stated that he had not received the Summons and Complaint, however he stated that he knew the case management conference had been rescheduled.

5. I told Mr. Ounadjela that CNRS and CEA had settled with Cypress Semiconductor Corporation and Silicon Magnetic Systems Inc., and that CNRS and CEA wished to discuss settlement with him. I informed Mr. Ounadjela that Plaintiffs intended to file a request to continue the case management conference, but Mr. Ounadjela did not wish to further discuss matters in the case.

6. I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

1 | Further declarant sayeth not.

3 | Date: July 16, 2008                    Signature: : /s/ J. William Dockrey

2

DECLARATION OF J. WILLIAM DOCKREY ISO MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE CMC
CENTRE NATIONAL DE RECHERCHE SCIENTIFIQUE, ET AL. V. CYPRESS SEMICONDUCTOR CORPORATION, ET AL., NO. C 08-01217
PJHDWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-
000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149

# DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, I am employed in the County of San Francisco, California, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 505 Montgomery St., Suite 800, San Francisco, California 94111-6533.

2. That on July 16, 2008, declarant served DECLARATION OF J. WILLIAM DOCKREY IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE CASE MANAGEMENT CONFERENCE by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of July 2008, at San Francisco, California.

Dated: July 16, 2008.

/s/ Edith Shertz
Edith Shertz

3

DECLARATION OF J. WILLIAM DOCKREY ISO MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE CMC
CENTRE NATIONAL DE RECHERCHE SCIENTIFIQUE, ET AL. V. CYPRESS SEMICONDUCTOR CORPORATION, ET AL., NO. C 08-01217
PJHDWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149

**SERVICE LIST**

Attorney for Defendant

Jon Michaelson
K&L Gates
630 HansenWay
Palo Alto, California 94304
Telephone: 1.650.798.6704
Facsimile: 1.650.798.6701
Email:
jon.michaelson@klgates.com

4

DECLARATION OF J. WILLIAM DOCKREY ISO MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE CMC
CENTRE NATIONAL DE RECHERCHE SCIENTIFIQUE, ET AL. V. CYPRESS SEMICONDUCTOR CORPORATION, ET AL., NO. C 08-01217
PJHDWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-
000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149