1  WILLIAM H. FRANKEL
   **BRINKS HOFER GILSON & LIONE**
2  NBC Tower - Suite 3600
   455 N. Cityfront Plaza Drive
3  Chicago, Illinois 60611
   Telephone:  (312) 321-4200
4  Facsimile:  (312) 321-4299

5  Attorneys for Plaintiffs

6

7

8              IN THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9                    SAN JOSE DIVISION

10 CENTRE NATIONAL DE
   RECHERCHE SCIENTIFIQUE and          CASE NO. C 08-01217 PJH
11 COMMISSARIAT A L'ENERGIE
   ATOMIQUE,
12
13              Plaintiffs,
         v.
14                                      **STIPULATION OF DISMISSAL**
15 CYPRESS SEMICONDUCTOR
   CORPORATION, SILICON               The Honorable Phyllis J. Hamilton
16 MAGNETIC SYSTEMS, INC. and         United States District Judge
   **Kamel Ounadjela,**
17
18              Defendants.

19

20      Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs, Centre

21 National de Recherche Scientifique and Commissariat A L'energie Atomique, and

22 Defendants Cypress Semiconductor Corporation and Silicon Magnetic Systems,

23 Inc., by and through their counsel, hereby stipulate to the dismissal, with prejudice,

24 of all claims and causes of action brought in this action by the Plaintiffs against

25 Cypress Semiconductor Corporation and Silicon Magnetic Systems, Inc.  Each

26 party shall bear its own costs and Attorneys' fees.

27      The Court shall retain jurisdiction over the said parties for the purpose of

28 enforcement of, and/or the resolution of any dispute arising from, the July _1_, 2008

1  Settlement Agreement entered into between the said parties.

2

3  Dated: July *15*, 2008                    Respectfully submitted,

4

5

6                                            William H. Frankel
7                                            Jasper W. Dockery
                                             BRINKS HOFER GILSON & LIONE
8                                            NBC Tower, Suite 3600
                                             455 N. Cityfront Plaza Dr.
9                                            Chicago, IL 60611-5599
                                             Telephone: (312) 321-4200
10                                           Facsimile: (312) 321-4299

11                                           Martin L. Fineman
                                             DAVIS WRIGHT TREMAINE LLP
12                                           505 Montgomery St., Suite 800
                                             San Francisco, California 94111-6533
13                                           Telephone: (415) 276-6500
                                             Facsimile: (415) 276-6599

14                                           **Attorneys for Plaintiffs**

15                                                    and

16

17

18                                           Victoria Tidwell
                                             Vice President & Associate General Counsel
19                                           Cypress Semiconductor Corporation
                                             198 Champion Court
20                                           San Jose, CA 95134-1709

21                                           **Attorney for Defendant**

22

23                                                         7/21/08

24

25        IT IS SO ORDERED

26

27        Judge Phyllis J. Hamilton

28

                                                                      Stipulation of Dismissal