1  MARTIN L. FINEMAN, State Bar No. 104413
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery St., Suite 800
   San Francisco, California  94111-6533
3  Telephone:  (415) 276-6500
   Facsimile:  (415) 276-6599
4  E-mail: martinfineman@dwt.com

5  William H. Frankel, *admitted pro hac vice*
   Gustavo Siller, Jr., *admitted pro hac vice*
6  J. William Dockrey, *admitted pro hac vice*
   BRINKS HOFER GILSON & LIONE
7  NBC Tower, Suite 3600
   455 N. Cityfront Plaza Drive
8  Chicago, Illinois  60611
   Telephone:   (312) 321-4200
9  Facsimile: (312) 321-4299
   Emails: wfrankel@usebrinks.com; gsiller@usebrinks.com;
10 jdockrey@usebrinks.com; and idubinsky@usebrinks.com.

11 Attorneys for Plaintiffs
   Centre National de Recherche Scientifique and
12 Commissariat a L'Energie Atomique

13          IN THE UNITED STATES DISTRICT COURT

14      FOR THE NORTHERN DISTRICT OF CALIFORNIA

15               SAN FRANCISCO DIVISION

16

17

18 CENTRE NATIONAL DE RECHERCHE            )  Case No.  C 08-01217 PJH
   SCIENTIFIQUE, a French Public Entity,   )
19          and                            )
   COMMISSARIAT À L'ENERGIE               )
20 ATOMIQUE, a French Public Entity,       )  **PLAINTIFFS' MOTION FOR**
                                           )  **ADMINISTRATIVE RELIEF TO**
21              Plaintiffs,                 )  **CONTINUE CASE MANAGEMENT**
                                           )  **CONFERENCE (LOCAL RULE 7-11)**
22          v.                             )  **AND [P~~ROPOSED~~] ORDER**
                                           )
23 CYPRESS SEMICONDUCTOR                   )
   CORPORATION, a Delaware corporation,    )
24          and                            )  Before The Honorable Phyllis J. Hamilton
   SILICON MAGNETIC SYSTEMS, INC., a       )  United States District Judge
25 Delaware corporation,                   )
            and                            )
26 KAMEL OUNADJELA, an individual,         )
                                           )
27          Defendants.                    )

28

---

PLAINTIFFS' MOTION FOR ADMINSTRATIVE RELIEF TO CONTINUE CASE MANAGEMENT CONFERENCE
CENTRE NATIONAL DE RECHERCHE SCIENTIFIQUE, ET AL. V. CYPRESS SEMICONDUCTOR CORPORATION, ET AL., NO. C 08-01217 PJH
DWT 11524580v1 0050033-000149

1

## STATUS REPORT

2    Pursuant to a jointly-signed Settlement Agreement, effective July 1, 2008, Plaintiffs and

3  Defendants Cypress Semiconductor Corporation ("Cypress") and Silicon Magnetic Systems Inc.

4  ("SMS"), have filed a Stipulation of Dismissal on July 15, 2008. Defendant Kamel Ounadjela

5  ("Ounadjela") is not a party to the Settlement Agreement, and the lawsuit continues against him only.

6    Plaintiffs attempted to serve their Summons and Complaint on Defendant Ounadjela, however,

7  as of the date of this Status Report, Plaintiffs have been unable to locate the whereabouts of Defendant

8  Ounadjela. After several unsuccessful attempts to personally serve Defendant Ounadjela at his

9  residence, Plaintiffs effected substitute service of their Summons and Complaint on Defendant

10  Ounadjela at his place of business on May 19, 2008. (Exhibit A, Return of Service). As of the date of

11  this Status Report, Defendant Ounadjela has not filed an Answer or other responsive pleading.

12    In view of Defendant Ounadjela's failure to respond to the Complaint, Plaintiffs' attorney Jasper

13  Dockrey contacted Defendant Ounadjela by telephone on July 16, 2008. (Exhibit B, Declaration of J.

14  William Dockrey). Defendant Ounadjela said that he did not have legal counsel and requested

15  information about the lawsuit. Mr. Dockrey briefly explained the nature of the lawsuit and the current

16  status of the case to Defendant Ounadjela. Later in the day on July 16, Mr. Jon Michaelson telephoned

17  Mr. Dockrey and identified himself as newly-hired counsel for Defendant Ounadjela. Mr. Michaelson

18  requested copies of the Complaint and the Stipulation of Dismissal, which were forwarded to him on

19  July 16, 2008.

20    Under the Court's Rescheduled Order Setting Case Management Conference, the parties are to

21  Meet and Confer by July 17, 2008. Given that Defendant Ounadjela has just hired legal counsel, there is

22  insufficient time for the parties to comply.

