JASPER W. DOCKREY
**BRINKS HOFER GILSON & LIONE**
NBC Tower - Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CENTRE NATIONAL DE RECHERCHE SCIENTIFIQUE and COMMISSARIAT A L'ENERGIE ATOMIQUE,<br><br>Plaintiffs,<br>v.<br><br>CYPRESS SEMICONDUCTOR CORPORATION, SILICON MAGNETIC SYSTEMS, INC. and Kamel Ounadjela,<br><br>Defendants. | CASE NO. C 08-01217 PJH<br><br>**STIPULATION OF DISMISSAL**<br><br>The Honorable Phyllis J. Hamilton<br>United States District Judge |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs, Centre National de Recherche Scientifique and Commissariat A L'energie Atomique, and Defendant Kamel Ounadjela, by and through their counsel, hereby stipulate to the dismissal, without prejudice, of all claims and causes of action brought in this action by the Plaintiffs against Kamel Ounadjela. Each party shall bear its own costs and Attorneys' fees.

1  Dated: August 22, 2008

Respectfully submitted,

*[signature]*

Jasper W. Dockrey
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 N. Cityfront Plaza Dr.
Chicago, IL  60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Martin L. Fineman
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California  94111-6533
Telephone:  (415) 276-6500
Facsimile:  (415) 276-6599

**Attorneys for Plaintiffs**

and

*[signature]*

Jon Michaelson
K&L GATES
630 HansenWay
Palo Alto, California 94304
Telephone:  (650) 798-6704
Facsimile: (650) 798-6701

**Attorney for Defendant
Kamel Ounadjela**