MARTIN L. FINEMAN, State Bar No. 104413
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
E-mail: martinfineman@dwt.com

William H. Frankel, Admitted Pro Hac Vice
J. William Dockrey, Admitted Pro Hac Vice
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299
Emails: wfrankel@usebrinks.com; and
jdockrey@usebrinks.com;

Attorneys for Plaintiffs
Centre National de Recherche Scientifique and
Commissariat a L'Energie Atomique

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CENTRE NATIONAL DE RECHERCHE SCIENTIFIQUE, a French Public Entity, and<br>COMMISSARIAT À L'ENERGIE ATOMIQUE, a French Public Entity,<br><br>Plaintiffs,<br><br>v.<br><br>CYPRESS SEMICONDUCTOR CORPORATION, a Delaware corporation, and<br>SILICON MAGNETIC SYSTEMS, INC., a Delaware corporation,<br>and<br>Kamel Ounadjela, an individual<br><br>Defendants. | No. C 08-01217 PJH<br><br>**ORDER OF DISMISSAL**<br><br><br>The Honorable Phyllis J. Hamilton<br>United States District Judge |

No. 08-1217 PJH
CNRS v. Commissariat a l'Energie Atomique, et al.

[PROPOSED] ORDER -

1  IT IS HEREBY ORDERED THAT the above-captioned case is dismissed without
2  prejudice as to defendant Kamel Ounadjela.
3  IT IS SO ORDERED.
4  Dated: August ___, 2008.

_____
The Honorable Phyllis J. Hamilton