1  MARTIN L. FINEMAN, State Bar No. 104413
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery St., Suite 800
   San Francisco, California 94111-6533
3  Telephone: (415) 276-6500
   Facsimile: (415) 276-6599
4  E-mail: martinfineman@dwt.com

5  William H. Frankel, Admitted Pro Hac Vice
   J. William Dockrey, Admitted Pro Hac Vice
6  BRINKS HOFER GILSON & LIONE
   NBC Tower, Suite 3600
7  455 N. Cityfront Plaza Drive
   Chicago, Illinois 60611
8  Telephone: (312) 321-4200
   Facsimile: (312) 321-4299
9  Emails: wfrankel@usebrinks.com; and
   jdockrey@usebrinks.com;

10
11 Attorneys for Plaintiffs
   Centre National de Recherche Scientifique and
   Commissariat a L'Energie Atomique

12
13                    UNITED STATES DISTRICT COURT
14                   NORTHERN DISTRICT OF CALIFORNIA
15                         SAN JOSE DIVISION

16 CENTRE NATIONAL DE RECHERCHE           ) No. C 08-01217 PJH
   SCIENTIFIQUE, a French Public Entity,  )
17         and                            )
   COMMISSARIAT À L'ENERGIE               ) **PROOF OF SERVICE**
18 ATOMIQUE, a French Public Entity,      )
                                          )
19              Plaintiffs,               )
                                          ) The Honorable Phyllis J. Hamilton
20         v.                             ) United States District Judge
                                          )
21 CYPRESS SEMICONDUCTOR                  )
   CORPORATION, a Delaware corporation,   )
22         and                            )
   SILICON MAGNETIC SYSTEMS, INC., a      )
23 Delaware corporation,                  )
           and                            )
24 Kamel Ounadjela, an individual         )
                                          )
25              Defendants.               )
26
27
28

No. 08-1217 PJH                                                  PROOF OF SERVICE. -
CNRS v. Commissariat a l'Energie Atomique, et al.

## Proof of Service

I declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800 San Francisco, California 94111.

I caused to be served the following document:

**STIPULATION OF DISMISSAL and**
**ORDER OF DISMISSAL**

I caused the above document to be served on each person listed below by the following means and as indicated on the attached list:

☐  I consigned a true and correct copy of said document for facsimile transmission on August 26, 2008 as indicated below:

Jon Michaelson
K&L Gates
Attorneys for Kamel Ounadjela
630 Hansen Way
Palo Alto, CA  94304
Tel: 650/798-6704
Fax: 650/798-6701

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on August 26, 2008, at San Francisco, California.

*[signature]*
Edith Shertz

No. 08-1217 PJH
CNRS v. Commissariat a l'Energie Atomique, et al.                                             -2-