1  MARTIN L. FINEMAN, State Bar No. 104413
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery St., Suite 800
   San Francisco, California 94111-6533
3  Telephone: (415) 276-6500
   Facsimile: (415) 276-6599
4  E-mail: martinfineman@dwt.com

5  William H. Frankel, Admitted Pro Hac Vice
   J. William Dockrey, Admitted Pro Hac Vice
6  BRINKS HOFER GILSON & LIONE
   NBC Tower, Suite 3600
7  455 N. Cityfront Plaza Drive
   Chicago, Illinois 60611
8  Telephone: (312) 321-4200
   Facsimile: (312) 321-4299
9  Emails: wfrankel@usebrinks.com; and
   jdockrey@usebrinks.com;
10
   Attorneys for Plaintiffs
11 Centre National de Recherche Scientifique and
   Commissariat a L'Energie Atomique
12

13                UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16 CENTRE NATIONAL DE RECHERCHE          ) No. C 08-01217 PJH
   SCIENTIFIQUE, a French Public Entity, )
17         and                           )
   COMMISSARIAT À L'ENERGIE              ) **ORDER OF DISMISSAL**
18 ATOMIQUE, a French Public Entity,     )
                                         )
19              Plaintiffs,              )
                                         ) The Honorable Phyllis J. Hamilton
20        v.                             ) United States District Judge
                                         )
21 CYPRESS SEMICONDUCTOR                 )
   CORPORATION, a Delaware corporation,  )
22         and                           )
   SILICON MAGNETIC SYSTEMS, INC., a     )
23 Delaware corporation,                 )
           and                           )
24 Kamel Ounadjela, an individual        )
                                         )
25              Defendants.              )

26
27
28

No. 08-1217 PJH                                                    [PROPOSED] ORDER -
CNRS v. Commissariat a l'Energie Atomique, et al.

1    IT IS HEREBY ORDERED THAT the above-captioned case is dismissed without
2    prejudice as to defendant Kamel Ounadjela.
3    IT IS SO ORDERED.
4    Dated: August 27, 2008.

The Honorable 
Judge Phyllis J. Hamilton

No. 08-1217 PJH
CNRS v. Commissariat a l'Energie Atomique, et al.                                                                -2-