23

24  ## REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO

25  ## SCHEDULE A STATUS HEARING

26    WHEREAS, the Plaintiffs have only recently reached Defendant Ounadjela and his newly-hired

27  attorney, the Plaintiffs need time to explore settlement with Defendant Ounadjela and, if necessary, to

28  engage in discussions related to the Case Management Conference;

1    THE PLAINTIFFS HEREBY RESPECTFULLY REQUEST AS FOLLOWS:

2    1.    That the Case Management Conference currently scheduled for August 7, 2008 be

3    continued.

4    2.    That the schedule set forth in the Court Order of May 27, 2008 be vacated, and that the

5    case be set for a Status Hearing on September 4, 2008 at 2:30 p.m., at which time the Plaintiffs will

6    report on the status of settlement negotiations.

7    Dated: July 16, 2008.

8    **BRINKS HOFER GILSON & LIONE**

9    **DAVIS WRIGHT TREMAINE LLP**

10    By:  /s/ Martin L. Fineman
           Martin L. Fineman
11         Attorneys for Plaintiffs
           Centre National de Recherche Scientifique and
12         Commissariat à L'Energie Atomique

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1                                       \*       \*       \*

2                                [~~PROPOSED~~] ORDER

3        Pursuant to the Plaintiffs' request, the Court hereby orders that the Case Management

                                                        continued to
4   Conference currently set for August 5, 2008 at 2:30 p.m. is ~~vacated and that a Status Hearing is~~

5   ~~scheduled for~~ September 4, 2008 at 2:30 p.m.    (the court does not hold status conferences)

6

7

8   Dated:    July 21          , 2008.



Honorable                on
Judge Phyllis J. Hamilton

                                            3

1
**DECLARATION OF SERVICE BY MAIL**

2
I, the undersigned, declare:

3
1.      That declarant is and was, at all times herein mentioned, I am employed in the County of

4
San Francisco, California, over the age of 18 years, and not a party to or interest in the within action;

5
that declarant's business address is 505 Montgomery St., Suite 800, San Francisco, California 94111-

6
6533.

7
2.      That on July 16, 2008, declarant served the PLAINTIFFS' MOTION FOR

8
ADMINISTRATIVE RELIEF TO CONTINUE CASE MANAGEMENT CONFERENCE (LOCAL

9
RULE 7-11) AND [PROPOSED] ORDER by depositing a true copy thereof in a United States mailbox

10
at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the

11
parties listed on the attached Service List.

12
3.      That there is a regular communication by mail between the place of mailing and the

13
places so addressed.

14
I declare under penalty of perjury that the foregoing is true and correct.  Executed this 16th day

15
of July 2008, at San Francisco, California.

16

17
Dated:  July 16, 2008.

18

19

20
/s/  Edith Shertz
Edith Shertz

21

22

23

24

25

26

27

28

PLAINTIFFS' MOTION FOR ADMINSTRATIVE RELIEF TO CONTINUE CASE MANAGEMENT CONFERENCE
CENTRE NATIONAL DE RECHERCHE SCIENTIFIQUE, ET AL. V. CYPRESS SEMICONDUCTOR CORPORATION, ET AL., NO. C 08-01217 PJH
DWT 11524580v1 0050033-000149

1

**SERVICE LIST**

2

Attorneys for Plaintiffs

3

MARTIN L. FINEMAN, State Bar No. 104413
4    DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
5    San Francisco, California  94111-6533
Telephone:  (415) 276-6500
6    Facsimile:  (415) 276-6599
E-mail: martinfineman@dwt.com

7

William H. Frankel, Admitted *Pro Hac Vice*
8    Gustavo Siller, Jr., Admitted *Pro Hac Vice* 9
Jasper W. Dockrey, Admitted *Pro Hac Vice*
9    BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
10    455 N. Cityfront Plaza Drive
Chicago, Illinois  60611
11    Telephone:  (312) 321-4200
Facsimile: (312) 321-4299
12    Emails: wfrankel@usebrinks.com; gsiller@usebrinks.com;
jdockrey@usebrinks.com; idubinsky@usebrinks.com; and
13    federalcourtmails@usebrinks.com.

14    Attorney for Defendant

15

Jon Michaelson
16    K&L Gates
630 HansenWay
17    Palo Alto, California 94304
Telephone:  1.650.798.6704
18    Facsimile: 1.650.798.6701
Email:
19    jon.michaelson@klgates.com

20

21

22

23

24

25

26

27

28

PLAINTIFFS' MOTION FOR ADMINSTRATIVE RELIEF TO CONTINUE CASE MANAGEMENT CONFERENCE
CENTRE NATIONAL DE RECHERCHE SCIENTIFIQUE, ET AL. V. CYPRESS SEMICONDUCTOR CORPORATION, ET AL., NO. C 08-01217 PJH
DWT 11524580v1 0050033-000149

# EXHIBIT A

Document4

Jasper W. Dockrey                                    *FOR COURT USE ONLY*
Brinks Hofer Gilson & Lione
455 N. Cityfront Plaza Drive
Chicago, IL 60611
Telephone: (312) 321-4200
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : CENTRE NATIONAL DE RECHERCHE SCIENTIFIC

Defendant : CYPRESS SEMICONDUCTOR CORPORATION, et al.

Ref#: 236162  **PROOF OF SERVICE OF SUMMONS**     Case No.: C08 01217 JCS

1. At the time of service I was at least eighteen years of age and not a party
   to this action.

2. I served copies of:
   SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING CASE MANAGEMENT
   CONFERENCE; CIVIL CASE COVER SHEET

3. a. Party served  : KAMEL OUNADJELA

4. Address where the party was served:
                    CaliSolar Inc.
                    677 Palomar Avenue
                    Sunnyvale, CA 94086

**PROOF OF SERVICE OF SUMMONS**

5.  I served the party
    b.  by substituted service. On: May 19, 2008 at: 12:08 PM I left the
        documents listed in item 2 with or in the presence of:
        TOM PASKERT, CHIEF FINANCIAL OFFICER

        (1)  (business) a person at least 18 years of age apparently in charge at
             the office or usual place of business of the person served. I
             informed him or her of the general nature of the papers.

        (4)  I thereafter mailed (by first-class, postage prepaid) copies of the
             documents to be served at the place where the copies were left (Code
             Civ. Proc. § 415.20). I mailed the documents on: May 19, 2008 from:
             San Francisco

        (5)  I attach a declaration of diligence stating actions taken first to
             attempt personal service.

6.  The "Notice to the Person Served" (on the summons) was completed as
    follows:

7.  Person who served papers:
    a.  KURT W. SEDERMAN
    b.  SPECIALIZED LEGAL SERVICES, INC.
        1112 Bryant Street, Suite 200
        San Francisco, CA 94103
    c.  Telephone number: (415) 357-0500
    d.  The fee for service was: $636.20
    e.  I am:
        (3) a registered California process server:
            (i) owner, employee or independent contractor
            (ii) Registration no.: 641
            (iii) County: Alameda

8.  I declare under penalty of perjury under the laws of the State of California
    that the foregoing is true and correct.

Date: May 20, 2008


        KURT W. SEDERMAN


POS-010 Rev. January 1, 2007                                    236162


# PROOF OF SERVICE OF SUMMONS

Case 3:08-cv-01217-PJH    Document 25    Filed 05/23/2008    Page 14 of 17

Jasper W. Dockrey
Brinks Hofer Gilson & Lione
455 N. Cityfront Plaza Drive
Chicago, IL 60611
Telephone: (312) 321-4200
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : CENTRE NATIONAL DE RECHERCHE SCIENTIFIC

Defendant : CYPRESS SEMICONDUCTOR CORPORATION, et al.

Ref#: 236162    **DECLARATION RE DILIGENCE**    Case No.: C08 01217 JCS

I am and was on the dates herein mentioned, over the age of eighteen and not a party to the within action. My business address is: 1112 Bryant Street, Suite 200, San Francisco, CA 94103. I received the within process on May 14, 2008 and after due and diligent effort I have been unable to effect personal service on the within named: KAMEL OUNADJELA


Residence address (H) : UNKNOWN

Business address  (B) : 3723 Haven Avenue, Menlo Park, CA 94025

Alternate address (A) : 677 Palomar Avenue, Sunnyvale, CA 94086

Below is a list of dates, times and details regarding efforts to effect service.

5/14/2008 @ 11:00 AM (B) Office closed at time of attempt, neighbor said they are at a meeting and will return in 1-2 hours.
5/15/2008 @ 1:00 PM (B) Per current tenant, CaliSolar no longer in suite 133, whereabouts unknown. Per Building Manager, company moved to 677 Palomar Avenue in Sunnyvale.
5/15/2008 @ 1:40 PM (A) Subject in Germany another 1 1/2 weeks per Employee.
5/19/2008 @ 12:08 PM (A) Effected substitute service per CCP § 415.20(b).

Declarant:
KURT W. SEDERMAN                        Fee for service: $636.20
SPECIALIZED LEGAL SERVICES              Registered California process server.
1112 Bryant Street, Suite 200           (i) Employee or Independent Contractor
San Francisco, CA 94103                 (ii) Registration no.: 641
Telephone: (415) 357-0500               (iii) County: Alameda

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 20, 2008                      Signature_____

# Invoice/Service Report

**Client#:** 1263                                                      **Date:** May 20, 2008
**Inv#:** 236162

------------------------------------------------------------------------

**Client:** CREDIT CARD CLIENT
         1112 Bryant Street, Suite 200
         San Francisco, CA 94103

**Attention:** J. WILLIAM DOCKREY / (312) 321-4710

**Case No.:** C08 01217 JCS

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** CENTRE NATIONAL DE RECHERCHE SCIENTIFIC

**Defendant:** CYPRESS SEMICONDUCTOR CORPORATION, ET AL.

**Ref No.:**

**Document(s):** SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING CASE MANAGEMENT CONFERENCE;
            CIVIL CASE COVER SHEET

------------------------------------------------------------------------

**Report:** Service on: KAMEL OUNADJELA - Business address   (B) : 3723 Haven Avenue, Menlo
        Park, CA 94025 - Residence address (H) : UNKNOWN - Alternate address (A) : 677
        Palomar Avenue, Sunnyvale, CA 94086 - 5/14/2008 @ 11:00 AM (B) Office closed
        at time of attempt, neighbor said they are at a meeting and will return in 1-2
        hours.;  5/15/2008 @ 1:00 PM (B) Per current tenant, CaliSolar no longer in
        suite 133, whereabouts unknown. Per Building Manager, company moved to 677
        Palomar Avenue in Sunnyvale.;  5/15/2008 @ 1:40 PM (A) Subject in Germany
        another 1 1/2 weeks per Employee.;  5/19/2008 @ 12:08 PM (A) Effected
        substitute service per CCP § 415.20(b).;  Service was effected at the
        Alternate address on May 19, 2008. Declaration(s) re service were returned May
        20, 2008 **

------------------------------------------------------------------------

**Fees and Costs:**     2 Special Service - Menlo Park @ $108.50            $217.00
                  3 Special Service- Sunnyvale @ $138.00               $414.00
                  1 Postage @ $5.20                                      $5.20

                                                          AP264456
                                           **Invoice Total:**    $636.20

**Specialized Legal Services, Inc.**                          **PAID**
P.O. Box 77141                                         5.20.08
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

# EXHIBIT B

1   MARTIN L. FINEMAN, State Bar No. 104413
    DAVIS WRIGHT TREMAINE LLP
2   505 Montgomery St., Suite 800
    San Francisco, California 94111-6533
3   Telephone: (415) 276-6500
    Facsimile: (415) 276-6599
4   E-mail: martinfineman@dwt.com

5   William H. Frankel, *admitted pro hac vice*
    Gustavo Siller, Jr., *admitted pro hac vice*
6   J. William Dockrey, *admitted pro hac vice*
    BRINKS HOFER GILSON & LIONE
7   NBC Tower, Suite 3600
    455 N. Cityfront Plaza Drive
8   Chicago, Illinois 60611
    Telephone: (312) 321-4200
9   Facsimile: (312) 321-4299
    Emails: wfrankel@usebrinks.com; gsiller@usebrinks.com;
10  jdockrey@usebrinks.com; and idubinsky@usebrinks.com.

11  Attorneys for Plaintiffs
    Centre National de Recherche Scientifique and
12  Commissariat a L'Energie Atomique

13              IN THE UNITED STATES DISTRICT COURT

14          FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16

17
    CENTRE NATIONAL DE RECHERCHE            )   Case No. C 08-01217 PJH
18  SCIENTIFIQUE, a French Public Entity,   )
                    and                      )
19  COMMISSARIAT À L'ENERGIE                )
    ATOMIQUE, a French Public Entity,        )   DECLARATION OF J. WILLIAM DOCKREY
20                                           )   IN SUPPORT OF MOTION FOR
                    Plaintiffs,              )   ADMINISTRATIVE RELIEF TO CONTINUE
21                                           )   CASE MANAGEMENT CONFERENCE
                                             )
22          v.                               )
                                             )
23  CYPRESS SEMICONDUCTOR                    )
    CORPORATION, a Delaware corporation,     )   Before The Honorable Phyllis J. Hamilton,
24                  and                      )   United States District Judge
    SILICON MAGNETIC SYSTEMS, INC., a        )
25  Delaware corporation,                    )
                    and                      )
26  KAMEL OUNADJELA, an individual,          )
                                             )
27              Defendants.                  )

28

_____
DECLARATION OF J. WILLIAM DOCKREY ISO MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE CMC
CENTRE NATIONAL DE RECHERCHE SCIENTIFIQUE, ET AL. V. CYPRESS SEMICONDUCTOR CORPORATION, ET AL., NO. C 08-01217 PJH
DWT 11524684v1 0050033-000149

I, J. WILLIAM DOCKREY, do hereby declare as follows:

1. I am an attorney representing Plaintiffs Centre National de Recherche Scientifique ("CNRS") and Commissariat a L'Energie Atomique ("CEA") in the above-referenced lawsuit.

2. On July 16, 2008, I called Kamel Ounadjela, a named defendant in the above-referenced lawsuit, to determine why he had not responded to the Plaintiffs' Summons and Complaint.

3. I identified myself as an attorney representing CNRS and CEA, and I asked Mr. Ounadjela if he was represented by legal counsel. After Mr. Ounadjela stated that he was not represented by legal counsel, I explained that I was calling to discuss the status of the lawsuit and, if he wished to obtain legal counsel, I would speak with his legal counsel. Mr. Ounadjela stated that he planned to obtain legal counsel, but requested some information from me to give to his attorney.

4. I told Mr. Ounadjela that Plaintiffs had served their Summons and Complaint at his place of business on May 19, 2008 and the papers were accepted by Mr. Tom Paskert. Mr. Ounadjela stated that he had not received the Summons and Complaint, however he stated that he knew the case management conference had been rescheduled.

5. I told Mr. Ounadjela that CNRS and CEA had settled with Cypress Semiconductor Corporation and Silicon Magnetic Systems Inc., and that CNRS and CEA wished to discuss settlement with him. I informed Mr. Ounadjela that Plaintiffs intended to file a request to continue the case management conference, but Mr. Ounadjela did not wish to further discuss matters in the case.

6. I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

1    Further declarant sayeth not.

2

3    Date: July 16, 2008                    Signature: : /s/ J. William Dockrey

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF J. WILLIAM DOCKREY ISO MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE CMC
CENTRE NATIONAL DE RECHERCHE SCIENTIFIQUE, ET AL. V. CYPRESS SEMICONDUCTOR CORPORATION, ET AL., NO. C 08-01217
PJHDWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-
000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149

1

# DECLARATION OF SERVICE BY MAIL

2      I, the undersigned, declare:

3          1.      That declarant is and was, at all times herein mentioned, I am employed in the County of

4    San Francisco, California, over the age of 18 years, and not a party to or interest in the within action;

5    that declarant's business address is 505 Montgomery St., Suite 800, San Francisco, California 94111-

6    6533.

7          2.      That on July 16, 2008, declarant served DECLARATION OF J. WILLIAM DOCKREY

8    IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE CASE

9    MANAGEMENT CONFERENCE by depositing a true copy thereof in a United States mailbox at San

10   Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the

11   parties listed on the attached Service List.

12         3.      That there is a regular communication by mail between the place of mailing and the

13   places so addressed.

14         I declare under penalty of perjury that the foregoing is true and correct.  Executed this 16th day

15   of July 2008, at San Francisco, California.

16

17

18   Dated:  July 16, 2008.

19

20                                                          /s/ Edith Shertz
                                                            Edith Shertz

21

22

23

24

25

26

27

28

DECLARATION OF J. WILLIAM DOCKREY ISO MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE CMC
CENTRE NATIONAL DE RECHERCHE SCIENTIFIQUE, ET AL. V. CYPRESS SEMICONDUCTOR CORPORATION, ET AL., NO. C 08-01217
PJHDWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-
000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149

## SERVICE LIST

Attorney for Defendant

Jon Michaelson
K&L Gates
630 HansenWay
Palo Alto, California 94304
Telephone:  1.650.798.6704
Facsimile: 1.650.798.6701
Email:
jon.michaelson@klgates.com

DECLARATION OF J. WILLIAM DOCKREY ISO MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE CMC
CENTRE NATIONAL DE RECHERCHE SCIENTIFIQUE, ET AL. V. CYPRESS SEMICONDUCTOR CORPORATION, ET AL., NO. C 08-01217
PJHDWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-
000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149DWT 11524684V1 0050033-000149